# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUMC OPCP LLC, d/b/a CAREPOINT HEALTH- HOBOKEN UNIVERSITY MEDICAL CENTER, | Civil Action No. 2:16-cv-00168-KM-MAH |
| Plaintiff, | **STIPULATON AND [PROPOSED] CONSENT ORDER** |
| v. | |
| UNITED BENEFIT FUND, AETNA HEALTH INC., and OMNI ADMINISTRATORS INC., | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that Defendant Omni Administrators Inc.'s time to answer or otherwise respond to the Amended Complaint in the above-captioned matter is hereby extended to and including March 25, 2016.

| **K&L GATES LLP** | **PROSKAUER ROSE LLP** |
|---|---|
| By: /s/ Anthony P. LaRocco<br>Anthony P. LaRocco<br>One Newark Center, 10th Floor<br>Newark, New Jersey 07102<br>Tel.: (973) 848-4000<br>Fax: (973) 848-4001<br>anthony.larocco@klgates.com | By: /s/ Alychia L. Buchan<br>Alychia L. Buchan<br>One Newark Center<br>Newark, New Jersey 07102<br>Tel.: (973) 274-3236<br>Fax: (973) 274-3299<br>abuchan@proskauer.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Omni Administrators Inc.* |

**SO ORDERED,** this \_\_\_\_\_ day of February, 2016.

_____
Honorable Michael A. Hammer