# Exhibit A

**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Tel:  (973) 848-4000
Fax:  (973) 848-4001
*Attorney for Plaintiff*
*HUMC Opco LLC, d/b/a*
*CarePoint Health -- Hoboken University Medical Center*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUMC OPCO LLC, d/b/a CAREPOINT HEALTH - HOBOKEN UNIVERSITY MEDICAL CENTER, | CIVIL ACTION NO.: 2:16-cv-00168-KM-MAH |
| Plaintiff, | |
| v. | Hon. Kevin McNulty, U.S.D.J. Hon. Michael A. Hammer, U.S.M.J. |
| UNITED BENEFIT FUND, AETNA HEALTH INC., and OMNI ADMINISTRATORS INC., | **SECOND AMENDED COMPLAINT** |
| Defendants. | |

Plaintiff HUMC Opco LLC, d/b/a CarePoint Health -- Hoboken University

Medical Center ("Plaintiff" or "HUMC"), through its attorneys, K&L Gates LLP,

files this Second Amended Complaint against Defendants, United Benefit Fund

("UBF"), Aetna Health Inc. ("Aetna"), and Omni Administrators Inc. ("Omni")

(collectively, "Defendants"), and hereby alleges:

## SUMMARY OF CLAIMS

1.    HUMC operates a community hospital located at 308 Willow Avenue, Hoboken, New Jersey 07030.

2.    From May 29, 2014, until May 22, 2015, HUMC provided extensive emergent medical treatment to a patient insured by UBF (hereinafter "Patient 1"). Patient 1 presented to HUMC's Emergency Department, was admitted to the hospital, and continued to receive medically necessary treatment from HUMC for 358 consecutive days thereafter.

3.    For his lengthy in-patient stay and the medically necessary care he received at HUMC, Patient 1 incurred total charges in the amount of $7,702,491.32.

4.    Of that amount, UBF, as Patient 1's insurer, is liable to HUMC, as Patient 1's assignee, in the total amount of at least $789,446.88, representing the benefits amounts payable under the Plan of Benefits sponsored by UBF ("Plan"). Upon information and belief, the Plan is not a grandfathered plan under the Patient Protection and Affordable Care Act ("ACA"), – As such, the amounts payable under the Plan are even higher.

5.    However, to date, UBF, through Omni (the Plan Administrator), and Aetna (the Plan's third-party claims administrator), has refused to reimburse

HUMC more than $12,907.18, leaving an unpaid balance due under the Plan of at least $776,539.70.

6.    Moreover, as set forth more fully below, Defendants have refused to provide HUMC any meaningful avenue of review of UBF's underpayments.

7.    Even worse, Aetna has sent HUMC two separate demands for alleged overpayment relating to the treatment HUMC provided to Patient 1 in the amounts of $4,366.44 and $4,270.37, which would leave the total reimbursement amount to HUMC at $4,270.37.

8.    Defendants' conduct, described more fully below, violates the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq.*

## **THE PARTIES**

9.    Plaintiff HUMC is a limited liability company organized under the laws of the State of New Jersey.  HUMC operates a licensed general acute care hospital doing business as CarePoint Health -- Hoboken University Medical Center, located at 308 Willow Avenue, Hoboken, New Jersey 07030.

10.    Defendant UBF is an employee welfare benefits plan within the meaning of 29 U.S.C. § 1002(2)(A), with its principal place of business located at 150-28 Union Turnpike, Suite 250 Flushing, New York 11367.  UBF's Plan provides medical benefits, dental benefits, and vision benefits for its members.

- 3 -

11.    Defendant Omni is a corporation of the State of New York with its principal place of business located at 1430 Broadway, Suite 1303, New York, New York 10018.  Omni is the Plan Administrator for the UBF Plan.

12.    Defendant Aetna is a corporation of the State of New York with its principal place of business located at 100 Park Avenue, 12th Floor, New York, New York, and a registered agent located at CT Corporation System, 11 Eighth Avenue, New York, New York  10011.  Aetna is the third-party claims administrator for the Plan and, together with Omni, jointly administers the UBF Plan.

## JURISDICTION AND VENUE

13.    The Court has federal question subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1332(a), as this is a civil enforcement action under ERISA.

14.    This Court has personal jurisdiction over the Defendants because, at all times material hereto, Defendants carried on one or more businesses or business ventures in this judicial district; there is the requisite nexus between the business(es) and this action; and Defendants engaged in substantial and not isolated activity within this judicial district.

15.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2), because a substantial portion of the events giving rise to this action arose in this judicial district.

## FACTUAL ALLEGATIONS

### A.    Patient 1 Receives Extensive Inpatient Treatment at HUMC for 358 Continuous Days

16.    Patient 1 presented to HUMC's Emergency Department on or about May 29, 2014.  Due to the severity of his condition, Patient 1 was admitted to HUMC as an inpatient with a primary diagnosis code of 434.91, cerebral artery occlusion.

17.    Patient 1 was an inpatient at HUMC for 358 continuous days, until May 22, 2015, during which time he received extensive and medically necessary care, and incurred total charges in the amount of $7,702,491.32.

### B.    Defendants Substantially Underpay HUMC for the Treatment it Provided to Patient 1

18.    Patient 1 is a beneficiary of UBF's Plan.  The Plan expressly provides coverage for "in-network benefits" using the "Preferred Provider Organization ('PPO')" network for Aetna, and for "out-of-network benefits" for "non-PPO providers."  HUMC is an out-of-network provider with respect to Aetna and a "non-PPO provider" within the meaning of the Plan.

19.     The Plan document for UBF's Plan expressly provides that claims for reimbursement submitted by out-of-network providers such as HUMC are reimbursed "at the Medicare Rate developed by the Centers for Medicare and Medicaid Services used to reimburse physicians and other Providers on a fee-by-fee basis."   The Plan document further provides that for non-PPO providers, "covered expenses are payable at 100% of the Medicare Rate."

20.     The Social Security Amendments of 1983 (Public Law 98-21) established the Prospective Payment System ("PPS") for hospital inpatient services provided to Medicare beneficiaries.  Under this system, a hospital is paid a fixed amount for each patient discharged in a particular treatment category or Diagnosis Related Group ("DRG"). This fixed amount is intended to cover the cost of treating a typical patient for a particular DRG. The reimbursement amount is calculated using the Centers for Medicare and Medicaid Services ("CMS's") PPS Pricer system.

21.     In the case of the extensive treatment that HUMC provided to Patient 1 between May 29, 2014, and May 22, 2015, the total reimbursement amount, as calculated by CMS's PPS Pricer system, is $789,446.88.  Thus, the "Medicare Rate" for this treatment under the UBF Plan is at least $789,446.88.

22.     29 CFR Section 2590.715-2719A(b)(3)(i) also provides that in order for a plan to satisfy the co-payment and co-insurance limitations, for out-of-

network emergency medical services under the ACA, it must provide benefits for out-of-network emergency services in the amount equal to the greatest of the following three possible amounts:   (1) the amount negotiated with in-network providers for the emergency service furnished taking into account the in-network co-payment and co-insurance obligations; (2) the amount for the emergency service calculated using the same method the plan generally uses to determine payments for out-of-network services (such as the usual, customary and reasonable charges) but substituting the in-network cost-sharing provisions for the out-of-network cost-sharing provisions; or (3) the amount that would be paid under Medicare for the emergency service, taking into account the in-network co-payment and co-insurance obligations.

23.    Accordingly, the amount payable to HUMC under the Plan is much greater than the Medicare Rate of $789,466.88, and upon information and belief, much greater based on the in-network amounts negotiated with providers for emergency services under the ACA co-insurance and co-payment limitations.

24.    However, to date, UBF, through Omni (the Plan Administrator), and Aetna (the Plan's third-party claims administrator), has refused to reimburse HUMC more than $12,907.18, leaving an unpaid balance due under the terms of the Plan of at least $776,539.70.

25.    In an explanation of benefits ("EOB") issued by Aetna dated September 5, 2015, Aetna provided no explanation for the low reimbursement rate other than the claim was supposedly reimbursed at the "reasonable and customary rate."  There is no indication on the EOB of any denied charges, authorization issues, or level of care problems.

26.    Aetna's contention in its EOB, that the $12,907.18 represents the "reasonable and customary rate" to Patient 1, is demonstrably false.  Indeed, it would be impossible to find another Northern New Jersey acute care hospital that charges a mere $12,907.18 for a 358-day hospital stay, particularly one involving the extensive and medically-necessary treatment provided to Patient 1.

## C.    HUMC Receives a Complete Assignment of Health Insurance Benefits for the Treatment Provided to Patient 1

27.    The UBF Plan document expressly provides that "[b]enefits for medical expenses covered under this Plan may be assigned by a Covered Person to the provider."

28.    In connection with Patient 1's treatment at HUMC, and because Patient 1 was comatose and unconscious when he presented at HUMC's Emergency Department on or about May 29, 2014, and remained so during his hospitalization at HUMC, Patient 1's wife, also a Covered Person under the Plan, executed an "Assignment of Benefits" form on behalf of Patient 1 and assigned to

- 8 -

HUMC the right to Patient 1's benefits under the Plan for the services that HUMC provided to Patient 1.

29.    Patient 1 passed away on May 30, 2015.  On June 9, 2016, Patient 1's wife, as the beneficiary of Patient 1's estate, executed another "Assignment of Benefits" form on behalf of Patient 1, which assigned to HUMC the right to Patient 1's benefits under the Plan for the services that HUMC provided to Patient 1.

30.    Among other things, the May 29, 2014 "Assignment of Benefits" form executed by Patient 1's wife, on behalf of Patient 1, state as follows:

> I HEREBY ASSIGN TO THE HOSPITAL, ALL OF MY RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS OR RECOVERY, TO ANY AND ALL RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTIONS, INTERESTS, OR RECOVERY OF ANY TYPE WHATSOEVER RECEIVABLE BY ME OR ON MY BEHALF ARISING OUT OF ANY POLICY OF INSURANCE, PLAN, TRUST, FUND, OR OTHERWISE PROVIDING HEALTH CARE COVERAGE OF ANY TYPE TO ME (OR TO ANY OTHER THIRD PARTY RESPONSIBLE FOR ME) FOR THE CHARGES FOR SERVICE RENDERED TO ME BY THE HOSPITAL. THIS INCLUDES, WITHOUT LIMITATION, ANY PRIVATE OR GROUP HEALTH/HOSPITALIZATION PLAN. AUTOMOBILE LIABILITY, GENERAL LIABILITY, PERSONAL INJURY PROTECTION, MEDICAL PAYMENTS, UNINSURED OR UNDERINSURED MOTOR VEHICLES BENEFITS, SETTLEMENTS/JUDGMENTS/VERDICTS, SELF-FUNDED PLAN, TRUST, WORKERS COMPENSATION, MEWA, COLLECTIVE, OR ANY OTHER THIRD-PARTY PAYOR PROVIDING HEALTH CARE COVERAGE OF ANY TYPE TO ME (OR TO ANY OTHER THIRD PARTY RESPONSIBLE FOR ME) FOR THE CHARGES FOR SERVICES RENDERED TO ME BY THE HOSPITAL [COLLECTIVELY, 'COVERAGE SOURCE'].

I AUTHORIZE AND DIRECT PAYMENT BE MADE BY ANY AND ALL COVERAGE SOURCE DIRECTLY TO THE HOSPITAL OF ALL BENEFITS, PAYMENTS, MONIES, CHECKS, FUNDS, WIRE TRANSFERS OR RECOVERY OF ANY KIND WHATSOEVER FROM ANY COVERAGE SOURCE. I ALSO AGREE TO ASSIST THE HOSPITAL IN PURSUING PAYMENT FROM ANY COVERAGE SOURCE. THIS INCLUDES, WITHOUT LIMITATION, SIGNING DOCUMENTS REQUESTED OR NEEDED TO PURSUE CLAIMS AND APPEALS, GETTING DOCUMENTS FROM COVERAGE SOURCE, OR OTHERWISE TO SUPPORT PAYMENT TO THE HOSPITAL. I ALSO DIRECT AND AGREE THAT ANY PAYMENTS OF ANY KIND (E.G., CHECKS, FUNDS, PAYMENTS, MONIES, BENEFITS OR RECOVERY FOR COVERAGE OF SERVICES BY THE HOSPITAL THAT IS SENT DIRECTLY TO ME (OR TO ANOTHER THIRD PARTY RESPONSIBLE FOR ME) WILL BE SENT AND TURNED OVER IMMEDIATELY BY ME TO THE HOSPITAL, THROUGH WHATEVER MEANS NECESSARY. THIS INCLUDES, WITHOUT LIMITATION, ME AND IF NEEDED ANY GUARDIAN ENDORSING OVER ANY CHECKS AND/OR OTHER DOCUMENTS TO THE HOSPITAL. I ALSO UNDERSTAND THAT IF I FAIL TO TURN OVER TO THE HOSPITAL ANY SUCH PAYMENTS SENT DIRECTLY TO ME (OR TO ANOTHER THIRD PARTY RESPONSIBLE FOR ME), I WILL BE FINANCIALLY RESPONSIBLE TO THE HOSPITAL FOR THE AMOUNT OF SUCH PAYMENTS, AND I MAY ALSO BE SUBJECT TO CRIMINAL PROSECUTION TO THE FULLEST EXTENT PERMITTED BY LAW.

I HEREBY AUTHORIZE AND DESIGNATE THE HOSPITAL, AS MY AUTHORIZED AGENT AND REPRESENTATIVE TO ACT ON MY BEHALF WITH RESPECT TO ALL MATTERS RELATED TO ALL OF MY RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS OR RECOVERY ARISING OUT OF ANY COVERAGE SOURCE. THIS INCLUDES, WITHOUT LIMITATION, THE HOSPITAL REQUESTING VERIFICATION OF COVERAGE/PRE-CERTIFICATION/AUTHORIZATION, FILING PRE-SERVICE AND POST-SERVICE CLAIMS AND APPEALS, RECEIVING

ALL INFORMATION, DOCUMENTATION, SUMMARY PLAN DESCRIPTIONS, BARGAINING AGREEMENTS, TRUST AGREEMENTS, CONTRACTS, AND ANY INSTRUMENTS UNDER WHICH THE PLAN IS ESTABLISHED OR OPERATED, AS WELL AS RECEIVING ANY POLICIES, PROCEDURES, RULES, GUIDELINES, PROTOCOLS OR OTHER CRITERIA CONSIDERED BY THE COVERAGE SOURCE, IN CONNECTION WITH ANY CLAIMS, APPEALS, OR NOTIFICATIONS RELATED TO CLAIMS OR APPEALS.

31.    Among other things, the June 9, 2016 "Assignment of Benefits" form

executed by Patient 1's wife, on behalf of Patient 1, states as follows:

I HEREBY ASSIGN TO THE HOSPITAL, ALL OF MY RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS OR RECOVERY, TO ANY AND ALL RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTIONS, INTERESTS, OR RECOVERY OF ANY TYPE WHATSOEVER RECEIVABLE BY ME OR ON MY BEHALF ARISING OUT OF ANY POLICY OF INSURANCE, PLAN, TRUST, FUND, OR OTHERWISE PROVIDING HEALTH CARE COVERAGE OF ANY TYPE TO ME (OR TO ANY OTHER THIRD PARTY RESPONSIBLE FOR ME) FOR THE CHARGES FOR SERVICE RENDERED TO ME BY THE HOSPITAL. THIS INCLUDES, WITHOUT LIMITATION, ANY PRIVATE OR GROUP HEALTH/HOSPITALIZATION PLAN. AUTOMOBILE LIABILITY, GENERAL LIABILITY, PERSONAL INJURY PROTECTION, MEDICAL PAYMENTS, UNINSURED OR UNDERINSURED MOTOR VEHICLES BENEFITS, SETTLEMENTS/JUDGMENTS/VERDICTS, SELF-FUNDED PLAN, TRUST, WORKERS COMPENSATION, MEWA, COLLECTIVE, OR ANY OTHER THIRD-PARTY PAYOR PROVIDING HEALTH CARE COVERAGE OF ANY TYPE TO ME (OR TO ANY OTHER THIRD PARTY RESPONSIBLE FOR ME) FOR THE CHARGES FOR SERVICES RENDERED TO ME BY THE HOSPITAL [COLLECTIVELY, 'COVERAGE SOURCE']. **THIS IS A DIRECT ASSIGNMENT OF ANY AND ALL OF MY RIGHTS TO RECEIVE BENEFITS ARISING OUT OF ANY COVERAGE SOURCE.** I UNDERSTAND THAT THIS

- 11 -

ASSIGNMENT OF BENEFITS IS IRREVOCABLE. THIS ASSIGNMENT OF BENEFITS FULLY AND COMPLETELY ENCOMPASSES ANY LEGAL CLAIM I MAY HAVE AGAINST ANY COVERAGE SOURCE, INCLUDING, BUT NOT LIMITED TO, MY RIGHTS TO APPEAL ANY DENIAL OF BENEFITS ON MY BEHALF, TO REQUEST AND OBTAIN PLAN DOCUMENTS, TO PURSUE LEGAL ACTION AGAINST ANY COVERAGE SOURCE, AND/OR TO FILE A COMPLAINT WITH THE NEW JERSEY DEPARTMENT OF BANKING AND INSURANCE.

I AUTHORIZE AND DIRECT PAYMENT BE MADE BY ANY AND ALL COVERAGE SOURCE DIRECTLY TO THE HOSPITAL OF ALL BENEFITS, PAYMENTS, MONIES, CHECKS, FUNDS, WIRE TRANSFERS OR RECOVERY OF ANY KIND WHATSOEVER FROM ANY COVERAGE SOURCE. I ALSO AGREE TO ASSIST THE HOSPITAL IN PURSUING PAYMENT FROM ANY COVERAGE SOURCE. THIS INCLUDES, WITHOUT LIMITATION, SIGNING DOCUMENTS REQUESTED OR NEEDED TO PURSUE CLAIMS AND APPEALS, GETTING DOCUMENTS FROM COVERAGE SOURCE, OR OTHERWISE TO SUPPORT PAYMENT TO THE HOSPITAL. I ALSO DIRECT AND AGREE THAT ANY PAYMENTS OF ANY KIND (E.G., CHECKS, FUNDS, PAYMENTS, MONIES, BENEFITS OR RECOVERY FOR COVERAGE OF SERVICES BY THE HOSPITAL THAT IS SENT DIRECTLY TO ME (OR TO ANOTHER THIRD PARTY RESPONSIBLE FOR ME) WILL BE SENT AND TURNED OVER IMMEDIATELY BY ME TO THE HOSPITAL, THROUGH WHATEVER MEANS NECESSARY. THIS INCLUDES, WITHOUT LIMITATION, ME AND IF NEEDED ANY GUARDIAN ENDORSING OVER ANY CHECKS AND/OR OTHER DOCUMENTS TO THE HOSPITAL. I ALSO UNDERSTAND THAT IF I FAIL TO TURN OVER TO THE HOSPITAL ANY SUCH PAYMENTS SENT DIRECTLY TO ME (OR TO ANOTHER THIRD PARTY RESPONSIBLE FOR ME), I WILL BE FINANCIALLY RESPONSIBLE TO THE HOSPITAL FOR THE AMOUNT OF SUCH PAYMENTS, AND I MAY ALSO BE SUBJECT TO CRIMINAL PROSECUTION TO THE FULLEST EXTENT PERMITTED BY LAW.

I HEREBY AUTHORIZE AND DESIGNATE THE HOSPITAL, AS MY AUTHORIZED AGENT AND REPRESENTATIVE TO ACT ON MY BEHALF WITH RESPECT TO ALL MATTERS RELATED TO ALL OF MY RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS OR RECOVERY ARISING OUT OF ANY COVERAGE SOURCE. THIS INCLUDES, WITHOUT LIMITATION, THE HOSPITAL REQUESTING VERIFICATION OF COVERAGE/PRE-CERTIFICATION/AUTHORIZATION, FILING PRE-SERVICE AND POST-SERVICE CLAIMS AND APPEALS, RECEIVING ALL INFORMATION, DOCUMENTATION, SUMMARY PLAN DESCRIPTIONS, BARGAINING AGREEMENTS, TRUST AGREEMENTS, CONTRACTS, AND ANY INSTRUMENTS UNDER WHICH THE PLAN IS ESTABLISHED OR OPERATED, AS WELL AS RECEIVING ANY POLICIES, PROCEDURES, RULES, GUIDELINES, PROTOCOLS OR OTHER CRITERIA CONSIDERED BY THE COVERAGE SOURCE, IN CONNECTION WITH ANY CLAIMS, APPEALS, OR NOTIFICATIONS RELATED TO CLAIMS OR APPEALS.

32.    The UBF's Plan document further authorizes a person covered by a Plan beneficiary "to appoint an authorized representative to act on his or her behalf with respect to a benefit claim or appeal of a denial."  In the event of such an authorization, the Plan document provides that "all future communications from the Plan will be with the representative, rather than the Covered Person, unless the Covered Person directs the Plan Administrator, in writing, to the contrary."

33.    In this case, in addition to the "Assignment of Benefit" form referenced above, on or about February 17, 2015, Patient 1's wife, on behalf of Patient 1, signed an Aetna authorization representation form in which she expressly authorized HUMC and its affiliates to appeal any adverse benefits

determination on Patient 1's behalf with respect to the services that HUMC provided to Patient 1.

34.    Throughout Patient 1's 358 consecutive day stay at HUMC, and after his death on May 22, 2015, HUMC and Patient 1's wife, on behalf of Patient 1, communicated with Defendants regarding Patient 1's treatment, coverage and payments as Patient 1's assignee under the Plan.

35.    In or about February 2015, during discussions with Aetna regarding Patient 1's coverage under the UBF Plan, Aetna informed HUMC's case manager that Aetna learned on February 10, 2015, that Patient 1's coverage under the UBF Plan had terminated.  Aetna did not provide a reason why it did not learn of Patient 1's coverage termination until February 10, 2015.

36.    HUMC, on behalf of Patient 1, communicated with UBF who provided HUMC with a copy of Omni's initial Plan termination notice, dated May 15, 2014.  The notice of termination stated that Patient 1's benefits terminated as of April 30, 2014, one month prior to Patient 1's admission to HUMC on May 29, 2014 and provided instructions for continued coverage under COBRA.

37.    HUMC informed UBF and Omni that Patient 1 worked up until the day he was admitted to HUMC, and that termination by the Plan prior to this date was in error.  Patient 1's wife informed HUMC that neither she nor Patient 1, who

was comatose from the time he was admitted to HUMC and throughout his hospitalization, received the May 15, 2014 letter.

38.    Initially, UBF refused to help HUMC resolve this issue and insisted numerous times that any appeal regarding the wrongful termination of Patient 1's benefits had to be made in writing and sent directly to Omni.

39.    Only after HUMC informed UBF that if they persisted in their position, that HUMC would have no choice but to contact the New Jersey Department of Banking and Insurance and the Department of Labor regarding Patient 1's wrongful coverage determination, did UBF thereafter actively work with HUMC and Patient 1's wife to resolve the matter.

40.    On February 25, 2015, HUMC faxed Patient 1's payroll records and other proof that Patient 1 remained employed through the date of his admission to HUMC on May 29, 2014.  In response, UBF agreed to correct the termination date to May 31, 2014, and issue a revised notice of termination to Patient 1's wife. Upon being informed by HUMC that it was authorized to receive the notice of termination on Patient 1's behalf, UBF sent HUMC the corrected February 25, 2015 notice of termination and COBRA letter that day.

41.    Patient 1's wife signed the COBRA documents, dated February 25, 2015, on Patient 1's behalf, and then HUMC submitted them to UBF.

42.    On March 9, 2015, HUMC received e-mail confirmation from Omni that Patient 1's coverage had been retroactively reinstated through May 31, 2014, under the Plan, and under COBRA from June 1, 2014, forward.

43.    Throughout HUMC's extended course of dealings with Aetna, Omni and UBF regarding Patient 1's coverage, all three Defendants were well aware that Patient 1 was comatose and incapacitated when he was admitted to HUMC, and that Patient 1's wife signed the assignment of benefit form on his behalf.  At no time did anyone at Aetna, Omni or UBF ever advise HUMC that the assignment of benefits form that Patient 1's wife had signed was insufficient or ever refuse to communicate with HUMC because Patient 1 did not himself sign an assignment of benefits form or because Patient 1's wife did so instead.

**D.    HUMC Exhausts All Known and Available Internal Appeals Remedies**

44.    HUMC has exhausted all known and available appeals avenues under the Plan in an effort to convince Defendants to reimburse HUMC properly on its claims for the extensive treatment that HUMC provided to Patient 1.  So far, all of these appeals avenues have been unsuccessful.

45.    Specifically, by letter dated September 9, 2015 ("Appeal Letter"), in accordance with the terms of the Plan, HUMC appealed the underpayment to Aetna, with a copy to Omni and UBF.  In its Appeal Letter, HUMC explained, among other things, that HUMC's reimbursement claim was substantially

underpaid; that the terms of the Plan required reimbursement in accordance with the calculations set forth in CMS's PPS Pricer System; and that Aetna's contention that the reimbursement amount of $12,907.18 represented the "reasonable and customary rate" was demonstrably false.

46.    In its Appeal Letter, HUMC also requested that the Defendants provide a detailed explanation as to the reasons for the unreasonably low payment, and it further requested documentation in support of UBF's claim that the Plan is entitled to grandfathered status under the ACA.    HUMC is entitled to this information under ERISA and the terms of the Plan, and the information is necessary in order for HUMC to determine, inter alia, whether the UBF Plan is properly entitled to assert "grandfathered" status under the ACA.

47.    Importantly, because, upon information and belief, the Plan is not entitled to assert grandfathered status under the ACA, it is required by law to provide benefits for out-of-network emergency services in an amount equal to the greatest of three possible amounts:  (1)  the amount negotiated with in-network providers for the emergency service furnished; (2) the amount for the emergency service calculated using the same method the plan generally uses to determine payments for out-of-network services, but substituting the in-network cost sharing provisions for the out-of-network cost-sharing provisions; or (3) the amount that would be paid under Medicare for the emergency service.  Here, upon information

- 17 -

and belief, the reimbursement methodology set forth in the Plan -- calculated using CMS's PPS Pricer System, and resulting in a reimbursement amount of $789,446.88 under the Medicare rate -- would fall far short of the reimbursement amount required by the ACA. The reimbursement amount actually provided -- $12,907.18 for a 358-day inpatient stay -- is tantamount to complete noncompliance with the requirements of the ACA as to non-grandfathered plans.

48.     Neither Aetna, nor any of the other defendants, ever formally responded to HUMC's Appeal Letter. Instead, by e-mail dated October 14, 2015, a representative of Omni advised HUMC, without analysis, that it believed that HUMC had been "paid in full by the plan." This Omni representative further stated in his e-mail that Omni is not required to provide HUMC with information regarding the Plan's grandfathered status under the ACA. Contrary to the express language of the Plan -- which requires that all appeals be sent to Omni -- the Omni representative further stated in his e-mail that his company would refuse to field any further calls or e-mails from HUMC, and that all inquiries regarding the claim for the services provided to Patient 1 should be directed to Aetna.

49.     On November 11, 2015, HUMC sent its September 9, 2015, Appeal Letter directly to Aetna by fax and certified mail. By letter dated December 1, 2015, HUMC requested that Aetna expedite HUMC's appeal of this matter. To date, Aetna has taken no action on HUMC's appeal.

50.     Meanwhile, on November 12, 2015, HUMC separately submitted to UBF a member grievance concerning the underpayment in accordance with the provisions of the Plan governing such grievances.

51.     By letter dated December 3, 2015, counsel for UBF advised HUMC that the grievance procedure set forth in the Plan was unavailable to HUMC, and that HUMC should pursue its claim as an appeal under the Plan.  UBF's counsel even stated that HUMC should address its appeal directly to Omni -- ignoring, of course, that HUMC had already addressed its appeal to Omni and been advised by Omni's representative on October 14, 2015, that Omni would not take any further calls or e-mails from HUMC.  UBF's counsel further claimed that the $12,907.18 paid to HUMC constituted "full payment" for Patient 1's 358-day inpatient stay at HUMC.

52.     Making matters worse, by letter dated October 31, 2015 (received by HUMC on November 10, 2015), Aetna demanded that HUMC reimburse it for an alleged "overpayment" in the amount of $4,366.44 for treatment that HUMC provided to Patient 1.  In a separate letter dated November 7, 2015 (received by HUMC on November 17, 2015), Aetna made a separate demand that HUMC reimburse Aetna for another "overpayment" in the amount of $4,270.37, for treatment that HUMC provided to Patient 1.  Aetna's "overpayment" demands

would leave the total reimbursement to HUMC in the amount of $4,270.37, for the 358-day inpatient stay.

53.     The conduct of all three Defendants in their handling of HUMC's claims on behalf of Patient 1 makes it abundantly clear that Defendants have absolutely no intention of complying with their obligations under the Plan, ERISA, the ACA, or any other applicable law, and that further exhaustion efforts by HUMC would be futile.  Thus, HUMC is entitled to have this Court undertake a *de novo* review of the issues raised herein.

54.     The instant action is timely commenced well within six years after HUMC was notified by Defendants that they were rejecting HUMC's claims for reimbursement for the services that HUMC provided to Patient 1, within six years after each of Plaintiff's claims against Defendants accrued, and is otherwise timely in all respects.

## COUNT ONE
### (Violation of Section 502(a)(1)(B) – against UBF)

55.    HUMC incorporates by reference all of the foregoing allegations as if set forth at herein length.

56.    The Plan is an employee welfare benefits plan within the meaning of 29 U.S.C. § 1002(2)(A).

57.    UBF is the insurer, obligor, fiduciary, and/or relevant party-in-interest for the Plan.

58.    Omni and/or Aetna serve as the Plan Administrators of the Plan.

59.    Under the terms of the Plan, Patient 1 is entitled to coverage for the services that Patient 1 received from HUMC.

60.    Patent 1's wife, on behalf of Patient 1, executed an "Assignment of Benefits" form, among other documents, in which Patient 1 gave HUMC a complete assignment of Patient 1's right to benefits under the Plan.

61.    A healthcare provider to whom a patient assigns benefits has standing to sue as a "beneficiary" as "a person designated by a participant . . . who is or may become entitled to a benefit" under an ERISA-governed plan. 29 U.S.C. § 1002(8). ERISA further provides that a "beneficiary" is entitled to institute litigation to collect benefits owed under a relevant ERISA-governed plan. 29 U.S.C. § 1132(a)(1)(B).

62.    When Patient 1's wife, on behalf of Patient 1, executed the "Assignment of Benefits" form, Patient 1 assigned to HUMC his right to receive reimbursement from UBF under the Plan for the services that HUMC rendered to Patient 1.    This assignment of benefits confers upon HUMC the status of a "beneficiary" under Section 502(a) of ERISA.    Thus, HUMC has standing to bring this action under ERISA.

63.    As a beneficiary under Section 502(a) of ERISA, HUMC is entitled to recover benefits due to HUMC and/or its patients under the terms of the Plan.

64.    As a beneficiary under Section 502(a) of ERISA, HUMC is entitled to enforce the rights of HUMC and/or its patients under the terms of the Plan.

65.    As a beneficiary under Section 502(a) of ERISA, HUMC is entitled to clarify its rights to future benefits under the terms of the Plan.

66.    The Plan expressly authorized Patient 1 to assign his rights to benefits under the Plan to HUMC, including the right of direct payment of the Plan's benefits to HUMC.

67.    In violation of ERISA, UBF failed to make payment of benefits to HUMC, as assignee of Patient 1's rights under the Plan, in the manner and amounts required under the terms of the Plan.

68.    As the result of UBF's violations of ERISA, HUMC has suffered damages and lost benefits as assignee, for which it is entitled to restitution from

UBF, other declaratory and injunctive relief related to enforcement of the terms of the Plan, and to the clarification of future benefits.  UBF is liable to HUMC for unpaid benefits, restitution, interest, attorneys' fees, and other penalties as this Court deems just under ERISA Section 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B).

## COUNT TWO
### (Breach of Fiduciary Duty – against all Defendants)

69.    HUMC incorporates by reference all of the foregoing allegations as if set forth at herein length.

70.    As set forth more fully above, the Plan is an employee welfare benefits plan within the meaning of 29 U.S.C. § 1002(2)(A).

71.    UBF is the insurer, obligor, fiduciary, and/or relevant party-in-interest for the Plan.

72.    Omni and/or Aetna serve as the Plan Administrators of the Plan.

73.    Under the terms of the Plan, Patient 1 is entitled to coverage for the services that Patient 1 received from HUMC.

74.    As set forth more fully above, Patient 1 received health care services at HUMC.  Patient 1's wife, on behalf of Patient 1, executed an "Assignment of Benefits" form, among other documents, in which Patient 1 assigned to HUMC Patient 1's right to benefits under the Plan.

75.    UBF, Aetna, and Omni exercise discretionary authority or discretionary control relating to the management and/or administration of the Plan, and/or exercise authority and/or control respecting the management and disposition of the Plan's assets.  Accordingly, UBF, Aetna, and Omni are all fiduciaries of the Plan within the meaning of 29 U.S.C. § 1002(21)(A).

76.    UBF, Aetna, and Omni acted as fiduciaries to Patient 1, his spouse, and HUMC (as assignee), because they all exercised discretion in determining the nature of benefits that would be afforded to beneficiaries of the Plan, a key fiduciary function under ERISA.

77.    As fiduciaries of the Plan, UBF, Aetna, and Omni owe the Plan beneficiaries -- including HUMC as assignee of benefits – a duty to act for the exclusive purpose of providing benefits to participants and their beneficiaries; with the care, skill, prudence and diligence that a prudent administrator would use in the conduct of an enterprise of like character; and in accordance with the Plan documents.  29 U.S.C. § 1104(a)(1)(A), (B), (D).

78.    UBF, Aetna, and Omni violated their fiduciary duties to the Plan beneficiaries – including HUMC as assignee of benefits – by, among other things: basing their reimbursement decisions on maximizing profits to Defendants rather than on the terms of the Plan and applicable statutes and regulations; failing to

make decisions in the interests of beneficiaries; and failing to act in accordance with the Plan documents.

79.    In addition, UBF, Aetna, and Omni violated their fiduciary duties to the Plan beneficiaries by, among other things, failing to inform HUMC -- as assignee of benefits -- of material information, by misrepresenting requirements for reimbursement under the Plan, and imposing unduly burdensome preconditions to payment not contemplated by the Plan.

80.    As the result of UBF's, Aetna's, and Omni's violations of their fiduciary duties to its beneficiaries – including HUMC as assignee of benefits – HUMC has suffered, and continues to suffer, substantial damages, for which it is entitled to appropriate relief under 29 U.S.C. §§1104, 1132(a)(3).

## COUNT THREE
### (Denial of Full and Fair Review in Violation of ERISA § 503 – against all Defendants)

81.    HUMC incorporates by reference all of the foregoing allegations as if set forth at herein length.

82.    As an assignee and authorized representative of the claims on behalf of Patient 1, HUMC is entitled to receive protection under ERISA, including (a) a "full and fair review" of all claims denied by Defendants; and (b) compliance by Defendants with applicable claims procedure regulations.

- 25 -

83.    Although Defendants are obligated to provide a "full and fair review" of denied claims pursuant to ERISA § 503, 29 U.S.C. § 1133 and applicable regulations, including 29 C.F.R. § 2560.503-1 and 29 C.F.R. § 2590.715-2719, Defendants have failed to do so by, among other actions: refusing to provide the specific reason or reasons for the substantial underpayment on HUMC's claims on behalf of Patient 1; refusing to provide the specific plan provisions relied upon to support its denial; refusing to provide the specific rule, guideline, or protocol relied upon in making the decision to deny or underpay these claims; refusing to describe any additional material or information necessary to perfect a claim; refusing to notify the relevant parties that they are entitled to have, free of charge, all documents, records and other information relevant to the claims for benefits; refusing to provide a statement describing any appeals procedure available, or a description of all required information to be given in connection with that procedure and refusing to provide information necessary to enable HUMC to ascertain the Plan's grandfathered status under the ACA.  By failing to comply with the ERISA claims procedures regulations, Defendants failed to provide a reasonable claims procedure.

84.    Because Defendants have all failed to comply with the substantive and procedural requirements of ERISA, any administrative remedies are deemed exhausted pursuant to 29 C.F.R. § 2560.503-1(l) and 29 C.F.R. § 2590.715-

2719(b)(2)(ii)(F)(1). Exhaustion is also excused because it would be futile to pursue administrative remedies, as Defendants do not acknowledge any basis for their denials and thus offer no meaningful administrative process for challenging their denials.

85.    HUMC has been harmed by Defendants' failure to provide a full and fair review of appeals submitted under ERISA § 503, 29 U.S.C. § 1133, and by Defendants' failures to disclose information relevant to appeals, to comply with applicable claims procedure regulations, and to provide information needed to ascertain the Plan's grandfathered status under the ACA.

86.    HUMC is entitled to relief under ERISA § 502(a)(3), 29 U.S.C. § 1132(a)(3), including declaratory and injunctive relief, to remedy Defendants' failures to provide a full and fair review, to disclose information relevant to appeals and the Plan's grandfathered status under the ACA, and to comply with applicable claims procedure regulations.

## PRAYER FOR RELIEF

WHEREFORE, HUMC demands judgment in its favor against Defendants as follows:

A.    Declaring that UBF has breached the terms of the Plan with regard to out-of-network benefits and awarding damages for unpaid out-of- network

benefits, as well as awarding injunctive and declaratory relief to prevent Defendants' continuing actions detailed herein that are unauthorized by the Plan;

B.    Declaring that Defendants violated their fiduciary duties under § 404 of ERISA, 29 U.S.C. § 1104, and awarding injunctive, declaratory and other equitable relief to ensure compliance with ERISA;

C.    Declaring that Defendants failed to provide a "full and fair review" under § 503 of ERISA, 29 U.S.C. § 1133, and applicable claims procedure regulations, and that "deemed exhaustion" under such regulations is in effect as a result of Defendants' actions, as well as awarding injunctive, declaratory and other equitable relief to ensure compliance with ERISA and its claims procedure regulations;

D.    Temporarily and permanently enjoining Defendants from continuing to pursue their actions detailed herein, and ordering Defendants to pay benefits in accordance with the terms of the Plan and applicable law;

E.    Awarding restitution for reimbursements improperly withheld by Defendants;

F.    Declaring that Defendants have violated the terms of the Plan;

G.    Requiring Defendants to make full payment on all previously denied charges relating to HUMC's claims for reimbursement under the Plan for the services it provided to Patient 1;

H.    Requiring Defendants to pay HUMC the benefit amounts as required under the Plan;

I.    Awarding reasonable attorneys' fees, as provided by § 502(g) of ERISA, 29 U.S.C. § 1132(g);

J.    Awarding costs of suit;

K.    Awarding pre-judgment and post-judgment interest; and

L.    Awarding all other relief to which HUMC is entitled.

Respectfully submitted,

**K&L GATES LLP**

One Newark Center, Tenth Floor
Newark, New Jersey 07102
Tel:  (973) 848-4000
Fax:  (973) 848-4001
*Attorneys for Plaintiff*
*HUMC Opco LLC, d/b/a CarePoint Health*
*-- Hoboken University Medical Center*

By:   /s/ Anthony P. La Rocco_____
        Anthony P. La Rocco

Dated:  August 1, 2016

## <u>CERTIFICATION UNDER L. CIV. R. 11.2</u>

I certify that the matter in controversy is not the subject matter of any other action pending in any court or of any pending arbitration or administrative proceeding.

Respectfully submitted,

**K&L GATES LLP**

One Newark Center, Tenth Floor
Newark, New Jersey 07102
Tel:  (973) 848-4000
Fax:  (973) 848-4001
*Attorneys for Plaintiff*
*HUMC Opco LLC, d/b/a CarePoint Health*
*-- Hoboken University Medical Center*

By:   /s/ Anthony P. La Rocco_____
      Anthony P. La Rocco

Dated:  August 1, 2016

## <u>LOCAL RULE 201.1 CERTIFICATION</u>

I certify under penalty of perjury that the matter in controversy is not eligible for compulsory arbitration because the damages recoverable by plaintiff exceed the sum of $150,000, exclusive of interest and costs.

Respectfully submitted,

**K&L GATES LLP**

One Newark Center, Tenth Floor
Newark, New Jersey 07102
Tel:  (973) 848-4000
Fax:  (973) 848-4001
*Attorneys for Plaintiff*
*HUMC Opco LLC, d/b/a CarePoint Health*
*-- Hoboken University Medical Center*

By:   /s/ Anthony P. La Rocco_____
        Anthony P. La Rocco

Dated:  August 1, 2016

# Exhibit B

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

### Explanation Of Benefits

*Please Retain for Future Reference*

Printed: 09/25/2015
Page: 1 of 36

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN: 0006420275
TIN: XXXXXXX7328
NO PAY

HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Notes:**
Update your address, telephone number, e-mail address and/or NPI information by visiting our website.

## Patient Name: ▓▓▓▓▓ (self)

Claim ID: P1JLM6G7B43   Recd: 08/25/15   Member ID: W199669864   Patient Account: AAG26195
Member: ▓▓▓▓▓   DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND   Group Number: 0863860-10-151 I P1$MEO
Product: Aetna Choice® POS II   Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27-12/31/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

**ISSUED AMT:**         **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B41   Recd: 08/25/15   Member ID: W199669864   Patient Account: AAG26195
Member: ▓▓▓▓▓   DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND   Group Number: 0863860-10-151 I P1$MEO
Product: Aetna Choice® POS II   Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/17-12/21/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

**ISSUED AMT:**         **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B40   Recd: 08/25/15   Member ID: W199669864   Patient Account: AAG26195
Member: ▓▓▓▓▓   DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND   Group Number: 0863860-10-151 I P1$MEO
Product: Aetna Choice® POS II   Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/12-12/16/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/25/2015 |
| Page: | 2 of 36 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXX7328 |
| | NO PAY |

---

**Patient Name:** ▮▮▮▮▮▮▮ *(self)*

**ISSUED AMT:**            **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment.  114
   Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P1JLM6G7B39    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/07-12/11/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

**ISSUED AMT:**            **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment.  114
   Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P1JLM6G7B38    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/02-12/06/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

**ISSUED AMT:**            **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment.  114
   Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P1JLM6G7B37    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:              09/25/2015
Page:                 3 of 36

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                  0006420275
TIN:                  XXXXXXXX7328
                      NO PAY

---

### Patient Name: _____ (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/28-12/02/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: **P1JLM6G7B36**      Recd: 08/25/15      Member ID: W199669864      Patient Account: AAG26195
Member: _____                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                   Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                     Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/23-11/27/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: **P1JLM6G7B35**      Recd: 08/25/15      Member ID: W199669864      Patient Account: AAG26195
Member: _____                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                   Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                     Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18-11/22/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

Printed:                    09/25/2015
Page:                          4 of 36

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                      0006420275
TIN:                    XXXXXXX7328
                                  NO PAY

---

**Patient Name:** [redacted] *(self)*

Claim ID: P1JLM6G7B34    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: [redacted]                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/13-11/17/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

                                                                    **ISSUED AMT:**          **NO PAY**

Remarks:
1 -  This is a duplicate claim that has already been considered for payment.  114
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P1JLM6G7B33    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: [redacted]                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/08-11/12/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

                                                                    **ISSUED AMT:**          **NO PAY**

Remarks:
1 -  This is a duplicate claim that has already been considered for payment.  114
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P1JLM6G7B32    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: [redacted]                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/03-11/07/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

                                                                    **ISSUED AMT:**          **NO PAY**

Remarks:
1 -  This is a duplicate claim that has already been considered for payment.  114
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## *Explanation Of Benefits*

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/25/2015 |
| Page: | 5 of 36 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:    0008420275
TIN:    XXXXXXXX7328
NO PAY

---

## Patient Name: ██████████ *(self)*

Claim ID: P1JLM6G7B31    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ██████████
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151 I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/29-11/02/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| TOTALS | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:        NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B30    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ██████████
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151 I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/24-10/28/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| TOTALS | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:        NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B29    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ██████████
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151 I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/19-10/23/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| TOTALS | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:        NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

*Continued on Next Page*

UBF-AETNA 000296                                                CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/25/2015 |
| Page: | 6 of 36 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                                    0006420275
TIN:                            XXXXXXXX7328
NO PAY

---

**Patient Name:** _____ (self)

Claim ID: P1JLM6G7B28       Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: _____                                                           DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                  Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14-10/18/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:                NO PAY

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B27       Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: _____                                                           DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                  Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/09-10/13/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:                NO PAY

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B26       Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: _____                                                           DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                  Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/04-10/08/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:                NO PAY

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

*Continued on Next Page*

UBF-AETNA 000297                                                                     CONFIDENTIAL

# aetna®

P.O. BOX 981108
EL PASO TX 79998-1108
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                                    09/25/2015
Page:                                          7 of 36

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                                      0006420275
TIN:                              XXXXXXXX7328
                                                NO PAY

---

**Patient Name:** ▓▓▓▓▓▓▓▓ *(self)*

Claim ID: P1JLM6G7B25    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▓▓▓▓▓▓                                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                           Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/28-09/30/14 | 21 | 206 | | 33,110.32 | | | 33,110.32 | 1 | | | | 0.00 |
| 10/01-10/03/14 | 21 | 206 | | 49,665.48 | | | 49,665.48 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

                                                                                    **ISSUED AMT:**              **NO PAY**

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B24    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▓▓▓▓▓▓                                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                           Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/24-09/26/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

                                                                                    **ISSUED AMT:**              **NO PAY**

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B23    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▓▓▓▓▓▓                                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                           Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/19-09/23/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

                                                                                    **ISSUED AMT:**              **NO PAY**

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114

*Continued on Next Page*

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                                                      09/25/2015
Page:                                                          8 of 36

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                                    0006420275
TIN:                                    XXXXXXXX7328
                                                                NO PAY

---

**Patient Name:** ██████████ *(self)*

**Remarks (contd):**
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P1JLM6G7B22        Recd: 08/25/15      Member ID: W199669864      Patient Account: AAG26195
Member: ████████                                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/14-09/18/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
*1 -  This is a duplicate claim that has already been considered for payment.  114*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P1JLM6G7B21        Recd: 08/25/15      Member ID: W199669864      Patient Account: AAG26195
Member: ████████                                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/09-09/13/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
*1 -  This is a duplicate claim that has already been considered for payment.  114*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P1JLM6G7B20        Recd: 08/25/15      Member ID: W199669864      Patient Account: AAG26195
Member: ████████                                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/04-09/08/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/25/2015 |
| Page: | 9 of 36 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:     0008420275
TIN:     XXXXXXXX7328
NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮▮▮ *(self)*

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

**Claim ID:** P1JLM6G7B19    **Recd:** 08/25/15    **Member ID:** W199669864    **Patient Account:** AAG26195
**Member:** ▮▮▮▮▮▮        DIAG: 434.91, 431, 518.81
**Group Name:** UNITED BENEFIT FUND      Group Number: 0863860-10-151 I P1$ME0
**Product:** Aetna Choice® POS II      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/30-09/03/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:      NO PAY

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

**Claim ID:** P1JLM6G7B18    **Recd:** 08/25/15    **Member ID:** W199669864    **Patient Account:** AAG26195
**Member:** ▮▮▮▮▮▮        DIAG: 434.91, 431, 518.81
**Group Name:** UNITED BENEFIT FUND      Group Number: 0863860-10-151 I P1$ME0
**Product:** Aetna Choice® POS II      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/25-08/29/14 | 21 | 206 | | 82,775.80 | | | 49,665.48 | 1 | | | 33,110.32 | 0.00 |
| | | | | | | | 33,110.32 | 2 | | | | |
| | | | | | | | | 3 | | | | |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | 33,110.32 | 0.00 |

ISSUED AMT:      NO PAY

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
2 - *Partial Denial. We have determined that a portion of this confinement is not medically necessary. The allowed amount was reduced to reflect the days we authorized. The member is responsible for this amount, along with any coinsurance and/or deductible listed. [N72]*
3 - *This is a fair payment for services covered by the plan. No balance billing allowed. [C52]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

**Claim ID:** P1JLM6G7B17    **Recd:** 08/25/15    **Member ID:** W199669864    **Patient Account:** AAG26195
**Member:** ▮▮▮▮▮▮        DIAG: 434.91, 431, 518.81
**Group Name:** UNITED BENEFIT FUND      Group Number: 0863860-10-151 I P1$ME0
**Product:** Aetna Choice® POS II      Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/25/2015 |
| Page: | 10 of 36 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| | NO PAY |

---

**Patient Name:** ▇▇▇▇▇▇▇▇ (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/20-08/24/14 | 21 | 206 | | 82,775.80 | | | 33,110.32 | 1 | | | 49,665.48 | 0.00 |
| | | | | | | | 49,665.48 | 2 | | | | |
| | | | | | | | | 3 | | | | |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | 49,665.48 | 0.00 |

ISSUED AMT:          NO PAY

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
2 - *Partial Denial. We have determined that a portion of this confinement is not medically necessary. The allowed amount was reduced to reflect the days we authorized. The member is responsible for this amount, along with any coinsurance and/or deductible listed. [N72]*
3 - *This is a fair payment for services covered by the plan. No balance billing allowed. [O52]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P1JLM6G7B16     Recd: 08/25/15    Member ID: W199569864    Patient Account: AAG26195
Member: ▇▇▇▇▇▇▇                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/15-08/19/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:          NO PAY

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P1JLM6G7B15     Recd: 08/25/15    Member ID: W199569864    Patient Account: AAG26195
Member: ▇▇▇▇▇▇▇                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13-08/14/14 | 21 | 202 | | 33,351.00 | | | 33,351.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 33,351.00 | | | 33,351.00 | | | | | 0.00 |

ISSUED AMT:          NO PAY

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*

*Continued on Next Page*

UBF-AETNA 000301                                                    CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                    09/25/2015
Page:                       11 of 36

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                        0006420275
TIN:                        XXXXXXXX7328
                            NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮▮▮    *(self)*

**Remarks (contd):**
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P1JLM6G7B14    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/08-08/12/14 | 21 | 202 | | 83,376.60 | | | 83,376.60 | 1 | | | | 0.00 |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | | 0.00 |

                                                        **ISSUED AMT:**        **NO PAY**

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P1JLM6G7B13    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/03-08/07/14 | 21 | 202 | | 83,376.60 | | | 83,376.60 | 1 | | | | 0.00 |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | | 0.00 |

                                                        **ISSUED AMT:**        **NO PAY**

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P1JLM6G7B12    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/28-08/02/14 | 21 | 202 | | 83,376.60 | | | 83,376.60 | 1 | | | | 0.00 |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | | 0.00 |

                                                        **ISSUED AMT:**        **NO PAY**

*Continued on Next Page*

UBF-AETNA 000302                                                    CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/25/2015 |
| Page: | 12 of 36 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN: 0006420275
TIN: XXXXXXXX7328
NO PAY

---

**Patient Name:** ▆▆▆▆▆▆▆ *(self)*

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B11    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▆▆▆▆▆▆                                                     DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                        Group Number: 0863860-10-151 I P1$ME0
Product: **Aetna Choice® POS II**                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/23-07/27/14 | 21 | 202 | | 83,376.60 | | | 83,376.60 | 1 | | | | 0.00 |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | | 0.00 |

**ISSUED AMT:**                    **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B10    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▆▆▆▆▆▆                                                     DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                        Group Number: 0863860-10-151 I P1$ME0
Product: **Aetna Choice® POS II**                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/18-07/22/14 | 21 | 202 | | 83,376.60 | | | 83,376.60 | 1 | | | | 0.00 |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | | 0.00 |

**ISSUED AMT:**                    **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B09    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▆▆▆▆▆▆                                                     DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                        Group Number: 0863860-10-151 I P1$ME0
Product: **Aetna Choice® POS II**                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13-07/17/14 | 21 | 202 | | 83,376.60 | | | 83,376.60 | 1 | | | | 0.00 |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | | 0.00 |

*Continued on Next Page*

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

## Explanation Of Benefits

*Please Retain for Future Reference*

| Printed: | 09/25/2015 |
|---|---|
| Page: | 13 of 36 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
| PIN: | 0006420275 |
| TIN: | XXXXXXX7328 |
| | NO PAY |

---

**Patient Name:** [REDACTED] *(self)*

**ISSUED AMT:**            **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B08    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: [REDACTED]                                                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/08-07/12/14 | 21 | 202 | | 83,376.60 | | | 50,025.96 | 1 | | | 33,350.64 | 0.00 |
| | | | | | | | 33,350.64 | 2 | | | | |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | 33,350.64 | 0.00 |

**ISSUED AMT:**            **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
2 - Partial Denial. We have determined that a portion of this confinement is not medically necessary. The allowed amount was reduced to
    reflect the days we authorized. The member is responsible for this amount, along with any coinsurance and/or deductible listed. [N72]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B07    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: [REDACTED]                                                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/03-07/07/14 | 21 | 202 | | 83,376.60 | | | 83,376.60 | 1 | | | 83,376.60 | 0.00 |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | 83,376.60 | 0.00 |

**ISSUED AMT:**            **NO PAY**

**Remarks:**
1 - Partial Denial. We have determined that a portion of this confinement is not medically necessary. The allowed amount was reduced to
    reflect the days we authorized. The member is responsible for this amount, along with any coinsurance and/or deductible listed. [N72]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B06    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: [REDACTED]                                                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

UBF-AETNA 000304                                                       CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                          09/25/2015
Page:                             14 of 36

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                              0006420275
TIN:                              XXXXXXXX7328
                                  NO PAY

---

**Patient Name:** ████████████    *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/26-07/02/14 | 21 | 202 | | 83,376.60 | | | 83,376.60 | 1 | | | 83,376.60 | 0.00 |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | 83,376.60 | 0.00 |

**ISSUED AMT:**                 **NO PAY**

**Remarks:**
1 - Partial Denial. We have determined that a portion of this confinement is not medically necessary. The allowed amount was reduced to reflect the days we authorized. The member is responsible for this amount, along with any coinsurance and/or deductible listed. [N72] Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B05    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ████████████                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/23-06/27/14 | 21 | 202 | | 83,376.60 | | | 83,376.60 | 1 | | | 83,376.60 | 0.00 |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | 83,376.60 | 0.00 |

**ISSUED AMT:**                 **NO PAY**

**Remarks:**
1 - Partial Denial. We have determined that a portion of this confinement is not medically necessary. The allowed amount was reduced to reflect the days we authorized. The member is responsible for this amount, along with any coinsurance and/or deductible listed. [N72] Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B04    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ████████████                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/18-06/22/14 | 21 | 202 | | 83,376.60 | | | 83,376.60 | 1 | | | 83,376.60 | 0.00 |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | 83,376.60 | 0.00 |

**ISSUED AMT:**                 **NO PAY**

**Remarks:**
1 - Partial Denial. We have determined that a portion of this confinement is not medically necessary. The allowed amount was reduced to reflect the days we authorized. The member is responsible for this amount, along with any coinsurance and/or deductible listed. [N72] Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/25/2015 |
| Page: | 15 of 36 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0008420275 |
| TIN: | XXXXXXXX7328 |
| | NO PAY |

---

## Patient Name: _____ (self)

Claim ID: P1JLM6G7B03   Recd: 08/25/15   Member ID: W199669864   Patient Account: AAG26195
Member: _____
Group Name: **UNITED BENEFIT FUND**
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: **0863860-10-151  I P1$ME0**
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/13-06/17/14 | 21 | 202 | | 83,376.60 | | | 83,376.60 | 1 | | | 83,376.60 | 0.00 |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | 83,376.60 | 0.00 |

**ISSUED AMT:**    **NO PAY**

**Remarks:**
1 - *Partial Denial. We have determined that a portion of this confinement is not medically necessary. The allowed amount was reduced to reflect the days we authorized. The member is responsible for this amount, along with any coinsurance and/or deductible listed. [N72] Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

---

Claim ID: P1JLM6G7B02   Recd: 08/25/15   Member ID: W199669864   Patient Account: AAG26195
Member: _____
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: **0863860-10-151  I P1$ME0**
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/08-06/12/14 | 21 | 202 | | 83,376.60 | | | 50,025.96 | 1 | | | 33,350.64 | 0.00 |
| | | | | | | | 33,350.64 | 2 | | | | |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | 33,350.64 | 0.00 |

**ISSUED AMT:**    **NO PAY**

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
2 - *Partial Denial. We have determined that a portion of this confinement is not medically necessary. The allowed amount was reduced to reflect the days we authorized. The member is responsible for this amount, along with any coinsurance and/or deductible listed. [N72] Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

---

Claim ID: P1JLM6G7B01   Recd: 08/25/15   Member ID: W199669864   Patient Account: AAG26195
Member: _____
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: **0863860-10-151  I P1$ME0**
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/03-06/07/14 | 21 | 202 | | 83,376.60 | | | 83,376.60 | 1 | | | | 0.00 |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | | 0.00 |

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/25/2015 |
| Page: | 16 of 36 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:  0006420275
TIN:  XXXXXXXX7328
NO PAY

---

**Patient Name:** ▓▓▓▓▓▓▓▓ *(self)*

ISSUED AMT:                    NO PAY

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B00     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195

Member: ▓▓▓▓▓▓

DIAG: 434.91, 431, 518.81

Group Name: **UNITED BENEFIT FUND**     Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II     Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-06/02/14 | 21 | 202 | | 83,376.60 | | | 83,376.60 | 1 | | | | 0.00 |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PQTWN36DX08     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195

Member: ▓▓▓▓▓▓

DIAG: 434.91, 431, 518.81

Group Name: **UNITED BENEFIT FUND**     Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II     Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-05/22/15 | 21 | 801 | | 69,078.97 | | | 69,078.97 | 1 | | | | 0.00 |
| **TOTALS** | | | | 69,078.97 | | | 69,078.97 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PQTWN36DX07     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195

Member: ▓▓▓▓▓▓

DIAG: 434.91, 431, 518.81

Group Name: **UNITED BENEFIT FUND**     Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II     Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

### Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/25/2015 |
| Page: | 36 of 36 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN: 0006420275
TIN: XXXXXXX7328
NO PAY

---

**Patient Name:** ████████ *(self)*

Claim ID: PCABN38RW00    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ████████
Group Name: UNITED BENEFIT FUND                                DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                     Group Number: 0863860-11-151 I P1$ME0
Aetna Life Insurance Company                                      Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-01/05/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B42    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ████████
Group Name: UNITED BENEFIT FUND                                DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                     Group Number: 0863860-10-151 I P1$ME0
Aetna Life Insurance Company                                      Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22-12/26/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

**For Questions Regarding This Claim**
P.O. BOX 981106 EL PASO, TX 79998-1106
**CALL (888) 632-3862** FOR ASSISTANCE
*Note: All inquiries should reference the ID number above for prompt response.*

| | |
|---|---|
| Total Patient Responsibility: | $566,360.08 |
| Claim Payment: | $0.00 |

Protecting the privacy of member health information is a top priority. When contacting us about this statement or for help with other questions, please be prepared to provide your provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the member's ID number.

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/25/2015 |
| Page: | 1 of 36 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| | NO PAY |

HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Notes:**
Update your address, telephone number, e-mail address and/or NPI information by visiting our website.

## Patient Name: ▓▓▓▓▓▓ (self)

Claim ID: P1JLM6G7B43    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▓▓▓▓▓▓                                               DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                           Group Number: 0863860-10-151 1 P1$ME0
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27-12/31/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:    **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
  Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B41    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▓▓▓▓▓▓                                               DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                           Group Number: 0863860-10-151 1 P1$ME0
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/17-12/21/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:    **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
  Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B40    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▓▓▓▓▓▓                                               DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                           Group Number: 0863860-10-151 1 P1$ME0
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/12-12/16/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

*Continued on Next Page*



P.O. BOX 981106
EL PASO TX 79998-1106
USA

## Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 14 of 31 |

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| Trace Number: | 815217520000476 |
| Trace Amount: | $12,907.18 |

---

**Patient Name:** ▮▮▮▮▮▮▮▮ *(self)*

Claim ID: P2Y0MH9KZ08   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151 I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/10-02/14/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

**ISSUED AMT:**       **NO PAY**

Remarks:
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P2Y0MH9KZ07   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151 I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/05-02/09/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

**ISSUED AMT:**       **NO PAY**

Remarks:
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P2Y0MH9KZ06   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151 I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31-02/04/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

**ISSUED AMT:**       **NO PAY**

Remarks:
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

UBF-AETNA 000310

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 15 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| Trace Number: | 815217520000476 |
| Trace Amount: | $12,907.18 |

---

## Patient Name: ███████ (self)

Claim ID: P2Y0MH9KZ05   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ███████                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/26-01/30/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:                     NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P2Y0MH9KZ04   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ███████                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/21-01/25/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:                     NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P2Y0MH9KZ03   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ███████                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16-01/20/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:                     NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

*Continued on Next Page*

UBF-AETNA 000311                                                              CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 16 of 31 |

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
| | |
|---|---|
| PIN: | 0005420275 |
| TIN: | XXXXXXXX7328 |
| Trace Number: | 815217520000476 |
| Trace Amount: | $12,907.18 |

---

## Patient Name: ▉▉▉▉▉▉▉ (self)

Claim ID: P2Y0MH9KZ02        Recd: 06/23/15        Member ID: W199669864        Patient Account: AAF65250
Member: ▉▉▉▉▉▉                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                                Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11-01/16/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:        NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ01        Recd: 06/23/15        Member ID: W199669864        Patient Account: AAF65250
Member: ▉▉▉▉▉▉                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                                Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06-01/10/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:        NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ00        Recd: 06/23/15        Member ID: W199669864        Patient Account: AAF65250
Member: ▉▉▉▉▉▉                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                                Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-01/05/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:        NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 27 of 31 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| Trace Number: | 815217520000476 |
| Trace Amount: | $12,907.18 |

---

**Patient Name:** ▮▮▮▮▮▮▮▮▮    (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/04-06/09/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | 84,000.00 | 0.00 |
| **TOTALS** | | | | 84,000.00 | | | 84,000.00 | | | | 84,000.00 | 0.00 |

**ISSUED AMT:**       **NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
   Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN00      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-06/03/14 | 21 | 202 | 6.0 | 84,000.00 | 4,270.37 | | | | | | | 4,270.37 |
| **TOTALS** | | | | 84,000.00 | 4,270.37 | | | | | | | 4,270.37 |

**ISSUED AMT:**       **$4,270.37**

**Remarks:**
   Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ20      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/10-04/12/15 | 21 | 206 | | 54,000.00 | | | 54,000.00 | 1 | | | 54,000.00 | 0.00 |
| **TOTALS** | | | | 54,000.00 | | | 54,000.00 | | | | 54,000.00 | 0.00 |

**ISSUED AMT:**       **NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
   Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 28 of 31 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| Trace Number: | 815217520000476 |
| Trace Amount: | $12,907.18 |

---

## Patient Name: ████████████ *(self)*

Claim ID: P2Y0MH9KZ19    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████████
Group Name: **UNITED BENEFIT FUND**    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II    Network ID: 00000
Aetna Life Insurance Company    DIAG: 434.91, 431, 518.81

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/05-04/09/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

**ISSUED AMT:**                    **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P2Y0MH9KZ18    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████████
Group Name: **UNITED BENEFIT FUND**    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II    Network ID: 00000
Aetna Life Insurance Company    DIAG: 434.91, 431, 518.81

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31-04/04/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

**ISSUED AMT:**                    **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P2Y0MH9KZ17    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████████
Group Name: **UNITED BENEFIT FUND**    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II    Network ID: 00000
Aetna Life Insurance Company    DIAG: 434.91, 431, 518.81

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/26-03/30/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

**ISSUED AMT:**                    **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

*Continued on Next Page*

UBF-AETNA 000314                                        CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

### Explanation Of Benefits
*Please Retain for Future Reference*

Printed:                08/05/2015
Page:                   29 of 31

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:             0006420275
TIN:             XXXXXXXX7328
Trace Number:    815217520000476
Trace Amount:    $12,907.18

---

**Patient Name:** ▓▓▓▓▓▓▓▓ (self)

Claim ID: P2Y0MH9KZ16        Recd: 06/23/15     Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/21-03/25/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | **90,000.00** | **0.00** |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ15        Recd: 06/23/15     Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/16-03/20/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | **90,000.00** | **0.00** |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ14        Recd: 06/23/15     Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11-03/15/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | **90,000.00** | **0.00** |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

UBF-AETNA 000315                                                                      CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 31 of 31 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| Trace Number: | 815217520000476 |
| Trace Amount: | $12,907.18 |

---

## Patient Name: _____ (self)

Claim ID: P2Y0MH9KZ10      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: _____                                                         DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20-02/24/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

                                                                    ISSUED AMT:              NO PAY

Remarks:
1 -  *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
     *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P2Y0MH9KZ09      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: _____                                                         DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15-02/19/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

                                                                    ISSUED AMT:              NO PAY

Remarks:
1 -  *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
     *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

**For Questions Regarding This Claim**
P.O. BOX 981106 EL PASO, TX  79996-1106
***CALL (888) 632-3862*** FOR ASSISTANCE
*Note: All inquiries should reference the ID number above for prompt response.*

| | |
|---|---|
| Total Patient Responsibility: | $6,560,430.51 |
| Claim Payment: | $12,907.18 |

---

| ▬▬▬▬▬▬ **Total Payment to: HOBOKEN UNIVERSITY MEDICAL CENTER** | **$12,907.18** |
|---|---|

Protecting the privacy of member health information is a top priority. When contacting us about this statement or for help with other questions, please be prepared to provide your provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the member's ID number.

UBF-AETNA 000316                                                      CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:        09/02/2015
Page:          5 of 19

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:            0008420275
TIN:            XXXXXXXX7328
NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮            *(self)*

Claim ID: PK35LG5K509    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 260 | | 15,655.88 | | | 15,655.88 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 270 | | 2,179.93 | | | 2,179.93 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 271 | | 0.17 | | | 0.17 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 272 | | 7,652.92 | | | 7,652.92 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 278 | | 2,642.64 | | | 2,642.64 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 300 | | 5,576.95 | | | 5,576.95 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 301 | | 56,262.35 | | | 56,262.35 | 1 | | | | 0.00 |
| **TOTALS** | | | | **89,970.84** | | | **89,970.84** | | | | | **0.00** |

ISSUED AMT:          NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P2Y0MH9KZ28    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/07-03/11/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

ISSUED AMT:          NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P2Y0MH9KZ27    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11-03/15/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

*Continued on Next Page*

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/02/2015 |
| Page: | 6 of 19 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                        0006420275
TIN:                   XXXXXXX7328
                              NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮▮ (self)

ISSUED AMT:        NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P2Y0MH9KZ26        Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                   Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/16-03/20/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P2Y0MH9KZ25        Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                   Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/21-03/25/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P2Y0MH9KZ24        Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                   Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                              Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                                09/02/2015
Page:                                   7 of 19

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                                    0006420275
TIN:                              XXXXXXXX7328
NO PAY

---

**Patient Name:** _____ (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/26-03/30/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

Remarks:
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ23      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: _____                                                                   DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                             Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31-04/04/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

Remarks:
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ22      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: _____                                                                   DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                             Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/05-04/09/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

Remarks:
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/02/2015 |
| Page: | 8 of 19 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:         0006420275
TIN:         XXXXXXXX7326
NO PAY

---

**Patient Name:** ▆▆▆▆▆▆▆▆ *(self)*

Claim ID: P2Y0MH9KZ21    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▆▆▆▆▆▆▆                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/10-04/12/15 | 21 | 206 | | 54,000.00 | | | 54,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 54,000.00 | | | 54,000.00 | | | | | 0.00 |

**ISSUED AMT:**                              **NO PAY**

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P8Y0KSWMQ20    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▆▆▆▆▆▆▆                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 361 | | 14,127.48 | | | 14,127.48 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 370 | | 13,641.19 | | | 13,641.19 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 390 | | 6,365.60 | | | 6,365.60 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 391 | | 8,384.91 | | | 8,384.91 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 402 | | 4,582.15 | | | 4,582.15 | 1 | | | | 0.00 |
| 05/29/14 | 21 | 450 | | 15,605.40 | | | 15,605.40 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 483 | | 2,431.35 | | | 2,431.35 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 710 | | 8,786.54 | | | 8,786.54 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 730 | | 2,224.08 | | | 2,224.08 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 740 | | 5,039.67 | | | 5,039.67 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 750 | | 2,112.54 | | | 2,112.54 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 761 | | 73.69 | | | 73.69 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 921 | | 1,964.68 | | | 1,964.68 | 1 | | | | 0.00 |
| **TOTALS** | | | | 85,339.28 | | | 85,339.28 | | | | | 0.00 |

**ISSUED AMT:**                              **NO PAY**

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

*Continued on Next Page*

UBF-AETNA 000320                                                    CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

| **Explanation Of Benefits** |
|---|

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/02/2015 |
| Page: | 15 of 19 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| | NO PAY |

---

## Patient Name: ▓▓▓▓▓▓▓▓ (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27-12/31/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**        **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P2Y0MH9KZ41     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                            DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-01/05/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**        **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P2Y0MH9KZ40     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                            DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06-01/10/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**        **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

*Continued on Next Page*

UBF-AETNA 000321                                                    CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

| **Explanation Of Benefits** |
| :---: |

*Please Retain for Future Reference*

Printed:                                                    09/02/2015
Page:                                                       16 of 19

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                                       0006420275
TIN:                               XXXXXXXX7326
                                                    NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮ (self)

Claim ID: P2Y0MH9KZ39    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                        Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11-01/15/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

ISSUED AMT:                    NO PAY

Remarks:
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ38    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                        Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16-01/20/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

ISSUED AMT:                    NO PAY

Remarks:
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ37    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                        Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31-02/04/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

ISSUED AMT:                    NO PAY

Remarks:
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

UBF-AETNA 000322                                                                CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                          09/02/2015
Page:                             17 of 19

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                              0006420275
TIN:                              XXXXXXXX7328
NO PAY

---

**Patient Name:** ████████ (self)

Claim ID: P2Y0MH9KZ36      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250

Member: ████████                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                              Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/26-01/30/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:        **NO PAY**

**Remarks:**
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
      Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ35      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ████████                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                              Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/21-01/25/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:        **NO PAY**

**Remarks:**
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
      Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ34      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ████████                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                              Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/05-02/09/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:        **NO PAY**

**Remarks:**
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
      Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:          09/02/2015
Page:             18 of 19

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:             0006420275
TIN:             XXXXXXX7328
                 NO PAY

## Patient Name: ██████████ (self)

Claim ID: P2Y0MH9KZ33       Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ██████████                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                        Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/10-02/14/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:          NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
  *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P2Y0MH9KZ32       Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ██████████                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                        Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15-02/19/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:          NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
  *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P2Y0MH9KZ31       Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ██████████                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                        Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20-02/24/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:          NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
  *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

UBF-AETNA 000324                                                      CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:      09/02/2015
Page:        19 of 19

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:          0006420275
TIN:          XXXXXXXX7328
              NO PAY

---

**Patient Name:** ▓▓▓▓▓▓▓▓▓ (self)

Claim ID: P2Y0MH9KZ30      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND                                         DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                          Group Number: 0863860-11-151  I P1$ME0
Aetna Life Insurance Company                                            Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/25-03/01/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P2Y0MH9KZ29      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND                                         DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                          Group Number: 0863860-11-151  I P1$ME0
Aetna Life Insurance Company                                            Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/02-03/06/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

**For Questions Regarding This Claim**
P.O. BOX 981106 EL PASO, TX  79998-1106
***CALL (888) 632-3862*** FOR ASSISTANCE
*Note: All inquiries should reference the ID number above for prompt response.*

Total Patient Responsibility:          $0.00

Claim Payment:                          $0.00

Protecting the privacy of member health information is a top priority. When contacting us about this statement or for help with other questions, please be prepared to provide your provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the member's ID number.



P.O. BOX 981106
EL PASO TX 79998-1106
USA

### Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 20 of 31 |

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| Trace Number: | 815217520000476 |
| Trace Amount: | $12,907.18 |

---

**Patient Name:** ▓▓▓▓▓▓▓ *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 258 | | 800.86 | | | 800.86 | 1 | | | 800.86 | 0.00 |
| **TOTALS** | | | | 69,002.26 | | | 64,635.82 | | | | 64,635.82 | 4,366.44 |

ISSUED AMT:          $4,366.44

Remarks:
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
2 - *This is a fair payment for services covered by the plan.  No balance billing allowed.  [O52]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN19    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                         Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/14 | 21 | 202 | | 18,000.00 | | | 18,000.00 | 1 | | | 18,000.00 | 0.00 |
| 10/01-10/04/14 | 21 | 202 | | 72,000.00 | | | 72,000.00 | 1 | | | 72,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:          NO PAY

Remarks:
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN18    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                         Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/25-09/29/14 | 21 | 202 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:          NO PAY

Remarks:
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

*Continued on Next Page*

CONFIDENTIAL



**aetna**®
P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

---

### Explanation Of Benefits

*Please Retain for Future Reference*

Printed:              08/05/2015
Page:                 21 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:              0006420275
TIN:              XXXXXXX7326
Trace Number:     815217520000476
Trace Amount:     $12,907.18

---

## Patient Name: ██████████ (self)

Claim ID: P3TWL8HKN17     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ██████████                                                                  DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/20/14 | 21 | 206 | | 18,000.00 | | | 18,000.00 | 1 | | | 18,000.00 | 0.00 |
| 09/21-09/24/14 | 21 | 202 | | 72,000.00 | | | 72,000.00 | 1 | | | 72,000.00 | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | **90,000.00** | **0.00** |

ISSUED AMT:          NO PAY

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P3TWL8HKN16     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ██████████                                                                  DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/15-09/19/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | **90,000.00** | **0.00** |

ISSUED AMT:          NO PAY

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P3TWL8HKN15     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ██████████                                                                  DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/10-09/14/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | **90,000.00** | **0.00** |

ISSUED AMT:          NO PAY

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*

*Continued on Next Page*

CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                    08/05/2015
Page:                       22 of 31

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                        0006420275
TIN:                        XXXXXXXX7328
Trace Number:               815217520000476
Trace Amount:               $12,907.18

---

**Patient Name:** ▓▓▓▓▓▓▓▓ *(self)*

Remarks (contd):
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P3TWL8HKN14    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/05-09/09/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | **90,000.00** | **0.00** |

ISSUED AMT:        NO PAY

Remarks:
1 -  *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P3TWL8HKN13    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/30-08/31/14 | 21 | 206 | | 22,000.00 | | | 22,000.00 | 1 | | | 22,000.00 | 0.00 |
| 09/01-09/04/14 | 21 | 206 | | 72,000.00 | | | 72,000.00 | 1 | | | 72,000.00 | 0.00 |
| **TOTALS** | | | | **94,000.00** | | | **94,000.00** | | | | **94,000.00** | **0.00** |

ISSUED AMT:        NO PAY

Remarks:
1 -  *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P3TWL8HKN12    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/22-08/26/14 | 21 | 206 | | 55,000.00 | | | 55,000.00 | 1 | | | 55,000.00 | 0.00 |
| 08/27-08/29/14 | 21 | 206 | | 33,000.00 | | | 33,000.00 | 1 | | | 33,000.00 | 0.00 |
| **TOTALS** | | | | **88,000.00** | | | **88,000.00** | | | | **88,000.00** | **0.00** |

*Continued on Next Page*

CONFIDENTIAL

 aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 23 of 31 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXX7328 |
| Trace Number: | 815217520000476 |
| Trace Amount: | $12,907.18 |

---

**Patient Name:** ▬▬▬▬▬▬ *(self)*

ISSUED AMT:          NO PAY

**Remarks:**
1 – This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN11   Recd: 06/23/15   Member ID: W199569864   Patient Account: AAF65250
Member: ▬▬▬▬▬▬                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/14-08/21/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | 88,000.00 | 0.00 |
| **TOTALS** | | | | **88,000.00** | | | **88,000.00** | | | | **88,000.00** | **0.00** |

ISSUED AMT:          NO PAY

**Remarks:**
1 – This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN10   Recd: 06/23/15   Member ID: W199569864   Patient Account: AAF65250
Member: ▬▬▬▬▬▬                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/06-08/13/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | 88,000.00 | 0.00 |
| **TOTALS** | | | | **88,000.00** | | | **88,000.00** | | | | **88,000.00** | **0.00** |

ISSUED AMT:          NO PAY

**Remarks:**
1 – This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN09   Recd: 06/23/15   Member ID: W199569864   Patient Account: AAF65250
Member: ▬▬▬▬▬▬                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                              Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**
*Please Retain for Future Reference*

| Printed: | 08/05/2015 |
|---|---|
| Page: | 24 of 31 |

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
| PIN: | 0006420275 |
|---|---|
| TIN: | XXXXXXXX7328 |
| Trace Number: | 815217520000476 |
| Trace Amount: | $12,907.18 |

---

**Patient Name:** ▮▮▮▮▮▮▮▮  *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/29-08/05/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | 88,000.00 | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | 88,000.00 | 0.00 |

ISSUED AMT:          **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
  *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P3TWL8HKN08       Recd: 06/23/15       Member ID: W199669864       Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/21-07/28/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | 88,000.00 | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | 88,000.00 | 0.00 |

ISSUED AMT:          **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
  *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P3TWL8HKN07       Recd: 06/23/15       Member ID: W199669864       Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13-07/20/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | 88,000.00 | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | 88,000.00 | 0.00 |

ISSUED AMT:          **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
  *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

UBF-AETNA 000330                                                                       CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 25 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN: 0006420275
TIN: XXXXXXXX7328
Trace Number: 815217520000476
Trace Amount: $12,907.18

---

**Patient Name:** ████████████ *(self)*

Claim ID: P3TWL8HKN06      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250

Member: ████████

DIAG: 434.91, 431, 518.81

Group Name: UNITED BENEFIT FUND

Group Number: 0863860-10-151  I P1$ME0

Product: Aetna Choice® POS II

Network ID: 00000

Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 255 | | 3.09 | | | 3.09 | 1 | | | 3.09 | 0.00 |
| 07/01-07/08/14 | 21 | 208 | | 88,000.00 | | | 88,000.00 | 1 | | | 88,000.00 | 0.00 |
| **TOTALS** | | | | **88,003.09** | | | **88,003.09** | | | | **88,003.09** | **0.00** |

**ISSUED AMT:**      **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
*Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

---

Claim ID: P3TWL8HKN05      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250

Member: ████████

DIAG: 434.91, 431, 518.81

Group Name: UNITED BENEFIT FUND

Group Number: 0863860-10-151  I P1$ME0

Product: Aetna Choice® POS II

Network ID: 00000

Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/26-06/30/14 | 21 | 202 | | 42,000.00 | | | 42,000.00 | 1 | | | 42,000.00 | 0.00 |
| 07/09/14 | 21 | 202 | | 14,000.00 | | | 14,000.00 | 1 | | | 14,000.00 | 0.00 |
| 07/10-07/12/14 | 21 | 202 | | 42,000.00 | | | 42,000.00 | 1 | | | 42,000.00 | 0.00 |
| **TOTALS** | | | | **98,000.00** | | | **98,000.00** | | | | **98,000.00** | **0.00** |

**ISSUED AMT:**      **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
*Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

---

Claim ID: P3TWL8HKN04      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250

Member: ████████

DIAG: 434.91, 431, 518.81

Group Name: UNITED BENEFIT FUND

Group Number: 0863860-10-151  I P1$ME0

Product: Aetna Choice® POS II

Network ID: 00000

Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 258 | | 1,671.02 | | | 1,671.02 | 1 | | | 1,671.02 | 0.00 |
| 06/22-06/27/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | 84,000.00 | 0.00 |
| **TOTALS** | | | | **85,671.02** | | | **85,671.02** | | | | **85,671.02** | **0.00** |

*Continued on Next Page*

UBF-AETNA 000331

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 26 of 31 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXT328 |
| Trace Number: | 815217520000476 |
| Trace Amount: | $12,907.18 |

---

**Patient Name:** ██████████  *(self)*

ISSUED AMT:                    NO PAY

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
*Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN03      Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ██████████                                                                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 251 | | 1,679.41 | | | 1,679.41 | 1 | | | 1,679.41 | 0.00 |
| 06/16-06/21/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | 84,000.00 | 0.00 |
| **TOTALS** | | | | 85,679.41 | | | 85,679.41 | | | | 85,679.41 | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
*Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN02      Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ██████████                                                                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/10-06/15/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | 84,000.00 | 0.00 |
| **TOTALS** | | | | 84,000.00 | | | 84,000.00 | | | | 84,000.00 | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
*Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN01      Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ██████████                                                                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

UBF-AETNA 000332                                                              CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 27 of 31 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:            0006420275
TIN:            XXXXXXXX7328
Trace Number:   815217520000476
Trace Amount:   $12,907.18

---

## Patient Name: ███████████  (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/04-06/09/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | 84,000.00 | 0.00 |
| **TOTALS** | | | | 84,000.00 | | | 84,000.00 | | | | 84,000.00 | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 –  *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN00    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████████                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-06/03/14 | 21 | 202 | 6.0 | 84,000.00 | 4,270.37 | | | | | | | 4,270.37 |
| **TOTALS** | | | | 84,000.00 | 4,270.37 | | | | | | | 4,270.37 |

ISSUED AMT:        $4,270.37

**Remarks:**
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P2Y0MH9KZ20    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████████                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/10-04/12/15 | 21 | 206 | | 54,000.00 | | | 54,000.00 | 1 | | | 54,000.00 | 0.00 |
| **TOTALS** | | | | 54,000.00 | | | 54,000.00 | | | | 54,000.00 | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 –  *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                              08/05/2015
Page:                                 7 of 31

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                                  0006420275
TIN:                                  XXXXXXXX7326
Trace Number:                         815217520000476
Trace Amount:                         $12,907.18

**Patient Name:**  ▮▮▮▮▮▮▮▮  *(self)*

**ISSUED AMT:**          $4,270.37

Remark:
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN38      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                          Group Number: 0863860-10-151 | P1$ME0
Product: Aetna Choice® POS II                                                         Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27-12/31/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

**ISSUED AMT:**          NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN37      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                          Group Number: 0863860-10-151 | P1$ME0
Product: Aetna Choice® POS II                                                         Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22-12/26/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

**ISSUED AMT:**          NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN36      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                          Group Number: 0863860-10-151 | P1$ME0
Product: Aetna Choice® POS II                                                         Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/17-12/21/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

*Continued on Next Page*

UBF-AETNA 000334                                                         CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 8 of 31 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                0006420275
TIN:                XXXXXXXX7328
Trace Number:       815217520000476
Trace Amount:       $12,907.18

**Patient Name:** ████████ *(self)*

ISSUED AMT:        NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN35    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████████                                                                DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                   Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/12-12/16/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN34    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████████                                                                DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                   Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/07-12/11/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN33    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████████                                                                DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                   Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

UBF-AETNA 000335                                                                CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 9 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| Trace Number: | 815217520000476 |
| Trace Amount: | $12,907.18 |

---

**Patient Name:** ▮▮▮▮▮▮▮▮▮ *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/02-12/06/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

**ISSUED AMT:**  **NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN32    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250    DIAG: 434.91, 431, 518.81
Member: ▮▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/27-12/01/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

**ISSUED AMT:**  **NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN31    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250    DIAG: 434.91, 431, 518.81
Member: ▮▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/22-11/26/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

**ISSUED AMT:**  **NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

*Continued on Next Page*

UBF-AETNA 000336                                                        CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 10 of 31 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN: 0006420275
TIN: XXXXXXXX7328
Trace Number: 815217520000476
Trace Amount: $12,907.18

---

**Patient Name:** ████████ (self)

Claim ID: P3TWL8HKN30     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250     DIAG: 434.91, 431, 518.81
Member: ████████
Group Name: UNITED BENEFIT FUND                                                                          Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                                                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/16-11/19/14 | 21 | 202 | | 40,000.00 | | | 40,000.00 | 1 | | | 40,000.00 | 0.00 |
| 11/20-11/21/14 | 21 | 206 | | 36,000.00 | | | 36,000.00 | 1 | | | 36,000.00 | 0.00 |
| **TOTALS** | | | | **76,000.00** | | | **76,000.00** | | | | **76,000.00** | **0.00** |

                                                                                                    **ISSUED AMT:**          **NO PAY**

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN29     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250     DIAG: 434.91, 431, 518.81
Member: ████████
Group Name: UNITED BENEFIT FUND                                                                          Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                                                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14-11/16/14 | 21 | 206 | | 54,000.00 | | | 54,000.00 | 1 | | | 54,000.00 | 0.00 |
| 11/17/14 | 21 | 202 | | 20,000.00 | | | 20,000.00 | 1 | | | 20,000.00 | 0.00 |
| **TOTALS** | | | | **74,000.00** | | | **74,000.00** | | | | **74,000.00** | **0.00** |

                                                                                                    **ISSUED AMT:**          **NO PAY**

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN28     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250     DIAG: 434.91, 431, 518.81
Member: ████████
Group Name: UNITED BENEFIT FUND                                                                          Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                                                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/09-11/13/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | **90,000.00** | **0.00** |

                                                                                                    **ISSUED AMT:**          **NO PAY**

*Continued on Next Page*

UBF-AETNA 000337                                                                                    CONFIDENTIAL

# aetna®

P.O. BOX 961106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                                          08/05/2015
Page:                                             11 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                                              0006420275
TIN:                                              XXXXXXXX7328
Trace Number:                          8152175200000476
Trace Amount:                               $12,907.18

---

**Patient Name:** ▐▐▐▐▐▐▐ (self)

Remarks:
1 -  *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
      *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN27    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▐▐▐▐▐                                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/04-11/08/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

**ISSUED AMT:**                     **NO PAY**

Remarks:
1 -  *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
      *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN26    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▐▐▐▐▐                                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30-11/03/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

**ISSUED AMT:**                     **NO PAY**

Remarks:
1 -  *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
      *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN25    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▐▐▐▐▐                                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/25-10/27/14 | 21 | 202 | | 60,000.00 | | | 60,000.00 | 1 | | | 60,000.00 | 0.00 |
| 10/28-10/29/14 | 21 | 206 | | 18,000.00 | | | 18,000.00 | 1 | | | 18,000.00 | 0.00 |
| **TOTALS** | | | | 78,000.00 | | | 78,000.00 | | | | 78,000.00 | 0.00 |

*Continued on Next Page*

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                08/05/2015
Page:                   12 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:            0006420275
TIN:            XXXXXXX7328
Trace Number:   815217520000476
Trace Amount:         $12,907.18

---

**Patient Name:** ▓▓▓▓▓▓▓▓▓      *(self)*

                                                     **ISSUED AMT:**        **NO PAY**

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN24      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓▓▓                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21-10/24/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | 80,000.00 | 0.00 |
| **TOTALS** | | | | **80,000.00** | | | **80,000.00** | | | | **80,000.00** | **0.00** |

                                                     **ISSUED AMT:**        **NO PAY**

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN23      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓▓▓                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/17-10/20/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | 80,000.00 | 0.00 |
| **TOTALS** | | | | **80,000.00** | | | **80,000.00** | | | | **80,000.00** | **0.00** |

                                                     **ISSUED AMT:**        **NO PAY**

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN22      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓▓▓                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

 ® P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                08/05/2015
Page:                   13 of 31

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                    0006420275
TIN:                    XXXXXXXX7328
Trace Number:           815217520000476
Trace Amount:           $12,907.18

---

**Patient Name:** ▇▇▇▇▇▇▇▇▇▇ *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/13-10/16/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | 80,000.00 | 0.00 |
| **TOTALS** | | | | **80,000.00** | | | **80,000.00** | | | | **80,000.00** | **0.00** |

**ISSUED AMT:**        **NO PAY**

Remarks:
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN21      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▇▇▇▇▇▇▇                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                  Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                         Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/09-10/12/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | 80,000.00 | 0.00 |
| **TOTALS** | | | | **80,000.00** | | | **80,000.00** | | | | **80,000.00** | **0.00** |

**ISSUED AMT:**        **NO PAY**

Remarks:
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN20      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▇▇▇▇▇▇▇                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                  Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                         Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/05-10/07/14 | 21 | 202 | | 54,000.00 | | | 54,000.00 | 1 | | | 54,000.00 | 0.00 |
| 10/08/14 | 21 | 202 | | 20,000.00 | | | 20,000.00 | 1 | | | 20,000.00 | 0.00 |
| **TOTALS** | | | | **74,000.00** | | | **74,000.00** | | | | **74,000.00** | **0.00** |

**ISSUED AMT:**        **NO PAY**

Remarks:
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

**Continued on Next Page**


**aetna®**

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/02/2015 |
| Page: | 11 of 19 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| | NO PAY |

---

**Patient Name:** ▓▓▓▓▓▓▓▓▓ *(self)*

Claim ID: P8Y0KSWMQ13    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND                                                                DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                         Group Number: 0863860-10-151  I P1$ME0
Aetna Life Insurance Company                                                                           Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 801 | | 94,036.04 | | | 94,036.04 | 1 | | | | 0.00 |
| **TOTALS** | | | | 94,036.04 | | | 94,036.04 | | | | | 0.00 |

                                                                              **ISSUED AMT:**          **NO PAY**

Remarks:
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN50    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND                                                                DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                         Group Number: 0863860-10-151  I P1$ME0
Aetna Life Insurance Company                                                                           Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 251 | | 1,679.41 | | | 1,679.41 | 1 | | | | 0.00 |
| 06/16-06/21/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 85,679.41 | | | 85,679.41 | | | | | 0.00 |

                                                                              **ISSUED AMT:**          **NO PAY**

Remarks:
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN48    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND                                                                DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                         Group Number: 0863860-10-151  I P1$ME0
Aetna Life Insurance Company                                                                           Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/22-11/26/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

                                                                              **ISSUED AMT:**          **NO PAY**

Remarks:
1 - This claim is a result of a correction of a previously submitted claim. [J51]

**Continued on Next Page**

UBF-AETNA 000341                                                                          CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/02/2015 |
| Page: | 12 of 19 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| | NO PAY |

---

**Patient Name:** ▓▓▓▓▓▓▓▓▓▓ *(self)*

Remarks (contd):
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN47    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/27-12/01/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

                                                      **ISSUED AMT:**       **NO PAY**

Remarks:
1 – This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN46    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                 Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/02-12/06/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

                                                      **ISSUED AMT:**       **NO PAY**

Remarks:
1 – This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN45    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                 Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/07-12/11/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

                                                      **ISSUED AMT:**       **NO PAY**

<div align="center">

*Continued on Next Page*

</div>

UBF-AETNA 000342                                                     CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:              09/02/2015
Page:                 13 of 19

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                  0006420275
TIN:                  XXXXXXXX7328
                      NO PAY

---

## Patient Name: ▮▮▮▮▮▮▮▮ (self)

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN44      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                             Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/12-12/16/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

                                                                 **ISSUED AMT:**        **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN43      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                             Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18-11/19/14 | 21 | 202 | | 40,000.00 | | | 40,000.00 | 1 | | | | 0.00 |
| 11/20-11/21/14 | 21 | 206 | | 36,000.00 | | | 36,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 76,000.00 | | | 76,000.00 | | | | | 0.00 |

                                                                 **ISSUED AMT:**        **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN42      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                             Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14-11/16/14 | 21 | 206 | | 54,000.00 | | | 54,000.00 | 1 | | | | 0.00 |
| 11/17/14 | 21 | 202 | | 20,000.00 | | | 20,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 74,000.00 | | | 74,000.00 | | | | | 0.00 |

**Continued on Next Page**

UBF-AETNA 000343                                                              CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/02/2015 |
| Page: | 14 of 19 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                                    0006420275
TIN:                              XXXXXXX732B
                                            NO PAY

---

**Patient Name:** ██████████ *(self)*

ISSUED AMT:                    **NO PAY**

**Remarks:**
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN41     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ██████████                                                                     DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                                         Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                     Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/17-12/21/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

**Remarks:**
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN40     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ██████████                                                                     DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                                         Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                     Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22-12/26/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

**Remarks:**
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN39     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF85250
Member: ██████████                                                                     DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                                         Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                     Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

UBF-AETNA 000344                                                                     CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/02/2015 |
| Page: | 15 of 19 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:          0006420275
TIN:          XXXXXXXX7328
                    NO PAY

---

## Patient Name: ████████████ (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27-12/31/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

                                                                    ISSUED AMT:          NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P2Y0MH9KZ41      Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ██████████                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-01/05/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

                                                                    ISSUED AMT:          NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P2Y0MH9KZ40      Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ██████████                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06-01/10/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

                                                                    ISSUED AMT:          NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

UBF-AETNA 000345                                                                    CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                    09/02/2015
Page:                       11 of 19

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                        0006420275
TIN:                        XXXXXXXX7328
                            NO PAY

---

## Patient Name: ▓▓▓▓▓▓▓▓ (self)

Claim ID: P8Y0KSWMQ13      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                         Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 801 | | 94,036.04 | | | 94,036.04 | 1 | | | | 0.00 |
| **TOTALS** | | | | 94,036.04 | | | 94,036.04 | | | | | 0.00 |

**ISSUED AMT:**               **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN50      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                         Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 251 | | 1,679.41 | | | 1,679.41 | 1 | | | | 0.00 |
| 06/16-06/21/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 85,679.41 | | | 85,679.41 | | | | | 0.00 |

**ISSUED AMT:**               **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN48      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                         Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/22-11/26/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**               **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]

*Continued on Next Page*

UBF-AETNA 000346                                                         CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/03/2015 |
| Page: | 1 of 10 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| | NO PAY |

HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Notes:**
Update your address, telephone number, e-mail address and/or NPI information by visiting our website.

---

## Patient Name: ████████ (self)

| | |
|---|---|
| Claim ID: P3TWL8HKN77    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250 | DIAG: 434.91, 431, 518.81 |
| Member: ████████ | |
| Group Name: UNITED BENEFIT FUND | Group Number: 0863860-10-151 I P1$ME0 |
| Product: Aetna Choice® POS II | Network ID: 00000 |
| Aetna Life Insurance Company | |

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/09-11/13/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

| | |
|---|---|
| Claim ID: P3TWL8HKN76    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250 | DIAG: 434.91, 431, 518.81 |
| Member: ████████ | |
| Group Name: UNITED BENEFIT FUND | Group Number: 0863860-10-151 I P1$ME0 |
| Product: Aetna Choice® POS II | Network ID: 00000 |
| Aetna Life Insurance Company | |

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/04-11/08/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

| | |
|---|---|
| Claim ID: P3TWL8HKN51    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250 | DIAG: 434.91, 431, 518.81 |
| Member: ████████ | |
| Group Name: UNITED BENEFIT FUND | Group Number: 0863860-10-151 I P1$ME0 |
| Product: Aetna Choice® POS II | Network ID: 00000 |
| Aetna Life Insurance Company | |

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 258 | | 1,671.02 | | | 1,671.02 | 1 | | | | 0.00 |
| 06/22-06/27/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 85,671.02 | | | 85,671.02 | | | | | 0.00 |

*Continued on Next Page*

                    CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/03/2015 |
| Page: | 2 of 10 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0008420275 |
| TIN: | XXXXXXXX7328 |
| | NO PAY |

---

**Patient Name:** ▓▓▓▓▓▓▓▓   *(self)*

ISSUED AMT:           NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN75     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                                   DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                             Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30-11/03/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:           NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN74     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                                   DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                             Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/25-10/27/14 | 21 | 202 | | 60,000.00 | | | 60,000.00 | 1 | | | | 0.00 |
| 10/28-10/29/14 | 21 | 206 | | 18,000.00 | | | 18,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 78,000.00 | | | 78,000.00 | | | | | 0.00 |

ISSUED AMT:           NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN73     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                                   DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                             Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

UBF-AETNA 000348                                                    CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/03/2015 |
| Page: | 3 of 10 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| | NO PAY |

---

**Patient Name:** ▓▓▓▓▓▓▓ (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21-10/24/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 80,000.00 | | | 80,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN72      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/17-10/20/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 80,000.00 | | | 80,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN55      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28-06/30/14 | 21 | 202 | | 42,000.00 | | | 42,000.00 | 1 | | | | 0.00 |
| 07/09/14 | 21 | 202 | | 14,000.00 | | | 14,000.00 | 1 | | | | 0.00 |
| 07/10-07/12/14 | 21 | 202 | | 42,000.00 | | | 42,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 98,000.00 | | | 98,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

**Continued on Next Page**

UBF-AETNA 000349                                                    CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/03/2015 |
| Page: | 4 of 10 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN: 0006420275
TIN: XXXXXXX7328
NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮ *(self)*

Claim ID: P3TWL8HKN54    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮▮                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/10-06/15/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 84,000.00 | | | 84,000.00 | | | | | 0.00 |

ISSUED AMT:                        NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P3TWL8HKN53    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮▮                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/04-06/09/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 84,000.00 | | | 84,000.00 | | | | | 0.00 |

ISSUED AMT:                        NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P3TWL8HKN52    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮▮                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 255 | | 3.09 | | | 3.09 | 1 | | | | 0.00 |
| 07/01-07/08/14 | 21 | 206 | | 86,000.00 | | | 86,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 86,003.09 | | | 86,003.09 | | | | | 0.00 |

ISSUED AMT:                        NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

### Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/03/2015 |
| Page: | 5 of 10 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:              0006420275
TIN:         XXXXXXXX7328
                   NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮▮▮▮ (self)

**Remarks (contd):**
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN71   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮▮                                         DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                               Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/13-10/16/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 80,000.00 | | | 80,000.00 | | | | | 0.00 |

                                                        **ISSUED AMT:**         **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN70   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮▮                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                      Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/09-10/12/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 80,000.00 | | | 80,000.00 | | | | | 0.00 |

                                                        **ISSUED AMT:**         **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN69   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮▮                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                      Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/05-10/07/14 | 21 | 202 | | 54,000.00 | | | 54,000.00 | 1 | | | | 0.00 |
| 10/08/14 | 21 | 202 | | 20,000.00 | | | 20,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 74,000.00 | | | 74,000.00 | | | | | 0.00 |

*Continued on Next Page*

                                                        CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                              09/03/2015
Page:                                 6 of 10

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:            0006420275
TIN:            XXXXXXX7328
                              NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮  *(self)*

ISSUED AMT:            **NO PAY**

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN68      Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/14 | 21 | 202 | | 18,000.00 | | | 18,000.00 | 1 | | | | 0.00 |
| 10/01-10/04/14 | 21 | 202 | | 72,000.00 | | | 72,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:            **NO PAY**

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN67      Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/25-09/29/14 | 21 | 202 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:            **NO PAY**

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN66      Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/20/14 | 21 | 206 | | 18,000.00 | | | 18,000.00 | 1 | | | | 0.00 |

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79990-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                0006420275
TIN:                XXXXXXXX7328
                    NO PAY

**Patient Name:** ▓▓▓▓▓▓▓▓  *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21-09/24/14 | 21 | 202 | | 72,000.00 | | | 72,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P3TWL8HKN65     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250          DIAG: 434.91, 431, 518.81
Member: ▓▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND                                                                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                                                               Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/15-09/19/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P3TWL8HKN64     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250          DIAG: 434.91, 431, 518.81
Member: ▓▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND                                                                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                                                               Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/10-09/14/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

UBF-AETNA 000353                                                                                                          CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:  09/03/2015
Page:  8 of 10

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:  0006420275
TIN:  XXXXXXX7328
NO PAY

---

**Patient Name:** ███████ (self)

Claim ID: P3TWL8HKN63    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████
Group Name: UNITED BENEFIT FUND                                DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                    Group Number: 0863860-10-151  I P1$ME0
Aetna Life Insurance Company                                   Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/05-09/09/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:    NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN62    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████
Group Name: UNITED BENEFIT FUND                                DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                    Group Number: 0863860-10-151  I P1$ME0
Aetna Life Insurance Company                                   Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/20-08/31/14 | 21 | 206 | | 22,000.00 | | | 22,000.00 | 1 | | | | 0.00 |
| 09/01-09/04/14 | 21 | 206 | | 72,000.00 | | | 72,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 94,000.00 | | | 94,000.00 | | | | | 0.00 |

ISSUED AMT:    NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN61    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████
Group Name: UNITED BENEFIT FUND                                DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                    Group Number: 0863860-10-151  I P1$ME0
Aetna Life Insurance Company                                   Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/22-08/26/14 | 21 | 206 | | 55,000.00 | | | 55,000.00 | 1 | | | | 0.00 |
| 08/27-08/29/14 | 21 | 206 | | 33,000.00 | | | 33,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | | 0.00 |

ISSUED AMT:    NO PAY

*Continued on Next Page*

UBF-AETNA 000354                                              CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/03/2015 |
| Page: | 9 of 10 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                          0006420275
TIN:                    XXXXXXXX7328
NO PAY

---

**Patient Name:** ███████████ *(self)*

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN60     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ████████████                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/14-08/21/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **88,000.00** | | | **88,000.00** | | | | | **0.00** |

**ISSUED AMT:**                    **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN59     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ████████                                                                     DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/06-08/13/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **88,000.00** | | | **88,000.00** | | | | | **0.00** |

**ISSUED AMT:**                    **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN58     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ████████████                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/29-08/05/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **88,000.00** | | | **88,000.00** | | | | | **0.00** |

*Continued on Next Page*

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/03/2015 |
| Page: | 10 of 10 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN: 0006420275
TIN: XXXXXXXX7326
NO PAY

---

**Patient Name:** ▇▇▇▇▇▇▇ *(self)*

ISSUED AMT:                    NO PAY

**Remarks:**
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN57    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▇▇▇▇▇▇▇
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/21-07/28/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN56    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▇▇▇▇▇▇▇
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13-07/20/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

**For Questions Regarding This Claim**
P.O. BOX 981106 EL PASO, TX 79998-1106
**CALL (888) 632-3862** FOR ASSISTANCE
*Note: All inquiries should reference the ID number above for prompt response.*

| | |
|---|---|
| Total Patient Responsibility: | $0.00 |
| Claim Payment: | $0.00 |

Protecting the privacy of member health information is a top priority. When contacting us about this statement or for help with other questions, please be prepared to provide your provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the member's ID number.

UBF-AETNA 000356                                                    CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

### Explanation Of Benefits

*Please Retain for Future Reference*

Printed:      08/05/2015
Page:         2 of 31

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Provider Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:          0006420275
TIN:          XXXXXXXX7328
Trace Number: 815217520000476
Trace Amount: $12,907.18

**Notes:**
Update your address, telephone number, e-mail address and/or NPI information by visiting our website.

## Patient Name: ▊▊▊▊▊▊▊▊▊ *(self)*

Claim ID: P8Y0KSWMQ12    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250

Member: ▊▊▊▊▊▊▊

Group Name: **UNITED BENEFIT FUND**

Product: Aetna Choice® POS II

Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 801 | | 94,036.04 | | | 94,036.04 | 1 | | | 94,036.04 | 0.00 |
| **TOTALS** | | | | 94,036.04 | | | 94,036.04 | | | | 94,036.04 | 0.00 |

ISSUED AMT:         **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P8Y0KSWMQ11    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250

Member: ▊▊▊▊▊▊▊

Group Name: **UNITED BENEFIT FUND**

Product: Aetna Choice® POS II

Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 636 | | 65,271.24 | | | 65,271.24 | 1 | | | 65,271.24 | 0.00 |
| **TOTALS** | | | | 65,271.24 | | | 65,271.24 | | | | 65,271.24 | 0.00 |

ISSUED AMT:         **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P8Y0KSWMQ10    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250

Member: ▊▊▊▊▊▊▊

Group Name: **UNITED BENEFIT FUND**

Product: Aetna Choice® POS II

Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 636 | | 65,271.24 | | | 65,271.24 | 1 | | | 65,271.24 | 0.00 |
| **TOTALS** | | | | 65,271.24 | | | 65,271.24 | | | | 65,271.24 | 0.00 |

ISSUED AMT:         **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*

Continued on Next Page

UBF-AETNA 000357

CONFIDENTIAL

 **aetna**

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

### Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                                08/05/2015
Page:                                   3 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                                    0006420275
TIN:                                    XXXXXXXX7328
Trace Number:                           815217520000476
Trace Amount:                           $12,907.18

---

**Patient Name:** ▮▮▮▮▮▮▮▮▮▮ *(self)*

**Remarks (contd):**
  *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P8Y0KSWMQ09      Recd: 08/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 460 | | 63,714.85 | | | 63,714.85 | 1 | | | 63,714.85 | 0.00 |
| **TOTALS** | | | | 63,714.85 | | | 53,714.85 | | | | 63,714.85 | 0.00 |

                                                                   **ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
  *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P8Y0KSWMQ08      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 86,527.86 | | | 86,527.86 | 1 | | | 86,527.86 | 0.00 |
| **TOTALS** | | | | 86,527.86 | | | 86,527.86 | | | | 86,527.86 | 0.00 |

                                                                   **ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
  *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P8Y0KSWMQ07      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 86,527.86 | | | 86,527.86 | 1 | | | 86,527.86 | 0.00 |
| **TOTALS** | | | | 86,527.86 | | | 86,527.86 | | | | 86,527.86 | 0.00 |

                                                                   **ISSUED AMT:**          **NO PAY**

*Continued on Next Page*

 **aetna®**    P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

### Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 06/05/2015 |
| Page: | 4 of 31 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| Trace Number: | B15217520000476 |
| Trace Amount: | $12,907.18 |

---

**Patient Name:** ▓▓▓▓▓▓▓▓ *(self)*

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P8Y0KSWMQ06    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 86,527.86 | | | 86,527.86 | 1 | | | 86,527.86 | 0.00 |
| **TOTALS** | | | | 86,527.86 | | | 86,527.86 | | | | 86,527.86 | 0.00 |

**ISSUED AMT:**    **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P8Y0KSWMQ05    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 361 | | 14,127.48 | | | 14,127.48 | 1 | | | 14,127.48 | 0.00 |
| 05/29-12/31/14 | 21 | 370 | | 13,641.19 | | | 13,641.19 | 1 | | | 13,641.19 | 0.00 |
| 05/29-12/31/14 | 21 | 390 | | 6,365.60 | | | 6,365.60 | 1 | | | 6,365.60 | 0.00 |
| 05/29-12/31/14 | 21 | 391 | | 8,384.91 | | | 8,384.91 | 1 | | | 8,384.91 | 0.00 |
| 05/29-12/31/14 | 21 | 402 | | 4,582.15 | | | 4,582.15 | 1 | | | 4,582.15 | 0.00 |
| 05/29/14 | 21 | 450 | | 15,605.40 | | | 15,605.40 | 1 | | | 15,605.40 | 0.00 |
| 05/29-12/31/14 | 21 | 483 | | 2,431.35 | | | 2,431.35 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 710 | | 8,786.54 | | | 8,786.54 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 730 | | 2,224.08 | | | 2,224.08 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 740 | | 5,039.67 | | | 5,039.67 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 750 | | 2,112.54 | | | 2,112.54 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 761 | | 73.69 | | | 73.69 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 921 | | 1,964.68 | | | 1,964.68 | 2 | | | | 0.00 |
| **TOTALS** | | | | 85,339.28 | | | 85,339.28 | | | | 62,706.73 | 0.00 |

**ISSUED AMT:**    **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
2 - *This is a duplicate claim that has already been considered for payment. 114*

*Continued on Next Page*

CONFIDENTIAL

 **aetna®**

P.O. BOX 981106
EL PASO TX 79998-1108
USA

| Explanation Of Benefits |
| --- |

*Please Retain for Future Reference*

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

Printed:                          08/05/2015
Page:                             5 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                              0006420275
TIN:                              XXXXXXXX7328
Trace Number:                     815217520000476
Trace Amount:                     $12,907.18

---

**Patient Name:** ███████████ *(self)*

Remarks (contd):
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P8Y0KSWMQ04   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ████████                                               DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                   Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/29-12/31/14 | 21 | 301 | | 58,696.78 | | | 58,696.78 | 1 | | | 58,696.78 | 0.00 |
| 05/29-12/31/14 | 21 | 351 | | 6,265.28 | | | 6,265.28 | 1 | | | 6,265.28 | 0.00 |
| 05/29-12/31/14 | 21 | 352 | | 4,252.07 | | | 4,252.07 | 1 | | | 4,252.07 | 0.00 |
| 05/29-12/31/14 | 21 | 360 | | 22,454.16 | | | 22,454.16 | 1 | | | 22,454.16 | 0.00 |
| **TOTALS** | | | | 91,668.29 | | | 91,668.29 | | | | 91,668.29 | 0.00 |

                                                    **ISSUED AMT:**       **NO PAY**

Remarks:
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P8Y0KSWMQ03   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ████████                                               DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                     Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/29-12/31/14 | 21 | 301 | | 58,696.79 | | | 58,696.79 | 1 | | | 58,696.79 | 0.00 |
| 05/29-12/31/14 | 21 | 324 | | 23,797.52 | | | 23,797.52 | 1 | | | 23,797.52 | 0.00 |
| **TOTALS** | | | | 82,494.31 | | | 82,494.31 | | | | 82,494.31 | 0.00 |

                                                    **ISSUED AMT:**       **NO PAY**

Remarks:
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P8Y0KSWMQ02   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ████████                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                     Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/29-12/31/14 | 21 | 270 | | 4,548.51 | | | 4,548.51 | 1 | | | 4,548.51 | 0.00 |
| 05/29-12/31/14 | 21 | 271 | | 0.36 | | | 0.36 | 1 | | | 0.36 | 0.00 |

*Continued on Next Page*



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 6 of 31 |

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| Trace Number: | 815217520000476 |
| Trace Amount: | $12,907.18 |

---

**Patient Name:** ▓▓▓▓▓▓▓▓ *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 272 | | 15,966.12 | | | 15,966.12 | 1 | | | 15,966.12 | 0.00 |
| 05/29-12/31/14 | 21 | 276 | | 5,513.96 | | | 5,513.96 | 1 | | | 5,513.96 | 0.00 |
| 05/29-12/31/14 | 21 | 300 | | 11,636.53 | | | 11,636.53 | 1 | | | 11,636.53 | 0.00 |
| 05/29-12/31/14 | 21 | 302 | | 4,657.35 | | | 4,657.35 | 1 | | | 4,657.35 | 0.00 |
| 05/29-12/31/14 | 21 | 305 | | 1,145.17 | | | 1,145.17 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 306 | | 729.76 | | | 729.76 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 307 | | 1,029.33 | | | 1,029.33 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 309 | | 22,190.75 | | | 22,190.75 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 310 | | 1,232.37 | | | 1,232.37 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 320 | | 15,715.67 | | | 15,715.67 | 2 | | | | 0.00 |
| **TOTALS** | | | | 84,367.88 | | | 84,367.88 | | | | 42,324.63 | 0.00 |

**ISSUED AMT:**　　　　**NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
2 - This is a duplicate claim that has already been considered for payment.  114
　　Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P8Y0KSWMQ01　Recd: 06/23/15　Member ID: W199669864　Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓▓　　　　　　　　　　　　　　　　　　　　　　　DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND　　　　　　　　　　Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II　　　　　　　　　　　　　　　　　　　Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 252 | | 47,145.79 | | | 47,145.79 | 1 | | | 47,145.79 | 0.00 |
| 05/29-12/31/14 | 21 | 260 | | 32,666.60 | | | 32,666.60 | 1 | | | 32,666.60 | 0.00 |
| **TOTALS** | | | | 79,812.39 | | | 79,812.39 | | | | 79,812.39 | 0.00 |

**ISSUED AMT:**　　　　**NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
　　Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P8Y0KSWMQ00　Recd: 06/23/15　Member ID: W199669864　Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓▓　　　　　　　　　　　　　　　　　　　　　　　DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND　　　　　　　　　　Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II　　　　　　　　　　　　　　　　　　　Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 250 | 999.0 | 93,476.56 | 4,270.37 | | | | | | | 4,270.37 |
| **TOTALS** | | | | 93,476.56 | 4,270.37 | | | | | | | 4,270.37 |

*Continued on Next Page*

　　　　　　　　　　　　　　　　　　　　CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 7 of 31 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| Trace Number: | 8152175200000476 |
| Trace Amount: | $12,907.18 |

---

**Patient Name:** ▓▓▓▓▓▓▓▓▓▓    *(self)*

ISSUED AMT:          $4,270.37

**Remarks:**
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN38    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27-12/31/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:          NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN37    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22-12/26/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:          NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN36    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/17-12/21/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

*Continued on Next Page*

 **aetna**
P.O. BOX 981106
EL PASO TX 79998-1106
USA

## Explanation Of Benefits
*Please Retain for Future Reference*
Printed:                      09/02/2015
Page:                         8 of 19

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                0006420275
TIN:          XXXXXXXX7328
NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮ *(self)*

Claim ID: P2Y0MH9KZ21      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/10-04/12/15 | 21 | 206 | | 54,000.00 | | | 54,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 54,000.00 | | | 54,000.00 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

Remarks:
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P8Y0KSWMQ20      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 361 | | 14,127.48 | | | 14,127.48 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 370 | | 13,641.19 | | | 13,641.19 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 390 | | 6,365.60 | | | 6,365.60 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 391 | | 8,384.91 | | | 8,384.91 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 402 | | 4,582.15 | | | 4,582.15 | 1 | | | | 0.00 |
| 05/29/14 | 21 | 450 | | 15,605.40 | | | 15,605.40 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 483 | | 2,431.35 | | | 2,431.35 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 710 | | 8,786.54 | | | 8,786.54 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 730 | | 2,224.08 | | | 2,224.08 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 740 | | 5,039.87 | | | 5,039.87 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 750 | | 2,112.54 | | | 2,112.54 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 761 | | 73.69 | | | 73.69 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 921 | | 1,964.68 | | | 1,964.68 | 1 | | | | 0.00 |
| **TOTALS** | | | | 85,339.28 | | | 85,339.28 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

Remarks:
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

CONFIDENTIAL

 **aetna®**

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                09/02/2015
Page:                   9 of 19

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                    0006420275
TIN:                    XXXXXXXX7328
                        NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮ *(self)*

Claim ID: P8Y0KSWMQ19    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                     DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 86,527.86 | | | 86,527.86 | 1 | | | | 0.00 |
| **TOTALS** | | | | 86,527.86 | | | 86,527.86 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P8Y0KSWMQ18    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                     DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 86,527.86 | | | 86,527.86 | 1 | | | | 0.00 |
| **TOTALS** | | | | 86,527.86 | | | 86,527.86 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P8Y0KSWMQ17    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                     DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 86,527.86 | | | 86,527.86 | 1 | | | | 0.00 |
| **TOTALS** | | | | 86,527.86 | | | 86,527.86 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

*Continued on Next Page*



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                    09/02/2015
Page:                       10 of 19

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                        0006420275
TIN:                        XXXXXXXX7326
                            NO PAY

---

## Patient Name: ▮▮▮▮▮▮▮ (self)

Claim ID: P8Y0KSWMQ16    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                             Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 460 | | 63,714.85 | | | 63,714.85 | 1 | | | | 0.00 |
| **TOTALS** | | | | 63,714.85 | | | 63,714.85 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
     *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P8Y0KSWMQ15    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                             Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 636 | | 65,271.24 | | | 65,271.24 | 1 | | | | 0.00 |
| **TOTALS** | | | | 65,271.24 | | | 65,271.24 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
     *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P8Y0KSWMQ14    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                             Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 636 | | 65,271.24 | | | 65,271.24 | 1 | | | | 0.00 |
| **TOTALS** | | | | 65,271.24 | | | 65,271.24 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
     *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

*Continued on Next Page*

UBF-AETNA 000365                                                          CONFIDENTIAL

 **aetna**®  P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

### Explanation Of Benefits
*Please Retain for Future Reference*

| Printed: | 09/02/2015 |
|---|---|
| Page: | 11 of 19 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:     0006420275
TIN:     XXXXXXXX7328
NO PAY

---

**Patient Name:** ▆▆▆▆▆▆▆ *(self)*

Claim ID: P8Y0KSWMQ13    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▆▆▆▆▆
Group Name: **UNITED BENEFIT FUND**                                    DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                          Group Number: 0863860-10-151  I P1$ME0
Aetna Life Insurance Company                                          Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 801 | | 94,036.04 | | | 94,036.04 | 1 | | | | 0.00 |
| **TOTALS** | | | | 94,036.04 | | | 94,036.04 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN50    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▆▆▆▆▆
Group Name: **UNITED BENEFIT FUND**                                    DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                          Group Number: 0863860-10-151  I P1$ME0
Aetna Life Insurance Company                                          Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 251 | | 1,679.41 | | | 1,679.41 | 1 | | | | 0.00 |
| 06/16-06/21/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 85,679.41 | | | 85,679.41 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN48    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▆▆▆▆▆
Group Name: **UNITED BENEFIT FUND**                                    DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                          Group Number: 0863860-10-151  I P1$ME0
Aetna Life Insurance Company                                          Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/22-11/26/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]

*Continued on Next Page*

UBF-AETNA 000366                                                        CONFIDENTIAL

 **aetna**  P.O. BOX 981106
EL PASO TX 79998-1106
USA

| Explanation Of Benefits |
| --- |

*Please Retain for Future Reference*

| | |
| --- | --- |
| Printed: | 09/02/2015 |
| Page: | 1 of 19 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:   0006420275
TIN:   XXXXXXX7326
NO PAY

HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Notes:**
Update your address, telephone number, e-mail address and/or NPI information by visiting our website.

## Patient Name:                    (self)

Claim ID: P8Y0KSWMQ24    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member:                                                                     DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                     Group Number: 0863860-10-151 1 P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/29-12/31/14 | 21 | 252 | | 47,145.79 | | | 47,145.79 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 260 | | 32,666.60 | | | 32,666.60 | 1 | | | | 0.00 |
| **TOTALS** | | | | **79,812.39** | | | **79,812.39** | | | | | **0.00** |

                    ISSUED AMT:            NO PAY

**Remarks:**
*1 - This claim is a result of a correction of a previously submitted claim. [J51]*
  *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P8Y0KSWMQ23    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member:                                                                     DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                     Group Number: 0863860-10-151 1 P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/29-12/31/14 | 21 | 270 | | 4,548.51 | | | 4,548.51 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 271 | | 0.36 | | | 0.36 | 1 | | | | 0.03 |
| 05/29-12/31/14 | 21 | 272 | | 15,968.12 | | | 15,968.12 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 278 | | 5,513.96 | | | 5,513.96 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 300 | | 11,636.53 | | | 11,636.53 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 302 | | 4,657.35 | | | 4,657.35 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 305 | | 1,145.17 | | | 1,145.17 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 306 | | 729.76 | | | 729.76 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 307 | | 1,029.33 | | | 1,029.33 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 309 | | 22,190.75 | | | 22,190.75 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 310 | | 1,232.37 | | | 1,232.37 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 320 | | 15,715.67 | | | 15,715.67 | 1 | | | | 0.00 |
| **TOTALS** | | | | **84,367.88** | | | **84,367.88** | | | | | **0.00** |

                    ISSUED AMT:            NO PAY

**Remarks:**
*1 - This claim is a result of a correction of a previously submitted claim. [J51]*
  *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

UBF-AETNA 000367                                              CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## *Explanation Of Benefits*

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/02/2015 |
| Page: | 2 of 19 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN: 0006420275
TIN: XXXXXXXX7326
NO PAY

---

## Patient Name: _____ (self)

Claim ID: P8Y0KSWMQ22    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: _____
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/23-12/31/14 | 21 | 301 | | 58,696.79 | | | 58,696.79 | 1 | | | | 0.00 |
| 05/23-12/31/14 | 21 | 324 | | 23,797.52 | | | 23,797.52 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,494.31 | | | 82,494.31 | | | | | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P8Y0KSWMQ21    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: _____
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 301 | | 58,696.79 | | | 58,696.79 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 351 | | 6,265.28 | | | 6,265.28 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 352 | | 4,252.07 | | | 4,252.07 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 360 | | 22,454.16 | | | 22,454.16 | 1 | | | | 0.00 |
| **TOTALS** | | | | 91,668.29 | | | 91,668.29 | | | | | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PK35LG5K508    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: _____
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 710 | | 4,211.06 | | | 4,211.06 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 730 | | 1,065.92 | | | 1,065.92 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 740 | | 2,416.33 | | | 2,416.33 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 750 | | 1,012.46 | | | 1,012.46 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 761 | | 35.31 | | | 35.31 | 1 | | | | 0.00 |

*Continued on Next Page*

 **aetna®**

P.O. BOX 981106
EL PASO TX 79998-1106
USA

### Explanation Of Benefits

*Please Retain for Future Reference*

Printed:    05/29/2015
Page:       8 of 22

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:        0006420275
TIN:        XXXXXXXX7328
NO PAY

---

**Patient Name:** ▓▓▓▓▓▓▓▓    *(self)*

Claim ID: P902LM7F505    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/26-01/30/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P902LM7F504    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/21-01/25/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P902LM7F503    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16-01/20/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

*Continued on Next Page*

CONFIDENTIAL

 **aetna**®   P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                    05/29/2015
Page:                        9 of 22

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                      0006420275
TIN:                      XXXXXXX7328
NO PAY

---

**Patient Name:** ▓▓▓▓▓▓▓▓▓ *(self)*

Claim ID: P902LM7F502     Recd: 05/04/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11-01/15/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
*Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P902LM7F501     Recd: 05/04/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06-01/10/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
*Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P902LM7F500     Recd: 05/04/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-01/05/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
*Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

**Continued on Next Page**



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:         05/29/2015
Page:            7 of 22

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:             0006420275
TIN:             XXXXXXXX7328
                 NO PAY

---

**Patient Name:** ▓▓▓▓▓▓▓ *(self)*

Claim ID: P902LM7F508     Recd: 05/04/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND                          DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II              Group Number: 0863860-11-151  I P1$ME0
Aetna Life Insurance Company                                      Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/10-02/14/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 -  Claim/service lacks information which is needed for adjudication.  [J20]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P902LM7F507     Recd: 05/04/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND                          DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II              Group Number: 0863860-11-151  I P1$ME0
Aetna Life Insurance Company                                      Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/05-02/09/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 -  Claim/service lacks information which is needed for adjudication.  [J20]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P902LM7F506     Recd: 05/04/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND                          DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II              Group Number: 0863860-11-151  I P1$ME0
Aetna Life Insurance Company                                      Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31-02/04/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 -  Claim/service lacks information which is needed for adjudication.  [J20]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*



P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 05/29/2015 |
| Page: | 6 of 22 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| | NO PAY |

---

### Patient Name: ▉▉▉▉▉▉ *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/25-03/01/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                NO PAY

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P902LM7F510    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▉▉▉▉▉▉                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20-02/24/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                NO PAY

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P902LM7F509    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▉▉▉▉▉▉                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15-02/19/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                NO PAY

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

UBF-AETNA 000372                                                    CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:        05/29/2015
Page:           5 of 22

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:            0006420275
TIN:            XXXXXXXX7328
                NO PAY

---

**Patient Name:** ██████████ *(self)*

ISSUED AMT:                NO PAY

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: **PA35MFCMG00**     Recd: **05/04/15**     Member ID: **W199669864**     Patient Account: **AAF65250**
Member: ██████████                                                          DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                              Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-06/03/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 84,000.00 | | | 84,000.00 | | | | | 0.00 |

ISSUED AMT:                NO PAY

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: **P902LM7F512**     Recd: **05/04/15**     Member ID: **W199669864**     Patient Account: **AAF65250**
Member: ██████████                                                          DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                              Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/02-03/06/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                NO PAY

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: **P902LM7F511**     Recd: **05/04/15**     Member ID: **W199669864**     Patient Account: **AAF65250**
Member: ██████████                                                          DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                              Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

UBF-AETNA 000373                                                    CONFIDENTIAL

 P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 05/29/2015 |
| Page: | 6 of 22 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXX7328 |
| | NO PAY |

---

**Patient Name:** ███████ (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/25-03/01/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**      **NO PAY**

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P902LM7F510    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████                                                           DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-11-151  1 P1$ME0
Product: Aetna Choice® POS II                                               Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20-02/24/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**      **NO PAY**

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P902LM7F509    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████                                                           DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-11-151  1 P1$ME0
Product: Aetna Choice® POS II                                               Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15-02/19/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**      **NO PAY**

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

CONFIDENTIAL

 **aetna**®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:          05/29/2015
Page:             2 of 22

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:              0006420275
TIN:              XXXXXXXX7328
                  NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮ (self)

ISSUED AMT:          NO PAY

**Remarks:**
1 - Claim/service lacks information which is needed for adjudication.  [J20]
   Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P902LM7F517      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                          Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/26-03/30/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:          NO PAY

**Remarks:**
1 - Claim/service lacks information which is needed for adjudication.  [J20]
   Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P902LM7F518      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                          Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/21-03/25/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:          NO PAY

**Remarks:**
1 - Claim/service lacks information which is needed for adjudication.  [J20]
   Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P902LM7F515      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                          Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 05/29/2015 |
| Page: | 3 of 22 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:    0006420275
TIN:    XXXXXXXX7328
NO PAY

---

**Patient Name:** ▓▓▓▓▓▓▓▓  *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/16-03/20/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

Remarks:
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P902LM7F514    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                           Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11-03/15/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

Remarks:
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P902LM7F513    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                           Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/07-03/11/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

Remarks:
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

### Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 05/29/2015 |
| Page: | 5 of 22 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN: 0006420275
TIN: XXXXXXX7328
NO PAY

**Patient Name:** ████████ *(self)*

ISSUED AMT:          NO PAY

**Remarks:**
1 - Claim/service lacks information which is needed for adjudication. [J20]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PA35MFCMG00    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-06/03/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 84,000.00 | | | 84,000.00 | | | | | 0.00 |

ISSUED AMT:          NO PAY

**Remarks:**
1 - Claim/service lacks information which is needed for adjudication. [J20]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P902LM7F512    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/02-03/06/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:          NO PAY

**Remarks:**
1 - Claim/service lacks information which is needed for adjudication. [J20]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P902LM7F511    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151  I P1$ME0
Network ID: 00000

*Continued on Next Page*

UBF-AETNA 000377                                        CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

### Explanation Of Benefits
*Please Retain for Future Reference*

Printed:                    05/29/2015
Page:                       1 of 22

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                        0006420275
TIN:                        XXXXXXXX7328
                            NO PAY

HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Notes:**
Update your address, telephone number, e-mail address and/or NPI information by visiting our website.

## Patient Name: ████████████ *(self)*

Claim ID: P902LM7F520      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250

Member: ████████                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/10-04/12/15 | 21 | 206 | | 54,000.00 | | | 54,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 54,000.00 | | | 54,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 -  Claim/service lacks information which is needed for adjudication. [J20]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P902LM7F519      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250

Member: ████████                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/05-04/09/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 -  Claim/service lacks information which is needed for adjudication. [J20]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P902LM7F518      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250

Member: ████████                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31-04/04/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

*Continued on Next Page*

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed: 07/09/2015
Page: 1 of 2

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN: 0006420275
TIN: XXXXXXXX7328
NO PAY

HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Notes:**
Update your address, telephone number, e-mail address and/or NPI information by visiting our website.

---

### Patient Name: ████████████ *(self)*

Claim ID: P902LM7F524    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████████████                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                         Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16-01/20/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**                **NO PAY**

**Remarks:**
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P902LM7F523    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████████████                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                         Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11-01/15/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**                **NO PAY**

**Remarks:**
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P902LM7F522    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████████████                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                         Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06-01/10/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

*Continued on Next Page*

# aetna®
P.O. BOX 981106
EL PASO TX 79998-1106
USA

## Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/09/2015 |
| Page: | 2 of 2 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:        0006420275
TIN:        XXXXXXX7328
NO PAY

---

## Patient Name: ███████ (self)

ISSUED AMT:        NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P902LM7F521    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member:                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                      Group Number: 0863860-11-151 1 P1$ME0
Product: Aetna Choice® POS II                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/21-01/25/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

ISSUED AMT:        NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

**For Questions Regarding This Claim**
P.O. BOX 981106 EL PASO, TX 79998-1106
**CALL (888) 632-3862** FOR ASSISTANCE
Note: All inquiries should reference the ID number above for prompt response.

| | |
|---|---|
| Total Patient Responsibility: | $0.00 |
| Claim Payment: | $0.00 |

Protecting the privacy of member health information is a top priority. When contacting us about this statement or for help with other questions, please be prepared to provide your provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the member's ID number.



P.O. BOX 981106
EL PASO TX 79998-1106
USA

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                      07/10/2015
Page:                         1 of 10

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                          0006420275
TIN:                          XXXXXXXX7328
                              NO PAY

HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Notes:**
Update your address, telephone number, e-mail address and/or NPI information by visiting our website.

## Patient Name: ▮▮▮▮▮▮▮▮▮ *(self)*

Claim ID: P902LM7F541      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                      Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/10-04/12/15 | 21 | 206 | | 54,000.00 | | | 54,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 54,000.00 | | | 54,000.00 | | | | | 0.00 |

ISSUED AMT:          NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P902LM7F540      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                      Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/05-04/09/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:          NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P902LM7F539      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                      Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31-04/04/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/10/2015 |
| Page: | 2 of 10 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| | NO PAY |

---

**Patient Name:** ▮▮▮▮▮▮▮▮  *(self)*

ISSUED AMT:                    NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P902LM7F538     Recd: 06/23/15     Member ID: W199669884     Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮▮                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/26-03/30/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P902LM7F537     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮▮                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/21-03/25/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P902LM7F536     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: VICTOR LOPEZ                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

CONFIDENTIAL

 **aetna®**  P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

### Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/10/2015 |
| Page: | 3 of 10 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXX7328 |
| | NO PAY |

---

**Patient Name:** ▓▓▓▓▓▓ *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11-03/15/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P902LM7F535        Recd: 06/23/15        Member ID: W199669864        Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/16-03/20/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P902LM7F534        Recd: 06/23/15        Member ID: W199669864        Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/07-03/11/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/10/2015 |
| Page: | 4 of 10 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:          0006420275
TIN:          XXXXXXX7326
              NO PAY

---

**Patient Name:** ▮▮▮▮▮▮ *(self)*

Claim ID: P902LM7F533     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/02-03/06/15 | 21 | 208 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

                                                                 **ISSUED AMT:**          NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P902LM7F532     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/25-03/01/15 | 21 | 208 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

                                                                 **ISSUED AMT:**          NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P902LM7F531     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20-02/24/15 | 21 | 208 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

                                                                 **ISSUED AMT:**          NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

**Continued on Next Page**

 aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/10/2015 |
| Page: | 5 of 10 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                                0006420275
TIN:                            XXXXXXXX7328
NO PAY

---

**Patient Name:** ▓▓▓▓▓▓▓▓ *(self)*

Claim ID: P902LM7F530     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓                                                                           DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                      Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15-02/19/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

Remarks:
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P902LM7F529     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓                                                                           DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                      Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/10-02/14/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

Remarks:
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P902LM7F528     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓                                                                           DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                      Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/05-02/09/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

Remarks:
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

UBF-AETNA 000385                                                                        CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

### Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/10/2015 |
| Page: | 6 of 10 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                0006420275
TIN:                XXXXXXX7328
                    NO PAY

---

## Patient Name: ████████ *(self)*

Claim ID: P902LM7F527     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ████████                                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31-02/04/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

**ISSUED AMT:**     **NO PAY**

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
*Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P902LM7F526     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ████████                                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/26-01/30/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

**ISSUED AMT:**     **NO PAY**

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
*Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P902LM7F525     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ████████                                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                  . Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-01/05/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

**ISSUED AMT:**     **NO PAY**

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
*Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

*Continued on Next Page*

 **aetna**®    P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

---

| Explanation Of Benefits |
| --- |

*Please Retain for Future Reference*

Printed:                                05/29/2015
Page:                                    13 of 22

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                                     0006420275
TIN:                                     XXXXXXXX7328
                                         NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮ *(self)*

Remarks (contd):
  *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG29      Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                      Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/14-11/16/14 | 21 | 206 | | 54,000.00 | | | 54,000.00 | 1 | | | | 0.00 |
| 11/17/14 | 21 | 202 | | 20,000.00 | | | 20,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 74,000.00 | | | 74,000.00 | | | | | 0.00 |

                                                    **ISSUED AMT:**        **NO PAY**

Remarks:
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
  *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG28      Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                      Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/09-11/13/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

                                                    **ISSUED AMT:**        **NO PAY**

Remarks:
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
  *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG27      Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                      Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/04-11/08/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

*Continued on Next Page*

 **aetna®**    P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

| **Explanation Of Benefits** |
| --- |

*Please Retain for Future Reference*
Printed:                    05/29/2015
Page:                       14 of 22

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                        0006420275
TIN:                        XXXXXXXX732B
                            NO PAY

---

**Patient Name:** ▓▓▓▓▓▓▓ *(self)*

                                        **ISSUED AMT:**        **NO PAY**

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: **PA35MFCMG26**    Recd: **05/04/15**    Member ID: **W199669864**    Patient Account: **AAF65250**
Member: ▓▓▓▓▓▓                                                                           DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                                      Group Number: **0863860-10-151  I P1$ME0**
Product: **Aetna Choice® POS II**                                                      Network ID: **00000**
**Aetna Life Insurance Company**

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30-11/03/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

                                        **ISSUED AMT:**        **NO PAY**

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: **PA35MFCMG25**    Recd: **05/04/15**    Member ID: **W199669864**    Patient Account: **AAF65250**
Member: ▓▓▓▓▓▓                                                                           DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                                      Group Number: **0863860-10-151  I P1$ME0**
Product: **Aetna Choice® POS II**                                                      Network ID: **00000**
**Aetna Life Insurance Company**

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/25-10/27/14 | 21 | 202 | | 60,000.00 | | | 60,000.00 | 1 | | | | 0.00 |
| 10/28-10/29/14 | 21 | 206 | | 18,000.00 | | | 18,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 78,000.00 | | | 78,000.00 | | | | | 0.00 |

                                        **ISSUED AMT:**        **NO PAY**

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: **PA35MFCMG24**    Recd: **05/04/15**    Member ID: **W199669864**    Patient Account: **AAF65250**
Member: ▓▓▓▓▓▓                                                                           DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                                      Group Number: **0863860-10-151  I P1$ME0**
Product: **Aetna Choice® POS II**                                                      Network ID: **00000**
**Aetna Life Insurance Company**

*Continued on Next Page*

UBF-AETNA 000388                                                        CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| Printed: | 05/29/2015 |
|---|---|
| Page: | 15 of 22 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
| PIN: | 0006420275 |
|---|---|
| TIN: | XXXXXXX7326 |
| | NO PAY |

---

**Patient Name:** ███████ *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21-10/24/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 80,000.00 | | | 80,000.00 | | | | | 0.00 |

**ISSUED AMT:**      **NO PAY**

Remarks:
1 - Claim/service lacks information which is needed for adjudication. [J20]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PA35MFCMG23    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████                                DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND             Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/17-10/20/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 80,000.00 | | | 80,000.00 | | | | | 0.00 |

**ISSUED AMT:**      **NO PAY**

Remarks:
1 - Claim/service lacks information which is needed for adjudication. [J20]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PA35MFCMG22    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████                                DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/13-10/16/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 80,000.00 | | | 80,000.00 | | | | | 0.00 |

**ISSUED AMT:**      **NO PAY**

Remarks:
1 - Claim/service lacks information which is needed for adjudication. [J20]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

*Continued on Next Page*

UBF-AETNA 000389                                       CONFIDENTIAL

 P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 05/29/2015 |
| Page: | 12 of 22 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                                    0006420275
TIN:                              XXXXXXXX7328
                                            NO PAY

---

**Patient Name:** ▓▓▓▓▓▓▓▓ *(self)*

Claim ID: PA35MFCMG32    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓
Group Name: **UNITED BENEFIT FUND**
Product: **Aetna Choice® POS II**
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/27-12/01/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                NO PAY

Remarks:
1 -  *Claim/service lacks information which is needed for adjudication.  [J20]*
     *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PA35MFCMG31    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓
Group Name: **UNITED BENEFIT FUND**
Product: **Aetna Choice® POS II**
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/22-11/26/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                NO PAY

Remarks:
1 -  *Claim/service lacks information which is needed for adjudication.  [J20]*
     *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PA35MFCMG30    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓
Group Name: **UNITED BENEFIT FUND**
Product: **Aetna Choice® POS II**
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18-11/19/14 | 21 | 202 | | 40,000.00 | | | 40,000.00 | 1 | | | | 0.00 |
| 11/20-11/21/14 | 21 | 206 | | 36,000.00 | | | 36,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 76,000.00 | | | 76,000.00 | | | | | 0.00 |

ISSUED AMT:                NO PAY

Remarks:
1 -  *Claim/service lacks information which is needed for adjudication.  [J20]*

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 05/29/2015 |
| Page: | 17 of 22 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXX7328 |
| | NO PAY |

---

**Patient Name:** ████████ *(self)*

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG18     Recd: 05/04/15     Member ID: W199669864     Patient Account: AAF65250
Member: ████████                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                   Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/25-09/29/14 | 21 | 202 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

                                                        **ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG17     Recd: 05/04/15     Member ID: W199669864     Patient Account: AAF65250
Member: ████████                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                   Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/20/14 | 21 | 206 | | 18,000.00 | | | 18,000.00 | 1 | | | | 0.00 |
| 09/21-09/24/14 | 21 | 202 | | 72,000.00 | | | 72,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

                                                        **ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG16     Recd: 05/04/15     Member ID: W199669864     Patient Account: AAF65250
Member: ████████                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                   Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/15-09/19/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

*Continued on Next Page*



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                    05/29/2015
Page:                      16 of 22

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                          0006420275
TIN:                     XXXXXXXX7328
NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮ (self)

Claim ID: PA35MFCMG21    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/09-10/12/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **80,000.00** | | | **80,000.00** | | | | | **0.00** |

**ISSUED AMT:**                 **NO PAY**

Remarks:
1 - Claim/service lacks information which is needed for adjudication.  [J20]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PA35MFCMG20    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/05-10/07/14 | 21 | 202 | | 54,000.00 | | | 54,000.00 | 1 | | | | 0.00 |
| 10/08/14 | 21 | 202 | | 20,000.00 | | | 20,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **74,000.00** | | | **74,000.00** | | | | | **0.00** |

**ISSUED AMT:**                 **NO PAY**

Remarks:
1 - Claim/service lacks information which is needed for adjudication.  [J20]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PA35MFCMG19    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/14 | 21 | 202 | | 18,000.00 | | | 18,000.00 | 1 | | | | 0.00 |
| 10/01-10/04/14 | 21 | 202 | | 72,000.00 | | | 72,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

**ISSUED AMT:**                 **NO PAY**

*Continued on Next Page*

UBF-AETNA 000392                                                          CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 05/29/2015 |
| Page: | 18 of 22 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXX7326 |
| | NO PAY |

---

**Patient Name:** ▓▓▓▓▓▓▓ *(self)*

ISSUED AMT:                    NO PAY

Remarks:
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: **PA35MFCMG15**   Recd: **05/04/15**   Member ID: **W199669864**   Patient Account: **AAF65250**
Member: ▓▓▓▓▓▓                                                             DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/10-09/14/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | , | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

Remarks:
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: **PA35MFCMG14**   Recd: **05/04/15**   Member ID: **W199669864**   Patient Account: **AAF65250**
Member: ▓▓▓▓▓▓                                                             DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/05-09/09/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

Remarks:
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: **PA35MFCMG13**   Recd: **05/04/15**   Member ID: **W199669864**   Patient Account: **AAF65250**
Member: ▓▓▓▓▓▓                                                             DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/30-08/31/14 | 21 | 206 | | 22,000.00 | | | 22,000.00 | 1 | | | | 0.00 |

*Continued on Next Page*

UBF-AETNA 000393                                                      CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 05/29/2015 |
| Page: | 19 of 22 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:          0006420275
TIN:          XXXXXXXX7328
NO PAY

---

## Patient Name: ▓▓▓▓▓▓ *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01-09/04/14 | 21 | 206 | | 72,000.00 | | | 72,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 94,000.00 | | | 94,000.00 | | | | | 0.00 |

ISSUED AMT:          NO PAY

**Remarks:**
1 - Claim/service lacks information which is needed for adjudication.  [J20]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PA35MFCMG12      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/22-08/26/14 | 21 | 206 | | 55,000.00 | | | 55,000.00 | 1 | | | 55,000.00 | 0.00 |
| 08/27-08/29/14 | 21 | 206 | | 33,000.00 | | | 33,000.00 | 2 | | | | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | 55,000.00 | 0.00 |

ISSUED AMT:          NO PAY

**Remarks:**
1 - Partial Denial.  We have determined that a portion of this confinement is not medically necessary.  The allowed amount was reduced to
    reflect the days we authorized.  The member is responsible for this amount, along with any coinsurance and/or deductible listed.  [N72]
2 - Claim/service lacks information which is needed for adjudication.  [J20]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PA35MFCMG11      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/14-08/21/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | | 0.00 |

ISSUED AMT:          NO PAY

**Remarks:**
1 - Claim/service lacks information which is needed for adjudication.  [J20]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                05/29/2015
Page:                   20 of 22

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                    0006420275
TIN:                    XXXXXXX7328
                        NO PAY

---

**Patient Name:** ▓▓▓▓▓▓▓▓ *(self)*

Claim ID: PA35MFCMG10    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/06-08/13/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG09    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/29-08/05/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG08    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/21-07/28/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

UBF-AETNA 000395                                              CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 05/29/2015 |
| Page: | 21 of 22 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN: 0006420275
TIN: . XXXXXXXX7328
NO PAY

---

**Patient Name:** ███████████ *(self)*

Claim ID: PA35MFCMG07      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250

Member: ████████        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND        Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13-07/20/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **88,000.00** | | | **88,000.00** | | | | | **0.00** |

ISSUED AMT:        NO PAY

Remarks:
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PA35MFCMG06      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250

Member: ████████        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND        Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 255 | | 3.09 | | | 3.09 | 1 | | | | 0.00 |
| 07/01-07/08/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 2 | | | 88,000.00 | 0.00 |
| **TOTALS** | | | | **88,003.09** | | | **88,003.09** | | | | **88,000.00** | **0.00** |

ISSUED AMT:        NO PAY

Remarks:
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
2 - *Partial Denial.  We have determined that a portion of this confinement is not medically necessary.  The allowed amount was reduced to*
   *reflect the days we authorized.  The member is responsible for this amount, along with any coinsurance and/or deductible listed.  [N72]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PA35MFCMG05      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250

Member: ████████        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND        Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28-06/30/14 | 21 | 202 | | 42,000.00 | | | 42,000.00 | 1 | | | 42,000.00 | 0.00 |
| 07/09/14 | 21 | 202 | | 14,000.00 | | | 14,000.00 | 1 | | | 14,000.00 | 0.00 |
| 07/10-07/12/14 | 21 | 202 | | 42,000.00 | | | 42,000.00 | 2 | | | | 0.00 |
| **TOTALS** | | | | **98,000.00** | | | **98,000.00** | | | | **56,000.00** | **0.00** |

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

Printed:                    05/29/2015
Page:                       22 of 22

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                        0006420275
TIN:                        XXXXXXX7328
                            NO PAY

**Patient Name:** ████████████ *(self)*

ISSUED AMT:            **NO PAY**

**Remarks:**
1 - *Partial Denial. We have determined that a portion of this confinement is not medically necessary. The allowed amount was reduced to reflect the days we authorized. The member is responsible for this amount, along with any coinsurance and/or deductible listed. [N72]*
2 - *Claim/service lacks information which is needed for adjudication. [J20]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG04    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250

Member: ████████████                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                            Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 258 | | 1,671.02 | | | 1,671.02 | 1 | | | | 0.00 |
| 06/22-06/27/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 2 | | | 84,000.00 | 0.00 |
| **TOTALS** | | | | 85,671.02 | | | 85,671.02 | | | | 84,000.00 | 0.00 |

ISSUED AMT:            **NO PAY**

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
2 - *Partial Denial. We have determined that a portion of this confinement is not medically necessary. The allowed amount was reduced to reflect the days we authorized. The member is responsible for this amount, along with any coinsurance and/or deductible listed. [N72]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

**For Questions Regarding This Claim**
P.O. BOX 981106 EL PASO, TX 79998-1106
**CALL (888) 632-3862** FOR ASSISTANCE
*Note: All inquiries should reference the ID number above for prompt response.*

Total Patient Responsibility:        $451,000.00
Claim Payment:                       $0.00

Protecting the privacy of member health information is a top priority. When contacting us about this statement or for help with other questions, please be prepared to provide your provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the member's ID number.

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:          05/28/2015
Page:             11 of 22

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:              0006420275
TIN:              XXXXXXXX7328
                  NO PAY

---

**Patient Name:** _____ (self)

Claim ID: PA35MFCMG35      Recd: 05/04/15    Member ID: W199669864      Patient Account: AAF65250
Member: _____                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/12-12/16/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:        **NO PAY**

Remarks:
1 - Claim/service lacks information which is needed for adjudication.  [J20]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PA35MFCMG34      Recd: 05/04/15    Member ID: W199669864      Patient Account: AAF65250
Member: _____                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/07-12/11/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:        **NO PAY**

Remarks:
1 - Claim/service lacks information which is needed for adjudication.  [J20]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PA35MFCMG33      Recd: 05/04/15    Member ID: W199669864      Patient Account: AAF65250
Member: _____                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/02-12/06/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:        **NO PAY**

Remarks:
1 - Claim/service lacks information which is needed for adjudication.  [J20]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

UBF-AETNA 000398                                                    CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
Please Retain for Future Reference

Printed:    05/29/2015
Page:    4 of 22

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:    0006420275
TIN:    XXXXXXX7326
NO PAY

---

**Patient Name:** _____ *(self)*

Claim ID: PA35MFCMG03      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250

Member: _____                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 251 | | 1,679.41 | | | 1,679.41 | 1 | | | | 0.00 |
| 06/16-06/21/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 2 | | | 84,000.00 | 0.00 |
| **TOTALS** | | | | 85,679.41 | | | 85,679.41 | | | | 84,000.00 | 0.00 |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 - Claim/service lacks information which is needed for adjudication. [J20]
2 - Partial Denial. We have determined that a portion of this confinement is not medically necessary. The allowed amount was reduced to
    reflect the days we authorized. The member is responsible for this amount, along with any coinsurance and/or deductible listed. [N72]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PA35MFCMG02      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250

Member: _____                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/10-06/15/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | 84,000.00 | 0.00 |
| **TOTALS** | | | | 84,000.00 | | | 84,000.00 | | | | 84,000.00 | 0.00 |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 - Partial Denial. We have determined that a portion of this confinement is not medically necessary. The allowed amount was reduced to
    reflect the days we authorized. The member is responsible for this amount, along with any coinsurance and/or deductible listed. [N72]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PA35MFCMG01      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250

Member: _____                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/04-06/09/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 84,000.00 | | | 84,000.00 | | | | | 0.00 |

*Continued on Next Page*

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## *Explanation Of Benefits*

*Please Retain for Future Reference*

| Printed: | 05/29/2015 |
|---|---|
| Page: | 5 of 22 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                              0006420275
TIN:                              XXXXXXXX7328
                                      NO PAY

---

## Patient Name: ███████ *(self)*

ISSUED AMT:                    NO PAY

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: **PA35MFCMG00**    Recd: **05/04/15**    Member ID: **W199669864**    Patient Account: **AAF65250**
Member: ███████                                                                                        DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                                Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-06/03/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **84,000.00** | | | **84,000.00** | | | | | **0.00** |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: **P902LM7F512**    Recd: **05/04/15**    Member ID: **W199669864**    Patient Account: **AAF65250**
Member: ███████                                                                                        DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                              Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                                Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/02-03/06/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: **P902LM7F511**    Recd: **05/04/15**    Member ID: **W199669864**    Patient Account: **AAF65250**
Member: ███████                                                                                        DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                              Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                                Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

CONFIDENTIAL

 **aetna®**

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

---

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 05/29/2015 |
| Page: | 10 of 22 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:          0006420275
TIN:          XXXXXXXX7328
                     NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮ *(self)*

Claim ID: PA35MFCMG38    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                       Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27-12/31/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

                                                                    ISSUED AMT:          NO PAY

**Remarks:**
1 - Claim/service lacks information which is needed for adjudication.  [J20]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PA35MFCMG37    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                       Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22-12/26/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

                                                                    ISSUED AMT:          NO PAY

**Remarks:**
1 - Claim/service lacks information which is needed for adjudication.  [J20]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PA35MFCMG36    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                       Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/17-12/21/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

                                                                    ISSUED AMT:          NO PAY

**Remarks:**
1 - Claim/service lacks information which is needed for adjudication.  [J20]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

 P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/03/2015 |
| Page: | 2 of 16 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                                     0006420275
TIN:                              XXXXXXX7328
NO PAY

---

**Patient Name:** ███████████ *(spouse)*

ISSUED AMT:          **NO PAY**

Remarks:
1 - These service codes reflect the submitted codes. The service codes directly below the shaded lines indicate the service codes utilized for
    payment based upon our claim policies and rules. [998]
2 - This is a duplicate claim that has already been considered for payment. 114

For Questions Regarding This Claim
P.O. BOX 981106 EL PASO, TX 79998-1106
**CALL (888) 632-3862** FOR ASSISTANCE
Note: All inquiries should reference the ID number above for prompt response.

| | |
|---|---|
| Total Patient Responsibility: | $0.00 |
| Claim Payment: | $0.00 |

---

**Patient Name:** ███████████ *(self)*

Claim ID: PA35MFCMG39    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250    DIAG: 434.91, 431, 518.81
Member: ███████████
Group Name: UNITED BENEFIT FUND                                                                Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-06/03/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | | 0.00 |
| TOTALS | | | | 84,000.00 | | | 84,000.00 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

Remarks:
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PA35MFCMG41    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250    DIAG: 434.91, 431, 518.81
Member: ███████████
Group Name: UNITED BENEFIT FUND                                                                Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/10-06/15/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | | 0.00 |
| TOTALS | | | | 84,000.00 | | | 84,000.00 | | | | | 0.00 |

ISSUED AMT:          **NO PAY**

Remarks:
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

*Continued on Next Page*

UBF-AETNA 000402                                                                                    CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1105
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/03/2015 |
| Page: | 3 of 16 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:      0006420275
TIN:      XXXXXXXX7326
NO PAY

---

**Patient Name:** ▓▓▓▓▓▓▓▓ *(self)*

Claim ID: PA35MFCMG40      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/04-06/09/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **84,000.00** | | | **84,000.00** | | | | | **0.00** |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 -  *This claim is a result of a correction of a previously submitted claim.  [J51]*
     *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PA35MFCMG45      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 255 | | 3.09 | | | 3.09 | 1 | | | | 0.00 |
| 07/01-07/08/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **88,003.09** | | | **88,003.09** | | | | | **0.00** |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 -  *This claim is a result of a correction of a previously submitted claim.  [J51]*
     *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PA35MFCMG44      Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▓▓▓▓▓▓▓▓
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28-06/30/14 | 21 | 202 | | 42,000.00 | | | 42,000.00 | 1 | | | | 0.00 |
| 07/09/14 | 21 | 202 | | 14,000.00 | | | 14,000.00 | 1 | | | | 0.00 |
| 07/10-07/12/14 | 21 | 202 | | 42,000.00 | | | 42,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **98,000.00** | | | **98,000.00** | | | | | **0.00** |

**ISSUED AMT:**          **NO PAY**

*Continued on Next Page*

UBF-AETNA 000403                                        CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                    07/03/2015
Page:                        4 of 16

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                        0006420275
TIN:                        XXXXXXXX7328
NO PAY

---

## Patient Name: ██████████ *(self)*

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG43    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member:                                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 258 | | 1,671.02 | | | 1,671.02 | 1 | | | | 0.00 |
| 06/22-06/27/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 85,671.02 | | | 85,671.02 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG42    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member:                                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 251 | | 1,679.41 | | | 1,679.41 | 1 | | | | 0.00 |
| 06/16-06/21/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 85,679.41 | | | 85,679.41 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG77    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member:                                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27-12/31/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

*Continued on Next Page*

UBF-AETNA 000404                                                        CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                    07/03/2015
Page:                       5 of 16

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                        0006420275
TIN:                        XXXXXXX7328
NO PAY

---

## Patient Name: ▮▮▮▮▮▮ *(self)*

ISSUED AMT:              NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG76    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                             DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22-12/26/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

ISSUED AMT:              NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG75    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                             DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/17-12/21/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

ISSUED AMT:              NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG74    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                             DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

UBF-AETNA 000405                                                          CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

### Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/03/2015 |
| Page: | 6 of 16 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| | NO PAY |

---

## Patient Name: ███████ (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/12-12/16/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:        **NO PAY**

**Remarks:**
*1 - This claim is a result of a correction of a previously submitted claim. [J51]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG73    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████                                                           DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/07-12/11/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:        **NO PAY**

**Remarks:**
*1 - This claim is a result of a correction of a previously submitted claim. [J51]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG72    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████                                                           DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/02-12/06/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:        **NO PAY**

**Remarks:**
*1 - This claim is a result of a correction of a previously submitted claim. [J51]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

UBF-AETNA 000406                                                    CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                    07/03/2015
Page:                       7 of 16

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                        0006420275
TIN:                        XXXXXXXX7328
                            NO PAY

---

**Patient Name:** _____ *(self)*

Claim ID: PA35MFCMG71    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: _____                                                                    DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/27-12/01/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

                                        **ISSUED AMT:**              **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PA35MFCMG70    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: _____                                                                    DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/22-11/26/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

                                        **ISSUED AMT:**              **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PA35MFCMG69    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: _____                                                                    DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18-11/19/14 | 21 | 202 | | 40,000.00 | | | 40,000.00 | 1 | | | | 0.00 |
| 11/20-11/21/14 | 21 | 206 | | 36,000.00 | | | 36,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 76,000.00 | | | 76,000.00 | | | | | 0.00 |

                                        **ISSUED AMT:**              **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*

**Continued on Next Page**

 P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/03/2015 |
| Page: | 6 of 16 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXX7326 |
| | NO PAY |

---

**Patient Name:** ███████ *(self)*

Remarks (contd):
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PA35MFCMG68    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████                                                                         DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                            Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14-11/16/14 | 21 | 206 | | 54,000.00 | | | 54,000.00 | 1 | | | | 0.00 |
| 11/17/14 | 21 | 202 | | 20,000.00 | | | 20,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **74,000.00** | | | **74,000.00** | | | | | **0.00** |

                                                                    **ISSUED AMT:**        NO PAY

Remarks:
1 -  *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PA35MFCMG67    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████                                                                         DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                            Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/09-11/13/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

                                                                    **ISSUED AMT:**        NO PAY

Remarks:
1 -  *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PA35MFCMG66    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████                                                                         DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                            Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/04-11/08/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

*Continued on Next Page*


P.O. BOX 981106
EL PASO TX 79998-1106
USA

| | |
|---|---|
| | ***Explanation Of Benefits*** |
| | *Please Retain for Future Reference* |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

Printed: 07/03/2015
Page: 9 of 16

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN: 0006420275
TIN: XXXXXXXX7328
NO PAY

---

**Patient Name:** ██████████ *(self)*

ISSUED AMT:    NO PAY

Remarks:
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PA35MFCMG65      Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ██████                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                            Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30-11/03/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

ISSUED AMT:    NO PAY

Remarks:
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PA35MFCMG64      Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ██████                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                            Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/25-10/27/14 | 21 | 202 | | 60,000.00 | | | 60,000.00 | 1 | | | | 0.00 |
| 10/28-10/29/14 | 21 | 206 | | 18,000.00 | | | 18,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **78,000.00** | | | **78,000.00** | | | | | **0.00** |

ISSUED AMT:    NO PAY

Remarks:
1 -  This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PA35MFCMG63      Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ██████                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                            Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/03/2015 |
| Page: | 10 of 16 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                    0006420275
TIN:                    XXXXXXX7328
NO PAY

---

**Patient Name:** ████████████  *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21-10/24/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 80,000.00 | | | 80,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

Remarks:
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
   Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PA35MFCMG62        Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ████████████                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/17-10/20/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 80,000.00 | | | 80,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

Remarks:
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
   Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PA35MFCMG61        Recd: 06/23/15      Member ID: W199669864      Patient Account: AAF65250
Member: ████████████                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/13-10/16/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 80,000.00 | | | 80,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

Remarks:
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
   Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## *Explanation Of Benefits*

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/03/2015 |
| Page: | 11 of 16 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                    0006420275
TIN:                 XXXXXXXX7328
                              NO PAY

---

## Patient Name: [redacted]     (self)

Claim ID: PA35MFCMG60     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: [redacted]
Group Name: **UNITED BENEFIT FUND**                                                          DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                     Group Number: 0863860-10-151  I P1$ME0
Aetna Life Insurance Company                                                          Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/09-10/12/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 80,000.00 | | | 80,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG59     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: [redacted]
Group Name: **UNITED BENEFIT FUND**                                                          DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                     Group Number: 0863860-10-151  I P1$ME0
Aetna Life Insurance Company                                                          Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/05-10/07/14 | 21 | 202 | | 54,000.00 | | | 54,000.00 | 1 | | | | 0.00 |
| 10/08/14 | 21 | 202 | | 20,000.00 | | | 20,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 74,000.00 | | | 74,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PA35MFCMG58     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: [redacted]
Group Name: **UNITED BENEFIT FUND**                                                          DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                     Group Number: 0863860-10-151  I P1$ME0
Aetna Life Insurance Company                                                          Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/14 | 21 | 202 | | 18,000.00 | | | 18,000.00 | 1 | | | | 0.00 |
| 10/01-10/04/14 | 21 | 202 | | 72,000.00 | | | 72,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

*Continued on Next Page*

 **aetna**®   P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:    07/03/2015
Page:       12 of 16

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:        0006420275
TIN:        XXXXXXX7326
            NO PAY

---

## Patient Name: ████████ *(self)*

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PA35MFCMG57    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████████                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/25-09/29/14 | 21 | 202 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PA35MFCMG56    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████████                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/20/14 | 21 | 206 | | 18,000.00 | | | 18,000.00 | 1 | | | | 0.00 |
| 09/21-09/24/14 | 21 | 202 | | 72,000.00 | | | 72,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PA35MFCMG55    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████████                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/15-09/19/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

*Continued on Next Page*

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

| **Explanation Of Benefits** |
|---|

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/03/2015 |
| Page: | 13 of 16 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                      0006420275
TIN:                      XXXXXXX7328
                                        NO PAY

---

## Patient Name: ▮▮▮▮▮▮▮  (self)

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: **PA35MFCMG54**     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                              DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/10-09/14/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: **PA35MFCMG53**     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                              DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/05-09/09/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: **PA35MFCMG52**     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                              DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/30-08/31/14 | 21 | 206 | | 22,000.00 | | | 22,000.00 | 1 | | | | 0.00 |

*Continued on Next Page*

UBF-AETNA 000413                                                        CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## *Explanation Of Benefits*

*Please Retain for Future Reference*
Printed:                07/03/2015
Page:                   14 of 16

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                    0006420275
TIN:                    XXXXXXX7328
                        NO PAY

---

*Patient Name:* ███████████  *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01-09/04/14 | 21 | 206 | | 72,000.00 | | | 72,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 94,000.00 | | | 94,000.00 | | | | | 0.00 |

**ISSUED AMT:**        **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PA35MFCMG51    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ██████████                                                                DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/22-08/26/14 | 21 | 206 | | 55,000.00 | | | 55,000.00 | 1 | | | | 0.00 |
| 08/27-08/29/14 | 21 | 206 | | 33,000.00 | | | 33,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | | 0.00 |

**ISSUED AMT:**        **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PA35MFCMG50    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ██████████                                                                DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/14-08/21/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | | 0.00 |

**ISSUED AMT:**        **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

*Continued on Next Page*

UBF-AETNA 000414                                                         CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

| **Explanation Of Benefits** |
|---|
| *Please Retain for Future Reference* |

| | |
|---|---|
| Printed: | 07/03/2015 |
| Page: | 15 of 16 |

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:               0006420275
TIN:               XXXXXXXX7328
                        NO PAY

---

## Patient Name: ▮▮▮▮▮▮▮ (self)

Claim ID: PA35MFCMG49    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/05-08/13/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PA35MFCMG48    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/29-08/05/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PA35MFCMG47    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/21-07/28/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/03/2015 |
| Page: | 16 of 16 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:              0006420275
TIN:              XXXXXXXX7328
                          NO PAY

---

## Patient Name: ███████████ (self)

Claim ID: PA35MFCMG46    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250

Member: ████████

Group Name: UNITED BENEFIT FUND

Product: Aetna Choice® POS II

Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81

Group Number: 0863860-10-151  I P1$ME0

Network ID: 00008

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13-07/20/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | | 0.00 |

**ISSUED AMT:**      NO PAY

**Remarks:**

1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

**For Questions Regarding This Claim**
P.O. BOX 981106 EL PASO, TX 79998-1106
*CALL (888) 632-3862 FOR ASSISTANCE*
*Note: All inquiries should reference the ID number above for prompt response.*

| | |
|---|---|
| Total Patient Responsibility: | $0.00 |
| Claim Payment: | $0.00 |

Protecting the privacy of member health information is a top priority. When contacting us about this statement or for help with other questions, please be prepared
to provide your provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the member's ID number.

 **aetna**

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

---

### *Explanation Of Benefits*

*Please Retain for Future Reference*

Printed: 09/25/2015
Page: 26 of 36

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN: 0006420275
TIN: XXXXXXXX7328
NO PAY

---

## Patient Name: ███████ (self)

Claim ID: PDPBLSGKL00    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ███████                                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 250 | | 91,364.03 | | | 91,364.03 | 1 | | | | 0.00 |
| **TOTALS** | | | | 91,364.03 | | | 91,364.03 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PCABN38RW29    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ███████                                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/21/15 | 21 | 206 | | 16,555.20 | | | 16,555.20 | 1 | | | | 0.00 |
| **TOTALS** | | | | 16,555.20 | | | 16,555.20 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PCABN38RW28    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ███████                                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/16-05/20/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

**Continued on Next Page**

 P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                          09/25/2015
Page:                             27 of 36

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                              0006420275
TIN:                              XXXXXXXX7328
                                  NO PAY

---

*Patient Name:* ▉▉▉▉▉▉▉ *(self)*

Claim ID: **PCABN38RW27**     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ▉▉▉▉▉▉                                                             DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/11-05/15/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: **PCABN38RW26**     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ▉▉▉▉▉▉                                                             DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/06-05/10/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: **PCABN38RW25**     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ▉▉▉▉▉▉                                                             DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01-05/05/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

UBF-AETNA 000418                                              CONFIDENTIAL

  P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/25/2015 |
| Page: | 28 of 36 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                 0006420275
TIN:            XXXXXXXX7328
NO PAY

---

**Patient Name:** ████████ *(self)*

Claim ID: PCABN38RW24     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ████████
Group Name: UNITED BENEFIT FUND                                                      DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                  Group Number: 0863860-11-151 I P1$ME0
Aetna Life Insurance Company                                                          Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/26-04/30/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | **82,775.80** | | | **82,775.80** | | | | | **0.00** |

ISSUED AMT:          **NO PAY**

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PCABN38RW23     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ████████
Group Name: UNITED BENEFIT FUND                                                      DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                  Group Number: 0863860-11-151 I P1$ME0
Aetna Life Insurance Company                                                          Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/21-04/25/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | **82,775.80** | | | **82,775.80** | | | | | **0.00** |

ISSUED AMT:          **NO PAY**

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PCABN38RW22     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ████████
Group Name: UNITED BENEFIT FUND                                                      DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                  Group Number: 0863860-11-151 I P1$ME0
Aetna Life Insurance Company                                                          Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/16-04/20/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | **82,775.80** | | | **82,775.80** | | | | | **0.00** |

ISSUED AMT:          **NO PAY**

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

UBF-AETNA 000419                                                          CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/25/2015 |
| Page: | 29 of 36 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN: 0006420275
TIN: XXXXXXXX732B
NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮ *(self)*

Claim ID: PCABN38RW21     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151 I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11-04/15/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:     NO PAY

Remarks:
1 -  *This is a duplicate claim that has already been considered for payment.  114*
       *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PCABN38RW20     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151 I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/06-04/10/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:     NO PAY

Remarks:
1 -  *This is a duplicate claim that has already been considered for payment.  114*
       *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PCABN38RW19     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151 I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/01-04/05/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:     NO PAY

Remarks:
1 -  *This is a duplicate claim that has already been considered for payment.  114*
       *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

*Continued on Next Page*

 **aetna®**

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

| *Explanation Of Benefits* |
|:---:|

*Please Retain for Future Reference*

Printed:                                            09/25/2015
Page:                                               30 of 36

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                                                0006420275
TIN:                                                XXXXXXXX7328
NO PAY

---

**Patient Name:** ███████████ *(self)*

Claim ID: PCABN38RW18    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195

Member: ████████                                         DIAG: 434.91, 431, 518.81

Group Name: **UNITED BENEFIT FUND**                      Group Number: 0863860-11-151  I P1$ME0

Product: **Aetna Choice® POS II**                         Network ID: 00000

Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/15 | 21 | 206 | | 16,555.16 | | | 16,555.16 | 1 | | | | 0.00 |
| **TOTALS** | | | | 16,555.16 | | | 16,555.16 | | | | | 0.00 |

**ISSUED AMT:**                **NO PAY**

**Remarks:**
1 -  *This is a duplicate claim that has already been considered for payment.  114*
      *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

---

Claim ID: PCABN38RW17    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195

Member: ████████                                         DIAG: 434.91, 431, 518.81

Group Name: **UNITED BENEFIT FUND**                      Group Number: 0863860-11-151  I P1$ME0

Product: **Aetna Choice® POS II**                         Network ID: 00000

Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/26-03/30/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

**ISSUED AMT:**                **NO PAY**

**Remarks:**
1 -  *This is a duplicate claim that has already been considered for payment.  114*
      *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

---

Claim ID: PCABN38RW16    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195

Member: ████████                                         DIAG: 434.91, 431, 518.81

Group Name: **UNITED BENEFIT FUND**                      Group Number: 0863860-11-151  I P1$ME0

Product: **Aetna Choice® POS II**                         Network ID: 00000

Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/21-03/25/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

**ISSUED AMT:**                **NO PAY**

**Remarks:**
1 -  *This is a duplicate claim that has already been considered for payment.  114*
      *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

*Continued on Next Page*

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                    09/25/2015
Page:                       31 of 36

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                        0005420275
TIN:                        XXXXXXX7328
                            NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮ *(self)*

Claim ID: PCABN38RW15    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND                                    DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                    Group Number: 0863860-11-151 I P1$ME0
Aetna Life Insurance Company                                       Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/16-03/20/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

                                        **ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PCABN38RW14    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND                                    DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                    Group Number: 0863860-11-151 I P1$ME0
Aetna Life Insurance Company                                       Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11-03/15/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

                                        **ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PCABN38RW13    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND                                    DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                    Group Number: 0863860-11-151 I P1$ME0
Aetna Life Insurance Company                                       Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/06-03/10/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

                                        **ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

                        *Continued on Next Page*

UBF-AETNA 000422                                           CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/25/2015 |
| Page: | 32 of 36 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:    0006420275
TIN:    XXXXXXXX7328
NO PAY

---

**Patient Name:** ▇▇▇▇▇▇▇ *(self)*

Claim ID: PCABN38RW12    Recd: 08/25/15    Member ID: W199569864    Patient Account: AAG26195
Member: ▇▇▇▇▇▇                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                 Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                     Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01-03/05/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:    NO PAY

Remarks:
1 -  *This is a duplicate claim that has already been considered for payment. 114*
     *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PCABN38RW11    Recd: 08/25/15    Member ID: W199569864    Patient Account: AAG26195
Member: ▇▇▇▇▇▇                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                 Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                     Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/25-02/28/15 | 21 | 206 | | 66,220.64 | | | 66,220.64 | 1 | | | | 0.00 |
| **TOTALS** | | | | 66,220.64 | | | 66,220.64 | | | | | 0.00 |

ISSUED AMT:    NO PAY

Remarks:
1 -  *This is a duplicate claim that has already been considered for payment. 114*
     *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PCABN38RW10    Recd: 08/25/15    Member ID: W199569864    Patient Account: AAG26195
Member: ▇▇▇▇▇▇                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                 Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                     Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20-02/24/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:    NO PAY

Remarks:
1 -  *This is a duplicate claim that has already been considered for payment. 114*
     *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

 **aetna**

P.O. BOX 981106
EL PASO TX 79998-1106
USA

| | **Explanation Of Benefits** |
|---|---|

*Please Retain for Future Reference*

| Printed: | 09/25/2015 |
|---|---|
| Page: | 33 of 36 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
| PIN: | 0006420275 |
|---|---|
| TIN: | XXXXXXXX7328 |
| | NO PAY |

---

**Patient Name:** ▮▮▮▮▮▮▮ *(self)*

Claim ID: PCABN38RW09     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ▮▮▮▮▮▮                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                       Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15-02/19/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| TOTALS | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PCABN38RW08     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ▮▮▮▮▮▮                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                       Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/10-02/14/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| TOTALS | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PCABN36RW07     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ▮▮▮▮▮▮                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                       Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/05-02/09/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| TOTALS | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

**Continued on Next Page**

UBF-AETNA 000424                                                                          CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:        09/25/2015
Page:          34 of 36

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:           0006420275
TIN:           XXXXXXXX7326
               NO PAY

---

**Patient Name:** ▉▉▉▉▉▉ *(self)*

Claim ID: PCABN38RW06    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▉▉▉▉▉▉                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                     Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                     Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31-02/04/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:            NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PCABN38RW05    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▉▉▉▉▉▉                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                     Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                     Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/26-01/30/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:            NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PCABN38RW04    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▉▉▉▉▉▉                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                     Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                     Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/21-01/25/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:            NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

*Continued on Next Page*



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:        09/25/2015
Page:          35 of 36

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:        0006420275
TIN:        XXXXXXXX7326
                                NO PAY

---

**Patient Name:** ▓▓▓▓▓▓▓ *(self)*

Claim ID: PCABN38RW03    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▓▓▓▓▓
Group Name: UNITED BENEFIT FUND                                                              DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                            Group Number: 0863860-11-151 I P1$ME0
Aetna Life Insurance Company                                                            Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16-01/20/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

                                                            **ISSUED AMT:**        **NO PAY**

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PCABN38RW02    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▓▓▓▓▓
Group Name: UNITED BENEFIT FUND                                                              DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                            Group Number: 0863860-11-151 I P1$ME0
Aetna Life Insurance Company                                                            Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11-01/15/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

                                                            **ISSUED AMT:**        **NO PAY**

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PCABN38RW01    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▓▓▓▓▓
Group Name: UNITED BENEFIT FUND                                                              DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                            Group Number: 0863860-11-151 I P1$ME0
Aetna Life Insurance Company                                                            Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06-01/10/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

                                                            **ISSUED AMT:**        **NO PAY**

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

UBF-AETNA 000426                                                                    CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

Printed:          09/25/2015
Page:             36 of 36

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:              0006420275
TIN:              XXXXXXXX7328
                  NO PAY

---

**Patient Name:** ▇▇▇▇▇▇▇ *(self)*

Claim ID: PCABN38RW00    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▇▇▇▇▇
Group Name: **UNITED BENEFIT FUND**
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-01/05/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:    NO PAY

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P1JLM6G7B42    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▇▇▇▇▇
Group Name: **UNITED BENEFIT FUND**
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-10-151  I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22-12/26/14 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,775.80 | | | 82,775.80 | | | | | 0.00 |

ISSUED AMT:    NO PAY

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

**For Questions Regarding This Claim**
P.O. BOX 981106 EL PASO, TX 79996-1106
**CALL (888) 632-3862** FOR ASSISTANCE
*Note: All inquiries should reference the ID number above for prompt response.*

Total Patient Responsibility:    $566,360.08
Claim Payment:                   $0.00

Protecting the privacy of member health information is a top priority. When contacting us about this statement or for help with other questions, please be prepared to provide your provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the member's ID number.

UBF-AETNA 000427                                   CONFIDENTIAL



**aetna®**

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:  09/25/2015
Page:  20 of 36

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:  0006420275
TIN:  XXXXXXXX7328
NO PAY

---

**Patient Name:** ████████ *(self)*

Claim ID: PQTWN36DX00    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ████████                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-05/22/15 | 21 | 250 | | 59,365.56 | | | 59,365.56 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 251 | | 980.42 | | | 980.42 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 252 | | 30,453.05 | | | 30,453.05 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 255 | | 1.80 | | | 1.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,800.83 | | | 90,800.83 | | | | | 0.00 |

ISSUED AMT:              NO PAY

Remarks:
1 -  This is a duplicate claim that has already been considered for payment.  114
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PDPBLSGKL14    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ████████                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 801 | | 53,156.51 | | | 53,156.51 | 1 | | | | 0.00 |
| **TOTALS** | | | | 53,156.51 | | | 53,156.51 | | | | | 0.00 |

ISSUED AMT:              NO PAY

Remarks:
1 -  This is a duplicate claim that has already been considered for payment.  114
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PDPBLSGKL13    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ████████                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 801 | | 53,156.52 | | | 53,156.52 | 1 | | | | 0.00 |
| **TOTALS** | | | | 53,156.52 | | | 53,156.52 | | | | | 0.00 |

ISSUED AMT:              NO PAY

*Continued on Next Page*

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

---

### Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/25/2015 |
| Page: | 21 of 36 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                    0006420275
TIN:                    XXXXXXXX7328
NO PAY

---

**Patient Name:** ███████████ *(self)*

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PDPBLSGKL12      Recd: 08/25/15      Member ID: W199669864      Patient Account: AAG26195
Member: ███████████                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 636 | | 66,034.42 | | | 66,034.42 | 1 | | | | 0.00 |
| **TOTALS** | | | | 66,034.42 | | | 66,034.42 | | | | | 0.00 |

ISSUED AMT:            NO PAY

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PDPBLSGKL11      Recd: 08/25/15      Member ID: W199669864      Patient Account: AAG26195
Member: ███████████                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 636 | | 66,034.43 | | | 66,034.43 | 1 | | | | 0.00 |
| **TOTALS** | | | | 66,034.43 | | | 66,034.43 | | | | | 0.00 |

ISSUED AMT:            NO PAY

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PDPBLSGKL10      Recd: 08/25/15      Member ID: W199669864      Patient Account: AAG26195
Member: ███████████                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 81,761.37 | | | 81,761.37 | 1 | | | | 0.00 |
| **TOTALS** | | | | 81,761.37 | | | 81,761.37 | | | | | 0.00 |

*Continued on Next Page*



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:      09/25/2015
Page:         22 of 36

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:          0006420275
TIN:          XXXXXXXX7328
              NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮▮▮    *(self)*

                                    ISSUED AMT:              NO PAY

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PDPBLSGKL09    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                      Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 81,761.38 | | | 81,761.38 | 1 | | | | 0.00 |
| **TOTALS** | | | | 81,761.38 | | | 81,761.38 | | | | | 0.00 |

                                    ISSUED AMT:              NO PAY

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PDPBLSGKL08    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                      Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 81,761.38 | | | 81,761.38 | 1 | | | | 0.00 |
| **TOTALS** | | | | 81,761.38 | | | 81,761.38 | | | | | 0.00 |

                                    ISSUED AMT:              NO PAY

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PDPBLSGKL07    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                      Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 730 | | 2,393.06 | | | 2,393.06 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 740 | | 4,518.81 | | | 4,518.81 | 1 | | | | 0.00 |

*Continued on Next Page*

UBF-AETNA 000430                                        CONFIDENTIAL



aetna®    P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

### Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                              09/25/2015
Page:                               23 of 36

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:        0006420275
TIN:        XXXXXXXX7328
NO PAY

## Patient Name: _____ (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 750 | | 1,894.20 | | | 1,894.20 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 761 | | 66.07 | | | 66.07 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 921 | | 1,761.63 | | | 1,761.63 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 483 | | 2,180.06 | | | 2,180.06 | 1 | | | | 0.00 |
| 05/29/14 | 21 | 460 | | 15,605.40 | | | 15,605.40 | 1 | | | | 0.00 |
| **TOTALS** | | | | 28,419.23 | | | 28,419.23 | | | | | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PDPBLSGKL06     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: _____                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 390 | | 6,908.96 | | | 6,908.96 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 391 | | 8,369.19 | | | 8,369.19 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 402 | | 4,108.57 | | | 4,108.57 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 460 | | 57,129.80 | | | 57,129.80 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 710 | | 11,817.65 | | | 11,817.65 | 1 | | | | 0.00 |
| **TOTALS** | | | | 88,334.17 | | | 88,334.17 | | | | | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PDPBLSGKL05     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: _____                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 324 | | 22,044.74 | | | 22,044.74 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 351 | | 5,617.75 | | | 5,617.75 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 352 | | 3,812.61 | | | 3,812.61 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 360 | | 34,635.53 | | | 34,635.53 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 361 | | 12,667.38 | | | 12,667.38 | 1 | | | | 0.00 |

*Continued on Next Page*

UBF-AETNA 000431                                                          CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

### Explanation Of Benefits
*Please Retain for Future Reference*

Printed: 09/25/2015
Page: 24 of 36

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN: 0006420275
TIN: XXXXXXXX7328
NO PAY

## Patient Name: ███████ (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 370 | | 16,077.21 | | | 16,077.21 | 1 | | | | 0.00 |
| **TOTALS** | | | | 95,055.22 | | | 95,055.22 | | | | | 0.00 |

ISSUED AMT:    NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PDPBLSGKL04   Recd: 08/25/15   Member ID: W199669864   Patient Account: AAG26195   DIAG: 434.91, 431, 518.81
Member: ███████
Group Name: UNITED BENEFIT FUND   Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II   Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 305 | | 33,025.95 | | | 33,025.95 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 306 | | 747.47 | | | 747.47 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 307 | | 922.95 | | | 922.95 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 309 | | 22,012.98 | | | 22,012.98 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 310 | | 1,634.53 | | | 1,634.53 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 320 | | 15,929.50 | | | 15,929.50 | 1 | | | | 0.00 |
| **TOTALS** | | | | 74,273.38 | | | 74,273.38 | | | | | 0.00 |

ISSUED AMT:    NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PDPBLSGKL03   Recd: 08/25/15   Member ID: W199669864   Patient Account: AAG26195   DIAG: 434.91, 431, 518.81
Member: ███████
Group Name: UNITED BENEFIT FUND   Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II   Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 301 | | 80,696.92 | | | 80,696.92 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 302 | | 4,377.31 | | | 4,377.31 | 1 | | | | 0.00 |
| **TOTALS** | | | | 85,074.23 | | | 85,074.23 | | | | | 0.00 |

ISSUED AMT:    NO PAY

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/25/2015 |
| Page: | 25 of 36 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                    0006420275
TIN:                    XXXXXXXX7328
                        NO PAY

---

## Patient Name: ▮▮▮▮▮▮▮ *(self)*

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PDPBLSGKL02    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                               Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 272 | | 20,713.35 | | | 20,713.35 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 278 | | 11,583.80 | | | 11,583.80 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 300 | | 12,396.84 | | | 12,396.84 | 1 | | | | 0.00 |
| **TOTALS** | | | | **44,693.99** | | | **44,693.99** | | | | | **0.00** |

ISSUED AMT:             **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PDPBLSGKL01    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                               Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 251 | | 1,508.87 | | | 1,508.87 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 252 | | 46,867.45 | | | 46,867.45 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 255 | | 2.77 | | | 2.77 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 258 | | 1,615.30 | | | 1,615.30 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 260 | | 29,290.44 | | | 29,290.44 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 270 | | 6,955.56 | | | 6,955.56 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 271 | | 0.64 | | | 0.64 | 1 | | | | 0.00 |
| **TOTALS** | | | | **86,241.03** | | | **86,241.03** | | | | | **0.00** |

ISSUED AMT:             **NO PAY**

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment. 114
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

---

UBF-AETNA 000433                    *Continued on Next Page*                    CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:     09/25/2015
Page:        26 of 36

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:           0006420275
TIN:           XXXXXXX7328
                      NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮  *(self)*

Claim ID: PDPBLSGKL00     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ▮▮▮▮▮▮                                                                                DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                          Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 250 | | 91,364.03 | | | 91,364.03 | 1 | | | | 0.00 |
| **TOTALS** | | | | **91,364.03** | | | **91,364.03** | | | | | **0.00** |

                                                                        **ISSUED AMT:**         **NO PAY**

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PCABN38RW29     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ▮▮▮▮▮                                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                          Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/21/15 | 21 | 206 | | 16,555.20 | | | 16,555.20 | 1 | | | | 0.00 |
| **TOTALS** | | | | **16,555.20** | | | **16,555.20** | | | | | **0.00** |

                                                                        **ISSUED AMT:**         **NO PAY**

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PCABN38RW28     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ▮▮▮▮▮                                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                          Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/16-05/20/15 | 21 | 206 | | 82,775.80 | | | 82,775.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | **82,775.80** | | | **82,775.80** | | | | | **0.00** |

                                                                        **ISSUED AMT:**         **NO PAY**

**Remarks:**
1 - *This is a duplicate claim that has already been considered for payment. 114*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

 **aetna®**
P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

| **Explanation Of Benefits** |
| --- |

*Please Retain for Future Reference*
Printed:          05/22/2015
Page:             4 of 6

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:              0006420275
TIN:              XXXXXXXX7328
                  NO PAY

**Patient Name:** ████████ (self)

                                   ISSUED AMT:          NO PAY

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PJPBLGTFT07    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████████                                                            DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 86,527.86 | | | 86,527.86 | 1 | | | | 0.00 |
| **TOTALS** | | | | 86,527.86 | | | 86,527.86 | | | | | 0.00 |

                                   ISSUED AMT:          NO PAY

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PJPBLGTFT06    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████████                                                            DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 86,527.86 | | | 86,527.86 | 1 | | | | 0.00 |
| **TOTALS** | | | | 86,527.86 | | | 86,527.86 | | | | | 0.00 |

                                   ISSUED AMT:          NO PAY

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication.  [J20]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PJPBLGTFT05    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ████████                                                            DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 361 | | 14,127.48 | | | 14,127.48 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 370 | | 13,641.19 | | | 13,641.19 | 1 | | | | 0.00 |

*Continued on Next Page*

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 05/22/2015 |
| Page: | 6 of 6 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:           0006420275
TIN:           XXXXXXXX7328
                    NO PAY

---

**Patient Name:** ███████████ (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 301 | | 58,696.79 | | | 58,696.79 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 324 | | 23,797.52 | | | 23,797.52 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,494.31 | | | 82,494.31 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 -  Claim/service lacks information which is needed for adjudication.  [J20]
      Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

**For Questions Regarding This Claim**
P.O. BOX 981106 EL PASO, TX  79998-1106
**CALL (888) 632-3862** FOR ASSISTANCE
*Note: All inquiries should reference the ID number above for prompt response.*

| | |
|---|---|
| Total Patient Responsibility: | $0.00 |
| Claim Payment: | $0.00 |

Protecting the privacy of member health information is a top priority. When contacting us about this statement or for help with other questions, please be prepared to provide your provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the member's ID number.



P.O. BOX 981106
EL PASO TX 76998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                    05/22/2015
Page:                       5 of 6

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                        0006420275
TIN:                        XXXXXXX7326
NO PAY

**Patient Name:** _____ *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 390 | | 6,365.60 | | | 6,365.60 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 391 | | 8,384.91 | | | 8,384.91 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 402 | | 4,582.15 | | | 4,582.15 | 1 | | | | 0.00 |
| 05/29/14 | 21 | 450 | | 15,605.40 | | | 15,605.40 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 483 | | 2,431.35 | | | 2,431.35 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 710 | | 8,786.54 | | | 8,786.54 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 730 | | 2,224.08 | | | 2,224.08 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 740 | | 5,039.67 | | | 5,039.67 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 750 | | 2,112.54 | | | 2,112.54 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 761 | | 73.69 | | | 73.69 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 921 | | 1,964.68 | | | 1,964.68 | 1 | | | | 0.00 |
| **TOTALS** | | | | 85,339.28 | | | 85,339.28 | | | | | 0.00 |

ISSUED AMT:                 NO PAY

Remarks:
1 - Claim/service lacks information which is needed for adjudication.  [J20]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PJPBLGTFT04   Recd: 05/04/15   Member ID: W199669864   Patient Account: AAF65250
Member: _____                                                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$MED
Product: Aetna Choice® POS II                                             Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 301 | | 58,696.78 | | | 58,696.78 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 351 | | 6,265.28 | | | 6,265.28 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 352 | | 4,252.07 | | | 4,252.07 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 360 | | 22,454.16 | | | 22,454.16 | 1 | | | | 0.00 |
| **TOTALS** | | | | 91,668.29 | | | 91,668.29 | | | | | 0.00 |

ISSUED AMT:                 NO PAY

Remarks:
1 - Claim/service lacks information which is needed for adjudication.  [J20]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PJPBLGTFT03   Recd: 05/04/15   Member ID: W199669864   Patient Account: AAF65250
Member: _____                                                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$MED
Product: Aetna Choice® POS II                                             Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

<table>
<tr><td>Explanation Of Benefits</td></tr>
</table>

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 05/22/2015 |
| Page: | 3 of 6 |

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                   0006420275
TIN:                   XXXXXXXX7328
                       NO PAY

---

**Patient Name:** ████████████ *(self)*

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PJPBLGTFT10     Recd: 05/04/15     Member ID: W199669864     Patient Account: AAF65250
Member: ████████                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 636 | | 65,271.24 | | | 65,271.24 | 1 | | | | 0.00 |
| **TOTALS** | | | | 65,271.24 | | | 65,271.24 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

---

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PJPBLGTFT09     Recd: 05/04/15     Member ID: W199669864     Patient Account: AAF65250
Member: ████████                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 460 | | 63,714.85 | | | 63,714.85 | 1 | | | | 0.00 |
| **TOTALS** | | | | 63,714.85 | | | 63,714.85 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

---

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PJPBLGTFT08     Recd: 05/04/15     Member ID: W199669864     Patient Account: AAF65250
Member: ████████                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 86,527.86 | | | 86,527.86 | 1 | | | | 0.00 |
| **TOTALS** | | | | 86,527.86 | | | 86,527.86 | | | | | 0.00 |

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:     05/22/2015
Page:        1 of 6

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:          0006420275
TIN:          XXXXXXX7328
              NO PAY

HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Notes:**
Update your address, telephone number, e-mail address and/or NPI information by visiting our website.

## Patient Name: ▮▮▮▮▮▮ *(self)*

Claim ID: PJPBLGTFT12      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND                                                    DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                  Group Number: 0863860-10-151 I P1$ME0
Aetna Life Insurance Company                                                         Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 801 | | 94,036.04 | | | 94,036.04 | 1 | | | | 0.00 |
| **TOTALS** | | | | 94,036.04 | | | 94,036.04 | | | | | 0.00 |

                                                             ISSUED AMT:        NO PAY

**Remarks:**
1 -  *Claim/service lacks information which is needed for adjudication.  [J20]*
     *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PJPBLGTFT11      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND                                                    DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                  Group Number: 0863860-10-151 I P1$ME0
Aetna Life Insurance Company                                                         Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 636 | | 65,271.24 | | | 65,271.24 | 1 | | | | 0.00 |
| **TOTALS** | | | | 65,271.24 | | | 65,271.24 | | | | | 0.00 |

                                                             ISSUED AMT:        NO PAY

**Remarks:**
1 -  *Claim/service lacks information which is needed for adjudication.  [J20]*
     *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PJPBLGTFT00      Recd: 05/04/15      Member ID: W199669864      Patient Account: AAF65250
Member: ▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND                                                    DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                  Group Number: 0863860-10-151 I P1$ME0
Aetna Life Insurance Company                                                         Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 250 | | 93,476.56 | | | 93,476.56 | 1 | | | | 0.00 |
| **TOTALS** | | | | 93,476.56 | | | 93,476.56 | | | | | 0.00 |

*Continued on Next Page*

UBF-AETNA 000439                                                              CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

### Explanation Of Benefits

*Please Retain for Future Reference*

Printed: 05/22/2015
Page: 2 of 6

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN: 0006420275
TIN: XXXXXXXX7328
NO PAY

**Patient Name:** ▓▓▓▓▓▓ (self)

ISSUED AMT:  NO PAY

Remarks:
1 - Claim/service lacks information which is needed for adjudication. [J20]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PJPBLGTFT02    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 270 | | 4,548.51 | | | 4,548.51 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 271 | | 0.36 | | | 0.36 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 272 | | 15,968.12 | | | 15,968.12 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 278 | | 5,513.96 | | | 5,513.96 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 300 | | 11,636.53 | | | 11,636.53 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 302 | | 4,657.35 | | | 4,657.35 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 305 | | 1,145.17 | | | 1,145.17 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 306 | | 729.76 | | | 729.76 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 307 | | 1,029.33 | | | 1,029.33 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 309 | | 22,190.75 | | | 22,190.75 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 310 | | 1,232.37 | | | 1,232.37 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 320 | | 15,715.67 | | | 15,715.67 | 1 | | | | 0.00 |
| **TOTALS** | | | | 84,367.88 | | | 84,367.88 | | | | | 0.00 |

ISSUED AMT:  NO PAY

Remarks:
1 - Claim/service lacks information which is needed for adjudication. [J20]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PJPBLGTFT01    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 252 | | 47,145.79 | | | 47,145.79 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 260 | | 32,666.60 | | | 32,666.60 | 1 | | | | 0.00 |
| **TOTALS** | | | | 79,812.39 | | | 79,812.39 | | | | | 0.00 |

ISSUED AMT:  NO PAY

*Continued on Next Page*

UBF-AETNA 000440                                                    CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                    07/09/2015
Page:                       1 of 6

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                        0006420275
TIN:                        XXXXXXX7328
                            NO PAY

HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Notes:**
Update your address, telephone number, e-mail address and/or NPI information by visiting our website.

**Patient Name:** _____ (self)

Claim ID: PJPBLGTFT25    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250

Member: _____                                               DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 361 | | 14,127.46 | | | 14,127.46 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 370 | | 13,641.19 | | | 13,641.19 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 390 | | 8,365.60 | | | 8,365.60 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 391 | | 8,384.91 | | | 8,384.91 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 402 | | 4,582.15 | | | 4,582.15 | 1 | | | | 0.00 |
| 05/29/14 | 21 | 450 | | 15,605.40 | | | 15,605.40 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 483 | | 2,431.35 | | | 2,431.35 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 710 | | 8,786.54 | | | 8,786.54 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 730 | | 2,224.08 | | | 2,224.08 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 740 | | 5,039.67 | | | 5,039.67 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 750 | | 2,112.54 | | | 2,112.54 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 761 | | 73.69 | | | 73.69 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 921 | | 1,964.68 | | | 1,964.68 | 1 | | | | 0.00 |
| **TOTALS** | | | | **85,339.26** | | | **85,339.26** | | | | | **0.00** |

                                    ISSUED AMT:            NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PJPBLGTFT24    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250

Member: _____                                               DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 801 | | 94,036.04 | | | 94,036.04 | 1 | | | | 0.00 |
| **TOTALS** | | | | **94,036.04** | | | **94,036.04** | | | | | **0.00** |

                                    ISSUED AMT:            NO PAY

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)



P.O. BOX 981106
EL PASO TX 79998-1106
USA

### Explanation Of Benefits
*Please Retain for Future Reference*

Printed:    07/08/2015
Page:    2 of 6

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:    0006420275
TIN:    XXXXXXX7328
    NO PAY

---

## Patient Name: ▮▮▮▮▮▮ (self)

Claim ID: PJPBLGTFT13    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 250 | | 93,476.56 | | | 93,476.56 | 1 | | | | 0.00 |
| **TOTALS** | | | | 93,476.56 | | | 93,476.56 | | | | | 0.00 |

ISSUED AMT:    NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PJPBLGTFT15    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 270 | | 4,548.51 | | | 4,548.51 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 271 | | 0.36 | | | 0.36 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 272 | | 15,968.12 | | | 15,968.12 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 278 | | 5,513.96 | | | 5,513.96 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 300 | | 11,636.53 | | | 11,636.53 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 302 | | 4,657.35 | | | 4,657.35 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 305 | | 1,145.17 | | | 1,145.17 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 306 | | 729.76 | | | 729.76 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 307 | | 1,029.33 | | | 1,029.33 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 309 | | 22,190.75 | | | 22,190.75 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 310 | | 1,232.37 | | | 1,232.37 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 320 | | 15,715.67 | | | 15,715.67 | 1 | | | | 0.00 |
| **TOTALS** | | | | 84,367.88 | | | 84,367.88 | | | | | 0.00 |

ISSUED AMT:    NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PJPBLGTFT14    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND    Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II    Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

UBF-AETNA 000442    CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/08/2015 |
| Page: | 3 of 6 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                    0006420275
TIN:                    XXXXXXXX7328
                            NO PAY

## Patient Name: ▮▮▮▮▮▮   (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 252 | | 47,145.79 | | | 47,145.79 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 260 | | 32,666.60 | | | 32,666.60 | 1 | | | | 0.00 |
| **TOTALS** | | | | **79,812.39** | | | **79,812.39** | | | | | **0.00** |

ISSUED AMT:            NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PJPBLGTFT23     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                     Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 636 | | 65,271.24 | | | 65,271.24 | 1 | | | | 0.00 |
| **TOTALS** | | | | **65,271.24** | | | **65,271.24** | | | | | **0.00** |

ISSUED AMT:            NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PJPBLGTFT22     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                     Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 636 | | 65,271.24 | | | 65,271.24 | 1 | | | | 0.00 |
| **TOTALS** | | | | **65,271.24** | | | **65,271.24** | | | | | **0.00** |

ISSUED AMT:            NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*



P.O. BOX 981106
EL PASO TX 79998-1106
USA

| | |
|---|---|
| Printed: | 07/08/2015 |
| Page: | 4 of 6 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXX7328 |
| | NO PAY |

## Patient Name: ███████ (self)

Claim ID: PJPBLGTFT21    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                 Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                   Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 301 | | 58,696.78 | | | 58,696.78 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 351 | | 6,265.28 | | | 6,265.28 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 352 | | 4,252.07 | | | 4,252.07 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 360 | | 22,454.16 | | | 22,454.16 | 1 | | | | 0.00 |
| **TOTALS** | | | | 91,668.29 | | | 91,668.29 | | | | | 0.00 |

ISSUED AMT:        **NO PAY**

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PJPBLGTFT20    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                 Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                   Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 460 | | 63,714.85 | | | 63,714.85 | 1 | | | | 0.00 |
| **TOTALS** | | | | 63,714.85 | | | 63,714.85 | | | | | 0.00 |

ISSUED AMT:        **NO PAY**

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PJPBLGTFT19    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                 Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                   Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 86,527.86 | | | 86,527.86 | 1 | | | | 0.00 |
| **TOTALS** | | | | 86,527.86 | | | 86,527.86 | | | | | 0.00 |

ISSUED AMT:        **NO PAY**

*Continued on Next Page*

CONFIDENTIAL



| P.O. BOX 981106 |
| EL PASO TX 79998-1106 |
| USA |

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## *Explanation Of Benefits*

*Please Retain for Future Reference*

| Printed: | 07/08/2015 |
| Page: | 5 of 6 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:       0006420275
TIN:       XXXXXXX7328
                 NO PAY

---

### Patient Name: ▮▮▮▮▮▮▮ *(self)*

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PJPBLGTFT18     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                            DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 86,527.86 | | | 86,527.86 | 1 | | | | 0.00 |
| **TOTALS** | | | | 86,527.86 | | | 86,527.86 | | | | | 0.00 |

                                                          **ISSUED AMT:**        **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PJPBLGTFT17     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                            DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 86,527.86 | | | 86,527.86 | 1 | | | | 0.00 |
| **TOTALS** | | | | 86,527.86 | | | 86,527.86 | | | | | 0.00 |

                                                          **ISSUED AMT:**        **NO PAY**

**Remarks:**
1 - This claim is a result of a correction of a previously submitted claim. [J51]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PJPBLGTFT16     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                            DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 301 | | 58,696.79 | | | 58,696.79 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 324 | | 23,797.52 | | | 23,797.52 | 1 | | | | 0.00 |
| **TOTALS** | | | | 82,494.31 | | | 82,494.31 | | | | | 0.00 |

 ® P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

┌─────────────────────────────────┐
│ *Explanation Of Benefits*       │
└─────────────────────────────────┘
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/08/2015 |
| Page: | 6 of 6 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| | NO PAY |

---

**Patient Name:** ▮▮▮▮▮▮▮▮ *(self)*

ISSUED AMT:          NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

**For Questions Regarding This Claim**
P.O. BOX 981106 EL PASO, TX  79998-1106
**CALL (888) 632-3862** FOR ASSISTANCE
*Note: All inquiries should reference the ID number above for prompt response.*

| | |
|---|---|
| Total Patient Responsibility: | $0.00 |
| Claim Payment: | $0.00 |

Protecting the privacy of member health information is a top priority. When contacting us about this statement or for help with other questions, please be prepared
to provide your provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the member's ID number.

UBF-AETNA 000446                                                              CONFIDENTIAL

 **aetna**

P.O. BOX 981106
EL PASO TX 79998-1106
USA

### Explanation Of Benefits
*Please Retain for Future Reference*

Printed:        12/16/2015
Page:          1 of 2

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:        0006420275
TIN:        XXXXXXXX7328
          NO PAY

HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Notes:**
Update your address, telephone number, e-mail address and/or NPI information by visiting our website.

**Patient Name:** ▮▮▮▮▮▮▮▮▮▮ *(self)*
Claim ID: PK35LG5K500        Recd: 06/23/15        Member ID: W199669864        Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND                                        Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 250 | 999.0 | -44,799.83 | | | -40,433.39 | 1 | | | -40,433.39 | -4,366.44 |
| | | | | | | | | 2 | | | | |
| 01/01-04/14/15 | 21 | 251 | | -804.88 | | | -804.88 | 1 | | | -804.88 | -0.00 |
| 01/01-04/14/15 | 21 | 252 | | -22,595.21 | | | -22,595.21 | 1 | | | -22,595.21 | -0.00 |
| 01/01-04/14/15 | 21 | 255 | | -1.48 | | | -1.48 | 1 | | | -1.48 | -0.00 |
| 01/01-04/14/15 | 21 | 258 | | -800.86 | | | -800.86 | 1 | | | -800.86 | -0.00 |
| **TOTALS** | | | | -69,002.26 | | | -64,635.82 | | | | -64,635.82 | -4,366.44 |

                                                           **ISSUED AMT:**        -$4,366.44

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
2 - *This is a fair payment for services covered by the plan. No balance billing allowed. [O52]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. {E73}*
    *This is a reversal of a previously paid claim. RREV*

Claim ID: PK35LG5K513        Recd: 06/23/15        Member ID: W199669864        Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                        Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 250 | | 44,799.83 | | | 44,799.83 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 251 | | 804.88 | | | 804.88 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 252 | | 22,595.21 | | | 22,595.21 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 255 | | 1.48 | | | 1.48 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 258 | | 800.86 | | | 800.86 | 1 | | | | 0.00 |
| **TOTALS** | | | | 69,002.26 | | | 69,002.26 | | | | | 0.00 |

                                                           **ISSUED AMT:**        NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. {E73}*
    *This is a correction of a previously paid claim. This correction resulted in an overpayment. RCOR*

*Continued on Next Page*

UBF-AETNA 000447                                                          CONFIDENTIAL

 **aetna**

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 17 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN: 0006420275
TIN: XXXXXXXX7328
Trace Number: 815217520000476
Trace Amount: $12,907.18

## Patient Name: ███████ *(self)*

Claim ID: PK35LG5K506    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151 I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 710 | | 4,211.06 | | | 4,211.06 | 1 | | | 4,211.06 | 0.00 |
| 01/01-04/14/15 | 21 | 730 | | 1,065.92 | | | 1,065.92 | 1 | | | 1,065.92 | 0.00 |
| 01/01-04/14/15 | 21 | 740 | | 2,415.33 | | | 2,415.33 | 1 | | | 2,415.33 | 0.00 |
| 01/01-04/14/15 | 21 | 750 | | 1,012.46 | | | 1,012.46 | 1 | | | 1,012.46 | 0.00 |
| 01/01-04/14/15 | 21 | 761 | | 35.31 | | | 35.31 | 1 | | | 35.31 | 0.00 |
| 01/01-04/14/15 | 21 | 801 | | 45,067.96 | | | 45,067.96 | 1 | | | 45,067.96 | 0.00 |
| 01/01-04/14/15 | 21 | 901 | | 941.60 | | | 941.60 | 2 | | | 941.60 | 0.00 |
| **TOTALS** | | | | 54,749.64 | | | 54,749.64 | | | | 54,749.64 | 0.00 |

ISSUED AMT:  **NO PAY**

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J66]
2 - The service/procedure is not covered under the member's plan of benefits. [J56]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PK35LG5K505    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151 I P1$ME0
Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 460 | | 30,536.15 | | | 30,536.15 | 1 | | | 30,536.15 | 0.00 |
| 01/01-04/14/15 | 21 | 483 | | 1,165.25 | | | 1,165.25 | 1 | | | 1,165.25 | 0.00 |
| 01/01-04/14/15 | 21 | 636 | | 62,564.14 | | | 62,564.14 | 1 | | | 62,564.14 | 0.00 |
| **TOTALS** | | | | 94,265.54 | | | 94,265.54 | | | | 94,265.54 | 0.00 |

ISSUED AMT:  **NO PAY**

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J66]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PK35LG5K504    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ███████
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151 I P1$ME0
Network ID: 00000

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:           08/05/2015
Page:             18 of 31

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:            0006420275
TIN:            XXXXXXXX7328
Trace Number:    615217520000476
Trace Amount:     $12,907.18

---

*Patient Name:* ███████████ *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 410 | | 62,204.36 | | | 62,204.36 | 1 | | | 62,204.36 | 0.00 |
| **TOTALS** | | | | 62,204.36 | | | 62,204.36 | | | | 62,204.36 | 0.00 |

ISSUED AMT:     **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PK35LG5K503    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ██████████                                            DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 410 | | 62,204.36 | | | 62,204.36 | 1 | | | 62,204.36 | 0.00 |
| **TOTALS** | | | | 62,204.36 | | | 62,204.36 | | | | 62,204.36 | 0.00 |

ISSUED AMT:     **NO PAY**

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PK35LG5K502    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ██████████                                            DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                      Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 302 | | 2,232.10 | | | 2,232.10 | 1 | | | 2,232.10 | 0.00 |
| 01/01-04/14/15 | 21 | 305 | | 548.83 | | | 548.83 | 1 | | | 548.83 | 0.00 |
| 01/01-04/14/15 | 21 | 306 | | 349.74 | | | 349.74 | 1 | | | 349.74 | 0.00 |
| 01/01-04/14/15 | 21 | 307 | | 493.32 | | | 493.32 | 1 | | | 493.32 | 0.00 |
| 01/01-04/14/15 | 21 | 309 | | 10,635.20 | | | 10,635.20 | 1 | | | 10,635.20 | 0.00 |
| 01/01-04/14/15 | 21 | 310 | | 590.63 | | | 590.63 | 1 | | | 590.63 | 0.00 |
| 01/01-04/14/15 | 21 | 320 | | 7,531.93 | | | 7,531.93 | 1 | | | 7,531.93 | 0.00 |
| 01/01-04/14/15 | 21 | 324 | | 11,405.26 | | | 11,405.26 | 1 | | | 11,405.26 | 0.00 |
| 01/01-04/14/15 | 21 | 351 | | 3,002.72 | | | 3,002.72 | 1 | | | 3,002.72 | 0.00 |
| 01/01-04/14/15 | 21 | 352 | | 2,037.86 | | | 2,037.86 | 1 | | | 2,037.86 | 0.00 |
| 01/01-04/14/15 | 21 | 361 | | 6,770.77 | | | 6,770.77 | 1 | | | 6,770.77 | 0.00 |
| 01/01-04/14/15 | 21 | 370 | | 6,537.71 | | | 6,537.71 | 1 | | | 6,537.71 | 0.00 |
| 01/01-04/14/15 | 21 | 390 | | 3,050.80 | | | 3,050.80 | 1 | | | 3,050.80 | 0.00 |

*Continued on Next Page*

UBF-AETNA 000449

CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:          08/05/2015
Page:             19 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:              0006420275
TIN:              XXXXXXXX7328
Trace Number:     815217520000475
Trace Amount:     $12,907.18

---

## Patient Name: ███████ (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 391 | | 4,018.57 | | | 4,018.57 | 1 | | | 4,018.57 | 0.00 |
| 01/01-04/14/15 | 21 | 402 | | 2,198.05 | | | 2,198.05 | 1 | | | 2,198.05 | 0.00 |
| 01/01-04/14/15 | 21 | 360 | | 10,761.44 | | | 10,761.44 | 1 | | | 10,761.44 | 0.00 |
| **TOTALS** | | | | 72,162.93 | | | 72,162.93 | | | | 72,162.93 | 0.00 |

ISSUED AMT:          NO PAY

**Remarks:**
1 -  This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PK35LG5K501     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ███████                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863660-11-151  I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 260 | | 15,655.88 | | | 15,655.88 | 1 | | | 15,655.88 | 0.00 |
| 01/01-04/14/15 | 21 | 270 | | 2,179.93 | | | 2,179.93 | 1 | | | 2,179.93 | 0.00 |
| 01/01-04/14/15 | 21 | 271 | | 0.17 | | | 0.17 | 1 | | | 0.17 | 0.00 |
| 01/01-04/14/15 | 21 | 272 | | 7,652.92 | | | 7,652.92 | 1 | | | 7,652.92 | 0.00 |
| 01/01-04/14/15 | 21 | 278 | | 2,642.64 | | | 2,642.64 | 1 | | | 2,642.64 | 0.00 |
| 01/01-04/14/15 | 21 | 300 | | 5,576.95 | | | 5,576.95 | 1 | | | 5,576.95 | 0.00 |
| 01/01-04/14/15 | 21 | 301 | | 56,262.35 | | | 56,262.35 | 1 | | | 56,262.35 | 0.00 |
| **TOTALS** | | | | 89,970.84 | | | 89,970.84 | | | | 89,970.84 | 0.00 |

ISSUED AMT:          NO PAY

**Remarks:**
1 -  This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PK35LG5K500     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ███████                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863660-11-151  I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 250 | 999.0 | 44,799.83 | | | 40,433.39 | 1 | | | 40,433.39 | 4,366.44 |
| | | | | | | | | 2 | | | | |
| 01/01-04/14/15 | 21 | 251 | | 804.88 | | | 804.88 | 1 | | | 804.88 | 0.00 |
| 01/01-04/14/15 | 21 | 252 | | 22,595.21 | | | 22,595.21 | 1 | | | 22,595.21 | 0.00 |
| 01/01-04/14/15 | 21 | 255 | | 1.48 | | | 1.48 | 1 | | | 1.48 | 0.00 |

*Continued on Next Page*



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:     08/05/2015
Page:        20 of 31

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:             0006420275
TIN:             XXXXXXX7328
Trace Number:    815217520000476
Trace Amount:    $12,907.18

---

**Patient Name:** ▮▮▮▮▮▮▮▮    (self)

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 258 | | 800.86 | | | 800.86 | 1 | | | 800.86 | 0.00 |
| **TOTALS** | | | | 69,002.26 | | | 64,635.82 | | | | 64,635.82 | 4,366.44 |

ISSUED AMT:        $4,366.44

Remarks:
1 -  This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
2 -  This is a fair payment for services covered by the plan.  No balance billing allowed.  [O52]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN19     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮▮                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/14 | 21 | 202 | | 18,000.00 | | | 18,000.00 | 1 | | | 18,000.00 | 0.00 |
| 10/01-10/04/14 | 21 | 202 | | 72,000.00 | | | 72,000.00 | 1 | | | 72,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:        NO PAY

Remarks:
1 -  This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN18     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮▮                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/25-09/29/14 | 21 | 202 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:        NO PAY

Remarks:
1 -  This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

UBF-AETNA 000451                                                        CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/02/2015 |
| Page: | 2 of 19 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN: 0006420275
TIN: XXXXXXX7328
NO PAY

---

**Patient Name:** ▓▓▓▓▓▓▓ *(self)*

Claim ID: P8Y0KSWMQ22     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                                DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                  Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 301 | | 58,696.79 | | | 58,696.79 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 324 | | 23,797.52 | | | 23,797.52 | 1 | | | | 0.00 |
| **TOTALS** | | | | **82,494.31** | | | **82,494.31** | | | | | **0.00** |

**ISSUED AMT:**                    **NO PAY**

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P8Y0KSWMQ21     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                                DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                  Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 301 | | 58,696.78 | | | 58,696.78 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 351 | | 6,265.28 | | | 6,265.28 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 352 | | 4,252.07 | | | 4,252.07 | 1 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 360 | | 22,454.16 | | | 22,454.16 | 1 | | | | 0.00 |
| **TOTALS** | | | | **91,668.29** | | | **91,668.29** | | | | | **0.00** |

**ISSUED AMT:**                    **NO PAY**

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PK35LG5K508     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                                DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                  Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                  Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 710 | | 4,211.06 | | | 4,211.06 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 730 | | 1,065.92 | | | 1,065.92 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 740 | | 2,415.33 | | | 2,415.33 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 750 | | 1,012.46 | | | 1,012.46 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 761 | | 35.31 | | | 35.31 | 1 | | | | 0.00 |

*Continued on Next Page*

UBF-AETNA 000452                                                          CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

### Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/02/2015 |
| Page: | 3 of 19 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| | NO PAY |

---

**Patient Name:** ▮▮▮▮▮▮▮▮  *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 801 | | 45,007.98 | | | 45,007.98 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 901 | | 941.60 | | | 941.60 | 1 | | | | 0.00 |
| **TOTALS** | | | | **54,749.64** | | | **54,749.64** | | | | | **0.00** |

ISSUED AMT:            NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: **PK35LG5K507**     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮▮                                                                    DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                          Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 460 | | 30,536.15 | | | 30,536.15 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 483 | | 1,165.25 | | | 1,165.25 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 636 | | 62,564.14 | | | 62,564.14 | 1 | | | | 0.00 |
| **TOTALS** | | | | **94,265.54** | | | **94,265.54** | | | | | **0.00** |

ISSUED AMT:            NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: **PK35LG5K512**     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮▮                                                                    DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                          Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 410 | | 62,204.36 | | | 62,204.36 | 1 | | | | 0.00 |
| **TOTALS** | | | | **62,204.36** | | | **62,204.36** | | | | | **0.00** |

ISSUED AMT:            NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

UBF-AETNA 000453                                                                    CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                    09/02/2015
Page:                        4 of 19

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                        0006420275
TIN:                        XXXXXXXX7328
                                NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮ *(self)*

Claim ID: PK35LG5K511        Recd: 06/23/15        Member ID: W199669864        Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                       Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 410 | | 62,204.36 | | | 62,204.36 | 1 | | | | 0.00 |
| **TOTALS** | | | | 62,204.36 | | | 62,204.36 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PK35LG5K510        Recd: 06/23/15        Member ID: W199669864        Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                       Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 302 | | 2,232.10 | | | 2,232.10 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 305 | | 548.83 | | | 548.83 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 306 | | 349.74 | | | 349.74 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 307 | | 493.32 | | | 493.32 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 309 | | 10,635.20 | | | 10,635.20 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 310 | | 590.63 | | | 590.63 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 320 | | 7,531.93 | | | 7,531.93 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 324 | | 11,405.26 | | | 11,405.26 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 351 | | 3,002.72 | | | 3,002.72 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 352 | | 2,037.86 | | | 2,037.86 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 361 | | 6,770.77 | | | 6,770.77 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 370 | | 6,537.71 | | | 6,537.71 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 390 | | 3,050.80 | | | 3,050.80 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 391 | | 4,018.57 | | | 4,018.57 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 402 | | 2,196.05 | | | 2,196.05 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 360 | | 10,761.44 | | | 10,761.44 | 1 | | | | 0.00 |
| **TOTALS** | | | | 72,162.93 | | | 72,162.93 | | | | | 0.00 |

ISSUED AMT:                    NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*



P.O. BOX 981106
EL PASO TX 79998-1106
USA

### Explanation Of Benefits

*Please Retain for Future Reference*

| Printed: | 09/02/2015 |
| Page: | 5 of 19 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER

| PIN: | 0006420275 |
| TIN: | XXXXXXXX7326 |
| | NO PAY |

---

**Patient Name:** ▆▆▆▆▆ (self)

Claim ID: PK35LG5K508     Recd: 08/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▆▆▆▆▆                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                   Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 260 | | 15,655.88 | | | 15,655.88 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 270 | | 2,179.93 | | | 2,179.93 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 271 | | 0.17 | | | 0.17 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 272 | | 7,652.92 | | | 7,652.92 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 278 | | 2,642.64 | | | 2,642.64 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 300 | | 5,576.95 | | | 5,576.95 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 301 | | 56,262.35 | | | 56,262.35 | 1 | | | | 0.00 |
| **TOTALS** | | | | **89,970.84** | | | **89,970.84** | | | | | **0.00** |

ISSUED AMT:          NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P2Y0MH9KZ28     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▆▆▆▆▆                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                   Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/07-03/11/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

ISSUED AMT:          NO PAY

Remarks:
1 - *This claim is a result of a correction of a previously submitted claim. [J51]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P2Y0MH9KZ27     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▆▆▆▆▆                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                   Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11-03/15/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | | **0.00** |

*Continued on Next Page*

CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

---

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:      12/16/2015
Page:         1 of 2

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:          0006420275
TIN:          XXXXXXXX7328
              NO PAY

HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Notes:**
Update your address, telephone number, e-mail address and/or NPI information by visiting our website.

**Patient Name:** _____ *(self)*
Claim ID: PK35LG5K500      Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member:
Group Name: UNITED BENEFIT FUND                                         Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 250 | 999.0 | -44,799.83 | | | -40,433.39 | 1 | | | -40,433.39 | -4,366.44 |
| | | | | | | | | 2 | | | | |
| 01/01-04/14/15 | 21 | 251 | | -804.88 | | | -804.88 | 1 | | | -804.88 | -0.00 |
| 01/01-04/14/15 | 21 | 252 | | -22,595.21 | | | -22,595.21 | 1 | | | -22,595.21 | -0.00 |
| 01/01-04/14/15 | 21 | 255 | | -1.48 | | | -1.48 | 1 | | | -1.48 | -0.00 |
| 01/01-04/14/15 | 21 | 258 | | -800.86 | | | -800.86 | 1 | | | -800.86 | -0.00 |
| **TOTALS** | | | | -69,002.26 | | | -64,635.82 | | | | -64,635.82 | -4,366.44 |

ISSUED AMT:              -$4,366.44

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
2 - *This is a fair payment for services covered by the plan.  No balance billing allowed.  [O52]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*
    *This is a reversal of a previously paid claim.  RREV*

Claim ID: PK35LG5K513      Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member:                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                         Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 250 | | 44,799.83 | | | 44,799.83 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 251 | | 804.88 | | | 804.88 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 252 | | 22,595.21 | | | 22,595.21 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 255 | | 1.48 | | | 1.48 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 258 | | 800.86 | | | 800.86 | 1 | | | | 0.00 |
| **TOTALS** | | | | 69,002.26 | | | 69,002.26 | | | | | 0.00 |

ISSUED AMT:              NO PAY

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*
    *This is a correction of a previously paid claim. This correction resulted in an overpayment.  RCOR*

UBF-AETNA 000456                        *Continued on Next Page*                        CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 12/18/2015 |
| Page: | 2 of 2 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                           0006420275
TIN:                      XXXXXXX7328
                                    NO PAY

---

**Patient Name:** ████████████ *(self)*

**For Questions Regarding This Claim**
P.O. BOX 981106 EL PASO, TX  79998-1106
**CALL (888) 632-3862** FOR ASSISTANCE
*Note: All inquiries should reference the ID number above for prompt response.*

| | |
|---|---|
| Total Patient Responsibility: | $0.00 |
| Claim Payment: | $0.00 |

Protecting the privacy of member health information is a top priority. When contacting us about this statement or for help with other questions, please be prepared to provide your provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the member's ID number.

UBF-AETNA 000457

CONFIDENTIAL

 ® P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 09/25/2015 |
| Page: | 16 of 36 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                     0006420275
TIN:              XXXXXXXX7328
                              NO PAY

---

**Patient Name:** ████████ *(self)*

ISSUED AMT:          NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P1JLM6G7B00      Recd: 08/25/15      Member ID: W199669864      Patient Account: AAG26195
Member: ████████                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                  Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-06/02/14 | 21 | 202 | | 83,376.60 | | | 83,376.60 | 1 | | | | 0.00 |
| **TOTALS** | | | | 83,376.60 | | | 83,376.60 | | | | | 0.00 |

ISSUED AMT:          NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PQTWN36DX08      Recd: 08/25/15      Member ID: W199669864      Patient Account: AAG26195
Member: ████████                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                  Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-05/22/15 | 21 | 801 | | 69,078.97 | | | 69,078.97 | 1 | | | | 0.00 |
| **TOTALS** | | | | 69,078.97 | | | 69,078.97 | | | | | 0.00 |

ISSUED AMT:          NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PQTWN36DX07      Recd: 08/25/15      Member ID: W199669864      Patient Account: AAG26195
Member: ████████                                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                  Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

CONFIDENTIAL

 P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*
Printed:                                   09/25/2015
Page:                                      17 of 36

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                                       0006420276
TIN:                                       XXXXXXXX7328
                                           NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮  *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-05/22/15 | 21 | 636 | | 85,814.32 | | | 85,814.32 | 1 | | | | 0.00 |
| **TOTALS** | | | | 85,814.32 | | | 85,814.32 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PQTWN36DX05      Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                          Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-05/22/15 | 21 | 410 | | 79,689.09 | | | 79,689.09 | 1 | | | | 0.00 |
| **TOTALS** | | | | 79,689.09 | | | 79,689.09 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PQTWN36DX05      Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: ▮▮▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: **UNITED BENEFIT FUND**                          Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-05/22/15 | 21 | 410 | | 79,689.08 | | | 79,689.08 | 1 | | | | 0.00 |
| **TOTALS** | | | | 79,689.08 | | | 79,689.08 | | | | | 0.00 |

ISSUED AMT:                    **NO PAY**

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

*Continued on Next Page*

UBF-AETNA 000459                                                        CONFIDENTIAL



**aetna**®
P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

### Explanation Of Benefits
*Please Retain for Future Reference*

Printed:     09/25/2015
Page:        18 of 36

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:         0006420275
TIN:         XXXXXXXX7328
             NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮ (self)

Claim ID: PQTWN36DX04     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-05/22/15 | 21 | 390 | | 4,489.24 | | | 4,489.24 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 351 | | 5,438.04 | | | 5,438.04 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 402 | | 2,669.63 | | | 2,669.63 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 460 | | 37,121.20 | | | 37,121.20 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 710 | | 7,678.75 | | | 7,678.75 | 1 | | | | 0.00 |
| 01/15-05/22/15 | 21 | 730 | | 1,554.94 | | | 1,554.94 | 1 | | | | 0.00 |
| 01/15-05/22/15 | 21 | 740 | | 2,936.19 | | | 2,936.19 | 1 | | | | 0.00 |
| 01/15-05/22/15 | 21 | 750 | | 1,230.80 | | | 1,230.80 | 1 | | | | 0.00 |
| 01/15-05/22/15 | 21 | 761 | | 42.93 | | | 42.93 | 1 | | | | 0.00 |
| 01/15-05/22/15 | 21 | 921 | | 1,144.65 | | | 1,144.65 | 1 | | | | 0.00 |
| 01/15-05/22/15 | 21 | 483 | | 1,416.54 | | | 1,416.54 | 1 | | | | 0.00 |
| **TOTALS** | | | | **65,722.91** | | | **65,722.91** | | | | | **0.00** |

                                                    ISSUED AMT:          NO PAY

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment.  114
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PQTWN36DX03     Recd: 08/25/15     Member ID: W199669864     Patient Account: AAG26195
Member: ▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                          Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-05/22/15 | 21 | 320 | | 10,350.50 | | | 10,350.50 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 324 | | 14,324.00 | | | 14,324.00 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 351 | | 3,650.25 | | | 3,650.25 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 352 | | 2,477.32 | | | 2,477.32 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 360 | | 22,635.07 | | | 22,635.07 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 361 | | 8,230.87 | | | 8,230.87 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 370 | | 10,446.49 | | | 10,446.49 | 1 | | | | 0.00 |
| **TOTALS** | | | | **72,114.50** | | | **72,114.50** | | | | | **0.00** |

                                                    ISSUED AMT:          NO PAY

**Remarks:**
1 - This is a duplicate claim that has already been considered for payment.  114
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

UBF-AETNA 000460                    *Continued on Next Page*                    CONFIDENTIAL

 P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

Printed:     09/25/2015
Page:        19 of 36

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:         0006420275
TIN:         XXXXXXXX7328
             NO PAY

**Patient Name:** _____ (self)

Claim ID: PQTWN36DX02    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: _____                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                   Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                         Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-05/22/15 | 21 | 301 | | 52,434.40 | | | 52,434.40 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 302 | | 2,844.24 | | | 2,844.24 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 305 | | 21,459.25 | | | 21,459.25 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 306 | | 485.68 | | | 485.68 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 307 | | 599.70 | | | 599.70 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 309 | | 14,303.37 | | | 14,303.37 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 310 | | 1,062.07 | | | 1,062.07 | 1 | | | | 0.00 |
| **TOTALS** | | | | **93,188.71** | | | **93,188.71** | | | | | **0.00** |

ISSUED AMT:        NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PQTWN36DX01    Recd: 08/25/15    Member ID: W199669864    Patient Account: AAG26195
Member: _____                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                   Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                         Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-05/22/15 | 21 | 258 | | 1,049.57 | | | 1,049.57 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 260 | | 19,032.04 | | | 19,032.04 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 270 | | 4,519.51 | | | 4,519.51 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 271 | | 0.42 | | | 0.42 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 272 | | 13,458.90 | | | 13,458.90 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 278 | | 7,526.80 | | | 7,526.80 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 300 | | 8,055.09 | | | 8,055.09 | 1 | | | | 0.00 |
| **TOTALS** | | | | **53,642.33** | | | **53,642.33** | | | | | **0.00** |

ISSUED AMT:        NO PAY

Remarks:
1 - This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

*Continued on Next Page*

UBF-AETNA 000461                                              CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                    09/25/2015
Page:                       20 of 36

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                        0006420275
TIN:                        XXXXXXXX7328
                            NO PAY

---

**Patient Name:** ▮▮▮▮▮▮▮▮ *(self)*

Claim ID: PQTWN36DX00      Recd: 08/25/15      Member ID: W199669864      Patient Account: AAG26195
Member: ▮▮▮▮▮▮▮                                                         DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                            Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO-INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-05/22/15 | 21 | 250 | | 59,365.56 | | | 59,365.56 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 251 | | 980.42 | | | 980.42 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 252 | | 30,453.05 | | | 30,453.05 | 1 | | | | 0.00 |
| 01/01-05/22/15 | 21 | 255 | | 1.80 | | | 1.80 | 1 | | | | 0.00 |
| **TOTALS** | | | | 90,800.83 | | | 90,800.83 | | | | | 0.00 |

ISSUED AMT:              **NO PAY**

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PDPBLSGKL14      Recd: 08/25/15      Member ID: W199669864      Patient Account: AAG26195
Member: ▮▮▮▮▮▮▮                                                         DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                            Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO-INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 601 | | 53,156.51 | | | 53,156.51 | 1 | | | | 0.00 |
| **TOTALS** | | | | 53,156.51 | | | 53,156.51 | | | | | 0.00 |

ISSUED AMT:              **NO PAY**

Remarks:
1 - *This is a duplicate claim that has already been considered for payment. 114*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PDPBLSGKL13      Recd: 08/25/15      Member ID: W199669864      Patient Account: AAG26195
Member: ▮▮▮▮▮▮▮                                                         DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                            Group Number: 0863860-10-151  I P1$ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO-INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 601 | | 53,156.52 | | | 53,156.52 | 1 | | | | 0.00 |
| **TOTALS** | | | | 53,156.52 | | | 53,156.52 | | | | | 0.00 |

ISSUED AMT:              **NO PAY**

*Continued on Next Page*

UBF-AETNA 000462                                                      CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 3 of 4 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:  0006420275
TIN:  XXXXXXXT32B
NO PAY

**Patient Name:** ▓▓▓▓▓▓ *(self)*

ISSUED AMT:            NO PAY

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PZABLQDZR02     Recd: 05/04/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                      Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 302 | | 2,232.10 | | | 2,232.10 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 305 | | 548.83 | | | 548.83 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 306 | | 349.74 | | | 349.74 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 307 | | 493.32 | | | 493.32 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 309 | | 10,635.20 | | | 10,635.20 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 310 | | 590.63 | | | 590.63 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 320 | | 7,531.93 | | | 7,531.93 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 324 | | 11,405.26 | | | 11,405.26 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 351 | | 3,002.72 | | | 3,002.72 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 352 | | 2,037.86 | | | 2,037.86 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 361 | | 6,770.77 | | | 6,770.77 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 370 | | 6,537.71 | | | 6,537.71 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 390 | | 3,050.80 | | | 3,050.80 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 391 | | 4,018.57 | | | 4,018.57 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 402 | | 2,196.05 | | | 2,196.05 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 360 | | 10,761.44 | | | 10,761.44 | 1 | | | | 0.00 |
| **TOTALS** | | | | 72,162.93 | | | 72,162.93 | | | | | 0.00 |

ISSUED AMT:            NO PAY

**Remarks:**
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PZABLQDZR01     Recd: 05/04/15     Member ID: W199669864     Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                      Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 260 | | 15,655.88 | | | 15,655.88 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 270 | | 2,179.93 | | | 2,179.93 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 271 | | 0.17 | | | 0.17 | 1 | | | | 0.00 |

*Continued on Next Page*

UBF-AETNA 000463                                                CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

### Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 06/05/2015 |
| Page: | 2 of 4 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                    0006420275
TIN:                    XXXXXXX7328
                        NO PAY

---

**Patient Name:** �▓▓▓▓▓▓▓▓ *(self)*

Claim ID: PZABLQDZR00    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                           Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 250 | | 44,799.83 | | | 44,799.83 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 251 | | 804.88 | | | 804.88 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 252 | | 22,595.21 | | | 22,595.21 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 255 | | 1.48 | | | 1.48 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 258 | | 800.86 | | | 800.86 | 1 | | | | 0.00 |
| **TOTALS** | | | | **69,002.26** | | | **69,002.26** | | | | | **0.00** |

ISSUED AMT:        NO PAY

Remarks:
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PZABLQDZR04    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                           Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 410 | | 62,204.36 | | | 62,204.36 | 1 | | | | 0.00 |
| **TOTALS** | | | | **62,204.36** | | | **62,204.36** | | | | | **0.00** |

ISSUED AMT:        NO PAY

Remarks:
1 - *Claim/service lacks information which is needed for adjudication. [J20]*
    *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PZABLQDZR03    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▓▓▓▓▓▓                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                           Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 410 | | 62,204.36 | | | 62,204.36 | 1 | | | | 0.00 |
| **TOTALS** | | | | **62,204.36** | | | **62,204.36** | | | | | **0.00** |

*Continued on Next Page*



P.O. BOX 981106
EL PASO TX 79998-1106
USA

### Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 06/05/2015 |
| Page: | 1 of 4 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXX7328 |
| | NO PAY |

HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

**Notes:**
Update your address, telephone number, e-mail address and/or NPI information by visiting our website.

## Patient Name: ███████████ (self)

| | |
|---|---|
| Claim ID: PZABLQDZR06    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250 | DIAG: 434.91, 431, 518.81 |
| Member: ████████ | |
| Group Name: UNITED BENEFIT FUND | Group Number: 0863860-11-151 I P1$ME0 |
| Product: Aetna Choice® POS II | Network ID: 00000 |

Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 710 | | 4,211.06 | | | 4,211.06 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 730 | | 1,065.92 | | | 1,065.92 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 740 | | 2,415.33 | | | 2,415.33 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 750 | | 1,012.46 | | | 1,012.46 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 761 | | 35.31 | | | 35.31 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 801 | | 45,067.96 | | | 45,067.96 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 901 | | 941.60 | | | 941.60 | 1 | | | | 0.00 |
| **TOTALS** | | | | **54,749.64** | | | **54,749.64** | | | | | **0.00** |

ISSUED AMT:  NO PAY

**Remarks:**
1 - Claim/service lacks information which is needed for adjudication. [J20]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

| | |
|---|---|
| Claim ID: PZABLQDZR05    Recd: 05/04/15    Member ID: W199669864    Patient Account: AAF65250 | DIAG: 434.91, 431, 518.81 |
| Member: ████████ | |
| Group Name: UNITED BENEFIT FUND | Group Number: 0863860-11-151 I P1$ME0 |
| Product: Aetna Choice® POS II | Network ID: 00000 |

Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 460 | | 30,536.15 | | | 30,536.15 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 483 | | 1,165.25 | | | 1,165.25 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 636 | | 62,564.14 | | | 62,564.14 | 1 | | | | 0.00 |
| **TOTALS** | | | | **94,265.54** | | | **94,265.54** | | | | | **0.00** |

ISSUED AMT:  NO PAY

**Remarks:**
1 - Claim/service lacks information which is needed for adjudication. [J20]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

*Continued on Next Page*

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/10/2015 |
| Page: | 7 of 10 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX7328 |
| | NO PAY |

---

**Patient Name:** ███████████ *(self)*

Claim ID: PZABLQDZR13   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250   DIAG: 434.91, 431, 518.81
Member: ████████
Group Name: **UNITED BENEFIT FUND**                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 710 | | 4,211.06 | | | 4,211.06 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 730 | | 1,065.92 | | | 1,065.92 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 740 | | 2,415.33 | | | 2,415.33 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 750 | | 1,012.46 | | | 1,012.46 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 761 | | 35.31 | | | 35.31 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 801 | | 45,067.96 | | | 45,067.96 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 901 | | 941.60 | | | 941.60 | 1 | | | | 0.00 |
| **TOTALS** | | | | 54,749.64 | | | 54,749.64 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PZABLQDZR12   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250   DIAG: 434.91, 431, 518.81
Member: ████████
Group Name: **UNITED BENEFIT FUND**                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 460 | | 30,536.15 | | | 30,536.15 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 483 | | 1,165.25 | | | 1,165.25 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 636 | | 62,564.14 | | | 62,564.14 | 1 | | | | 0.00 |
| **TOTALS** | | | | 94,265.54 | | | 94,265.54 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - *This claim is a result of a correction of a previously submitted claim.  [J51]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PZABLQDZR11   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250   DIAG: 434.91, 431, 518.81
Member: ████████
Group Name: **UNITED BENEFIT FUND**                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

UBF-AETNA 000466                                               CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

Printed:                    07/10/2015
Page:                       8 of 10

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                        0006420275
TIN:                        XXXXXXXX7328
                            NO PAY

**Patient Name:** ▮▮▮▮▮▮▮ *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 410 | | 62,204.36 | | | 62,204.36 | 1 | | | | 0.00 |
| **TOTALS** | | | | 62,204.36 | | | 62,204.36 | | | | | 0.00 |

**ISSUED AMT:**                    **NO PAY**

Remarks:
1 -  *This claim is a result of a correction of a previously submitted claim.  [J51]*
     *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: **PZABLQDZR10**    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 410 | | 62,204.36 | | | 62,204.36 | 1 | | | | 0.00 |
| **TOTALS** | | | | 62,204.36 | | | 62,204.36 | | | | | 0.00 |

**ISSUED AMT:**                    **NO PAY**

Remarks:
1 -  *This claim is a result of a correction of a previously submitted claim.  [J51]*
     *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: **PZABLQDZR09**    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 302 | | 2,232.10 | | | 2,232.10 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 305 | | 548.83 | | | 548.83 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 306 | | 349.74 | | | 349.74 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 307 | | 493.32 | | | 493.32 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 309 | | 10,635.20 | | | 10,635.20 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 310 | | 590.63 | | | 590.63 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 320 | | 7,531.93 | | | 7,531.93 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 324 | | 11,405.26 | | | 11,405.26 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 351 | | 3,002.72 | | | 3,002.72 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 352 | | 2,037.86 | | | 2,037.86 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 361 | | 6,770.77 | | | 6,770.77 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 370 | | 6,537.71 | | | 6,537.71 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 390 | | 3,050.80 | | | 3,050.80 | 1 | | | | 0.00 |

*Continued on Next Page*

CONFIDENTIAL


**aetna**

P.O. BOX 981106
EL PASO TX 79998-1106
USA

### Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 07/10/2015 |
| Page: | 9 of 10 |

Mailing Address:
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:        0006420275
TIN:        XXXXXXXX7328
            NO PAY

**Patient Name:** [ ]  *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 391 | | 4,018.57 | | | 4,018.57 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 402 | | 2,196.05 | | | 2,196.05 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 360 | | 10,761.44 | | | 10,761.44 | 1 | | | | 0.00 |
| **TOTALS** | | | | 72,162.93 | | | 72,162.93 | | | | | 0.00 |

**ISSUED AMT:**            **NO PAY**

Remarks:
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported.  (E73)

Claim ID: PZABLQDZR08     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: [ ]                                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                               Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 260 | | 15,655.88 | | | 15,655.88 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 270 | | 2,179.93 | | | 2,179.93 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 271 | | 0.17 | | | 0.17 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 272 | | 7,652.92 | | | 7,652.92 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 278 | | 2,642.84 | | | 2,642.84 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 300 | | 5,576.95 | | | 5,576.95 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 301 | | 56,262.35 | | | 56,262.35 | 1 | | | | 0.00 |
| **TOTALS** | | | | 89,970.84 | | | 89,970.84 | | | | | 0.00 |

**ISSUED AMT:**            **NO PAY**

Remarks:
1 - This claim is a result of a correction of a previously submitted claim.  [J51]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported.  (E73)

Claim ID: PZABLQDZR07     Recd: 06/23/15     Member ID: W199669864     Patient Account: AAF65250
Member: [ ]                                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P1$ME0
Product: Aetna Choice® POS II                                                               Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 250 | | 44,799.83 | | | 44,799.83 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 251 | | 804.88 | | | 804.88 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 252 | | 22,595.21 | | | 22,595.21 | 1 | | | | 0.00 |
| 01/01-04/14/15 | 21 | 255 | | 1.48 | | | 1.48 | 1 | | | | 0.00 |

***Continued on Next Page***

UBF-AETNA 000468                                                                   CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Mailing Address:**
HOBOKEN UNIVERSITY MEDICAL CENTER
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                    07/10/2015
Page:                       10 of 10

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                        0006420275
TIN:                        XXXXXXXX7328
                            NO PAY

**Patient Name:** ███████████ *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 258 | | 800.86 | | | 800.86 | 1 | | | | 0.00 |
| **TOTALS** | | | | 69,002.26 | | | 69,002.26 | | | | | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 -  *This claim is a result of a correction of a previously submitted claim.  [J51]*
     *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

**For Questions Regarding This Claim**
P.O. BOX 981106 EL PASO, TX 79998-1106
***CALL (888) 632-3862*** FOR ASSISTANCE
*Note: All inquiries should reference the ID number above for prompt response.*

Total Patient Responsibility:          $0.00
Claim Payment:                         $0.00

Protecting the privacy of member health information is a top priority. When contacting us about this statement or for help with other questions, please be prepared to provide your provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the member's ID number.

ℵAetna

Aetna – Provider Resolution
Appeals Team
P.O. Box 14020
Lexington, KY 40512
Or fax to: (859) 455-8650

## YOU MUST COMPLETE A SEPARATE APPLICATION FOR EACH CLAIM APPEALED
## SIGNATURE MUST BE COMPLETE AND LEGIBLE. THIS FORM MUST BE DATED.

**A. Provider Information**

1. Provider Name: Leung, Dolan    |    2. TIN/NPI: 270-444-414

3. Provider Group (if applicable): GARDEN STATE HEALTHCARE ASSOCIATES

4. Contact Name: SOWMYA BUDDWALA    |    5. Title: MANAGER

6. Contact Address:    PO BOX 20502, NEWARK, NJ - 07101

7. Phone: 585-471-7718    8. Fax: 610-672-9775    9. Email: sowmyabuddwala@sutherlandglobal.com

**B. Patient Information**

1. Patient Name: ▓▓▓▓▓    |    2. Ins. ID: W199669864

3. Did You Attach a copy of (check the appropriate response):
a. The assignment of benefits?  ☐ Yes  ☐ No  ☐ NA
b. The Consent to Representation in Appeals of Utilization Management Determinations and
Authorization to Release of Medical Records for UM Appeal and Arbitration of Claims?
(Consent form is required for review of medical records if the matter goes to arbitration.)  ☐ Yes  ☐ No

**C. Claim Information**

1. Claim Number (if known): ERNQL3QMX01    |    2. Date of Service : 03/27/2015

3.  Authorization Number:

4.  ☐ Claim filing method (check only one):
a.  ☐ electronic (submit a copy of the electronic acceptance report from Our clearinghouse or Us)
b.  ☐ facsimile (submit a copy of the fax transmittal)
c.  X paper claim by mail or courier service (submit a copy of the delivery confirmation evidence)
5.  Check the reason(s) why you are filing this appeal (check all that apply and be specific about billing codes and
    reason for dispute):
a.  ☐ Action has not been taken on this claim
b.  ☐ Dispute of a denied claim → provide date of last processing    04/23/15
c.  ☐       ☐ Claim was paid but not in a timely manner (provide more information):
      ☐ Yes ☐ No    Additional information was requested? If yes, date:        /     /
      ☐ Yes ☐ No    Additional information provided? If yes, date:        /     /
      ☐ Yes  ☐ No    Prompt Payment Interest paid correctly?
d.  ☐ Claim was paid, but the amount paid is in dispute
e.  ☐ Codes in dispute : _____
f.  ☐ Dispute of an overpayment or the amount of overpayment (Attach a copy of overpayment request)
g.  ☐ Dispute of carrier's offset amount against this claim (Attach a copy of A/R)

**D. Reason for Appeal (Required)**

The claim has been underpaid, provider is non-participating with Aetna. Service is an
emergency follow up .Kindly reprocess the claim for 100% allowed amount.

DOBICAPPCAR 10/10    Page 1 of 3

0918150005

OCN: 150918027365 SEQ: 0918150005 LX

UBF-AETNA 000470    CONFIDENTIAL

**Aetna**

| | Aetna – Provider Resolution Team<br>P.O. Box 14020<br>Lexington, KY 40512<br>Or fax to: (859) 455-8650| |
|---|---|---|
| Provider Name:Garden state health care associates | | Contact Number: 585-471-7790 |
| Member Name: ▓▓▓▓▓▓▓▓ | | DOS :03/27/15 |

**You may provide additional Information in an attachment to explain why you are disputing Our
handling of the claim.  You must be specific about billing codes and reason for dispute.**

The following should be submitted with your appeal (copies only):

- The relevant claim form
- The relevant Explanation(s) of Benefits or Remittance Advice
- A statement specifying the line items that you are appealing
- Copies of any overpayment requests or A/R notice
- Information We previously requested that you have not yet submitted, if available
- Itemization of the provider contract provisions you believe We are not complying with, including a copy of the pertinent section of your contract
- Pertinent correspondence between you and Us on this matter
- A description of pertinent communications between you and Us on this matter that were not in writing
- Relevant sections of the National Correct Coding Initiative (NCCI) or other coding support you relied upon IF the dispute concerns the disposition of billing codes
- Other documents you may believe support your position in this dispute (this may include medical records)

Attachments:  ☐ Yes          ☐ No

Signature: _sowmya buddwala_                              Date: _09/03/15_

---

### Important to Note

**In order to ensure your Internal Payment Appeal is eligible to meet processing requirements for the
External Binding Arbitration Program**

- The Internal Appeal Form must be sent to the address posted on Our website;
- The Internal Appeal Form must have a complete signature (first and last name);
- The Internal Appeal Form Must be Dated;
- There is a signed and dated Consent to Representation in Appeals of UM Determinations and Authorization for release of Medical records in UM Appeals and Independent Arbitration of Claims Form

---

DOBICAPPCAR 10/10                                                                    Page 2 of 3

0918150005

DCN: 15091607736S SEQ: 0918150005 LX

A00201377645

# aetna

AETNA
PO BOX 14079
LEXINGTON KY 40512-4079
*008508*J1O1ABD*018141*

11/07/2015
Page 1 of 3



ENV 1840    3 OF 6 P

HUMC OPCO, LLC
P.O. Box 824491
Philadelphia PA 19162-4491

RECEIVED

NOV 1 7 2015

Sum of Overpayment:    $4,270.37
Total Balance Due:     $4,270.37
Letter ID:             000000006716999
Note: For specific Claim information please refer to the enclosed document.

Subject: Second Request

ATTENTION BILLING SUPERVISOR:

As a result of a routine review of claim payments, we previously notified you that there were some differences between the amount paid to you and the amount which should have been paid in accordance with our contracts/policies.

Please refer to the enclosed document for the overpayment reason for the claim(s) indicated.

*Please issue a refund check payable to Aetna Life Insurance Company in the amount of the total balance due as stated above. Please include a copy of this letter and enclosure with your payment to ensure proper identification and credit to your file and send to the following address:*

AETNA
PO BOX 14079
LEXINGTON KY 40512-4079

If you disagree with this request for recovery of overpayment, you may submit your written dispute, including the rationale, with a copy of the overpayment letter to the address at the top of this letter.

Since this is our FINAL request prior to taking extended action, we look forward to a response within 30 days. If you have mailed your payment please disregard this letter.

Our records indicate that the overpayment(s), as noted on the enclosed document, may be eligible to be offset from a future claims payment. If you would like us to go ahead and offset in lieu of sending a refund check, please sign and fax this letter to us with your approval at 860-754-2508. If payment, or a dispute, is not received within 30 days, we will attempt to recover the overpayment(s) that are eligible by offsetting a future payment.

| Signature | Printed Name | Title | Date |
|---|---|---|---|

*Aetna is the brand name used for products and services provided by one or more of the Aetna group of companies. (Aetna)*

PRND2

1124150005

Page 2 of 3

3 OF 6 B

ENV 1840

account does not have sufficient funds to cover the overpayment, we may consider placing your account on "hold"
ure payments until there are sufficient funds to cover the overpayment, or we may forward your account to an
e recovery agency.

u have any questions, please contact our provider customer service center at 888-632-3862. Thank you for your
peration.

ncerely,

etna
National Accounts

Enclosure

*Aetna is the brand name used for products and services provided by one or more of the Aetna group of companies. (Aetna)*

PRND2

CONFIDENTIAL

DCN: 151124114554 SEQ: 1124150005 LX



Letter ID#: 000000006716999
Page 3 of 3

4 OF 6 F

ENV 1840

| | | | | Original | Corrected |
|---|---|---|---|---|---|
| Provider # (PVN or PIN): | 6420276 | | Provider Name: | HOBOKEN UNIVERSITY MEDICAL CENTER | |
| Provider NPI: | 1326125147 | | | | |
| Patient Account #: | AAF65250 | | Patient Name: | | |
| Member ID: | 0000199669864 | | Member Name: | | |
| Group #: | 0863860 | | Funding: | Self Insured | |
| | | | Product: | Point of Service | |
| Payment ID: | 815217520000476 | | Product Suppressed: | N | |
| Payment Date: | 08/05/2015 | | Check Cashed Date: | | |

**Overpayment Details**

**Claim Details (Original and Corrected)**

| | | | | Original | Corrected |
|---|---|---|---|---|---|
| Benefit Plan: | $4,270.37 | | Date(s) of Service: | 05/29/2014 | 05/29/2014 |
| Health Savings Account: | $0.00 | | Claim Number: | P3TWL8HKN00 | P3TWL8HKN49 |
| Flexible Spending Account: | $0.00 | | Billed Amount: | $84,000.00 | $84,000.00 |
| Late Claim Interest: | $0.00 | | Allowed Amount: | $4,270.37 | $0.00 |
| Aetna Health Fund: | $0.00 | | Member Responsibility Amount: | $0.00 | $0.00 |
| Late Claim Interest Penalty: | $0.00 | | Paid Amount: | $4,270.37 | $0.00 |
| Original Overpayment Amount: | $4,270.37 | | | | |
| Overpayment Balance Due: | $4,270.37 | | | | |

Overpayment ID:  000018763302     Overpayment Analyst:  BRENDA SCHICK

Overpayment Reason:  The same charges were processed twice. The original claim was processed under payment ID P8Y0KSWMQ00 on 08/05/2015.

Additional Comments:

1124150005

DCN: 151124114554 SEQ: J124150005 LX

A00301377645

**aetna**®  AETNA
PO BOX 14079
LEXINGTON KY 40512-4079
*009528*J101ABD*019235*

10/31/2015
Page 1 of 3



4 OF 7 F

ENV 2051

HUMC OPCO, LLC
P.O. Box 824491
Philadelphia PA 19182-4481

RECEIVED
NOV 1 0 2015

Sum of Overpayment:     $4,366.44
Total Balance Due:      $4,366.44
Letter ID:              000000006695693
Note: For specific Claim Information please refer to the enclosed document.

**Subject: Second Request**

ATTENTION BILLING SUPERVISOR:

As a result of a routine review of claim payments, we previously notified you that there were some differences between the amount paid to you and the amount which should have been paid in accordance with our contracts/policies.

Please refer to the enclosed document for the overpayment reason for the claim(s) indicated.

*Please issue a refund check payable to Aetna Life Insurance Company in the amount of the total balance due as stated above. Please include a copy of this letter and enclosure with your payment to ensure proper identification and credit to your file and send to the following address:*

**AETNA
PO BOX 14079
LEXINGTON KY 40512-4079**

If you disagree with this request for recovery of overpayment, you may submit your written dispute, including the rationale, with a copy of the overpayment letter to the address at the top of this letter.

Since this is our FINAL request prior to taking extended action, we look forward to a response within 30 days. If you have mailed your payment please disregard this letter.

Our records indicate that the overpayment(s), as noted on the enclosed document, may be eligible to be offset from a future claims payment. If you would like us to go ahead and offset in lieu of sending a refund check, please sign and fax this letter to us with your approval at 860-754-2508. If payment, or a dispute, is not received within 30 days, we will attempt to recover the overpayment(s) that are eligible by offsetting a future payment.

_____        _____        _____        _____
Signature              Printed Name           Title                  Date

*Aetna is the brand name used for products and services provided by one or more of the Aetna group of companies. (Aetna)*

PRND2                              · 1 1 2 4 1 5 0 0 0 5

DCN: 151124114554 SEQ: 1124150005 LX

                                                        CONFIDENTIAL

Page 2 of 3

If your account does not have sufficient funds to cover the overpayment, we may consider placing your account on "hold" for future payments until there are sufficient funds to cover the overpayment, or we may forward your account to an outside recovery agency.

If you have any questions, please contact our provider customer service center at 888-632-3862.  Thank you for your cooperation.

Sincerely,

Aetna
National Accounts

Enclosure

Aetna is the brand name used for products and services provided by one or more of the Aetna group of companies. (Aetna)

PRND2                                          1 1 2 4 1 5 0 0 0 5

DCN: 151124114554 SEQ: 1124150005 LX

| | | | |
|---|---|---|---|
| Provider # (PVN or PIN): | 8420275 | Provider Name: | HOBOKEN UNIVERSITY MEDICAL CENTER |
| Provider NPI: | 1326125147 | | |
| Patient Account #: | AAF65250 | Patient Name: | |
| Member ID: | 0000199669864 | Member Name: | |
| Group #: | 0863850 | Funding: | Self Insured |
| | | Product: | Point of Service |
| Payment ID: | 815217620000476 | Product Suppressed: | N |
| Payment Date: | 08/05/2015 | Check Cashed Date. | |

| Overpayment Details | | Claim Details (Original and Corrected) | Original | Corrected |
|---|---|---|---|---|
| Benefit Plan: | $4,366.44 | Date(s) of Service: | 01/01/2015 | 01/01/2015 |
| Health Savings Account: | $0.00 | Claim Number: | PK35LG5K500 | PK35LG5K513 |
| Flexible Spending Account: | $0.00 | Billed Amount: | $69,002.26 | $69,002.26 |
| Late Claim Interest: | $0.00 | Allowed Amount: | $4,366.44 | $0.00 |
| Aetna Health Fund: | $0.00 | Member Responsibility Amount: | $64,635.82 | $0.00 |
| Late Claim Interest Penalty: | $0.00 | Paid Amount: | $4,366.44 | $0.00 |
| Original Overpayment Amount: | $4,366.44 | | | |
| Overpayment Balance Due: | $4,366.44 | | | |

Overpayment ID:  000018761709                          Overpayment Analyst:  TRACI BUSHAW
Overpayment Reason:  We received a revised bill which resulted in an incorrect payment.

Additional Comments:

1124150005

DCN: 151124114554 SEQ: 1124150005 LX

UBF-AETNA 000523

CONFIDENTIAL

# Documents Exceeding 999 Images

**Attn:  Aetna Processor.  The attached documents were received as part of a larger submission. Therefore, documents were separated in order to facilitate imaging in to IOP.**

**DCN**  **of**

**Note: Documents exceeding 999 images that contain X-rays / Photos will not have sequential DCNs. In addition, there may be other scenarios in which the DCNs will not be sequential.**

**The first page was duplicated and placed with all subsequent DCNs.**

DCN: 150420133264 SEQ: 0420150001 EP

0420150001

CONFIDENTIAL

**ChartFast** powered by ChartFast

### Invoice for Medical Record Request

Mail Checks to:

ChartFast
46-28 Vernon Blvd Ste 428
Long Island City NY 11101

Email support@chartfast.com
TAX ID: 45-5574875

Date: 10/13/14

Patient Name █████████

| Description | Amount |
|---|---|
| Social Security Request | $10.00 |
| Total Amount Due | $10.00 |

Thank you for your business

Make checks payable to **ChartFast**

0420150001

DCN: 150420133264 SEQ: 0420150001 EP

UBF-AETNA 000892                                        CONFIDENTIAL

```
                 Patient Encounter(s) History Report      Oct 13, 2014@10:53

                    (From: 05/29/14 --- Thru: 05/30/14)

Name   :          [REDACTED]              MRN: 2014915
DOB/SEX:                    MALE          ACT: 201377645
HOSP   : HOBOKEN UMC                      ADM: May 29,2014 08:58
ATTENDING:
--------------------------------------------------------------------------

******************** CONFIDENTIAL PROBLEM LIST SUMMARY ********************

intracranial (432.9)

   Onset:
   Status: ACTIVE
 SC Cond: UNKNOWN
Exposure: None

Provider:
  Clinic:

Recorded: , by OLLERES,CESAR
 Entered: 6/21/14, by
 Updated: 6/21/14

         === END ===

Acute Respiratory Failure (518.81)

   Onset: 5/29/14
   Status: ACTIVE
 SC Cond: UNKNOWN
Exposure: None

Provider:
  Clinic:

Recorded: , by SUGUITAN,MONINA
 Entered: 6/27/14, by
 Updated: 6/27/14

         === END ===


*** END ************* CONFIDENTIAL PROBLEM LIST SUMMARY ********************
```

0420150001

DCN: 150420133264 SEQ: 0420150001 EP

UBF-AETNA 000893                                          CONFIDENTIAL

```
Name    :   ████████████MALE           MRN: 2014915
DOB/SEX:                               ACT: 201377645
HOSP    : HOBOKEN UMC                  ADM: May 29,2014 08:58
ATTENDING:
```
-------------------------------------------------------------------

************** CONFIDENTIAL ALLERGIES/ADVERSE REACTIONS SUMMARY **************

No Known Allergies

*** END ****** CONFIDENTIAL ALLERGIES/ADVERSE REACTIONS SUMMARY **************

Page 2

DCN: 150420153264 SEQ: 0420150001 EP

UBF-AETNA 000894                                              CONFIDENTIAL

```
Name     :  ████████████  MALE          MRN: 2014915
DOB/SEX  :                               ACT: 201377645
HOSP     :  HOBOKEN UMC                  ADM: May 29,2014 08:56
ATTENDING:
-------------------------------------------------------------------


*********************** CONFIDENTIAL VITALS SUMMARY ***********************
Date/Time       :  05/29/2014 9:47:00 am
Temperature     :  98.3 F (36.8 C)
Pulse           :  89
Respiration     :  24
Pulse Ox.       :  100
Blood Pressure  :  234/115*
Weight          :  220 lb (99.790 kg)
Body Mass Index :  32.56*
Height          :  69 in (175.26 CM)
Circumference/G :
CVP cmH20/mmHg  :
CVP mmHg        :
Input 24hr(cc)  :
Output 24hr(cc) :
Pain            :  0
Hospital Loc    :  EMERGENCY DEPARTMENT
User Name       :  MATEO,ROBERT
          ===== END =====

Date/Time       :  05/29/2014 10:00:00 am
Temperature     :
Pulse           :  107
Respiration     :  16
Pulse Ox.       :  100
Blood Pressure  :  181/86
Weight          :
Body Mass Index :
Height          :
Circumference/G :
CVP cmH20/mmHg  :
CVP mmHg        :
Input 24hr(cc)  :
Output 24hr(cc) :
Pain            :  0
Hospital Loc    :  EMERGENCY DEPARTMENT
User Name       :  MATEO,ROBERT
          ===== END =====

Date/Time       :  05/29/2014 10:16:00 am
Temperature     :
Pulse           :  119
Respiration     :  18
Pulse Ox.       :  100
Blood Pressure  :  162/89
Weight          :
Body Mass Index :
Height          :
Circumference/G :
CVP cmH20/mmHg  :
CVP mmHg        :
Input 24hr(cc)  :
Output 24hr(cc) :
Pain            :
Hospital Loc    :  EMERGENCY DEPARTMENT
User Name       :  MATEO,ROBERT
          ===== END =====
```

0420150001

DCN: 150420133264 SEQ: 0420150001 EP

UBF-AETNA 000895                                         CONFIDENTIAL

```
Name    :  ████████████   MALE          MRN: 2014915
DOB/SEX :                               ACT: 201377645
HOSP    : HOBOKEN UMC                   ADM: May 29, 2014 08:58
ATTENDING :
```
--------------------------------------------------------------------

JUS Willow Avenue      Hoboken, NJ 07030          

### GENERAL ADMISSION CONSENT

**1. CONSENT TO CARE:** I wish to be treated by and/or admitted to CarePoint Health Hoboken University Medical Center (the "Medical Center"). While I am a patient, I give permission to my doctor(s), the hospital employees, and all the persons caring for me to provide care in ways they judge are beneficial to me. I understand that this care may include tests, examinations and medical treatments. I understand that the Medical Center is a teaching hospital and that under the appropriate supervision, medical students, fellows and residents of the Medical Center, or other teaching affiliates may participate in my care and treatment, but I may decline such participation. I understand that no guarantees have been made to me about the outcome of this care. I hereby authorize the Medical Center to preserve and use for scientific and/or teaching purposes, or dispose of any specimens or tissues taken from my body during hospitalization and hereby waive any claim or right I may have in such specimens or tissues.

**2. INDEPENDENT PHYSICIANS:** I understand and agree that (i) the physicians who participate in my care and treatment at the Medical Center are independent contractors or private practitioners who have been granted the privilege of using Medical Center facilities for the care and treatment of their patients; (ii) these physicians are not the agent or employee of the Medical Center and (iii) The Medical Center is not in any way responsible for the judgment or conduct of any physicians providing medical services at the hospital. While physicians who practice at the Medical Center must be admitted to the staff and continue to meet certain educational and experience requirements, I agree that the Medical Center is not responsible for the care provided to my by them.

**3. PATIENT RIGHTS:** I acknowledge that I have received a copy of the *New Jersey Patient Bill of Rights* and information on Advance Directives.
   **ADVANCED DIRECTIVE:** Federal and State law require hospitals to ask the following questions of all adult patients being registered to their facility.
     Do you have an Advance Directive or Living Will for healthcare?
     Name of Healthcare Proxy:
     Was a copy of the document provided at the time of registration?  □ Yes/scanned  □ No

**4. RELEASE OF INFORMATION:** The Medical Center may act, release to and/or confirm, all or part of any financial and medical information, including information regarding psychological, psychiatric, HIV and related diagnosis, drug and/or alcohol related illness, with any person, corporation or government agency that is or may be responsible to the hospital, the patient, and family member or employer for all or part of the Medical Center's charges or verification of the same. I acknowledge that the Medical Center may be required to release patient information, to federal and state agencies that monitor healthcare facilities, as well as any industries that produce and/or manufacture medical products. I authorize the Medical Center to provide access to my medical information to any person or organization in order to facilitate the provision of past hospital care, treatment or services. I acknowledge the Medical Center may access patient information from the medical record for the purposes of research. I acknowledge that I may be contacted to participate in a research study and that I have the right to agree or decline to participate. I understand that limited information will be utilized for CarePoint Health Hoboken University Medical Center patient satisfaction surveys.

**5. PERSONAL VALUABLES:** I understand that the Medical Center and its employees are not responsible for the loss of, or damage to, any money, articles or personal property. I acknowledge that these items should be sent home with family and friends. I accept full responsibility for any items that I keep in my possession.

**6. AUTHORIZATION FOR TESTING:** In the event that any healthcare provider or first responder (including emergency medical service workers and police officers) involved in my care is exposed to any blood or bodily fluids and makes a request for testing and results of such testing, I consent to the drawing of blood for the purpose of testing it for various blood borne pathogens including, but not limited to Human Immunodeficiency Virus (HIV) and Hepatitis B and C. I understand and agree that the results of this blood test shall be released to me and the healthcare provider/first responder exposed to my blood or bodily fluids. To the extent possible, these results will be provided to the healthcare provider/first responder without disclosing my name.

**7. MEDICARE PATIENTS ONLY:** I certify that the information given in applying for payment under the Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information to release to the Social Security Administration and the Center for Medicare & Medicaid Services or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that direct payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services to the physician or organization furnishing the service or authorizes such physician or organization to submit a claim to Medicare for payment.

**8. NEW JERSEY HOSPITAL CARE ASSISTANCE PROGRAM:** I have received a copy of the notice of New Jersey hospital care assistance program.

I have read the information contained above, any questions I had have been answered, and I understand its contents. I attest that my personal information provided to the Medical Center is correct. I understand that providing incorrect information for the purpose of avoiding payment or for any other reason may be considered a violation of state and/or federal law. Patient objecting to any statement in the Consent Form may put a line through that statement and initial it. This action indicates that the patient is deleting this statement and that their signature does not indicate consent or acknowledgement of that item. However, patients cannot delete this consent for treatment or items relating to their financial responsibility.

I understand that this form will be valid for the period of one year from the date signed for all outpatient services. I also understand that I have the right to ask questions at any time regarding my treatment, care or any terms contained on this consent. If I wish to revoke my consent, I may do so by completing a new form or if I wish to withdraw my consent, I must do so in writing.

Signature of Patient: _____   Date: _____  Time: _____

Signature of Healthcare Representative: ████████████████   Date: 5/29/14  Time: 9:11 Am
(when patient is unable to give consent or is a minor)
Relationship to Patient: _____

Witness Signature: _____   Date: 5/29/14  9:11 Am

Interpreter Name: _____   Interpreter ID#: _____
   □ Approved Translation Service  □ Physician or Trained Staff Member

Page 34

0420150001

UBF-AETNA 000926

CONFIDENTIAL

**CarePoint Health Hoboken University Medical Center**
308 Willow Avenue     Hoboken, NJ 07030

 

**ASSIGNMENT OF INSURANCE BENEFITS/DIRECT PAYMENT/AUTHORIZED REPRESENTATIVE/AGENT**

I AUTHORIZE AND DIRECT PAYMENT BE MADE BY ANY AND ALL COVERAGE SOURCES DIRECTLY TO THE HOSPITAL OF ALL BENEFITS, PAYMENTS, MONIES, CHECKS, FUNDS, WIRE TRANSFERS OR RECOVERY OF ANY KIND WHATSOEVER FROM ANY COVERAGE SOURCE. I ALSO AGREE TO ASSIST THE HOSPITAL IN PURSUING PAYMENT FROM ANY COVERAGE SOURCE. THIS INCLUDES, WITHOUT LIMITATION, SIGNING DOCUMENTS REQUESTED OR NEEDED TO PURSUE CLAIMS AND APPEALS, GETTING DOCUMENTS FROM COVERAGE SOURCE, OR OTHERWISE TO SUPPORT PAYMENT TO THE HOSPITAL. I ALSO DIRECT AND AGREE THAT ANY PAYMENTS OF ANY KIND (E.G., CHECKS, FUNDS, PAYMENTS, MONIES, BENEFITS OR RECOVERY FOR COVERAGE OF SERVICES BY THE HOSPITAL THAT IS SENT DIRECTLY TO ME OR TO ANOTHER THIRD PARTY REGARDLESS FOR ME) WILL BE SENT AND TURNED OVER IMMEDIATELY BY AND TO THE HOSPITAL THROUGH WHATEVER MEANS NECESSARY. THIS INCLUDES, WITHOUT LIMITATION, ME AND IF NEEDED ANY GUARDIAN ENDORSING OVER ANY CHECKS AND/OR OTHER DOCUMENTS TO THE HOSPITAL. I ALSO UNDERSTAND THAT I AM FINANCIALLY RESPONSIBLE FOR CHARGES NOT PAID ACCORDING TO THIS PROVISION, TO THE FULLEST EXTENT PERMITTED BY LAW.

I HEREBY AUTHORIZE AND DESIGNATE THE HOSPITAL AS MY AUTHORIZED AGENT AND REPRESENTATIVE TO ACT ON MY BEHALF WITH RESPECT TO ALL MATTERS RELATED TO ALL OF MY RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS OR RECOVERY ARISING OUT OF ANY COVERAGE SOURCE/S. THIS INCLUDES, WITHOUT LIMITATION, THE HOSPITAL REQUESTING VERIFICATION OF COVERAGE/PRE-CERTIFICATION/AUTHORIZATION, FILING PRE-SERVICE AND POST-SERVICE CLAIMS AND APPEALS, RECEIVING ALL INFORMATION, DOCUMENTATION, SUMMARY PLAN DESCRIPTIONS, BARGAINING AGREEMENTS, TRUST AGREEMENTS, CONTRACTS, AND ANY INSTRUMENTS UNDER WHICH THE PLAN IS ESTABLISHED OR OPERATED, AS WELL AS RECEIVING ANY POLICIES, PROCEDURES, RULES, GUIDELINES, PROTOCOLS OR OTHER CRITERIA CONSIDERED BY THE COVERAGE SOURCE, IN CONJUNCTION WITH ANY CLAIMS, APPEALS, OR NOTIFICATIONS RELATED TO CLAIMS OR APPEALS.

**STATEMENT OF FINANCIAL RESPONSIBILITY**

I UNDERSTAND THAT I AM FINANCIALLY AND LEGALLY RESPONSIBLE FOR CHARGES NOT COVERED IN FULL BY ANY THIRD PARTY, TO THE FULL EXTENT PERMITTED BY LAW. I FURTHER AGREE THAT SHOULD I NOT PAY ANY BALANCE OWED BY ME WITHIN THIRTY (30) DAYS AFTER THE DATE OF DISCHARGE, MY ACCOUNT WILL BE CONSIDERED DELINQUENT. I AGREE TO PAY COSTS OF COLLECTION, INCLUDING REASONABLE ATTORNEY'S FEES AND COSTS, COLLECTION AGENCY FEES AND COSTS, AND INTEREST WHICH SHALL ACCRUE AT THE MAXIMUM RATE ALLOWED BY LAW.

**CONSENT TO CONTACT**

BY PROVIDING US WITH YOUR LANDLINE OR CELL PHONE NUMBER(S), YOU GIVE YOUR CONSENT FOR US, OUR AGENTS, AND TO OUR COLLECTION AGENTS, TO CONTACT YOU AT THESE NUMBERS, OR, AT ANY NUMBER THAT IS LATER ACQUIRED FOR YOU AND, TO LEAVE LIVE, OR PRE-RECORDED MESSAGES REGARDING ANY ACCOUNTS OR SERVICES. FOR GREATER EFFICIENCY, CALLS MAY BE DELIVERED BY AN AUTODIALER.

**PRE-CERTIFICATION REQUIREMENTS**

I UNDERSTAND THAT IF I DO NOT COMPLY WITH MY INSURANCE POLICY PRE-CERTIFICATION REQUIREMENTS OR IF ANY SERVICE IS NOT CERTIFIED, THEN I MAY NOT BE ENTITLED TO INSURANCE BENEFITS. IN THAT EVENT, I MAY BE RESPONSIBLE FOR ANY AND ALL CHARGES OF THE MEDICAL CENTER AT ITS REGULAR RATES AS SET FORTH IN PARAGRAPH 7.

**PHYSICIAN CHARGES**

I UNDERSTAND THAT THE MEDICAL CENTER'S CHARGES DO NOT INCLUDE THE FEES OF THE PATIENT'S TREATING PHYSICIANS. IF APPLICABLE, I UNDERSTAND THAT I WILL RECEIVE A SEPARATE BILL FOR THESE SERVICES AND SUCH BILLS MAY COME DIRECTLY FROM THE PHYSICIANS, SUCH AS EMERGENCY ROOM PHYSICIANS, RADIOLOGISTS, PATHOLOGISTS, ANESTHESIOLOGISTS, AND OTHER SPECIALISTS. I UNDERSTAND THAT LEVEL OF INSURANCE BENEFITS PAYABLE FOR TREATMENT AT THE PATIENT'S TREATING PHYSICIANS MAY DIFFER FROM THE LEVEL OF INSURANCE BENEFITS PAYABLE FOR TREATMENT PROVIDED BY THE MEDICAL CENTER. IT IS MY RESPONSIBILITY TO DETERMINE THE EXTENT OF MY INSURANCE COVERAGE FOR TREATMENT AT ANY TREATING PHYSICIAN AT THE MEDICAL CENTER.

UNLESS OTHERWISE REVOKED BY ME, THIS AUTHORIZATION IS CONSIDERED VALID FOR (6) MONTHS FROM THE DATE BELOW. I UNDERSTAND THAT REVOCATION MAY NOT BE MADE IF ACTION HAS ALREADY BEEN TAKEN IN RELIANCE ON THIS AUTHORIZATION. I ALSO UNDERSTAND THAT THIS CONSENT SHALL OPERATE AS A COMPLETE RELEASE OF LIABILITY TO THE HOSPITAL AND THE PHYSICIANS AND THEIR EMPLOYEES AND AGENTS FOR THE RELEASE OF INFORMATION AS STATE ABOVE.

IN WITNESS WHEREOF, THE UNDERSIGNED HAVE HERETO SET THEIR HANDS

WITNESS SIGNATURE: _____     PATIENT SIGNATURE: _____

IF PATIENT IS UNABLE TO CONSENT OR IS A MINOR, COMPLETE THE FOLLOWING:

( ) PATIENT IS MINOR OF _____ YEARS OF AGE.     ( ) UNABLE TO CONSENT BECAUSE _____

Page 35

0420150001

UBF-AETNA 000927                                   CONFIDENTIAL

```
Name    :  ███████████            MRN: 2014915
DOB/SEX:  ███████████  MALE       ACT: 203377645
HOSP    :  HOBOKEN UMC             ADM: May 29,2014 08:58
ATTENDING:
---------------------------------------------------------------------
       -    Clerk Verified:    KOZEL,KATHLEEN (UNIT CLERK) on 06/20/2014 09:10
       -    Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/20/2014
       -                       20:20
       -

06/20/14 15:20   dc  CHU,DANIEL          06/20/14 15:20    08/19/14 07:35
       ELECTRONICALLY ENTERED         ELECTRONIC
Treating Specialty:              MED/SURG
Ordering Location:               4ICU
       Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014 15:36
       Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/20/2014 20:20
       - Activity:
       - 06/20/2014 15:20  New Order entered by CHU,DANIEL (PHYSICIAN)
       -    Order Text:        Transfer Patient
       -                       4 North Telemetry
       -    Nature of Order:   ELECTRONICALLY ENTERED
       -    Elec Signature:    CHU,DANIEL (PHYSICIAN) on 06/20/2014 15:20
       -    Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014
       -                       15:36
       -    Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/20/2014
       -                       20:20
       - 08/19/2014 07:35  Auto-Discontinued by CPRS
       -    Patient Movement:  DISCHARGE on 08/17/2014 24:00 from MED/SURG on 4NO
       -

06/20/14 16:13   c  CHU,DANIEL           06/20/14 16:57    06/22/14 11:39
       ELECTRONICALLY ENTERED         ELECTRONIC
Treating Specialty:              MED/SURG
Ordering Location:               4ICU
       Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014 17:05
       Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/20/2014 20:20
       - Activity:
       - 06/20/2014 16:13  New Order entered by CHU,DANIEL (PHYSICIAN)
       -    Order Text:        CULTURE URINE URINE MID STREAM WC ONCE
       -    Nature of Order:   ELECTRONICALLY ENTERED
       -    Elec Signature:    CHU,DANIEL (PHYSICIAN) on 06/20/2014 16:16
       -    Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014
       -                       17:05
       -    Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/20/2014
       -                       20:20


06/20/14 16:14   c  CHU,DANIEL           06/20/14 16:57    06/26/14 13:02
       ELECTRONICALLY ENTERED         ELECTRONIC
Treating Specialty:              MED/SURG
Ordering Location:               4ICU
       Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014 17:05
       Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/20/2014 20:20
       - Activity:
       - 06/20/2014 16:14  New Order entered by CHU,DANIEL (PHYSICIAN)
       -    Order Text:        CULTURE RESPIRATORY SPUTUM. WC ONCE
       -    Nature of Order:   ELECTRONICALLY ENTERED
       -    Elec Signature:    CHU,DANIEL (PHYSICIAN) on 06/20/2014 16:16
       -    Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014
       -                       17:05
```

0420150001J

DCN: 150420133264 SEQ: 0420150001 EP

                                    CONFIDENTIAL



CONFIDENTIAL

UBF-AETNA 001133

CONFIDENTIAL

ECHS - Electronic Correspondence Handling System                                    Page 1 of 1

| | | |
|---|---|---|
| **Worktask ID:** EW201504200055349 | | Select Audit Point to View: CURRENT dated 0507201 |
| **Status:** TRANSFERRED | | **Reason:** TRANSFER TO PATIENT MNGNT |

| | | | |
|---|---|---|---|
| Aetna Received Date: | 04/20/2015 | Type: | MEDICAL |
| Category: | NEW CLAIM | Indexed ID: | W199669864 |
| Ctl/Group #: | 863860 | Subscriber ID: | XXXXXX0664 |
| Market Segment: | NATIONAL ACCOUNTS | Subscr First Name: | ▮ |
| Office Key: | 153 | Subscr Last Name: | |
| Product: | MANAGED CHOICE | Subscr Zip Code: | 07030 |
| Reference ID: | | Date of Service: | 05/29/2014 |
| Region: | NAT DIRECT | Patient Date of Birth: | ▮ |
| Provider TIN: | XXXXX7328 | Patient Relationship: | INSURED |
| Provider Zip Code: | 07030 | Patient First Name: | ▮ |
| Provider State: | | | |
| Provider First Name: | HOBOKEN | | |
| Provider Last Name: | UNIVERSITY MEDICAL CENTER | | |
| Provider PIN: | 6420275 | | |
| Primary Specialty: | | | |
| Importance: | | | |

| DCN: | Copy: | Received: | Source: |
|---|---|---|---|
| 150420133264 | | 04/20/2015 | PO BOX |

**Historical Notes**

05/07/2015 03:31 PM HENDERSON,HOLLY
medical records that debra wilson, clinical te
lead with aetna, on the manhattan team,
requested received here. she is reviewing
precertification for this member and this
inpatient stay.
04/30/2015 02:26 PM WILLIAMS,TINA L
not on file

**My Notes**

[ Add Notes ]    [ Close ]

CONFIDENTIAL



CONFIDENTIAL

# Documents Exceeding 999 Images

**Attn: Aetna Processor. The attached documents were received as part of a larger submission. Therefore, documents were separated in order to facilitate imaging in to IOP.**

**DCN**  **of**

**Note: Documents exceeding 999 images that contain X-rays / Photos will not have sequential DCNs. In addition, there may be other scenarios in which the DCNs will not be sequential.**

**The first page was duplicated and placed with all subsequent DCNs.**

DCN: 150420133265 SEQ: 0420150002 EP

UBF-AETNA 001139                                                    CONFIDENTIAL

```
Name    :  ████████████ MALE          MRN: 2014915
DOB/SEX :  ████████████               ACT: 201377645
HOSP    :  HOBOKEN UMC                ADM: May 29,2014 08:58
ATTENDING:
------------------------------------------------------------------

Treating Specialty:        MED/SURG
Ordering Location:         4ICU
    Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014 16:54
    Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/20/2014 20:21
    Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014 16:54
    Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/20/2014 20:21
  - Activity:
  - 06/20/2014 16:15  New Order entered by CHU,DANIEL (PHYSICIAN)
  -     Order Text:        VANCOMYCIN INJ
  -                        500MG/1VIAL IVPB Q12H
  -     Nature of Order:   ELECTRONICALLY ENTERED
  -     Elec Signature:    CHU,DANIEL (PHYSICIAN) on 06/20/2014 16:16
  -     Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014
                           16:54
  -     Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/20/2014
                           20:21
  - 06/20/2014 16:24  Change entered by ARUCA,CATHY (REGISTERED PHAR)
  -     Changed to:        VANCOMYCIN INJ
  -                        .5 GM IVPB Q12H
  -     Nature of Order:   SERVICE CORRECTION
  -     Signature:         SERVICE CORRECTION TO SIGNED ORDER
  -     Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014
                           16:54
  -     Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/20/2014
                           20:21
  -


06/20/14 16:17    e    CHU,DANIEL        06/20/14 17:00    06/25/14 07:00
SERVICE CORRECTION                SERVICE CORRECTION to signed order
Treating Specialty:        MED/SURG
Ordering Location:         4ICU
    Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014 16:57
    Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/20/2014 20:21
    Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014 16:57
    Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/20/2014 20:21
  - Activity:
  - 06/20/2014 16:15  New Order entered by CHU,DANIEL (PHYSICIAN)
  -     Order Text:        CEFEPIME INJ,PWDR
  -                        1GM/1VIAL IV Q8H
  -     Nature of Order:   ELECTRONICALLY ENTERED
  -     Elec Signature:    CHU,DANIEL (PHYSICIAN) on 06/20/2014 16:16
  -     Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014
                           16:57
  -     Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/20/2014
                           20:21
  - 06/20/2014 16:17  Change entered by ARUCA,CATHY (REGISTERED PHAR)
  -     Changed to:        CEFEPIME INJ,PWDR
  -                        1 GM IVPB Q8H
  -     Nature of Order:   SERVICE CORRECTION
  -     Signature:         SERVICE CORRECTION TO SIGNED ORDER
  -     Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014
                           16:57
  -     Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/20/2014
                           20:21
  -
```

0420150002

UBF-AETNA 001142

CONFIDENTIAL

```
Name    :          ████████  MALE        MRN: 2014915
DOB/SEX :          ████████               ACT: 201377645
HOSP    : HOBOKEN UMC                      ADM: May 29,2014 08:58
ATTENDING:
--------------------------------------------------------------------
```

```
06/20/14 16:15    e  CHU,DANIEL           06/20/14 21:00    06/25/14 07:00
  ELECTRONICALLY ENTERED         ELECTRONIC
  Treating Specialty:            MED/SURG
  Ordering Location:             4ICU
    Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014 16:57
    Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/20/2014 20:21
  - Activity:
  - 06/20/2014 16:15  New Order entered by CHU,DANIEL (PHYSICIAN)
  -     Order Text:       CIPROFLOXACIN 400MG/DEXTROSE INJ,SOLN
  -                       400MG IVPB Q12H
  -     Nature of Order:  ELECTRONICALLY ENTERED
  -     Elec Signature:   CHU,DANIEL (PHYSICIAN) on 06/20/2014 16:16
  -     Nurse Verified:   COLBERT,ERIKA (REGISTERED NURS) on 06/20/2014
  -                       16:57
  -     Chart Reviewed:   OLLERES,CESAR (REGISTERED NURS) on 06/20/2014
  -                       20:21
  -
```

```
06/21/14 01:56    c  EMUWA,CHINENYE       06/21/14 05:41:11  06/21/14 05:42
  TELEPHONED                     ELECTRONIC
  Treating Specialty:            MED/SURG
  Ordering Location:             4ICU
    Nurse Verified:    OLLERES,CESAR (REGISTERED NURS) on 06/21/2014 01:58
    Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/21/2014 01:58
  - Activity:
  - 06/21/2014 01:56  New Order entered by OLLERES,CESAR (REGISTERED NURS)
  -     Order Text:       ABG & CO-OXIMETER ARTERIAL BLOOD WC ONCE
  -     Nature of Order:  TELEPHONE ORDER/READBACK VERIFIED
  -     Released by:      OLLERES,CESAR (REGISTERED NURS) on 06/21/2014
  -                       01:58
  -     Elec Signature:   EMUWA,CHINENYE (PHYSICIAN) on 06/21/2014 04:01
  -     Nurse Verified:   OLLERES,CESAR (REGISTERED NURS) on 06/21/2014
  -                       01:58
  -     Chart Reviewed:   OLLERES,CESAR (REGISTERED NURS) on 06/21/2014
  -                       01:58
  -
```

```
06/21/14 05:59    dc  EMUWA,CHINENYE      06/21/14 05:59    08/19/14 07:35
  TELEPHONED                     ELECTRONIC
  Treating Specialty:            MED/SURG
  Ordering Location:             4ICU
    Nurse Verified:    OLLERES,CESAR (REGISTERED NURS) on 06/21/2014 06:00
    Chart Reviewed:    OLLERES,CESAR (REGISTERED NURS) on 06/21/2014 06:00
  - Activity:
  - 06/21/2014 05:59  New Order entered by OLLERES,CESAR (REGISTERED NURS)
  -     Order Text:       Vent settings: PRVC AC=13, TV=500, FIO2=35%,
  -                       PEEP=5
  -     Nature of Order:  TELEPHONE ORDER/READBACK VERIFIED
  -     Released by:      OLLERES,CESAR (REGISTERED NURS) on 06/21/2014
  -                       05:59
  -     Elec Signature:   EMUWA,CHINENYE (PHYSICIAN) on 06/21/2014 18:54
  -     Nurse Verified:   OLLERES,CESAR (REGISTERED NURS) on 06/21/2014
  -                       06:00
  -     Chart Reviewed:   OLLERES,CESAR (REGISTERED NURS) on 06/21/2014
  -                       06:00
```

0420150002

CONFIDENTIAL

```
Name    :  [REDACTED]              MRN : 2014915
DOB/SEX :  [REDACTED]  MALE        ACT : 201377645
HOSP    :  HOBOKEN UMC             ADM : May 29,2014 08:58
ATTENDING:
-----------------------------------------------------------------------
    -    Chart Reviewed:    MADIGAN,CATHERINE (REGISTERED NURS) on 06/24/2014
                            23:40
    - 08/19/2014 07:35 Auto-Discontinued by CPRS
    -    Patient Movement:  DISCHARGE on 08/17/2014 24:00 from MED/SURG on 4NO


06/21/14 07:26    e   AMIN,DEEPAK         06/21/14 06:55    06/22/14 07:00
  SERVICE CORRECTION                SERVICE CORRECTION to signed order
Treating Specialty:                MED/SURG
Ordering Location:                 4ICU
    Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014 07:49
    Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014 07:49
    - Activity:
    - 06/21/2014 06:55  New Order entered by AMIN,DEEPAK (PHYSICIAN)
    -    Order Text:       SODIUM CHLORIDE 0.9% INJ,SOLN  50 ml 50 ml/hr
    -    Nature of Order:  ELECTRONICALLY ENTERED
    -    Elec Signature:   AMIN,DEEPAK (PHYSICIAN) on 06/21/2014 06:55
    -    Nurse Verified:   COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014
                           07:49
    - 06/21/2014 07:26  Change entered by SANCHEZ-ABREU,SYLVIA (REGISTERED PHAR)
    -    Changed to:       SODIUM CHLORIDE 0.9% INJ,SOLN  1000 ml 50 ml/hr
    -    Nature of Order:  SERVICE CORRECTION
    -    Signature:        SERVICE CORRECTION TO SIGNED ORDER
    -    Nurse Verified:   COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014
                           07:49
    -


06/21/14 06:55    c   AMIN,DEEPAK         06/22/14 08:00    06/22/14 08:09
  ELECTRONICALLY ENTERED            ELECTRONIC
Treating Specialty:                MED/SURG
Ordering Location:                 4ICU
    Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014 07:49
    - Activity:
    - 06/21/2014 06:55  New Order entered by AMIN,DEEPAK (PHYSICIAN)
    -    Order Text:       COMPLETE BLOOD COUNT LAV-WB BLOOD LC ONCE
    -    Nature of Order:  ELECTRONICALLY ENTERED
    -    Elec Signature:   AMIN,DEEPAK (PHYSICIAN) on 06/21/2014 06:55
    -    Nurse Verified:   COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014
                           07:49
    -


06/21/14 06:55    c   AMIN,DEEPAK         06/22/14 08:00    06/22/14 09:23
  ELECTRONICALLY ENTERED            ELECTRONIC
Treating Specialty:                MED/SURG
Ordering Location:                 4ICU
    Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014 07:49
    - Activity:
    - 06/21/2014 06:55  New Order entered by AMIN,DEEPAK (PHYSICIAN)
    -    Order Text:       COMP METABOLIC PANEL MINT PLASMA LC ONCE
    -    Nature of Order:  ELECTRONICALLY ENTERED
    -    Elec Signature:   AMIN,DEEPAK (PHYSICIAN) on 06/21/2014 06:55
    -    Nurse Verified:   COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014
                           07:49
    -
```

DCN: 150420133265 SEQ: 0420150002 EP

CONFIDENTIAL

```
Name    :  ███████████    MALE          MRN: 2014915
DOB/SEX:  ███████████                   ACT: 201377645
HOSP    : HOBOKEN UMC                   ADM: May 29,2014 08:58
ATTENDING:
-------------------------------------------------------------------------
```

```
06/21/14 06:55    dc  AMIN,DEEPAK           06/22/14 06:00    06/22/14 04:00
   ELECTRONICALLY ENTERED         ELECTRONIC
   Treating Specialty:            MED/SURG
   Ordering Location:             4ICU
      Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014 07:49
   - Activity:
   - 06/21/2014 06:55  New Order entered by AMIN,DEEPAK (PHYSICIAN)
   -     Order Text:        COMPLETE BLOOD COUNT LAV-WB BLOOD LC ONCE
   -     Nature of Order:   ELECTRONICALLY ENTERED
   -     Elec Signature:    AMIN,DEEPAK (PHYSICIAN) on 06/21/2014 06:56
   -     Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014
                            07:49
   - 06/22/2014 04:00  Discontinued by HOLMAN,JOY (SYSTEM MANAGER)
   -     Reason for DC:     DUPLICATE TEST: Combined with LB #62742


06/21/14 11:09    dc  ABRAHAM,JAMES         06/21/14 11:09    08/19/14 07:35
   ELECTRONICALLY ENTERED         ELECTRONIC
   Treating Specialty:            MED/SURG
   Ordering Location:             4ICU
      Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014 16:33
   - Activity:
   - 06/21/2014 11:09  New Order entered by ABRAHAM,JAMES (PHYSICIAN)
   -     Order Text:        ps18/FIo2 40 %, keep SPO2 >94%
   -     Nature of Order:   ELECTRONICALLY ENTERED
   -     Elec Signature:    ABRAHAM,JAMES (PHYSICIAN) on 06/21/2014 11:09
   -     Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014
                            16:33
   - 08/19/2014 07:35  Auto-Discontinued by CPRS
   -     Patient Movement:  DISCHARGE on 08/17/2014 24:00 from MED/SURG on 4NO


06/21/14 14:01    e   ABRAHAM,JAMES         06/21/14 14:00    06/24/14 07:00
   SERVICE CORRECTION             ELECTRONIC
   Treating Specialty:            MED/SURG
   Ordering Location:             4ICU
      Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014 13:58
      Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014 15:08
   - Activity:
   - 06/21/2014 13:57  New Order entered by COLBERT,ERIKA (REGISTERED NURS)
   -     Order Text:        LORazepam INJ
                            2MG/1ML IV Q6H PRN seizures or increasing
                            myoclonic activity.
   -     Nature of Order:   TELEPHONE ORDER/READBACK VERIFIED
   -     Released by:       COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014
                            13:57
   -     Ordered by:        ABRAHAM,JAMES (PHYSICIAN)
   -     Signature:         NOT REQUIRED DUE TO SERVICE CANCEL
   -     Nurse Verified:    COLBERT,ERIKA (REGISTERED NURS) on 06/21/2014
                            13:58
   - 06/21/2014 14:01  Change entered by SANCHEZ-ABREU,SYLVIA (REGISTERED PHAR)
   -     Changed to:        LORazepam INJ
                            2MG/1ML IV Q6H PRN seizures or increasing
                            myoclonic activity.
```

Page 244

0420150002

                                      CONFIDENTIAL

```
Name  :  ███████████ HALE         MRN: 2014915
DOB/SEX:                           ACT: 201377645
HOSP  : HOBOKEN UMC               ADM: May 29,2014 08:58
ATTENDING:
-----------------------------------------------------------------

ADRs:     No ADRs on file.

Allergies: No Known Allergies
=================================================================

Initial - Name Legend


Status Codes
C - Completed
G - Given
H - Held
I - Infusing
M - Missing Dose Requested
R - Refused
RM - Removed
S - Stopped
*** - Medication Not Due


*** END ******* CONFIDENTIAL MEDICATION ADMINISTRATION SUMMARY ****************



[[[ END ]]]   Patient Encounter(s) History Report      Oct 13, 2014@10:53
```

Page 493

0420150002

DCN: 150420133263 SEQ: 0420150002 EP

UBF-AETNA 001393                                          CONFIDENTIAL



PATIENT FINANCIAL SERVICES
2 BRIGHTON ROAD, SUITE 300
CLIFTON, NJ 07012

CERTIFIED MAIL

7014 3490 0000 8052 5204

US POSTAGE PITNEY BOWES
$02.75

DCN: 150420133265 SEQ: 0420150002 EP

AETNA Healthcare
P.O. Box 981106

UBF-AETNA 001394

CONFIDENTIAL

**aetna®**
P.O. BOX 981106
EL PASO TX 79998-1106
USA

HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

| Claim Payment |
Please Retain for Future Reference

Printed:      08/05/2015
Page:         1 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:            0006420275
TIN:            XXXXXXXX7328
Trace Number:   815217620000476
Trace Amount:   $12,907.18

Aetna Life Insurance Company or an Affiliated Company
as Agent for Specified Payer(s)
P.O. BOX 981100
EL PASO TX 79998-1106
USA

ID No: XXXXXXXX7328
Seq No: 000000004

Trace No: 520000476
Acct: 09046

61 - 44
119 CT

06-05-2015

**NON-NEGOTIABLE NON-NEGOTIABLE**    VOID AFTER ONE YEAR

PAY    Twelve Thousand Nine Hundred Seven Dollars and 18/100    *****$12,907.18

TO THE
ORDER OF    HUMC OPCO, LLC
PO BOX 824491
Bank of America    PHILADELPHIA PA 19182-4491

**VOID VOID**
786 (10-02)

# Payment was made via Electronic Funds Transfer

DCN: 150917110616 SEQ: 0917150014 EP

UBF-AETNA 001840    CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
Please Retain for Future Reference

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 3 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN: 0008420276
TIN: XXXXXXXX7328
Trace Number: 815217520000476
Trace Amount: $12,907.18

---

## Patient Name: ███████████ (self)

**Remarks (contd):**
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P8Y0K3WMQ09    Recd: 06/23/15    Member ID: W199869864    Patient Account: AAF65250
Member: ███████████
Group Name: UNITED BENEFIT FUND                                           Group Number: 0863869-10-151  I P13MED
Product: Aetna Choice® POS II                                             Network ID: 00000
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 450 | | 63,714.85 | | | 63,714.85 | 1 | | | 63,714.85 | 0.00 |
| TOTALS | | | | 63,714.85 | | | 63,714.85 | | | | 63,714.85 | 0.00 |

ISSUED AMT:    NO PAY

**Remarks:**
1 – This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P8Y0K3WMQ08    Recd: 06/23/15    Member ID: W199869864    Patient Account: AAF65250
Member: ███████████
Group Name: UNITED BENEFIT FUND                                           Group Number: 0863860-10-151  I P13MED
Product: Aetna Choice® POS II                                             Network ID: 00000
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 66,527.86 | | | 66,527.86 | 1 | | | 66,527.86 | 0.00 |
| TOTALS | | | | 66,527.86 | | | 66,527.86 | | | | 66,527.86 | 0.00 |

ISSUED AMT:    NO PAY

**Remarks:**
1 – This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P8Y0K3WMQ07    Recd: 06/23/15    Member ID: W199869864    Patient Account: AAF65250
Member: ███████████
Group Name: UNITED BENEFIT FUND                                           Group Number: 0863860-10-151  I P13MED
Product: Aetna Choice® POS II                                             Network ID: 00000
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 66,527.86 | | | 66,527.86 | 1 | | | 66,527.86 | 0.00 |
| TOTALS | | | | 66,527.86 | | | 66,527.86 | | | | 66,527.86 | 0.00 |

ISSUED AMT:    NO PAY

**Continued on Next Page**

DCN: 130917110616 SEQ: 0017150014 EP

UBF-AETNA 001841

CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

Printed: 09/05/2015
Page: 4 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN: 0006420275
TIN: XXXXXXXX7326
Trace Number: 815217520000476
Trace Amount: $12,907.16

**Patient Name:** ███████ (self)

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J58]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P9Y0KSWMQ06   Recd: 08/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ███████                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863880-10-151  I P15MED
Product: Aetna Choice® POS II                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | MODAL SERVICE | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 410 | | 86,527.66 | | | 86,527.66 | 1 | | | 86,527.66 | 0.00 |
| **TOTALS** | | | | 86,527.66 | | | 86,527.66 | | | | 86,527.66 | 0.00 |

ISSUED AMT:    NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J58]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P9Y0KSWMQ05   Recd: 08/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ███████                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                    Group Number: 0863880-10-151  I P15MED
Product: Aetna Choice® POS II                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | MODAL SERVICE | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 361 | | 14,127.48 | | | 14,127.48 | 1 | | | 14,127.48 | 0.00 |
| 05/29-12/31/14 | 21 | 370 | | 13,641.19 | | | 13,641.19 | 1 | | | 13,641.19 | 0.00 |
| 05/29-12/31/14 | 21 | 380 | | 8,385.60 | | | 8,385.60 | 1 | | | 8,385.60 | 0.00 |
| 05/29-12/31/14 | 21 | 381 | | 8,384.91 | | | 8,384.91 | 1 | | | 8,384.91 | 0.00 |
| 05/29-12/31/14 | 21 | 402 | | 4,582.15 | | | 4,582.15 | 1 | | | 4,582.15 | 0.00 |
| 08/29/14 | | 450 | | 15,605.40 | | | 15,605.40 | 1 | | | 15,605.40 | 0.00 |
| 05/29-12/31/14 | 21 | 483 | | 2,431.35 | | | 2,431.35 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 710 | | 6,788.54 | | | 6,788.54 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 730 | | 2,224.08 | | | 2,224.08 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 740 | | 5,039.87 | | | 5,039.87 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 750 | | 2,112.64 | | | 2,112.64 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 761 | | 73.68 | | | 73.68 | 2 | | | | 0.00 |
| 05/29-12/31/14 | 21 | 921 | | 1,964.68 | | | 1,964.68 | 2 | | | | 0.00 |
| **TOTALS** | | | | 85,339.28 | | | 85,339.28 | | | | 62,726.73 | 0.00 |

ISSUED AMT:    NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J58]
2 - This is a duplicate claim that has already been considered for payment. 114

*Continued on Next Page*

DCN: 150917110616 SEQ: 0917150014 EP

UBF-AETNA 001842                                                    CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX #24491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 5 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:        0006A00275
TIN:        XXXXXXXX7328
Trace Number:    8152175200000476
Trace Amount:    $12,907.18

**Patient Name:** ▇▇▇▇ ▇▇▇▇ *(self)*

Remarks (contd):
*This amount has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PSY9K9WMQ04    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65260
Member: ▇▇▇▇
Group Name: UNITED BENEFIT FUND                                     Group Number: 0863860-10-151  I P19ME0
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 301 | | 58,696.76 | | | 58,696.76 | 1 | | | 58,696.76 | 0.00 |
| 05/29-12/31/14 | 21 | 351 | | 6,265.28 | | | 6,265.28 | 1 | | | 6,265.28 | 0.00 |
| 05/29-12/31/14 | 21 | 352 | | 4,252.07 | | | 4,252.07 | 1 | | | 4,252.07 | 0.00 |
| 05/29-12/31/14 | 21 | 360 | | 22,454.16 | | | 22,454.16 | 1 | | | 22,454.16 | 0.00 |
| **TOTALS** | | | | **91,668.29** | | | **91,668.29** | | | | **91,668.29** | **0.00** |

ISSUED AMT:              NO PAY

Remarks:
1 – *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PSY0K9WMQ03    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65259
Member: ▇▇▇▇
Group Name: UNITED BENEFIT FUND                                     Group Number: 0863860-10-151  I P19ME0
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 301 | | 58,696.76 | | | 58,696.76 | 1 | | | 58,696.76 | 0.00 |
| 05/29-12/31/14 | 21 | 324 | | 23,797.52 | | | 23,797.52 | 1 | | | 23,797.52 | 0.00 |
| **TOTALS** | | | | **82,494.31** | | | **82,494.31** | | | | **82,494.31** | **0.00** |

ISSUED AMT:              NO PAY

Remarks:
1 – *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
*Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: PSY0K9WMQ02    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65260
Member: ▇▇▇▇
Group Name: UNITED BENEFIT FUND                                     Group Number: 0863860-10-151  I P19ME0
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-12/31/14 | 21 | 270 | | 4,548.51 | | | 4,548.51 | 1 | | | 4,548.51 | 0.00 |
| 05/29-12/31/14 | 21 | 271 | | 0.36 | | | | | | | 0.36 | 0.00 |

*Continued on Next Page*

DCN: 15091713.0616 SEQ: 0917150014 EF

CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

Please Retain for Future Reference

Printed:        08/05/2015
Page:           6 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:            0008420276
TIN:            XXXXXXXX7328
Trace Number:   8152176200000476
Trace Amount:   $12,807.16

---

**Patient Name:** ▉▉▉▉▉▉▉  (self)

| SERVICE DATES | PL | SERVICE CODE | NUM RVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/28-12/31/14 | 21 | 272 | | 15,968.12 | | | 15,968.12 | 1 | | | 15,968.12 | 0.00 |
| 05/28-12/31/14 | 21 | 278 | | 5,513.08 | | | 5,513.08 | 1 | | | 5,513.08 | 0.00 |
| 05/28-12/31/14 | 21 | 300 | | 11,636.53 | | | 11,636.53 | 1 | | | 11,636.53 | 0.00 |
| 05/28-12/31/14 | 21 | 302 | | 4,657.35 | | | 4,657.35 | 1 | | | 4,657.35 | 0.00 |
| 05/28-12/31/14 | 21 | 305 | | 1,145.17 | | | 1,145.17 | 2 | | | 1,145.17 | 0.00 |
| 05/28-12/31/14 | 21 | 306 | | 729.76 | | | 729.76 | 2 | | | 729.76 | 0.00 |
| 05/28-12/31/14 | 21 | 307 | | 1,029.33 | | | 1,029.33 | 2 | | | 1,029.33 | 0.00 |
| 05/28-12/31/14 | 21 | 309 | | 22,180.76 | | | 22,180.76 | 2 | | | 22,180.76 | 0.00 |
| 05/28-12/31/14 | 21 | 310 | | 1,232.37 | | | 1,232.37 | 2 | | | 1,232.37 | 0.00 |
| 05/28-12/31/14 | 21 | 320 | | 16,715.67 | | | 16,715.67 | 2 | | | 16,715.67 | 0.00 |
| **TOTALS** | | | | 84,367.88 | | | 84,367.88 | | | | 42,234.93 | 0.00 |

ISSUED AMT:              NO PAY

Remarks:
1 – This amount represents the difference between the billed amount and the reasonable and customary rate. (J66)
2 – This is a duplicate claim that has already been considered for payment. 114
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PSY0KSWMQ01     Recd: 08/23/15     Member ID: W198889864     Patient Account: AAF85250
Member: ▉▉▉▉▉▉▉                                                                DIAG: 434.91, 431, 519.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151 | P15MED
Product: Aetna Choice® POS II                                               Network ID: 60000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM RVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/28-12/31/14 | 21 | 252 | | 47,145.78 | | | 47,145.79 | 1 | | | 47,145.79 | 0.00 |
| 05/28-12/31/14 | 21 | 260 | | 32,666.60 | | | 32,666.60 | 1 | | | 32,666.60 | 0.00 |
| **TOTALS** | | | | 79,812.39 | | | 79,812.39 | | | | 79,812.39 | 0.00 |

ISSUED AMT:              NO PAY

Remarks:
1 – This amount represents the difference between the billed amount and the reasonable and customary rate. (J66)
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: PSY0KSWMQ00     Recd: 08/23/15     Member ID: W198889864     Patient Account: AAF65250
Member: ▉▉▉▉▉▉▉                                                                DIAG: 434.91, 431, 519.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-151 | P15MED
Product: Aetna Choice® POS II                                               Network ID: 60000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM RVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/28-12/31/14 | 21 | 250 | 960.0 | 93,476.55 | 4,270.37 | | | | | | | 4,270.37 |
| **TOTALS** | | | | 93,476.55 | 4,270.37 | | | | | | | 4,270.37 |

*Continued on Next Page*

DCN: 150917110016 SEQ: 0917150014 EP

UBF-AETNA 001844

CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

Printed:                08/05/2015
Page:                   7 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                    0008420275
TIN:                    XXXXXXXX7328
Trace Number:           8162175200000476
Trace Amount:           $12,907.18

**Patient Name:** ▮▮▮▮▮▮▮        (self)

ISSUED AMT:        $4,270.37

Remarks:
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN38    Recd: 05/23/15    Member ID: W199569864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0883860-10-151  I P13ME0
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27-12/31/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:        NO PAY

Remarks:
1 – This amount represents the difference between the billed amount and the reasonable and customary rate. [J88]
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN37    Recd: 05/23/15    Member ID: W199569864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0883860-10-151  I P13ME0
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22-12/26/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:        NO PAY

Remarks:
1 – This amount represents the difference between the billed amount and the reasonable and customary rate. [J88]
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN36    Recd: 05/23/15    Member ID: W199569864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                        Group Number: 0883860-10-151  I P13ME0
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/17-12/21/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

*Continued on Next Page*

DCN: 150917110616 SEQ: 0917150014 EP

UBF-AETNA 001845

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 8 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:                0006420275
TIN:                XXXXXXXX7326
Trace Number:       815217520000476
Trace Amount:       $12,907.18

---

**Patient Name:** ███████████ (self)

ISSUED AMT:          NO PAY

**Remarks:**
1 – This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN35   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ███████████                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-10-151  I P15MED
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/12-12/16/14 | 21 | 205 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:          NO PAY

**Remarks:**
1 – This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN34   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ███████████                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-10-151  I P15MED
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/07-12/11/14 | 21 | 205 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:          NO PAY

**Remarks:**
1 – This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN33   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ███████████                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-10-151  I P15MED
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

DCN: 150917110616 SEQ: 0917150014 EP

UBF-AETNA 001846                                                    CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 9 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN: 0006420275
TIN: XXXXXXXX7326
Trace Number: 818217520000470
Trace Amount: $12,907.16

---

**Patient Name:** ▇▇▇▇▇▇▇▇ *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22-12/26/14 | 21 | 208 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:    NO PAY

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.* *[J66]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported.* *(E73)*

Claim ID: P3TWLSHKN32    Recd: 08/23/15    Member ID: W109669864    Patient Account: AAF68250
Member: ▇▇▇▇▇▇▇
Group Name: UNITED BENEFIT FUND    Group Number: 0843860-10-151 | P18MEO
Product: Aetna Choice® POS II    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/27-12/01/14 | 21 | 208 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:    NO PAY

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.* *[J66]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported.* *(E73)*

Claim ID: P3TWLSHKN31    Recd: 08/23/15    Member ID: W109669864    Patient Account: AAF68250
Member: ▇▇▇▇▇▇▇
Group Name: UNITED BENEFIT FUND    Group Number: 0843860-10-151 | P18MEO
Product: Aetna Choice® POS II    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/22-11/26/14 | 21 | 208 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:    NO PAY

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.* *[J66]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported.* *(E73)*

*Continued on Next Page*

DCN: 150917110616 SEQ: 0917150014 EP

UBF-AETNA 001847

CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/06/2015 |
| Page: | 10 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:    00064/20275
TIN:    XXXXXXXX7928
Trace Number:  8152175200000476
Trace Amount:  $12,807.16

---

**Patient Name:** ███████████ (self)

Claim ID: P3TWL8HKN39   Recd: 08/23/15   Member ID: W199869864   Patient Account: AAF95250
Member: ███████████                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863880-10-151 I P15ME0
Product: Aetna Choice® POS II                                             Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/16-11/19/14 | 21 | 202 | | 40,000.00 | | | 40,000.00 | 1 | | | 40,000.00 | 0.00 |
| 11/20-11/21/14 | 21 | 208 | | 38,000.00 | | | 38,000.00 | 1 | | | 38,000.00 | 0.00 |
| **TOTALS** | | | | 78,000.00 | | | 78,000.00 | | | | 78,000.00 | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P3TWL8HKN28   Recd: 08/23/15   Member ID: W199869864   Patient Account: AAF95250
Member: ███████████                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863880-10-151 I P15ME0
Product: Aetna Choice® POS II                                             Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14-11/16/14 | 21 | 206 | | 54,000.00 | | | 54,000.00 | 1 | | | 54,000.00 | 0.00 |
| 11/17/14 | 21 | 202 | | 20,000.00 | | | 20,000.00 | 1 | | | 20,000.00 | 0.00 |
| **TOTALS** | | | | 74,000.00 | | | 74,000.00 | | | | 74,000.00 | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]*
   *Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)*

Claim ID: P3TWL8HKN26   Recd: 08/23/15   Member ID: W199869864   Patient Account: AAF95250
Member: ███████████                                                        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863880-10-151 I P15ME0
Product: Aetna Choice® POS II                                             Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/08-11/13/14 | 21 | 208 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:                    NO PAY

*Continued on Next Page*

DCN: 150917110616 SEQ: 0917110014 EP

UBF-AETNA 001848

CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

### Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 11 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:     0008420276
TIN:     XXXXXXXX7328
Trace Number:    815217520000478
Trace Amount:    $12,967.18

---

**Patient Name:** ████████████ (self)

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  [E73]

Claim ID: P3TWL8HKN27    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF85250
Member: ████████
Group Name: UNITED BENEFIT FUND                                     DIAG: 434.91, 431, 518.81
                                                    Group Number: 0863860-10-151  I P15MED
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/04-11/04/14 | 21 | 208 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:                  NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  [E73]

Claim ID: P3TWL8HKN26    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF85250
Member: ████████
Group Name: UNITED BENEFIT FUND                                     DIAG: 434.91, 431, 518.81
                                                    Group Number: 0863860-10-151  I P15MED
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31-11/03/14 | 21 | 208 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:                  NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
     Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  [E73]

Claim ID: P3TWL8HKN25    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF85250
Member: ████████
Group Name: UNITED BENEFIT FUND                                     DIAG: 434.91, 431, 518.81
                                                    Group Number: 0863860-10-151  I P15MED
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/25-10/27/14 | 21 | 202 | | 60,000.00 | | | 60,000.00 | 1 | | | 60,000.00 | 0.00 |
| 10/24-10/25/14 | 21 | 208 | | 18,000.00 | | | 18,000.00 | 1 | | | 18,000.00 | 0.00 |
| **TOTALS** | | | | 78,000.00 | | | 78,000.00 | | | | 78,000.00 | 0.00 |

*Continued on Next Page*

DCN: 150017110616 SEQ: 0917150014 EP

UBF-AETNA 001849                                          CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 12 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:            0006420275
TIN:            XXXXXXXX7326
Trace Number:   816217920000476
Trace Amount:   $12,907.18

---

**Patient Name:** ▆▆▆▆▆▆▆ *(self)*

ISSUED AMT:        NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J58]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWLBHKN24    Recd: 06/23/15    Member ID: W109668864    Patient Account: AAF65250
Member: ▆▆▆▆                                                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                     Group Number: 0863860-10-161  I P18MEO
Product: Aetna Choice® POS II                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21-10/24/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | 80,000.00 | 0.00 |
| **TOTALS** | | | | 80,000.00 | | | 80,000.00 | | | | 80,000.00 | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J58]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWLBHKN23    Recd: 06/23/15    Member ID: W109668864    Patient Account: AAF65250
Member: ▆▆▆▆                                                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                     Group Number: 0863860-10-161  I P18MEO
Product: Aetna Choice® POS II                                    Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/17-10/20/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | 80,000.00 | 0.00 |
| **TOTALS** | | | | 80,000.00 | | | 80,000.00 | | | | 80,000.00 | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J58]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWLBHKN22    Recd: 06/23/15    Member ID: W109668864    Patient Account: AAF65250
Member: ▆▆▆▆                                                       DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                     Group Number: 0863860-10-161  I P18MEO
Product: Aetna Choice® POS II                                    Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

OCN: 150917110616 SEQ: 0917150014 EP

CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 13 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN: 0006420276
TIN: XXXXXXXX7328
Trace Number: 815217520000476
Trace Amount: $12,807.18

**Patient Name:** ▮▮▮▮▮▮▮ (self)

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/13-10/16/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | 80,000.00 | 0.00 |
| TOTALS | | | | 80,000.00 | | | 80,000.00 | | | | 80,000.00 | 0.00 |

**ISSUED AMT:    NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN21    Recd: 06/23/15    Member ID: W199869964    Patient Account: AAF85250
Member: ▮▮▮▮▮▮▮                                                                DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                           Group Number: 0863860-10-151 I P1$MED
Product: Aetna Choice® POS II                                              Network ID: 00090
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/09-10/12/14 | 21 | 202 | | 80,000.00 | | | 80,000.00 | 1 | | | 80,000.00 | 0.00 |
| TOTALS | | | | 80,000.00 | | | 80,000.00 | | | | 80,000.00 | 0.00 |

**ISSUED AMT:    NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN22    Recd: 06/23/15    Member ID: W199869964    Patient Account: AAF85250
Member: ▮▮▮▮▮▮▮                                                                DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                           Group Number: 0863860-10-151 I P1$MED
Product: Aetna Choice® POS II                                              Network ID: 00090
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/05-10/07/14 | 21 | 202 | | 54,000.00 | | | 54,000.00 | 1 | | | 54,000.00 | 0.00 |
| 10/08/14 | 21 | 202 | | 20,000.00 | | | 20,000.00 | 1 | | | 20,000.00 | 0.00 |
| TOTALS | | | | 74,000.00 | | | 74,000.00 | | | | 74,000.00 | 0.00 |

**ISSUED AMT:    NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

*Continued on Next Page*

UCN: 150917110616 seq: 0917150014 EP

UBF-AETNA 001851                                                              CONFIDENTIAL



P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**
Please Retain for Future Reference

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 14 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN: 0006420275
TIN: XXXXXXXX7328
Trace Number: 8162175200000476
Trace Amount: $12,907.18

---

**Patient Name:** ▮▮▮▮▮▮▮▮▮ (self)

Claim ID: P2Y0MH9KZ08   Recd: 06/23/15   Member ID: W199669964   Patient Account: AAF65250
Member: ▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND                                          Group Number: 0863860-11-161 I P18ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/10-02/14/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

                                                    **ISSUED AMT:**          **NO PAY**

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  (J66)
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (ET3)

Claim ID: P2Y0MH9KZ07   Recd: 06/23/15   Member ID: W199669964   Patient Account: AAF65250
Member: ▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND                                          Group Number: 0863860-11-161 I P18ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/05-02/09/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

                                                    **ISSUED AMT:**          **NO PAY**

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  (J66)
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (ET3)

Claim ID: P2Y0MH9KZ06   Recd: 06/23/15   Member ID: W199669964   Patient Account: AAF65250
Member: ▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND                                          Group Number: 0863860-11-161 I P18ME0
Product: Aetna Choice® POS II                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31-02/04/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

                                                    **ISSUED AMT:**          **NO PAY**

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  (J66)
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (ET3)

**Continued on Next Page**

DCN: 150917110616 SEQ: 0917150014 EP

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

Please Retain for Future Reference

Printed:     08/05/2015
Page:        15 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:            0006420275
TIN:            XXXXXXX7328
Trace Number:   615217520000476
Trace Amount:   $12,907.18

---

**Patient Name:** ▌▌▌▌▌▌▌▌ (self)

Claim ID: P2Y9MH9KZ05    Recd: 06/23/15    Member ID: W199669964    Patient Account: AAF65260
Member: ▌▌▌▌▌▌▌
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863660-11-151 I P16ME0
Product: Aetna Choice® POS II                                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/26-0130/15 | 21 | 208 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,053.80 | | | | 90,003.09 | 0.00 |

                                                                ISSUED AMT:              NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J58]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P2Y9MH9KZ04    Recd: 06/23/15    Member ID: W199669964    Patient Account: AAF65260
Member: ▌▌▌▌▌▌▌
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863660-11-151 I P16ME0
Product: Aetna Choice® POS II                                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/21-0125/15 | 21 | 208 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

                                                                ISSUED AMT:              NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J58]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P2Y9MH9KZ03    Recd: 06/23/15    Member ID: W199669964    Patient Account: AAF65260
Member: ▌▌▌▌▌▌▌
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863660-11-151 I P16ME0
Product: Aetna Choice® POS II                                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16-01/20/15 | 21 | 208 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

                                                                ISSUED AMT:              NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J58]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

**Continued on Next Page**

DCN: 150917110616 SEQ: 0917150014 EP

UBF-AETNA 001853                                              CONFIDENTIAL

# aetna

P.O. BOX 981108
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 18 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:            0008420276
TIN:            XXXXXXXX7328
Trace Number:   815217820000476
Trace Amount:   $12,907.16

---

## Patient Name: ███████████ (self)

Claim ID: P2Y0MH9KZ02   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ██████████
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151  I P15MED
Network ID: 00098

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11-01/15/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:                            NO PAY

**Remarks:**
1 -  This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ01   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ██████████
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 863860-11-151  I P15MED
Network ID: 00098

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06-01/10/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:                            NO PAY

**Remarks:**
1 -  This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ00   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: ██████████
Group Name: UNITED BENEFIT FUND
Product: Aetna Choice® POS II
Aetna Life Insurance Company

DIAG: 434.91, 431, 518.81
Group Number: 0863860-11-151  I P15MED
Network ID: 00098

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-01/05/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:                            NO PAY

**Remarks:**
1 -  This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

*Continued on Next Page*

DCN: 150917110616 SEQ: 0917130014 EP

CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824461
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

Printed: 08/05/2015
Page: 17 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN: 0006420275
TIN: XXXXXXXX7328
Trace Number: 8152175200000476
Trace Amount: $12,907.18

---

**Patient Name:** ████████ (self)

Claim ID: PK35LG5K506   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member:
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863960-11-151 ( P1$MED
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | HCFA CMCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 710 | | 4,211.05 | | | 4,211.05 | 1 | | | 4,211.05 | 0.00 |
| 01/01-04/14/15 | 21 | 730 | | 1,085.92 | | | 1,085.92 | 1 | | | 1,085.92 | 0.00 |
| 01/01-04/14/15 | 21 | 740 | | 2,415.33 | | | 2,415.33 | 1 | | | 2,415.33 | 0.00 |
| 01/01-04/14/15 | 21 | 750 | | 1,012.46 | | | 1,012.46 | 1 | | | 1,012.46 | 0.00 |
| 01/01-04/14/15 | 21 | 761 | | 35.31 | | | 35.31 | 1 | | | 35.31 | 0.00 |
| 01/01-04/14/15 | 21 | 801 | | 45,057.96 | | | 45,057.96 | 1 | | | 45,057.96 | 0.00 |
| 01/01-04/14/15 | 21 | 901 | | 941.60 | | | 941.60 | 2 | | | 941.60 | 0.00 |
| TOTALS | | | | 54,749.64 | | | 54,749.64 | | | | 54,749.64 | 0.00 |

ISSUED AMT:                        NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J88]
2 - The service/procedure is not covered under the member's plan of benefits.  [J66]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported.  (E73)

Claim ID: PK35LG5K505   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member:
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863960-11-151 ( P1$MED
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | HCFA CMCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 460 | | 30,536.15 | | | 30,536.15 | 1 | | | 30,536.15 | 0.00 |
| 01/01-04/14/15 | 21 | 483 | | 1,165.25 | | | 1,165.25 | 1 | | | 1,165.25 | 0.00 |
| 01/01-04/14/15 | 21 | 636 | | 62,584.14 | | | 62,584.14 | 1 | | | 62,584.14 | 0.00 |
| TOTALS | | | | 94,285.54 | | | 94,285.54 | | | | 94,285.54 | 0.00 |

ISSUED AMT:                        NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J88]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported.  (E73)

Claim ID: PK35LG5K504   Recd: 06/23/15   Member ID: W199669864   Patient Account: AAF65250
Member: VICTOR LOPEZ
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863960-11-151 ( P1$MED
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

DCN: 150917110616 SEQ: 0917150014 EP

UBF-AETNA 001855                                                              CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                    08/05/2015
Page:                       18 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:             0006420275
TIN:             XXXXXXXX7328
Trace Number:    816217620000476
Trace Amount:    $12,907.18

---

**Patient Name:** ▐▐▐▐▐▐▐▐▐▐▐  *(self)*

| SERVICE DATES | PL | SERVICE CODE | MAIL SVCE | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 410 | | 62,204.38 | | | 62,204.38 | 1 | | | 62,204.38 | 0.00 |
| **TOTALS** | | | | 62,204.38 | | | 62,204.38 | | | | 62,204.38 | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 – This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PK35LG5K803    Recd: 06/23/15    Member ID: W199969854    Patient Account: AAF85250
Member:                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-11-151  I P15ME0
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | MAIL SVCE | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 410 | | 62,204.38 | | | 62,204.38 | 1 | | | 62,204.38 | 0.00 |
| **TOTALS** | | | | 62,204.38 | | | 62,204.38 | | | | 62,204.38 | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 – This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: PK35LG5K802    Recd: 06/23/16    Member ID: W199969854    Patient Account: AAF85250
Member:                                                                      DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-11-151  I P15ME0
Product: Aetna Choice® POS II                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | MAIL SVCE | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01-04/14/15 | 21 | 302 | | 2,232.10 | | | 2,232.10 | 1 | | | 2,232.10 | 0.00 |
| 01/01-04/14/15 | 21 | 305 | | 646.83 | | | 646.83 | 1 | | | 646.83 | 0.00 |
| 01/01-04/14/15 | 21 | 306 | | 349.74 | | | 349.74 | 1 | | | 349.74 | 0.00 |
| 01/01-04/14/15 | 21 | 307 | | 463.32 | | | 463.32 | 1 | | | 463.32 | 0.00 |
| 01/01-04/14/15 | 21 | 309 | | 10,635.20 | | | 10,635.20 | 1 | | | 10,635.20 | 0.00 |
| 01/01-04/14/15 | 21 | 310 | | 690.63 | | | 690.63 | 1 | | | 690.63 | 0.00 |
| 01/01-04/14/15 | 21 | 320 | | 7,531.83 | | | 7,531.83 | 1 | | | 7,531.83 | 0.00 |
| 01/01-04/14/15 | 21 | 324 | | 11,405.26 | | | 11,405.26 | 1 | | | 11,405.26 | 0.00 |
| 01/01-04/14/15 | 21 | 351 | | 3,002.72 | | | 3,002.72 | 1 | | | 3,002.72 | 0.00 |
| 01/01-04/14/15 | 21 | 352 | | 2,037.86 | | | 2,037.86 | 1 | | | 2,037.86 | 0.00 |
| 01/01-04/14/15 | 21 | 361 | | 8,770.77 | | | 8,770.77 | 1 | | | 8,770.77 | 0.00 |
| 01/01-04/14/15 | 21 | 370 | | 6,537.71 | | | 6,537.71 | 1 | | | 6,537.71 | 0.00 |
| 01/01-04/14/15 | 21 | 390 | | 3,050.80 | | | 3,050.80 | 1 | | | 3,050.80 | 0.00 |

**Continued on Next Page**

DCN: 150917110616 SEQ: 0917150014 EP

CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

| Explanation Of Benefits |
| --- |

*Please Retain for Future Reference*

| | |
| --- | --- |
| Printed: | 08/06/2015 |
| Page: | 18 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:            0005420275
TIN:            XXXXXXX7326
Trace Number:   8152176290000476
Trace Amount:   $12,607.18

**Patient Name:** ▮▮▮▮▮▮▮▮  *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01/01-04/14/15 | 21 | 301 | | 4,018.57 | | | 4,018.57 | 1 | | | 4,018.57 | 0.00 |
| 01/01-04/14/15 | 21 | 402 | | 2,196.05 | | | 2,196.05 | 1 | | | 2,196.05 | 0.00 |
| 01/01-04/14/15 | 21 | 350 | | 10,761.44 | | | 10,761.44 | 1 | | | 10,761.44 | 0.00 |
| **TOTALS** | | | | 72,182.93 | | | 72,182.93 | | | | 72,182.93 | 0.00 |

**ISSUED AMT:**            NO PAY

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
*Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PK3SLG5K501      Recd: 08/23/15      Member ID: W199969964      Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-11-151  1 P1$ME0
Product: Aetna Choice® POS II                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01/01-04/14/15 | 21 | 260 | | 15,655.88 | | | 15,655.88 | 1 | | | 15,655.88 | 0.00 |
| 01/01-04/14/15 | 21 | 270 | | 2,179.83 | | | 2,179.83 | 1 | | | 2,179.83 | 0.00 |
| 01/01-04/14/15 | 21 | 271 | | 0.17 | | | 0.17 | 1 | | | 0.17 | 0.00 |
| 01/01-04/14/15 | 21 | 272 | | 7,652.92 | | | 7,652.92 | 1 | | | 7,652.92 | 0.00 |
| 01/01-04/14/15 | 21 | 278 | | 2,042.84 | | | 2,042.84 | 1 | | | 2,042.84 | 0.00 |
| 01/01-04/14/15 | 21 | 300 | | 5,576.95 | | | 5,576.95 | 1 | | | 5,576.95 | 0.00 |
| 01/01-04/14/15 | 21 | 301 | | 56,262.35 | | | 56,262.35 | 1 | | | 56,262.35 | 0.00 |
| **TOTALS** | | | | 89,370.94 | | | 89,370.94 | | | | 89,370.94 | 0.00 |

**ISSUED AMT:**            NO PAY

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
*Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: PK3SLG5K500      Recd: 08/23/15      Member ID: W199969964      Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-11-151  1 P1$ME0
Product: Aetna Choice® POS II                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01/01-04/14/15 | 21 | 250 | 969.0 | 44,799.83 | | | 40,433.39 | 1 | | | 40,433.39 | 4,365.44 |
| | | | | | | | | 2 | | | | |
| 01/01-04/14/15 | 21 | 251 | | 804.88 | | | 804.88 | 1 | | | 804.88 | 0.00 |
| 01/01-04/14/15 | 21 | 252 | | 22,595.21 | | | 22,595.21 | 1 | | | 22,595.21 | 0.00 |
| 01/01-04/14/15 | 21 | 255 | | 1.48 | | | 1.48 | 1 | | | 1.48 | 0.00 |

DIAG: 434.91, 431, 518.81

*Continued on Next Page*

DCN: 150917110616 SEQ: 0917150014 EP

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

Printed: 08/05/2015
Page: 20 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN: 0008420275
TIN: XXXXXXXXX7328
Trace Number: 8152175220000476
Trace Amount: $12,907.18

---

**Patient Name:** ███████████  (self)

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31-04/14/15 | 21 | 258 | | 800.96 | | | 800.96 | 1 | | | 800.96 | 0.00 |
| TOTALS | | | | 69,002.26 | | | 64,835.82 | | | | 64,635.82 | 4,366.44 |

ISSUED AMT: **$4,366.44**

**Remarks:**
1 – This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
2 – This is a fair payment for services covered by the plan. No balance billing allowed. [O52]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN19    Rcvd: 06/23/15    Member ID: W199669364    Patient Account: AAF85250
Member: ████
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151  I P15MEO
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company
                                                                        DIAG: 434.91, 431, 518.81

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/14 | 21 | 202 | | 18,000.00 | | | 18,000.00 | 1 | | | 18,000.00 | 0.00 |
| 10/01-10/04/14 | 21 | 202 | | 72,000.00 | | | 72,000.00 | 1 | | | 72,000.00 | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT: **NO PAY**

**Remarks:**
1 – This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN18    Rcvd: 06/23/15    Member ID: W199669364    Patient Account: AAF85250
Member: ████
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-10-151  I P15MEO
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company
                                                                        DIAG: 434.91, 431, 518.81

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/25-09/29/14 | 21 | 202 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT: **NO PAY**

**Remarks:**
1 – This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
   Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

*Continued on Next Page*

DCN: 150917110016 SEQ: 0917150014 EP

UBF-AETNA 001858                                                        CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

*Please Retain for Future Reference*

Printed:                08/05/2015
Page:                   21 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:          0006420275
TIN:          XXXXXXXX7326
Trace Number: B15217520000476
Trace Amount: $12,907.18

---

**Patient Name:** ▮▮▮▮▮▮▮▮▮ (self)

Claim ID: P3TWL8HKN17    Recd: 08/23/15    Member ID: W199659664    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-10-151 | P1$MED
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/30/14 | 21 | 206 | | 18,000.00 | | | 18,000.00 | 1 | | | 18,000.00 | 0.00 |
| 09/21-09/24/14 | 21 | 202 | | 72,000.00 | | | 72,000.00 | 1 | | | 72,000.00 | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | **90,000.00** | **0.00** |

ISSUED AMT:            NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J88]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN16    Recd: 08/23/15    Member ID: W199659664    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-10-151 | P1$MED
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/15-09/19/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | **90,000.00** | **0.00** |

ISSUED AMT:            NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J88]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P3TWL8HKN15    Recd: 08/23/15    Member ID: W199659664    Patient Account: AAF65250
Member: ▮▮▮▮▮▮                                                          DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                               Group Number: 0863860-10-151 | P1$MED
Product: Aetna Choice® POS II                                           Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/10-09/14/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | **90,000.00** | | | **90,000.00** | | | | **90,000.00** | **0.00** |

ISSUED AMT:            NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J88]

*Continued on Next Page*

DCN: 150917110616 SEQ: 0917150014 EP

CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

| Explanation Of Benefits |
| --- |
| Please Retain for Future Reference |

Printed:        08/05/2015
Page:          22 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:            0008420275
TIN:            XXXXXXXX7326
Trace Number:   816217520000476
Trace Amount:   $12,907.16

---

**Patient Name:** ███████████ (self)

**Remarks (contd):**
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN14    Recd: 06/23/15    Member ID: W199589864    Patient Account: AAF65250
Member: ████████
Group Name: UNITED BENEFIT FUND                                                          DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                          Group Number: 0863860-10-151  I P1$ME0
Aetna Life Insurance Company                                                           Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | MAIL SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/25-08/30/14 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J66]
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN13    Recd: 06/23/15    Member ID: W199589864    Patient Account: AAF65250
Member: ████████
Group Name: UNITED BENEFIT FUND                                                          DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                          Group Number: 0863860-10-151  I P1$ME0
Aetna Life Insurance Company                                                           Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | MAIL SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/10-08/31/14 | 21 | 206 | | 22,000.00 | | | 22,000.00 | 1 | | | 22,000.00 | 0.00 |
| 08/01-08/04/14 | 21 | 206 | | 72,000.00 | | | 72,000.00 | 1 | | | 72,000.00 | 0.00 |
| **TOTALS** | | | | 94,000.00 | | | 94,000.00 | | | | 94,000.00 | 0.00 |

ISSUED AMT:                    NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J66]
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN12    Recd: 06/23/15    Member ID: W199589864    Patient Account: AAF65250
Member: ████████
Group Name: UNITED BENEFIT FUND                                                          DIAG: 434.91, 431, 518.81
Product: Aetna Choice® POS II                                          Group Number: 0863860-10-151  I P1$ME0
Aetna Life Insurance Company                                                           Network ID: 00000

| SERVICE DATES | PL | SERVICE CODE | MAIL SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/22-08/26/14 | 21 | 206 | | 55,000.00 | | | 55,000.00 | 1 | | | 55,000.00 | 0.00 |
| 08/27-08/28/14 | 21 | 206 | | 33,000.00 | | | 33,000.00 | 1 | | | 33,000.00 | 0.00 |
| **TOTALS** | | | | 88,000.00 | | | 88,000.00 | | | | 88,000.00 | 0.00 |

*Continued on Next Page*

DCN: 150917150516 SEQ: 0917150014 EP

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
### Please Retain for Future Reference

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 23 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER

| | |
|---|---|
| PIN: | 0006420276 |
| TIN: | XXXXXXX7328 |
| Trace Number: | 9152175200000476 |
| Trace Amount: | $12,907.16 |

---

**Patient Name:** ████████ *(self)*

**ISSUED AMT:**    **NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
     Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN11    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member:                                                                                           DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                        Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/14-02/21/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | 88,000.00 | 0.00 |
| TOTALS | | | | 88,000.00 | | | 88,000.00 | | | | 88,000.00 | 0.00 |

**ISSUED AMT:**    **NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
     Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN10    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member:                                                                                           DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                        Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/06-03/13/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | 88,000.00 | 0.00 |
| TOTALS | | | | 88,000.00 | | | 88,000.00 | | | | 88,000.00 | 0.00 |

**ISSUED AMT:**    **NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
     Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN09    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF65250
Member:                                                                                           DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                        Group Number: 0863860-10-151 I P1$ME0
Product: Aetna Choice® POS II                                                            Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

DCN: 150917110616 SEQ: 0917150014 EP

CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 24 of 31 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*

| | |
|---|---|
| PIN: | 0006420275 |
| TIN: | XXXXXXXX732B |
| Trace Number: | 6152175200000476 |
| Trace Amount: | $12,907.18 |

---

**Patient Name:** ███████████ *(self)*

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13-05/13/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | 88,000.00 | 0.00 |
| TOTALS | | | | 88,000.00 | | | 88,000.00 | | | | 88,000.00 | 0.00 |

**ISSUED AMT:**                     **NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J66]
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN08     Recd: 06/23/15     Member ID: W199869864     Patient Account: AAF55250
Member: ███████████                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151 | F45ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/21-07/22/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | 88,000.00 | 0.00 |
| TOTALS | | | | 88,000.00 | | | 88,000.00 | | | | 88,000.00 | 0.00 |

**ISSUED AMT:**                     **NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J66]
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN07     Recd: 06/23/15     Member ID: W199869864     Patient Account: AAF55250
Member: ███████████                                                              DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-10-151 | P18ME0
Product: Aetna Choice® POS II                                                       Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13-07/22/14 | 21 | 206 | | 88,000.00 | | | 88,000.00 | 1 | | | 88,000.00 | 0.00 |
| TOTALS | | | | 88,000.00 | | | 88,500.00 | | | | 88,000.00 | 0.00 |

**ISSUED AMT:**                     **NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J66]
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

*Continued on Next Page*

DCN: 150917110616 SEQ: 0917150014 EP

UBF-AETNA 001882                                                                 CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

| **Explanation Of Benefits** |
| --- |
| *Please Retain for Future Reference* |

Printed:                     08/05/2015
Page:                        25 of 31

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:                 0006420275
TIN:                 XXXXXXXX7328
Trace Number:        815217520000475
Trace Amount:        $12,907.18

---

## Patient Name: ████████████ (self)

Claim ID: P3TWL8HKN08    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF85250
Member: ████████████
Group Name: UNITED BENEFIT FUND                                     Group Number: 0863860-10-151  1 P1SMEG
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company                                        DIAG: 434.91, 431, 518.81

| SERVICE DATE(S) | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/28-12/31/14 | 21 | 255 | | 3.09 | | | 3.09 | 1 | | | 3.09 | 0.00 |
| 07/01-07/30/14 | 21 | 208 | | 68,000.00 | | | 68,000.00 | 1 | | | 68,000.00 | 0.00 |
| **TOTALS** | | | | 68,003.09 | | | 68,003.09 | | | | 68,003.09 | 0.00 |

                                                                    ISSUED AMT:                    NO PAY

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J66]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN05    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF85250
Member: ████████████
Group Name: UNITED BENEFIT FUND                                     Group Number: 0863860-10-151  1 P1SMEG
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company                                        DIAG: 434.91, 431, 518.81

| SERVICE DATE(S) | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28-06/30/14 | 21 | 202 | | 42,000.00 | | | 42,000.00 | 1 | | | 42,000.00 | 0.00 |
| 07/09/14 | 21 | 202 | | 14,000.00 | | | 14,000.00 | 1 | | | 14,000.00 | 0.00 |
| 07/10-07/12/14 | 21 | 202 | | 42,000.00 | | | 42,000.00 | 1 | | | 42,000.00 | 0.00 |
| **TOTALS** | | | | 98,000.00 | | | 98,000.00 | | | | 98,000.00 | 0.00 |

                                                                    ISSUED AMT:                    NO PAY

**Remarks:**
1 - *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J66]*
    *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P3TWL8HKN04    Recd: 06/23/15    Member ID: W199669864    Patient Account: AAF85250
Member: ████████████
Group Name: UNITED BENEFIT FUND                                     Group Number: 0863860-10-151  1 P1SMEG
Product: Aetna Choice® POS II                                       Network ID: 00000
Aetna Life Insurance Company                                        DIAG: 434.91, 431, 518.81

| SERVICE DATE(S) | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/28-12/31/14 | 21 | 258 | | 1,671.02 | | | 1,671.02 | 1 | | | 1,671.02 | 0.00 |
| 06/23-06/27/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | 84,000.00 | 0.00 |
| **TOTALS** | | | | 85,671.02 | | | 85,671.02 | | | | 85,671.02 | 0.00 |

*Continued on Next Page*

DCN: 150917/110616 SEQ: 0917150014_EP

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 26 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:            00064202275
TIN:            XXXXXXXX7328
Trace Number:   815217520000476
Trace Amount:   $12,907.18

---

**Patient Name:** ██████████ (self)

ISSUED AMT:              NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J58]
     Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN03    Recd: 08/23/15    Member ID: W199069864    Patient Account: AAF65250
Member:                                                                            DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-161 1 P18MED
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | MAJ SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/26-12/31/14 | 21 | 251 | | 1,679.41 | | | 1,679.41 | 1 | | | 1,679.41 | 0.00 |
| 05/16-08/21/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | 84,000.00 | 0.00 |
| **TOTALS** | | | | 85,679.41 | | | 85,679.41 | | | | 85,679.41 | 0.00 |

ISSUED AMT:              NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J58]
     Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN02    Recd: 08/23/15    Member ID: W199069864    Patient Account: AAF65250
Member:                                                                            DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-161 1 P18MED
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | MAJ SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/16-08/21/14 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | 84,000.00 | 0.00 |
| **TOTALS** | | | | 84,000.00 | | | 84,000.00 | | | | 84,000.00 | 0.00 |

ISSUED AMT:              NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J58]
     Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN01    Recd: 08/23/15    Member ID: W199069864    Patient Account: AAF65250
Member: VICTOR LOPEZ                                                                DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                              Group Number: 0863860-10-161 1 P18MED
Product: Aetna Choice® POS II                                          Network ID: 00000
Aetna Life Insurance Company

*Continued on Next Page*

DCN: 150917110616 SEQ: 0917150014 EP

UBF-AETNA 001864                                          CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2016 |
| Page: | 27 of 31 |

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:          0008420275
TIN:          XXXXXXXX7328
Trace Number:  8152175200004478
Trace Amount:  $12,907.18

---

**Patient Name:** ███████ **(self)**

| SERVICE DATES | PL | SERVICE CODE | INDIVIDUAL SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/04-06/06/2014 | 21 | 202 | | 84,000.00 | | | 84,000.00 | 1 | | | 84,000.00 | 0.00 |
| **TOTALS** | | | | 84,000.00 | | | 84,000.00 | | | | 84,000.00 | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P3TWL8HKN00    Recd: 08/23/16    Member ID: W199560854    Patient Account: AAF68250
Member: ███████                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0883860-10-151 1 P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | INDIVIDUAL SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29-06/03/14 | 21 | 202 | 6.0 | 84,000.00 | 4,270.37 | | | | | | | 4,270.37 |
| **TOTALS** | | | | 84,000.00 | 4,270.37 | | | | | | | 4,270.37 |

**ISSUED AMT:**          **$4,270.37**

**Remarks:**
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Claim ID: P2Y0MH9KZ20    Recd: 08/23/16    Member ID: W199560854    Patient Account: AAF68250
Member: ███████                                                                 DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0883860-11-151 1 P1$ME0
Product: Aetna Choice® POS II                                              Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | INDIVIDUAL SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/10-04/12/16 | 21 | 206 | | 54,000.00 | | | 54,000.00 | 1 | | | 54,000.00 | 0.00 |
| **TOTALS** | | | | 54,000.00 | | | 54,000.00 | | | | 54,000.00 | 0.00 |

**ISSUED AMT:**          **NO PAY**

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate. [J68]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

Continued on Next Page

DCN: 130917/110616 SEQ: 0917150014 EP

UBF-AETNA 001865                                                              CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

Payment Address:
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 26 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:               0008420275
TIN:               XXXXXX007328
Trace Number:      815217520000476
Trace Amount:      $12,907.18

---

**Patient Name:** ▮▮▮▮▮▮▮▮▮        (self)

Claim ID: P2Y9MH9KZ19    Recd: 08/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P18ME0
Product: Aetna Choice® POS II                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | MRAL SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/05-04/29/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 – *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P2Y9MH9KZ18    Recd: 08/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P18ME0
Product: Aetna Choice® POS II                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | MRAL SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31-04/04/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 – *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

Claim ID: P2Y9MH9KZ17    Recd: 08/23/15    Member ID: W199669864    Patient Account: AAF65250
Member: ▮▮▮▮▮▮▮                                                    DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                                    Group Number: 0863860-11-151  I P18ME0
Product: Aetna Choice® POS II                                      Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | MRAL SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/26-03/30/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:        NO PAY

**Remarks:**
1 – *This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]*
   *Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)*

*Continued on Next Page*

DCN: 150917110616 SEQ: 0917150014 ZP

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits
*Please Retain for Future Reference*

| | |
|---|---|
| Printed: | 08/05/2015 |
| Page: | 29 of 31 |

*HOBOKEN UNIVERSITY MEDICAL CENTER*
PIN:  00064/20275
TIN:  XXXXXXXX7328
Trace Number:  8162175200004476
Trace Amount:  $12,907.18

---

**Patient Name:** ███████ **(self)**

Claim ID: P2Y0MNH9KZ16    Recd: 08/23/15    Member ID: W199869864    Patient Account: AAF65250
Member: ███████        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND        Group Number: 0863860-11-161 I P16ME0
Product: Aetna Choice® POS II        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31-03/21/15 | 21 | 200 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:          NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ16    Recd: 08/23/15    Member ID: W199869864    Patient Account: AAF65250
Member: ███████        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND        Group Number: 0863860-11-161 I P16ME0
Product: Aetna Choice® POS II        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/16-03/20/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:          NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y6MH9KZ14    Recd: 08/23/15    Member ID: W199869864    Patient Account: AAF65250
Member: ███████        DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND        Group Number: 0863860-11-161 I P16ME0
Product: Aetna Choice® POS II        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11-03/15/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| TOTALS | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:          NO PAY

Remarks:
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported.  (E73)

Continued on Next Page

DCN: 150917110616 SEQ: 0917150014 EP

UBF-AETNA 001867                    CONFIDENTIAL

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

| **Explanation Of Benefits** |
| --- |

*Please Retain for Future Reference*

| | |
| --- | --- |
| Printed: | 08/05/2015 |
| Page: | 30 of 31 |

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:        0006420275
TIN:        XXXXXXXX7328
Trace Number:    8152175200000476
Trace Amount:    $12,907.16

---

## Patient Name: ▮▮▮▮▮▮▮▮▮ (self)

Claim ID: P2Y0MH9KZ13    Recd: 08/23/15    Member ID: W199669664    Patient Account: AAF65250

Member: ▮▮▮▮▮▮▮▮                                                                          DIAG: 434.91, 431, 519.81
Group Name: UNITED BENEFIT FUND                                   Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATE/S | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 03/07-03/21/15 | 21 | 205 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:                                NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ12    Recd: 08/23/15    Member ID: W199669664    Patient Account: AAF65250

Member: ▮▮▮▮▮▮▮▮                                                                          DIAG: 434.91, 431, 519.81
Group Name: UNITED BENEFIT FUND                                   Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATE/S | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 03/02-03/06/15 | 21 | 205 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:                                NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ11    Recd: 08/23/15    Member ID: W199669664    Patient Account: AAF65250

Member: ▮▮▮▮▮▮▮▮                                                                          DIAG: 434.91, 431, 519.81
Group Name: UNITED BENEFIT FUND                                   Group Number: 0863860-11-151 I P1$ME0
Product: Aetna Choice® POS II                                                        Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATE/S | PL | SERVICE CODE | NUM SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 03/21-03/21/15 | 21 | 205 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

ISSUED AMT:                                NO PAY

**Remarks:**
1 - This amount represents the difference between the billed amount and the reasonable and customary rate.  [J68]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Continued on Next Page

DCN: 15G91/110816 SEQ: 0917150014 EP

UBF-AETNA 001868                                                      CONFIDENTIAL

# aetna®

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Payment Address:**
HUMC OPCO, LLC
PO BOX 824491
PHILADELPHIA PA 19182-4491

## Explanation Of Benefits

Please Retain for Future Reference

Printed:     08/05/2016
Page:     31 of 31

HOBOKEN UNIVERSITY MEDICAL CENTER
PIN:     0006420275
TIN:     XXXXXXXX7328
Trace Number:     8452175200004476
Trace Amount:     $12,907.18

---

### Patient Name: _____ (self)

Claim ID: P2Y0MH9KZ10    Recd: 06/23/15    Member ID: W199569864    Patient Account: AAF65250

Member: _____                                         DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-11-161 I P16ME0
Product: Aetna Choice® POS II                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | INDIV SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | AMT. PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20-02/24/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

<div align="right">

ISSUED AMT:     NO PAY

</div>

Remarks:
1 -  This amount represents the difference between the billed amount and the reasonable and customary rate.  [J88]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

Claim ID: P2Y0MH9KZ08    Recd: 06/23/15    Member ID: W199569864    Patient Account: AAF65250

Member: _____                                         DIAG: 434.91, 431, 518.81
Group Name: UNITED BENEFIT FUND                         Group Number: 0863860-11-161 I P16ME0
Product: Aetna Choice® POS II                                 Network ID: 00000
Aetna Life Insurance Company

| SERVICE DATES | PL | SERVICE CODE | INDIV SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP. | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/16-02/19/15 | 21 | 206 | | 90,000.00 | | | 90,000.00 | 1 | | | 90,000.00 | 0.00 |
| **TOTALS** | | | | 90,000.00 | | | 90,000.00 | | | | 90,000.00 | 0.00 |

<div align="right">

ISSUED AMT:     NO PAY

</div>

Remarks:
1 -  This amount represents the difference between the billed amount and the reasonable and customary rate.  [J88]
    Your claim has been separated to expedite handling.  You will receive a separate notice for the other services reported.  (E73)

For Questions Regarding This Claim
P.O. BOX 981106 EL PASO, TX 79998-1106
CALL (888) 632-3862 FOR ASSISTANCE
Note: All inquiries should reference the ID number above for prompt response.

Total Patient Responsibility:     $9,580,430.61
Claim Payment:     $12,907.18

---

### Total Payment to: HOBOKEN UNIVERSITY MEDICAL CENTER     $12,907.18

---

Protecting the privacy of member health information is top priority. When contacting us about this statement or for help with other questions, please be prepared to provide your provider number, tax identification number (TIN), or Social Security number (SSN), in addition to the member's ID number.

DCN: 150917110616 SEQ: 0917150014 EP

UBF-AETNA 001869                                                            CONFIDENTIAL

Exhibit C



Stacey A. Hyman
D 973.848.4028
F 973.848.4001
stacey.hyman@klgates.com

May 24, 2016

**Via Regular Mail and E-Mail**

Mark H. Ginsberg, Esq.
GORLICK, KRAVITZ & LISTHAUS, P.C.
11 State Street, 4th Floor
New York, New York 10004

*Re:    HUMC OPCO, LLC d/b/a/ CarePoint Health – Hoboken University Medical Center*
       *v. United Benefit Fund, Aetna Health Inc., and Omni Administrators Inc.*
       *Civ. Action No.   2:16-CV-00168(KM)(MAH)*

Dear Mr. Ginsberg:

        Per your discussion with Anthony P. La Rocco and George P. Barbatsuly, please see
the enclosed Assignment of Benefits related to the above referenced matter.

Very truly yours,

Stacey A. Hyman

Encls.

cc:    George P. Barbatsuly, Esq. (e-mail only)

K&L GATES LLP
ONE NEWARK CENTER  TENTH FLOOR  NEWARK  NJ  07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com

Anthony P. La Rocco, Administrative Partner                                    klgates.com

CONFIDENTIAL

 **CarePoint Health**
Hoboken University
Medical Center

308 Willow Avenue.
Hoboken, NJ 07030
Telephone: 201-418-1000
www.HobokenUMC.com



# CONFIDENTIAL



Acct: A00203137138    RH#: H000452826

RH/LOC:H.ER

SD:

Form ID: AOB
ASSIGNMENT OF INSURANCE BENEFITS/ DIRECT
PAYMENT/AUTHORIZED REPRESENTATIVE/AGENT
Reorder #: 20068
(Rev. 6/15)

*PATIENT ID LABEL*

I HEREBY ASSIGN TO THE HOSPITAL, ALL OF MY RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS OR RECOVERY, TO ANY AND ALL RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS, OR RECOVERY OF ANY TYPE WHATSOEVER RECEIVABLE BY ME OR ON MY BEHALF ARISING OUT OF ANY POLICY OF INSURANCE, PLAN, TRUST, FUND, OR OTHERWISE PROVIDING HEALTH CARE COVERAGE OF ANY TYPE TO ME (OR TO ANY OTHER THIRD PARTY RESPONSIBLE FOR ME) FOR THE CHARGES FOR SERVICES RENDERED TO ME BY THE HOSPITAL. THIS INCLUDES; WITHOUT LIMITATION, ANY PRIVATE OR GROUP HEALTH/HOSPITALIZATION PLAN, AUTOMOBILE LIABILITY, GENERAL LIABILITY, PERSONAL INJURY PROTECTION, MEDICAL PAYMENTS, UNINSURED OR UNDERINSURED MOTOR VEHICLE BENEFITS, SETTLEMENTS/JUDGMENTS/VERDICTS, SELF-FUNDED PLAN, TRUST, WORKERS COMPENSATION, MEWA, COLLECTIVE, OR ANY OTHER THIRD-PARTY PAYOR PROVIDING HEALTH CARE COVERAGE OF ANY TYPE TO ME (OR TO ANY OTHER THIRD PARTY RESPONSIBLE FOR ME) FOR THE CHARGES FOR SERVICES RENDERED TO ME BY THE HOSPITAL (COLLECTIVELY, "COVERAGE SOURCE"). THIS IS A DIRECT ASSIGNMENT TO THE HOSPITAL OF ANY AND ALL OF MY RIGHTS TO RECEIVE BENEFITS ARISING OUT OF ANY COVERAGE SOURCE. I UNDERSTAND THAT THIS ASSIGNMENT OF BENEFITS IS IRREVOCABLE. THIS ASSIGNMENT OF BENEFITS FULLY AND COMPLETELY ENCOMPASSES ANY LEGAL CLAIM I MAY HAVE AGAINST ANY COVERAGE SOURCE, INCLUDING, BUT NOT LIMITED TO, MY RIGHTS TO APPEAL ANY DENIAL OF BENEFITS ON MY BEHALF, TO REQUEST AND OBTAIN PLAN DOCUMENTS, TO PURSUE LEGAL ACTION AGAINST ANY COVERAGE SOURCE, AND/OR TO FILE A COMPLAINT WITH THE NEW JERSEY DEPARTMENT OF BANKING AND INSURANCE.

I AUTHORIZE AND DIRECT PAYMENT BE MADE BY ANY AND ALL COVERAGE SOURCE DIRECTLY TO THE HOSPITAL OF ALL BENEFITS, PAYMENTS, MONIES, CHECKS, FUNDS, WIRE TRANSFERS OR RECOVERY OF ANY KIND WHATSOEVER FROM ANY COVERAGE SOURCE. I ALSO AGREE TO ASSIST THE HOSPITAL IN PURSUING PAYMENT FROM ANY COVERAGE SOURCE. THIS INCLUDES; WITHOUT LIMITATION, SIGNING DOCUMENTS REQUESTED OR NEEDED TO PURSUE CLAIMS AND APPEALS, GETTING DOCUMENTS FROM COVERAGE SOURCE, OR OTHERWISE TO SUPPORT PAYMENT TO THE HOSPITAL. I ALSO DIRECT AND AGREE THAT ANY PAYMENTS OF ANY KIND (E.G., CHECKS, FUNDS, PAYMENTS, MONIES, BENEFITS OR RECOVERY FOR COVERAGE OF SERVICES BY THE HOSPITAL THAT IS SENT DIRECTLY TO ME (OR TO ANOTHER THIRD PARTY RESPONSIBLE FOR ME) WILL BE SENT AND TURNED OVER IMMEDIATELY BY ME TO THE HOSPITAL, THROUGH WHATEVER MEANS NECESSARY. THIS INCLUDES, WITHOUT LIMITATION, ME AND IF NEEDED ANY GUARDIAN ENDORSING OVER ANY CHECKS AND/OR OTHER DOCUMENTS TO THE HOSPITAL. I ALSO UNDERSTAND THAT IF I FAIL TO TURN OVER TO THE HOSPITAL ANY SUCH PAYMENTS SENT DIRECTLY TO ME (OR TO ANOTHER THIRD PARTY RESPONSIBLE FOR ME), I WILL BE FINANCIALLY RESPONSIBLE TO THE HOSPITAL FOR THE AMOUNT OF SUCH PAYMENTS, AND I MAY ALSO BE SUBJECT TO CIVIL OR CRIMINAL PROSECUTION TO THE FULLEST EXTENT PERMITTED BY LAW.

I HEREBY AUTHORIZE AND DESIGNATE THE HOSPITAL AS MY AUTHORIZED AGENT AND REPRESENTATIVE TO ACT ON MY BEHALF WITH RESPECT TO ALL MATTERS RELATED TO ALL OF MY RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS OR RECOVERY ARISING OUT OF ANY COVERAGE SOURCE. THIS INCLUDES, WITHOUT LIMITATION, THE HOSPITAL REQUESTING VERIFICATION OF COVERAGE/PRE-CERTIFICATION/AUTHORIZATION, FILING PRE-SERVICE AND POST-SERVICE CLAIMS AND APPEALS, RECEIVING ALL INFORMATION, DOCUMENTATION, SUMMARY PLAN DESCRIPTIONS, BARGAINING AGREEMENTS, TRUST AGREEMENTS, CONTRACTS, AND ANY INSTRUMENTS UNDER WHICH THE PLAN IS ESTABLISHED OR OPERATED, AS WELL AS RECEIVING ANY POLICIES, PROCEDURES, RULES, GUIDELINES, PROTOCOLS OR OTHER CRITERIA CONSIDERED BY THE COVERAGE SOURCE, IN CONNECTION WITH ANY CLAIMS, APPEALS, OR NOTIFICATIONS RELATED TO CLAIMS OR APPEALS.

**STATEMENT OF FINANCIAL RESPONSIBILITY**
I UNDERSTAND THAT I AM FINANCIALLY AND LEGALLY RESPONSIBLE FOR CHARGES NOT COVERED IN FULL BY THE ASSIGNMENT OF BENEFITS DESCRIBED IN THE PRECEDING SECTION, INCLUDING, BUT NOT LIMITED TO, ANY DEDUCTIBLES, COPAYMENTS, AND COINSURANCE AMOUNTS PROVIDED UNDER ANY COVERAGE SOURCE; AND CHARGES FOR WHICH THERE IS NO COVERAGE SOURCE. I FURTHER AGREE THAT SHOULD I NOT PAY ANY BALANCE FOR WHICH I AM LEGALLY RESPONSIBLE AS SET FORTH IN THIS SECTION WITHIN THIRTY (30) DAYS AFTER THE DATE OF DISCHARGE, MY ACCOUNT WILL BE CONSIDERED DELINQUENT. I AGREE TO PAY COSTS OF COLLECTION, INCLUDING REASONABLE ATTORNEY'S FEES AND COSTS, COLLECTION AGENCY FEES AND COSTS, AND INTEREST WHICH SHALL ACCRUE AT THE MAXIMUM RATE ALLOWED BY LAW.

**CONSENT TO CONTACT**
BY PROVIDING US WITH YOUR LANDLINE OR CELL PHONE NUMBER(S), YOU GIVE YOUR CONSENT FOR US, OUR AGENTS, AND TO OUR COLLECTION AGENTS, TO CONTACT YOU AT THESE NUMBERS, OR, AT ANY NUMBER THAT IS LATER ACQUIRED FOR YOU, AND, TO LEAVE LIVE, OR PRE-RECORDED MESSAGES REGARDING ANY ACCOUNTS OR SERVICES. FOR GREATER EFFICIENCY, CALLS MAY BE DELIVERED BY AN AUTODIALER.

**PRE-CERTIFICATION REQUIREMENTS**
I UNDERSTAND THAT IF I DO NOT COMPLY WITH MY INSURANCE POLICY PRE-CERTIFICATION REQUIREMENTS OR IF ANY SERVICE IS NOT CERTIFIED, THEN I MAY NOT BE ENTITLED TO INSURANCE BENEFITS. IN THAT EVENT, I MAY BE RESPONSIBLE FOR ANY AND ALL CHARGES OF THE MEDICAL CENTER AT ITS REGULAR RATES AS SET FORTH IN PARAGRAPH 7.

**PHYSICIAN CHARGES**
I UNDERSTAND THAT THE MEDICAL CENTER'S CHARGES DO NOT INCLUDE THE FEES OF THE PATIENT'S TREATING PHYSICIAN(S), IF APPLICABLE. I UNDERSTAND THAT I WILL RECEIVE A SEPARATE BILL FOR THESE SERVICES AND SUCH BILLS MAY COME DIRECTLY FROM THE PHYSICIAN(S), SUCH AS EMERGENCY ROOM PHYSICIANS, RADIOLOGISTS, PATHOLOGISTS, ANESTHESIOLOGISTS, AND OTHER SPECIALISTS. I UNDERSTAND THAT LEVEL OF INSURANCE BENEFITS PAYABLE FOR TREATMENT BY THE PATIENT'S TREATING PHYSICIAN(S) MAY DIFFER FROM THE LEVEL OF INSURANCE BENEFITS PAYABLE FOR TREATMENT PROVIDED BY THE MEDICAL CENTER. IT IS MY RESPONSIBILITY TO DETERMINE THE EXTENT OF MY INSURANCE COVERAGE FOR TREATMENT BY ANY TREATING PHYSICIAN AT THE MEDICAL CENTER.

UNLESS OTHERWISE REVOKED BY ME, THIS AUTHORIZATION IS CONSIDERED VALID FOR (6) MONTHS FROM THE DATE BELOW. I UNDERSTAND THAT REVOCATION MAY NOT BE MADE IF ACTION HAS ALREADY BEEN TAKEN IN RELIANCE ON THIS AUTHORIZATION. I ALSO UNDERSTAND THAT THIS CONSENT SHALL OPERATE AS A COMPLETE RELEASE OF LIABILITY TO THE HOSPITAL AND THE PHYSICIANS AND THEIR EMPLOYEES AND AGENTS FOR THE RELEASE OF INFORMATION AS STATE ABOVE.

IN WITNESS WHEREOF THE UNDERSIGNED HAVE HERINTO SET THEIR HANDS

WITNESS SIGNATURE ___*Michelle*___          PATIENT SIGNATURE _____

IF PATIENT IS UNABLE TO CONSENT OR IS A MINOR, COMPLETE THE FOLLOWING:
( ) PATIENT IS MINOR OF ___ YEARS OF AGE.     ( ) UNABLE TO CONSENT BECAUSE: _____

Page 1 of 1

# Exhibit D

CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY ORDER

# GORLICK, KRAVITZ & LISTHAUS, P.C.
### ATTORNEYS AT LAW
17 STATE STREET, 4TH FLOOR
NEW YORK, NEW YORK 10004-1501

BUFFALO OFFICE:
442 POTOMAC AVENUE
BUFFALO, NY 14213
(716) 881-0800
FAX (716) 881-0810

(212) 269-2500
FAX (212) 269-2540
WWW.GKLLAW.COM

NEW JERSEY OFFICE:
60 PARK PLACE, 6TH FLOOR
NEWARK, NJ 07102
(973) 824-5811

OF COUNSEL
ANDREW A. GORLICK*

LAWRENCE A. KRAVITZ (1972-2002)
BRUCE L. LISTHAUS
BARBARA S. MEHLSACK*

*NY BAR ONLY

June 2, 2016

Via Email and Mail

Anthony La Rocco, Esq.
K&L Gates LLP
One Newark Center, Tenth Floor
Newark, NJ 07102-5252
anthony.larocco@klgates.com

> Re:    *HUMC OPCO LLC v. United Benefit Fund, et al.;*
> U.S. District Court, District of New Jersey
> Civil Action No.: 2:16-cv-168 (KM)(MAH)

Dear Mr. La Rocco:

As you know, this firm represents United Benefit Fund ("UBF") and Aetna Health Inc. ("Aetna") in the above-referenced action.

In our last phone conversation, the undersigned requested that HUMC produce the assignment of benefits which HUMC alleges is the foundation for its standing to bring the instant action as a "beneficiary" under ERISA and as the assignee of "Patient 1." In response, on May 25, 2016 HUMC produced a single undated assignment of benefits executed by a 25 year-old "███████████" whose date of birth is ███████████ (the "Invalid Assignment"). A copy of the Invalid Assignment is enclosed.

Based on the medical condition and the dates of hospitalization alleged in the Amended Complaint, and on the administrative record which was produced under separate cover, it is clear that "Patient 1" was a 50 year-old man named ███████████ whose date of birth was ███████████. Further, the Invalid Assignment has an "Account Number" and "Medical Record Number" that do not match the medical records of the 50 year-old ███████████ for whom HUMC seeks compensation.

CONFIDENTIAL

GORLICK, KRAVITZ & LISTHAUS, P.C.

CONFIDENTIAL
Anthony La Rocco, Esq.
June 2, 2016
Page 2

Accordingly, we demand that you deliver a valid assignment within ten days.  We anticipate that your failure to produce a valid assignment will result in your withdrawal of this action.

Sincerely,

GORLICK, KRAVITZ
& LISTHAUS, P.C.

Mark H. Ginsberg

CONFIDENTIAL



**CarePoint Health**
Hoboken University
Medical Center

308 Willow Avenue.
Hoboken, NJ 07030
Telephone: 201-418-1000
www.HobokenUMC.com

# CONFIDENTIAL



Acct: A00203137138    HR#: H000452626

Age/Sex: 25 M    RH/LOC:H.ER    DOB:
                                SD:

Form ID: AOB
ASSIGNMENT OF INSURANCE BENEFITS/ DIRECT
PAYMENT/AUTHORIZED REPRESENTATIVE/AGENT
Reorder #: 20066
(Rev. 6/15)

*PATIENT ID LABEL*

I HEREBY ASSIGN TO THE HOSPITAL, ALL OF MY RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS OR RECOVERY, TO ANY AND ALL RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS, OR RECOVERY OF ANY TYPE WHATSOEVER RECEIVABLE BY ME OR ON MY BEHALF ARISING OUT OF ANY POLICY OF INSURANCE, PLAN, TRUST, FUND, OR OTHERWISE PROVIDING HEALTH CARE COVERAGE OF ANY TYPE TO ME (OR TO ANY OTHER THIRD PARTY RESPONSIBLE FOR ME) FOR THE CHARGES FOR SERVICES RENDERED TO ME BY THE HOSPITAL. THIS INCLUDES, WITHOUT LIMITATION, ANY PRIVATE OR GROUP HEALTH/HOSPITALIZATION PLAN, AUTOMOBILE LIABILITY, GENERAL LIABILITY, PERSONAL INJURY PROTECTION, MEDICAL PAYMENTS, UNINSURED OR UNDERINSURED MOTOR VEHICLE BENEFITS, SETTLEMENTS/JUDGMENTS/VERDICTS, SELF-FUNDED PLAN, TRUST, WORKERS COMPENSATION, MEWA, COLLECTIVE, OR ANY OTHER THIRD-PARTY PAYOR PROVIDING HEALTH CARE COVERAGE OF ANY TYPE TO ME (OR TO ANY OTHER THIRD PARTY RESPONSIBLE FOR ME) FOR THE CHARGES FOR SERVICES RENDERED TO ME BY THE HOSPITAL (COLLECTIVELY, "COVERAGE SOURCE"). THIS IS A DIRECT ASSIGNMENT TO THE HOSPITAL OF ANY AND ALL OF MY RIGHTS TO RECEIVE BENEFITS ARISING OUT OF ANY COVERAGE SOURCE. I UNDERSTAND THAT THIS ASSIGNMENT OF BENEFITS IS IRREVOCABLE. THIS ASSIGNMENT OF BENEFITS FULLY AND COMPLETELY ENCOMPASSES ANY LEGAL CLAIM I MAY HAVE AGAINST ANY COVERAGE SOURCE, INCLUDING, BUT NOT LIMITED TO, MY RIGHTS TO APPEAL ANY DENIAL OF BENEFITS ON MY BEHALF, TO REQUEST AND OBTAIN PLAN DOCUMENTS, TO PURSUE LEGAL ACTION AGAINST ANY COVERAGE SOURCE, AND/OR TO FILE A COMPLAINT WITH THE NEW JERSEY DEPARTMENT OF BANKING AND INSURANCE.

I AUTHORIZE AND DIRECT PAYMENT BE MADE BY ANY AND ALL COVERAGE SOURCE DIRECTLY TO THE HOSPITAL OF ALL BENEFITS, PAYMENTS, MONIES, CHECKS, FUNDS, WIRE TRANSFERS OR RECOVERY OF ANY KIND WHATSOEVER FROM ANY COVERAGE SOURCE. I ALSO AGREE TO ASSIST THE HOSPITAL IN PURSUING PAYMENT FROM ANY COVERAGE SOURCE. THIS INCLUDES, WITHOUT LIMITATION, SIGNING DOCUMENTS REQUESTED OR NEEDED TO PURSUE CLAIMS AND APPEALS, GETTING DOCUMENTS FROM COVERAGE SOURCE, OR OTHERWISE TO SUPPORT PAYMENT TO THE HOSPITAL. I ALSO DIRECT AND AGREE THAT ANY PAYMENTS OF ANY KIND (E.G., CHECKS, FUNDS, PAYMENTS, MONIES, BENEFITS OR RECOVERY FOR COVERAGE OF SERVICES BY THE HOSPITAL THAT IS SENT DIRECTLY TO ME (OR TO ANOTHER THIRD PARTY RESPONSIBLE FOR ME) WILL BE SENT AND TURNED OVER IMMEDIATELY BY ME TO THE HOSPITAL, THROUGH WHATEVER MEANS NECESSARY. THIS INCLUDES, WITHOUT LIMITATION, ME AND IF NEEDED ANY GUARDIAN ENDORSING OVER ANY CHECKS AND/OR OTHER DOCUMENTS TO THE HOSPITAL. I ALSO UNDERSTAND THAT IF I FAIL TO TURN OVER TO THE HOSPITAL ANY SUCH PAYMENTS SENT DIRECTLY TO ME (OR TO ANOTHER THIRD PARTY RESPONSIBLE FOR ME), I WILL BE FINANCIALLY RESPONSIBLE TO THE HOSPITAL FOR THE AMOUNT OF SUCH PAYMENTS, AND I MAY ALSO BE SUBJECT TO CIVIL OR CRIMINAL PROSECUTION TO THE FULLEST EXTENT PERMITTED BY LAW.

I HEREBY AUTHORIZE AND DESIGNATE THE HOSPITAL AS MY AUTHORIZED AGENT AND REPRESENTATIVE TO ACT ON MY BEHALF WITH RESPECT TO ALL MATTERS RELATED TO ALL OF MY RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS OR RECOVERY ARISING OUT OF ANY COVERAGE SOURCE. THIS INCLUDES, WITHOUT LIMITATION, THE HOSPITAL REQUESTING VERIFICATION OF COVERAGE/PRE-CERTIFICATION/AUTHORIZATION, FILING PRE-SERVICE AND POST-SERVICE CLAIMS AND APPEALS, RECEIVING ALL INFORMATION, DOCUMENTATION, SUMMARY PLAN DESCRIPTIONS, BARGAINING AGREEMENTS, TRUST AGREEMENTS, CONTRACTS, AND ANY INSTRUMENTS UNDER WHICH THE PLAN IS ESTABLISHED OR OPERATED, AS WELL AS RECEIVING ANY POLICIES, PROCEDURES, RULES, GUIDELINES, PROTOCOLS OR OTHER CRITERIA CONSIDERED BY THE COVERAGE SOURCE, IN CONNECTION WITH ANY CLAIMS, APPEALS, OR NOTIFICATIONS RELATED TO CLAIMS OR APPEALS.

## STATEMENT OF FINANCIAL RESPONSIBILITY
I UNDERSTAND THAT I AM FINANCIALLY AND LEGALLY RESPONSIBLE FOR CHARGES NOT COVERED IN FULL BY THE ASSIGNMENT OF BENEFITS DESCRIBED IN THE PRECEDING SECTION, INCLUDING, BUT NOT LIMITED TO, ANY DEDUCTIBLES, COPAYMENTS, AND COINSURANCE AMOUNTS PROVIDED UNDER ANY COVERAGE SOURCE, AND CHARGES FOR WHICH THERE IS NO COVERAGE SOURCE. I FURTHER AGREE THAT SHOULD I NOT PAY ANY BALANCE FOR WHICH I AM LEGALLY RESPONSIBLE AS SET FORTH IN THIS SECTION WITHIN THIRTY (30) DAYS AFTER THE DATE OF DISCHARGE, MY ACCOUNT WILL BE CONSIDERED DELINQUENT. I AGREE TO PAY COSTS OF COLLECTION, INCLUDING REASONABLE ATTORNEY'S FEES AND COSTS, COLLECTION AGENCY FEES AND COSTS, AND INTEREST WHICH SHALL ACCRUE AT THE MAXIMUM RATE ALLOWED BY LAW.

## CONSENT TO CONTACT
BY PROVIDING US WITH YOUR LANDLINE OR CELL PHONE NUMBER(S), YOU GIVE YOUR CONSENT FOR US, OUR AGENTS, AND TO OUR COLLECTION AGENTS, TO CONTACT YOU AT THESE NUMBERS, OR, AT ANY NUMBER THAT IS LATER ACQUIRED FOR YOU AND, TO LEAVE LIVE, OR PRE-RECORDED MESSAGES REGARDING ANY ACCOUNTS OR SERVICES. FOR GREATER EFFICIENCY, CALLS MAY BE DELIVERED BY AN AUTODIALER.

## PRE-CERTIFICATION REQUIREMENTS
I UNDERSTAND THAT IF I DO NOT COMPLY WITH MY INSURANCE POLICY PRE-CERTIFICATION REQUIREMENTS OR IF ANY SERVICE IS NOT CERTIFIED, THEN I MAY NOT BE ENTITLED TO INSURANCE BENEFITS. IN THAT EVENT, I MAY BE RESPONSIBLE FOR ANY AND ALL CHARGES OF THE MEDICAL CENTER AT ITS REGULAR RATES AS SET FORTH IN PARAGRAPH 7.

## PHYSICIAN CHARGES
I UNDERSTAND THAT THE MEDICAL CENTER'S CHARGES DO NOT INCLUDE THE FEES OF THE PATIENT'S TREATING PHYSICIAN(S), IF APPLICABLE. I UNDERSTAND THAT I WILL RECEIVE A SEPARATE BILL FOR THESE SERVICES AND SUCH BILLS MAY COME DIRECTLY FROM THE PHYSICIAN(S), SUCH AS EMERGENCY ROOM PHYSICIANS, RADIOLOGISTS, PATHOLOGISTS, ANESTHESIOLOGISTS, AND OTHER SPECIALISTS. I UNDERSTAND THAT LEVEL OF INSURANCE BENEFITS PAYABLE FOR TREATMENT BY THE PATIENT'S TREATING PHYSICIAN(S) MAY DIFFER FROM THE LEVEL OF INSURANCE BENEFITS PAYABLE FOR TREATMENT PROVIDED BY THE MEDICAL CENTER. IT IS MY RESPONSIBILITY TO DETERMINE THE EXTENT OF MY INSURANCE COVERAGE FOR TREATMENT BY ANY TREATING PHYSICIAN AT THE MEDICAL CENTER.

UNLESS OTHERWISE REVOKED BY ME, THIS AUTHORIZATION IS CONSIDERED VALID FOR (6) MONTHS FROM THE DATE BELOW. I UNDERSTAND THAT REVOCATION MAY NOT BE MADE IF ACTION HAS ALREADY BEEN TAKEN IN RELIANCE ON THIS AUTHORIZATION. I ALSO UNDERSTAND THAT THIS CONSENT SHALL OPERATE AS A COMPLETE RELEASE OF LIABILITY TO THE HOSPITAL AND THE PHYSICIANS AND THEIR EMPLOYEES AND AGENTS FOR THE RELEASE OF INFORMATION AS STATE ABOVE.

IN WITNESS WHEREOF THE UNDERSIGNED HAVE HEREINTO SET THEIR HANDS

WITNESS SIGNATURE _____    PATIENT SIGNATURE _____

IF PATIENT IS UNABLE TO CONSENT OR IS A MINOR, COMPLETE THE FOLLOWING:
( ) PATIENT IS MINOR OF _____ YEARS OF AGE.    ( ) UNABLE TO CONSENT BECAUSE: _____

# Exhibit E



Stacey A. Hyman
D 973.848.4028
F 973.848.4001
stacey.hyman@klgates.com

June 2, 2016

**Via Regular Mail and E-Mail**

Mark H. Ginsberg, Esq.
GORLICK, KRAVITZ & LISTHAUS, P.C.
11 State Street, 4th Floor
New York, New York 10004

Re:  *HUMC OPCO, LLC d/b/a/ CarePoint Health – Hoboken University Medical Center*
     *v. United Benefit Fund, Aetna Health Inc., and Omni Administrators Inc.*
     *Civ. Action No.  2:16-CV-00168(KM)(MAH)*

Dear Mr. Ginsberg:

    Please disregard and destroy any copies of the Assignment of Benefits enclosed in our letter dated May 24, 2016.  A correct Assignment of Benefits and Authorized Agent Request for Victor Lopez are enclosed herewith.

Very truly yours,

Stacey A. Hyman

Encls.

cc:    Anthony P. La Rocco, Esq. (e-mail only)
       George P. Barbatsuly, Esq. (e-mail only)

K&L GATES LLP
ONE NEWARK CENTER  TENTH FLOOR  NEWARK  NJ 07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com

Anthony P. La Rocco, Administrative Partner

klgates.com

CONFIDENTIAL

CarePoint Health
Hoboken University Medical Center
308 Willow Avenue
Hoboken, New Jersey 07030

Acct: A00201377645    Unit: H002014915    DATE: 12/18/14
                                          TIME: 0944
                                          FORM ID:

RM/LOC: H411-1
Age/Sex: 49 H    DOB:
Amin HD,Deepak K    SO: 05/29/14

## ASSIGNMENT OF INSURANCE BENEFITS/DIRECT PAYMENT/AUTHORIZED REPRESENTATIVE AGENT

I HEREBY ASSIGN TO THE HOSPITAL, ALL OF MY RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS,CAUSES OF ACTION, INTERESTS OR RECOVERY, TO ANY AND ALL RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTIONS, INTERESTS, OR RECOVERY OF ANY TYPE WHATSOEVER RECEIVABLE BY ME OR ON MY BEHALF ARISING OUT OF ANY POLICY OF INSURANCE, PLAN, TRUST, FUND, OR OTHERWISE PROVIDING HEALTH CARE COVERAGE OF ANY TYPE TO ME (OR TO ANY OTHER THIRD PARTY RESPONSIBLE FOR ME) FOR THE CHARGES FOR SERVICE RENDERED TO ME BY THE HOSPITAL. THIS INCLUDES, WITHOUT LIMITATION, ANY PRIVATE OR GROUP HEALTH/HOSPITALIZATION PLAN, AUTOMOBILE LIABILITY, GENERAL LIABILITY, PERSONAL INJURY PROTECTION, MEDICAL PAYMENTS, UNINSURED OR UNDERINSURED MOTOR VEHICLES BENEFITS, SETTLEMENTS/JUDGMENTS/ VERDICTS,SELF FUNDED PLAN,TRUST,WORKERS COMPENSATION,HEWA,COLLECTIVE, OR ANY OTHER THIRD-PARTY (COLLECTIVELY,'COVERAGE SOURCE').

I AUTHORIZE AND DIRECT PAYMENT BE MADE BY ANY AND ALL COVERAGE SOURCE DIRECTLY TO THE HOSPITAL OF ALL BENEFITS, PAYMENTS, MONIES, CHECKS, FUNDS, WIRE TRANSFERS OR RECOVERY OF ANY KIND WHATSOEVER FROM ANY COVERAGE SOURCE. I ALSO AGREE TO ASSIST THE HOSPITAL IN PURSUING PAYMENT FROM ANY COVERAGE SOURCE. THIS INCLUDES, WITHOUT LIMITATION, SIGNING DOCUMENTS REQUESTED OR NEEDED TO PURSUE CLAIMS AND APPEALS, GETTING DOCUMENTS FROM COVERAGE SOURCE, OR OTHERWISE TO SUPPORT PAYMENT TO THE HOSPITAL. I ALSO DIRECT AND AGREE THAT ANY PAYMENTS OF ANY KIND (E.G., CHECKS, FUNDS, PAYMENTS, MONIES, BENEFITS OR RECOVERY FOR COVERAGE OF SERVICES BY THE HOSPITAL THAT IS SENT DIRECTLY TO ME (OR TO ANOTHER THIRD PARTY RESPONSIBLE FOR ME) WILL BE SENT AND TURNED OVER IMMEDIATELY BY ME TO THE HOSPITAL, THROUGH WHATEVER MEANS NECESSARY. THIS INCLUDES, WITHOUT LIMITATION, ME AND IF NEEDED ANY GUARDIAN ENDORSING OVER ANY CHECKS AND/OR OTHER DOCUMENTS TO THE HOSPITAL. I ALSO UNDERSTAND THAT I AM FINANCIALLY RESPONSIBLE FOR CHARGES NOT PAID ACCORDING TO THIS PROVISION, TO THE FULL EXTENT PERMITTED BY LAW.

I HEREBY AUTHORIZE AND DESIGNATE THE HOSPITAL, AS MY AUTHORIZED AGENT AND REPRESENTATIVE TO ACT ON MY BEHALF WITH RESPECT TO ALL MATTERS RELATED TO ALL OF MY RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS OR RECOVERY ARISING OUT OF ANY COVERAGE SOURCE. THIS INCLUDES, WITHOUT LIMITATION, THE HOSPITAL REQUESTING VERIFICATION OF COVERAGE/PRE-CERTIFICATION/ AUTHORIZATION, FILING PRE-SERVICE AND POST-SERVICE CLAIMS AND APPEALS, RECEIVING ALL INFORMATION, DOCUMENTATION, SUMMARY PLAN DESCRIPTIONS, BARGAINING AGREEMENTS, TRUST AGREEMENTS, CONTRACTS, AND ANY INSTRUMENTS UNDER WHICH THE PLAN IS ESTABLISHED OR OPERATED. AS WELL AS RECEIVING ANY POLICIES, PROCEDURES, RULES, GUIDELINES, PROTOCOLS OR OTHER CRITERIA CONSIDERED BY THE COVERAGE SOURCE, IN CONNECTION WITH ANY CLAIMS, APPEALS, OR NOTIFICATIONS RELATED TO CLAIMS OR APPEALS.

## STATEMENT OF FINANCIAL RESPONSIBILITY

I UNDERSTAND THAT I AM FINANCIALLY AND LEGALLY RESPONSIBLE FOR CHARGES NOT COVERED IN FULL BY ANY THIRD PARTY, TO THE FULL EXTENT PERMITTED BY LAW. I FURTHER AGREE THAT SHOULD I NOT PAY ANY BALANCE OWED BY ME WITHIN THIRTY (30) DAYS AFTER THE DATE OF DISCHARGE. MY ACCOUNT WILL BE CONSIDERED DELINQUENT. I AGREE TO PAY COSTS OF COLLECTION, INCLUDING REASONABLE ATTORNEY'S FEES AND COSTS, COLLECTION AGENCY FEES AND COSTS, AND INTEREST WHICH SHALL ACCRUE AT THE MAXIMUM RATE ALLOWED BY LAW.

## CONSENT TO CONTACT

BY PROVIDING US WITH YOUR HANDLINE OR CELL PHONE NUMBERS(S), YOU GIVE YOUR CONSENT FOR US, OUR AGENTS, AND TO OUR COLLECTION AGENTS, TO CONTACT YOU AT THESE NUMBERS) OR, AT ANY NUMBER THAT IS LATER ACQUIRED FOR YOU, AND TO LEAVE LIVE, OR PRE-RECORDED MESSGAGES REGARDING ANY ACCOUNTS OR SERVICES. FOR GREATER EFFICIENCY, CALLS MAY BE DELIVERED BY AN AUTODIALER.

## PRE-CERTIFICATION REQUIREMENTS

I UNDERSTAND THAT IF I DO NOT COMPLY WITH MY INSURANCE POLICY PRE-CERTIFICATION REQUIREMENTS OR IF ANY SERVICE IS NOT CERTIFIED, THEN I MAY NOT BE ENTITLED TO INSURANCE BENEFITS. IN THAT EVENT, I MAY BE RESPONSIBLE FOR ANY AND ALL CHARGES OF THE MEDICAL CENTER AT ITS REGULAR RATES AS SET FORTH IN PARAGRAPH 7.

## PHYSICIAN CHARGES

I UNDERSTAND THAT THE MEDICAL CENTER'S CHARGES DO NOT INCLUDE THE FEES OF THE PATIENT'S TREATING PHYSICIAN(S). IF APPLICABLE I UNDERSTAND THAT I WILL RECEIVE A SEPARATE BILL FOR THESE SERVICES AND SUCH BILLS MAY COME DIRECTLY FROM THE PHYSICIAN(S). SUCH AS EMERGENCY ROOM PHYSICIANS,RADIOLOGISTS, PATHOLOGISTS, ANESTHESIOLOGISTS, AND OTHER SPECIALISTS. I UNDERSTAND THAT LEVEL OF INSURANCE BENEFITS PAYABLE FOR TREATMENT BY THE PATIENT'S TREATING PHYSICIAN(S) MAY DIFFER FROM THE LEVEL OF INSURANCE BENEFITS PAYABLE FOR TREATMENT PROVIDED BY THE MEDICAL CENTER. IT IS MY RESPONSIBILTY TO DETERMINE THE EXTENT OF MY INSURANCE COVERAGE FOR TREATMENT BY ANY TREATING PHYSICIAN AT THE MEDICAL CENTER.

UNLESS OTHERWISE REVOKED BY ME, THIS AUTHORIZATION IS CONSIDERED VALID FOR (6) MONTHS FROM THE DATE BELOW. I UNDERSTAND THAT REVOCATION MAY NOT BE MADE IF ACTION HAS ALREADY BEEN TAKEN IN RELIANCE ON THIS AUTHORIZATION. I ALSO UNDERSTAND THAT THIS CONSENT SHALL OPERATE AS A COMPLETE RELEASE OF LIABILITY TO THE HOSPITAL AND THE PHYSICIANS AND THEIR EMPLOYEES AND AGENTS FOR THE RELEASE OF INFORMATION AS STATED ABOVE.

IN WITNESS WHEREOF, THE UNDERSIGNED HAVE HEREINTO SET THEIR HANDS

WITNESS SIGNATURE _BUGS DE LEON_    PATIENT SIGNATURE X ▆▆▆▆▆▆▆ (WIFE

IF PATIENT IS UNABLE TO CONSENT OR IS A MINOR, COMPLETE THE FOLLOWING:

( ) PATIENT IS MINOR OF _____ YEARS OF AGE. ( ) UNABLE TO CONSENT BECAUSE: _____

# CONFIDENTIAL

# aetna™    **Authorized Representative Request**

FAX Number

| Member Name | Aetna ID Number |
|---|---|
| | |

Provider of Service
**Hoboken University Medical Center**

Name and Dates of Service or Proposed Service
**Dates of Service 5/29/14 thru Current for Inpatient Care**

I, ███████████, do hereby name

*Print the name of the member who is receiving the service or supply*

**Meika Roberson and CarePoint Health Management Associates**

*Print the name of the person who is being authorized to act on the member's behalf*

to act as my authorized representative in requesting *(check one)* ☐ a complaint or ☑ an appeal from Aetna regarding the above-noted service or proposed service.

**IMPORTANT: Your signature below means that you understand and agree to the following:**

- In conjunction with this *(check one)* ☐ complaint or ☑ appeal, Aetna may disclose Protected Health Information ("PHI") to the above-named authorized representative ("Representative").

- The PHI disclosed pursuant to this authorization may include diagnosis and treatment information, including information pertaining to chronic diseases, behavioral health conditions, alcohol or substance abuse, communicable diseases, sexually-transmitted diseases, HIV/AIDS, and/or genetic marker information.

- Information disclosed pursuant to this authorization may be redisclosed by the Representative and may no longer be protected by federal or state privacy regulations.

- If you would like to pursue *(check one)* ☐ a complaint or ☐ an appeal, at the Representative's request, but do not want the Representative to receive any PHI or other information related to the *(check one)* ☐ complaint or ☐ appeal, including the *(check one)* ☐ complaint or ☐ appeal, decision, you may indicate that choice by checking the box on the signature line below.

- Your ability to enroll in an Aetna plan, and your eligibility for benefits and payment for services, will not be affected if you do not sign this form. However, without your signature, we cannot process the *(check one)* ☐ complaint or ☑ appeal, initiated by the Representative.

- This authorization is only valid for the duration of the *(check one)* ☐ complaint or ☑ appeal. If you sign this form, you may revoke the authorization at any time by notifying Aetna in writing at the address above. Revoking this authorization will not have any effect on actions that Aetna took in reliance on the authorization before we received the notification.

☑ Please accept this *(check one)* ☐ complaint or ☑ appeal, from my representative on my behalf; however, forward all information related to this *(check one)* ☐ complaint or ☑ appeal, including the *(check one)* ☐ complaint or ☑ appeal decision and any request you may have for additional information, to my attention only.

| Signature ██████████████ | Date 2/17/15 |
|---|---|

Print Name ████████████

If person signing this Authorization is not the Member, describe relationship to the Member (i.e. Parent, Legal, Representative)  *wife of* ████████████

Legal Representatives signing this authorization on behalf of a Member must furnish a copy of a health care power of attorney, or other relevant document that grants the applicable legal authority.

GR-68910 (4-13)

# **CONFIDENTIAL**

I, ███████, hereby authorize the use and/or disclosure of my protected health information as described below:

*Description of information to be used or disclosed:* Any information regarding my or my dependent's medical or claims history, including medical records, medical reports, insurance applications, and claims.

*Purpose of the use/disclosure:* To obtain payment on a claim for healthcare services provided by **Hoboken University Medical Center** on and after 5/29/2014.

*Who is authorized to use/disclose this information:* Meika Roberson and CarePoint Health Management Associates, **Aetna**, any healthcare provider that may have treated me or my dependent, or any other insurance company, plan fiduciary, or third-party payer that may have responsibility for a medical claim of mine or my dependent.

*Who is authorized to receive this information:* Meika Roberson and CarePoint Health Management Associates, **Aetna**, or any other insurance company, plan fiduciary, or third-party payer that may have responsibility for a medical claim of mine or my dependent.

If not previously revoked, this authorization shall terminate on the date that Meika Roberson and CarePoint Health Management Associates receives notice that this claim has been paid or the date that Meika Roberson and CarePoint Health Management Associates determines that no further action against the insurer is warranted.

In connection with this authorization, I understand the following:

*Re-disclosure:* If the organization or person authorized to receive this information is not a healthcare provider or health plan covered by the federal privacy regulations, the information described above may be disclosed to other institutions and would no longer be protected by the regulations.

*Refusal to sign:* I can refuse to sign this authorization, and my refusal to sign this authorization will not affect my eligibility for benefits, or my ability to obtain treatment or payment.

*Right of Inspection:* I have the right to inspect the information sought to be used or disclosed under this authorization, as permitted by the federal privacy regulations.

*Right of revocation:* I have the right to revoke this authorization at any time by sending written notification to Meika Roberson and CarePoint Health Management Associates at 10 Exchange Place, 16th Floor, Jersey City, NJ 07302. Such a revocation will not apply to prior actions taken in reliance on the authorization.

████████ C.L    Date 2/17/15

Name of Patient (Please Print)

████████ C.C

Signature of Patient

# CONFIDENTIAL

## AUTHORIZATION TO PURSUE CLAIM/APPEAL

With respect to healthcare expenses incurred as a result of the services I received on and after 5/29/2014 from Hoboken University Medical Center, I, ███████, hereby authorize and convey to Meika Roberson and CarePoint Health Management Associates to the full extent permissible under Federal and State law and under any applicable insurance policy and/or employee health care benefit plan: (1) the right and ability to act as my Authorized Representative in connection with any claim, right, matter, or cause of action that I may have under such insurance policy and/or benefit plan; and (2) the right and ability to act as my Authorized Representative to pursue such claim, right, matter, or cause of action in connection with said insurance policy and/or benefit plan, including the right and ability to act as my Authorized Representative with respect to a benefit plan governed by the provisions of the Employee Retirement Income Security Act ("ERISA").

I authorize Meika Roberson and CarePoint Health Management Associates to act on my behalf to (1) obtain copies of my insurance policy or benefit plan documents from Aetna or other Plan Administrator; (2) pursue appeals of adverse benefits decisions, claims for breaches of fiduciary duty under ERISA, external appeal review under Federal or State statute, administrative hearings, or legal actions to obtain payment from any payor; (3) disclose my protected health information to Aetna, its affiliates, any plan fiduciary, or independent review organization that may be involved in the resolution of claims, in connection with filing or appealing any claim for benefits due; and (4) receive any notices in connection with my benefit claims or appeals concerning same.

This authorization shall not be construed as an obligation of Meika Roberson and CarePoint Health Management Associates to pursue any such right of recovery. I acknowledge and understand that I maintain my right of recovery against my insurer or health benefit plan and the foregoing authorization does not divest me of such rights.

I also authorize Aetna, its affiliates, or any other third party that may be involved in the resolution of claims relating to the services provided to me on and after 5/29/2014 by Hoboken University Medical Center to release any information regarding plan benefits, claim status, claim approval, claim denial, and appeal status to Meika Roberson and CarePoint Health Management Associates.

I understand that I may revoke this authorization at any time by sending written notification to Meika Roberson and CarePoint Health Management Associates at 10 Exchange Place, 16th Floor, Jersey City, NJ 07302. Such a revocation will not apply to prior actions taken in reliance on the authorization. If not previously revoked, this authorization will terminate on the date that CarePoint Health System receives notice that this claim has been paid or the date that CarePoint Health System determines that no further action against the insurer is warranted.

Name of Patient (Please Print)          Date 2/17/15

Signature of Patient

## AUTHORIZATION TO RELEASE INFORMATION

# CONFIDENTIAL



**CONFIDENTIAL**

P. 1

*  *  *  Communication Result Report ( Jun. 11. 2015 12:15PM )  *  *  *

Date/Time: Jun. 11. 2015 12:14PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1507 | Memory TX | 16465591810 | P.  4 | OK | |

--------------------------------------------------------------------------
Reason for error
    E. 1) Hang up or line fail               E. 2) Busy
    E. 3) No answer                          E. 4) No facsimile connection
    E. 5) Exceeded max. E-mail size          E. 6) Destination does not support IP-Fax



**CONFIDENTIAL**

# Exhibit F

CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY ORDER

# GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTORNEYS AT LAW
17 STATE STREET, 4TH FLOOR
NEW YORK, NEW YORK 10004-1501

BUFFALO OFFICE:
442 POTOMAC AVENUE
BUFFALO, NY 14213
(716) 881-0800
FAX (716) 881-0810

LAWRENCE A. KRAVITZ (1972-2002)
BRUCE L. LISTHAUS
BARBARA S. MEHLSACK*

*NY BAR ONLY

(212) 269-2500
FAX (212) 269-2540
WWW.GKLLAW.COM

NEW JERSEY OFFICE:
60 PARK PLACE, 6TH FLOOR
NEWARK, NJ 07102
(973) 824-5811

OF COUNSEL
ANDREW A. GORLICK*

June 3, 2016

RECEIVED
JUN 07 2016
K&L GATES

<u>Via Email and Mail</u>

Anthony La Rocco, Esq.
Stacey A. Hyman, Esq.
K&L Gates LLP
One Newark Center, Tenth Floor
Newark, NJ 07102-5252
anthony.larocco@klgates.com
stacey.hyman@klgates.com

Re:    *HUMC OPCO LLC v. United Benefit Fund, et al.*:
U.S. District Court, District of New Jersey
Civil Action No.: 2:16-cv-168 (KM)(MAH)

Dear Counselors:

Reference is made to your letter of June 2, 2016 in which you provide an "assignment of benefits" form and various other assignments of rights executed "for" ████████████ by a ████████████ who purports to be his wife. Noticeably absent, however, is any health care proxy, power of attorney or other relevant document that would grant ████████████ the legal authority to execute such assignments of rights "for" ████████████. In fact, we have no proof that she is even his wife.[1]

In response to this firm's demand for the production of the assignment of rights that is the basis of HUMC's Amended Complaint, on May 25, 2016 HUMC produced an assignment of rights purportedly executed by the ████████████ who is the subject of this action, but in actuality executed by a different ████████████. By letter dated June 2, 2016, this firm objected to the invalid assignment and reiterated its demand that HUMC produce a <u>valid</u> assignment of rights. By letter dated June 2, 2016, HUMC "retracted" the invalid assignment and requested that it be destroyed. No <u>valid</u> assignment has been forthcoming.

Thus it appears on the basis of the documents HUMC has produced that HUMC has no <u>valid</u> assignment of rights from ████████████. For this reason, and in accordance with Rule 11

---

[1] UBF terminated coverage of ████████████ in 2012 for her failure to provide an auditor with proof of her alleged marriage to ████████████. However, even if ████████████ were married to ████████████, New Jersey law does not authorize her to execute assignments of rights on his behalf.

GORLICK, KRAVITZ & LISTHAUS, P.C.

CONFIDENTIAL
Anthony La Rocco, Esq.
Stacey A. Hyman, Esq.
June 3, 2016
Page 2

of the Federal Rules of Civil Procedure (the "Rules"), UBF and Aetna hereby demand that
HUMC immediately dismiss its Amended Complaint as it is clearly frivolous.

HUMC's allegations of standing are entirely predicated on the assertion that ██████
██████ executed an assignment of rights to HUMC. (Amended Complaint ¶ 48). As no such
document exists, HUMC is without standing to bring the instant action.

Rule 11 provides that, by virtue of presenting the court with a pleading, an attorney
certifies to the best of his or her knowledge:

> (2) the claims, defenses, and other legal contentions are warranted
> by existing law or by a nonfrivolous argument for extending,
> modifying, or reversing existing law or for establishing new law;

> (3) the factual contentions have evidentiary support or, if
> specifically so identified, will likely have evidentiary support after
> a reasonable opportunity for further investigation or discovery.

F.R.C.P. 11(b)(2) and (3). The Rule further provides that "[i]f, after notice and a reasonable
opportunity to respond, the court determines that Rule 11(b) has been violated, the court may
impose an appropriate sanction on any attorney, law firm, or party that violated the rule or is
responsible for the violation. F.R.C.P. 11(c)(1).

Each of HUMC's three causes of action rely on the assertion that HUMC is an "assignee"
of ██████. See, Amended Complaint ¶¶ 26, 27, 46, 48, 60 and 68. Indeed, as stated
above, HUMC's claim to have standing to sue is based entirely on what we now know to be a
non-existent assignment of rights. (Amended Complaint ¶ 48). As such, the continuance of this
litigation would be frivolous and in violation of Rule 11. Absent the voluntary dismissal of the
Amended Complaint by HUMC, UBF and Aetna intend to seek the imposition of sanctions in
accordance with the Rules.

In sum, HUMC's Amended Complaint is frivolous. Be guided accordingly.

Sincerely,

GORLICK, KRAVITZ
& LISTHAUS, P.C.

Mark H. Ginsberg

cc: Russell L. Hirschhorn, Esq.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

HUMC OPCO LLC, d/b/a CAREPOINT
HEALTH - HOBOKEN UNIVERSITY
MEDICAL CENTER,

    Plaintiff,

v.

UNITED BENEFIT FUND, AETNA
HEALTH INC., and OMNI
ADMINISTRATORS INC.,

    Defendants.

Civil Action No.
2:16-cv-00168 (KM/MAH)

---

## DECLARATION OF █████████

---

I, █████████ █████████ pursuant to 28 U.S.C. § 1746, hereby declare the following:

    1.    I am the wife of the now deceased █████████, or "Patient 1," as described by Plaintiff HUMC OPCO LLC, d/b/a CarePoint Health – Hoboken University Medical Center "("HUMC") in their Amended Complaint. I have first-hand knowledge of the facts set forth in this Declaration.

    2.    █████████ and I were married on September 28, 1985. A true and correct copy of our marriage license is attached hereto as *Exhibit 1*.

CONFIDENTIAL

3.      ███████ and I have four children from our marriage.

4.      ███████ and I have no children from outside our marriage.

5.      On May 29, 2014, ███████ suffered a stroke and was taken to the emergency room at HUMC, where he was treated and remained for 358 consecutive days.

6.      Upon arrival, for the duration of his treatment, and up until his release from HUMC, ███████ was unconscious and remained in a coma.

7.      On May 29, 2014, I signed a "General Admission Consent" for consent for ███████ medical treatment. A true and correct copy of the signed General Admission Consent is attached hereto as *Exhibit 2*.

8.      On May 29, 2014, I also signed an "Assignment of Benefits" to HUMC on behalf of ███████. A true and correct copy of the signed May 29, 2014 Assignment of Benefits is attached hereto as *Exhibit 3*.

9.      Throughout ███████ stay at HUMC, I made all of ███████ medical and insurance decisions.

10.     Throughout ███████ hospitalization, I interacted with the United Benefit Fund ("UBF"), Aetna Health Inc. ("Aetna") and Omni Administrators, Inc. ("Omni") on behalf of ███████ and at no time did anyone from UBF, Aetna or Omni ever inform her that she was not authorized to make decisions on ███████ behalf.

CONFIDENTIAL

11. ████████ was discharged from the hospital on or about May 22, 2015.

12. ████████ passed away on May 30, 2015.

13. On June 9, 2016, I signed another "Assignment of Benefits" on behalf of ████████. A true and correct copy of the signed June 9, 2016 Assignment of Benefits is attached hereto as *Exhibit 4*.

14. The June 9 Assignment of Benefits assigned ████████ rights, benefits, privileges, protections, claims, causes of action, interests or recovery of any type whatsoever receivable by ████████ or on his behalf arising out of any policy of insurance, plan, trust, fund or otherwise providing health care coverage of any type to ████████ (or to any other third party responsible for ████████) for the charges for services rendered to ████████ by HUMC. This includes without limitation, any private group health/hospitalization plan medical payments.

15. The June 9 Assignment of Benefits is a direct assignment of any and all of ████████ rights to receive benefits, arising out of any coverage source.

Dated: June 24, 2016

By: ████████████████████

CONFIDENTIAL



# CERTIFICATE OF MARRIAGE

Name of Groom *(First, Middle, Last)* ▮▮▮▮▮▮▮

Maiden Name of Bride *(First, Middle, Last)* ▮▮▮▮▮▮▮

Date of Marriage *(Month/Day/Year)*   *September 28, 1985*

Place of Marriage *(City/County)*   *Jersey City, Hudson County*

File Number:   *Hoboken   884*

Date Filed:   *September 30, 1985*

Date Amended *(if applicable):*   *N/A*

Date Issued:   *May 18, 2006*

Issued By:   *Jersey City Office of the City Clerk*

  *Robert Byrne, City Clerk*

This is to certify that the above is correctly
copied from a record on file in my office.

Certified copy not valid unless the raised
Great Seal of the State of New Jersey
or the seal of the issuing municipality
or county is affixed hereon.

REG-42P
JULY 04

State Registrar
Bureau of Vital Statistics

CONFIDENTIAL

Exhibit 2

```
Name  :  ███████████        MALE          MRN : 2014915
DOB/SEX: ████                              ACT : 201377645
HOSP  : HOBOKEN UMC                        ADM : May 29,2014 08:58
ATTENDING:
```

Jus Willow Avenue     Hoboken, NJ 07030

 

**GENERAL ADMISSION CONSENT**

1. CONSENT TO CARE: I wish to be treated by and/or admitted to CarePoint Health Hoboken University Medical Center (the "Medical Center"). While I am a patient, I give permission to my doctor(s), the hospital employees, and all the persons caring for me to provide care in ways they judge are beneficial to me. I understand that this care may include tests, examinations and medical treatments. I understand that the Medical Center is a teaching hospital and that under the appropriate supervision, medical students, fellows and residents of the Medical Center, or other teaching affiliates may participate in my care and treatment, but I may decline such participation. I understand that no guarantees have been made to me about the outcome of this care. I hereby authorize the Medical Center to preserve and use for scientific and/or teaching purposes, or dispose of any specimens or tissues taken from my body during hospitalization and hereby waive any claim or right I may have to such specimens or tissue.

2. INDEPENDENT PHYSICIANS: I understand and agree that (i) the physicians who participate in my care and treatment at the Medical Center are independent contractors or private practitioners who have been granted the privilege of using Medical Center facilities for the care and treatment of their patients; (ii) these physicians are not the agent or employee of the Medical Center and (iii) The Medical Center is not in any way responsible for the judgment or conduct of any physicians providing medical services at the hospital. While physicians who practice at the Medical Center must be admitted to the staff and continue to meet certain educational and experience requirements, I agree that the Medical Center is not responsible for the care provided to me by them.

3. PATIENT RIGHTS: I acknowledge that I have received a copy of the New Jersey Patient Bill of Rights and Information on Advance Directives.
   ADVANCED DIRECTIVE: Federal and State law require hospitals to ask the following questions of all adult patients being registered to their facility.
   Do you have an Advance Directive or Living Will for healthcare?
   Name of Healthcare Proxy:
   Was a copy of the document provided at the time of registration?   □ Yes/scanned   □ No

4. RELEASE OF INFORMATION: The Medical Center may use, release and/or confirm, all or part of any financial and medical information, including information regarding psychological, psychiatric, HIV and related diagnosis, drug and/or alcohol related illness, with any person, corporation or government agency that is or may be responsible to the hospital, the patient, and thereby member or employer for all or part of the Medical Center's charges or verification of the same. I acknowledge that the Medical Center may be required to release patient information, to Federal and state agencies that monitor healthcare facilities, as well as any industries that produce and/or manufacture medical products. I authorize the Medical Center to provide access to my medical information to any person or organization in order to facilitate the provision of post hospital care, treatment or services. I acknowledge the Medical Center may access patient information from the medical record for the purposes of research. I acknowledge that I may be contacted to participate in a research study and that I have the right to agree or decline to participate. I understand that limited information will be utilized for CarePoint Health Hoboken University Medical Center patient satisfaction surveys.

5. PERSONAL VALUABLES: I understand that the Medical Center and its employees are not responsible for the loss of, or damage to, any money, articles or personal property. I acknowledge that these items should be sent home with family and friends. I accept full responsibility for any items that I keep in my possession.

6. AUTHORIZATION FOR TESTING: In the event that any healthcare provider or first responder (including emergency medical service workers and police officials) involved in my care is exposed to my blood or bodily fluids and makes a request for testing and results of such testing, I consent to the drawing of blood for the purpose of testing it for various blood borne pathogens including, but not limited to Human Immunodeficiency Virus (HIV) and Hepatitis B and C. I understand and agree that the results of the blood test shall be released to me and the healthcare provider/first responder exposed to my blood or bodily fluids. To the extent possible, these results will be provided to the healthcare provider/first responder without disclosing my name.

7. MEDICARE PATIENTS ONLY: I certify that the information given in applying for payment under the Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information to release to the Social Security Administration and the Center for Medicare & Medicaid Services or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that direct payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services to the physician or organization furnishing the service or authorize such physician or organization to submit a claim to Medicare for payment.

8. NEW JERSEY HOSPITAL CARE ASSISTANCE PROGRAM: I have received a copy of the notice of New Jersey hospital care assistance program.

I have read the information contained above, any questions I had have been answered, and I understand its contents. I attest that my personal information provided to the Medical Center is correct. I understand that providing incorrect information for the purpose of avoiding payment or for any other reason may be considered a violation of state and/or federal laws. Patients objecting to any statement in the Consent Form may put a line through that statement and initial it. This action indicates that the patient is striking this statement and that their signature does not indicate consent or acknowledgement of that item. However, patients cannot delete their consent for treatment or those relating to their financial responsibility.

I understand that this form will be valid for the period of one year from the date signed for all outpatient services. I also understand that I have the right to ask questions at any time regarding my treatment, care or any terms contained on this consent. If I wish to revise my consent, I may do so by completing a new form or if I wish to withdraw my consent, I must do so in writing.

```
Signature of Patient:                                    Date:            Time:
Signature of Healthcare Representative: ████████████████  Date: 5/29/14 Time: 9:11 Am
  (when patient is unable to give consent or is a minor)
Relationship to Patient:
Witness Signature:  [signature]                          Date: 5/29/14 Time: 9:11 Am
Interpreter Name:                                        Interpreter ID#
            □ Approved Translation Service  □ Physician  □ Trained Staff Member
```

Page 34

0420150001

DCN: 150420133264 SEQ: 0420150001 EP

# Exhibit 3

CarePoint Health Hoboken University Medical Center
308 Willow Avenue Hoboken, NJ 07030

[redacted]

ASSIGNMENT OF INSURANCE BENEFITS/DIRECT PAYMENT/AUTHORIZED REPRESENTATIVE/AGENT

[illegible]

[illegible]

I HEREBY AUTHORIZE AND DESIGNATE THE HOSPITAL AS MY AUTHORIZED AGENT AND REPRESENTATIVE TO ACT ON MY BEHALF WITH RESPECT TO ALL MATTERS RELATED TO ALL OF MY RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS OR RECOVERY ARISING OUT OF ANY COVERAGE SOURCE. THIS INCLUDES, WITHOUT LIMITATION, THE HOSPITAL REQUESTING VERIFICATION OF COVERAGE/PRE-CERTIFICATION/AUTHORIZATION, FILING PRE-SERVICE AND POST-SERVICE CLAIMS AND APPEALS, RECEIVING ALL INFORMATION, DOCUMENTATION, SUMMARY PLAN DESCRIPTIONS, BARGAINING AGREEMENTS, TRUST AGREEMENTS, CONTRACTS AND ANY INSTRUMENTS UNDER WHICH THE PLAN IS ESTABLISHED OR OPERATED, AS WELL AS RECEIVING ANY POLICIES, PROCEDURES, RULES, GUIDELINES, PROTOCOLS OR OTHER CRITERIA CONSIDERED BY THE COVERAGE SOURCE, IN CONNECTION WITH ANY CLAIMS, APPEALS, OR NOTIFICATIONS RELATED TO CLAIMS OR APPEALS

STATEMENT OF FINANCIAL RESPONSIBILITY

I UNDERSTAND THAT I AM FINANCIALLY AND LEGALLY RESPONSIBLE FOR CHARGES NOT COVERED IN FULL BY ANY THIRD PARTY, TO THE FULL EXTENT PERMITTED BY LAW. I FURTHER AGREE THAT SHOULD I NOT PAY ANY BALANCE OWED BY ME WITHIN THIRTY (30) DAYS AFTER THE DATE OF DISCHARGE, MY ACCOUNT WILL BE CONSIDERED DELINQUENT. I AGREE TO PAY COSTS OF COLLECTION, INCLUDING REASONABLE ATTORNEY'S FEES AND COSTS, COLLECTION AGENCY FEES AND COSTS, AND INTEREST WHICH SHALL ACCRUE AT THE MAXIMUM RATE ALLOWED BY LAW.

CONSENT TO CONTACT

BY PROVIDING US WITH YOUR LANDLINE OR CELL PHONE NUMBER(S), YOU GIVE YOUR CONSENT FOR US, OUR AGENTS, AND TO OUR COLLECTION AGENTS, TO CONTACT YOU AT THESE NUMBERS, OR AT ANY NUMBER THAT IS LATER ACQUIRED FOR YOU, AND, TO LEAVE LIVE OR PRE-RECORDED MESSAGES REGARDING ANY ACCOUNTS OR SERVICES. FOR GREATER EFFICIENCY, CALLS MAY BE DELIVERED BY AN AUTODIALER.

PRE-CERTIFICATION REQUIREMENTS

I UNDERSTAND THAT IF I DO NOT COMPLY WITH MY INSURANCE POLICY PRE-CERTIFICATION REQUIREMENTS OR IF ANY SERVICE IS NOT CERTIFIED, THEN I MAY NOT BE ENTITLED TO INSURANCE BENEFITS. IN THAT EVENT, I MAY BE RESPONSIBLE FOR ANY AND ALL CHARGES OF THE MEDICAL CENTER AT ITS REGULAR RATES AS SET FORTH IN PARAGRAPH 1.

PHYSICIAN CHARGES

I UNDERSTAND THAT THE MEDICAL CENTER'S CHARGES DO NOT INCLUDE THE FEES OF THE PATIENT'S TREATING PHYSICIAN(S), IF APPLICABLE. I UNDERSTAND THAT I WILL RECEIVE A SEPARATE BILL FOR THESE SERVICES AND SUCH BILLS MAY COME DIRECTLY FROM THE PHYSICIAN(S), SUCH AS EMERGENCY ROOM PHYSICIANS, RADIOLOGISTS, PATHOLOGISTS, ANESTHESIOLOGISTS, AND OTHER SPECIALISTS. I UNDERSTAND THAT LEVEL OF INSURANCE BENEFITS PAYABLE FOR TREATMENT BY THE PATIENT'S TREATING PHYSICIAN(S) MAY DIFFER FROM THE LEVEL OF INSURANCE BENEFITS PAYABLE FOR TREATMENT PROVIDED BY THE MEDICAL CENTER. IT IS MY RESPONSIBILITY TO DETERMINE THE EXTENT OF MY INSURANCE COVERAGE FOR TREATMENT BY ANY TREATING PHYSICIAN AT THE MEDICAL CENTER.

UNLESS OTHERWISE REVOKED BY ME, THIS AUTHORIZATION IS CONSIDERED VALID FOR (6) MONTHS FROM THE DATE BELOW. I UNDERSTAND THAT REVOCATION MAY NOT BE MADE IF ACTION HAS ALREADY BEEN TAKEN IN RELIANCE ON THIS AUTHORIZATION. I ALSO UNDERSTAND THAT THIS CONSENT SHALL OPERATE AS A COMPLETE RELEASE OF LIABILITY TO THE HOSPITAL AND THE PHYSICIANS AND THEIR EMPLOYEES AND AGENTS FOR THE RELEASE OF INFORMATION AS STATE ABOVE.

IN WITNESS WHEREOF, THE UNDERSIGNED HAVE HEREUNTO SET THEIR HANDS [redacted]

WITNESS SIGNATURE: ________ PATIENT SIGNATURE: ________

IF PATIENT IS UNABLE TO CONSENT OR IS A MINOR, COMPLETE THE FOLLOWING:

( ) PATIENT IS MINOR OF ______ YEARS OF AGE ( ✓ ) UNABLE TO CONSENT BECAUSE: Code BAT

0420150001

DCN: 150420133264 SEQ: 0420150001 EP

# Exhibit 4




**CarePoint Health**
Hoboken University
Medical Center

308 Willow Avenue
Hoboken, NJ 07030
Telephone: 201-418-1000
www.HobokenUMC.com

Form ID: AOB
ASSIGNMENT OF INSURANCE BENEFITS/DIRECT
PAYMENT/AUTHORIZED REPRESENTATIVE/AGENT
Reorder #: 20068
(Rev. 6/15)

*PATIENT ID LABEL*

I HEREBY ASSIGN TO THE HOSPITAL, ALL OF MY RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS OR RECOVERY, TO ANY AND ALL RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS, OR RECOVERY OF ANY TYPE WHATSOEVER RECEIVABLE BY ME OR ON MY BEHALF ARISING OUT OF ANY POLICY OF INSURANCE, PLAN, TRUST, FUND, OR OTHERWISE PROVIDING HEALTH CARE COVERAGE OF ANY TYPE TO ME (OR TO ANY OTHER THIRD PARTY RESPONSIBLE FOR ME) FOR THE CHARGES FOR SERVICES RENDERED TO ME BY THE HOSPITAL. THIS INCLUDES, WITHOUT LIMITATION, ANY PRIVATE OR GROUP HEALTH/HOSPITALIZATION PLAN, AUTOMOBILE LIABILITY, GENERAL LIABILITY, PERSONAL INJURY PROTECTION, MEDICAL PAYMENTS, UNINSURED OR UNDERINSURED MOTOR VEHICLE BENEFITS, SETTLEMENTS/JUDGMENTS/VERDICTS, SELF-FUNDED PLAN, TRUST, WORKERS COMPENSATION, MEWA, COLLECTIVE, OR ANY OTHER THIRD-PARTY PAYOR PROVIDING HEALTH CARE COVERAGE OF ANY TYPE TO ME (OR TO ANY OTHER THIRD PARTY RESPONSIBLE FOR ME) FOR THE CHARGES FOR SERVICES RENDERED TO ME BY THE HOSPITAL [COLLECTIVELY, "COVERAGE SOURCE"]. THIS IS A DIRECT ASSIGNMENT TO THE HOSPITAL OF ANY AND ALL OF MY RIGHTS TO RECEIVE BENEFITS ARISING OUT OF ANY COVERAGE SOURCE. I UNDERSTAND THAT THIS ASSIGNMENT OF BENEFITS IS IRREVOCABLE. THIS ASSIGNMENT OF BENEFITS FULLY AND COMPLETELY ENCOMPASSES ANY LEGAL CLAIM I MAY HAVE AGAINST ANY COVERAGE SOURCE, INCLUDING, BUT NOT LIMITED TO, MY RIGHTS TO APPEAL ANY DENIAL OF BENEFITS ON MY BEHALF, TO REQUEST AND OBTAIN PLAN DOCUMENTS, TO PURSUE LEGAL ACTION AGAINST ANY COVERAGE SOURCE, AND/OR TO FILE A COMPLAINT WITH THE NEW JERSEY DEPARTMENT OF BANKING AND INSURANCE.

I AUTHORIZE AND DIRECT PAYMENT BE MADE BY ANY AND ALL COVERAGE SOURCE DIRECTLY TO THE HOSPITAL OF ALL BENEFITS, PAYMENTS, MONIES, CHECKS, FUNDS, WIRE TRANSFERS OR RECOVERY OF ANY KIND WHATSOEVER FROM ANY COVERAGE SOURCE. I ALSO AGREE TO ASSIST THE HOSPITAL IN PURSUING PAYMENT FROM ANY COVERAGE SOURCE. THIS INCLUDES, WITHOUT LIMITATION, SIGNING DOCUMENTS REQUESTED OR NEEDED TO PURSUE CLAIMS AND APPEALS, GETTING DOCUMENTS FROM COVERAGE SOURCE, OR OTHERWISE TO SUPPORT PAYMENT TO THE HOSPITAL. I ALSO DIRECT AND AGREE THAT ANY PAYMENTS OF ANY KIND (E.G., CHECKS, FUNDS, PAYMENTS, MONIES, BENEFITS OR RECOVERY FOR COVERAGE OF SERVICES BY THE HOSPITAL THAT IS SENT DIRECTLY TO ME (OR TO ANOTHER THIRD PARTY RESPONSIBLE FOR ME) WILL BE SENT AND TURNED OVER IMMEDIATELY BY ME TO THE HOSPITAL, THROUGH WHATEVER MEANS NECESSARY. THIS INCLUDES, WITHOUT LIMITATION, ME AND IF NEEDED ANY GUARDIAN ENDORSING OVER ANY CHECKS AND/OR OTHER DOCUMENTS TO THE HOSPITAL. I ALSO UNDERSTAND THAT IF I FAIL TO TURN OVER TO THE HOSPITAL ANY SUCH PAYMENTS SENT DIRECTLY TO ME (OR TO ANOTHER THIRD PARTY RESPONSIBLE FOR ME), I WILL BE FINANCIALLY RESPONSIBLE TO THE HOSPITAL FOR THE AMOUNT OF SUCH PAYMENTS, AND I MAY ALSO BE SUBJECT TO CIVIL OR CRIMINAL PROSECUTION TO THE FULLEST EXTENT PERMITTED BY LAW.

I HEREBY AUTHORIZE AND DESIGNATE THE HOSPITAL AS MY AUTHORIZED AGENT AND REPRESENTATIVE TO ACT ON MY BEHALF WITH RESPECT TO ALL MATTERS RELATED TO ALL OF MY RIGHTS, BENEFITS, PRIVILEGES, PROTECTIONS, CLAIMS, CAUSES OF ACTION, INTERESTS OR RECOVERY ARISING OUT OF ANY COVERAGE SOURCE. THIS INCLUDES, WITHOUT LIMITATION, THE HOSPITAL REQUESTING VERIFICATION OF COVERAGE/PRE-CERTIFICATION/AUTHORIZATION, FILING PRE-SERVICE AND POST-SERVICE CLAIMS AND APPEALS, RECEIVING ALL INFORMATION, DOCUMENTATION, SUMMARY PLAN DESCRIPTIONS, BARGAINING AGREEMENTS, TRUST AGREEMENTS, CONTRACTS, AND ANY INSTRUMENTS UNDER WHICH THE PLAN IS ESTABLISHED OR OPERATED, AS WELL AS RECEIVING ANY POLICIES, PROCEDURES, RULES, GUIDELINES, PROTOCOLS OR OTHER CRITERIA CONSIDERED BY THE COVERAGE SOURCE, IN CONNECTION WITH ANY CLAIMS, APPEALS, OR NOTIFICATIONS RELATED TO CLAIMS OR APPEALS.

**STATEMENT OF FINANCIAL RESPONSIBILITY**
I UNDERSTAND THAT I AM FINANCIALLY AND LEGALLY RESPONSIBLE FOR CHARGES NOT COVERED IN FULL BY THE ASSIGNMENT OF BENEFITS DESCRIBED IN THE PRECEDING SECTION, INCLUDING, BUT NOT LIMITED TO, ANY DEDUCTIBLES, COPAYMENTS, AND COINSURANCE AMOUNTS PROVIDED UNDER ANY COVERAGE SOURCE; AND CHARGES FOR WHICH THERE IS NO COVERAGE SOURCE. I FURTHER AGREE THAT SHOULD I NOT PAY ANY BALANCE FOR WHICH I AM LEGALLY RESPONSIBLE AS SET FORTH IN THIS SECTION WITHIN THIRTY (30) DAYS AFTER THE DATE OF DISCHARGE, MY ACCOUNT WILL BE CONSIDERED DELINQUENT. I AGREE TO PAY COSTS OF COLLECTION, INCLUDING REASONABLE ATTORNEY'S FEES AND COSTS, COLLECTION AGENCY FEES AND COSTS, AND INTEREST WHICH SHALL ACCRUE AT THE MAXIMUM RATE ALLOWED BY LAW.

**CONSENT TO CONTACT**
BY PROVIDING US WITH YOUR LANDLINE OR CELL PHONE NUMBER(S), YOU GIVE YOUR CONSENT FOR US, OUR AGENTS, AND TO OUR COLLECTION AGENTS, TO CONTACT YOU AT THESE NUMBERS, OR, AT ANY NUMBER THAT IS LATER ACQUIRED FOR YOU, AND, TO LEAVE LIVE, OR PRE-RECORDED MESSAGES REGARDING ANY ACCOUNTS OR SERVICES. FOR GREATER EFFICIENCY, CALLS MAY BE DELIVERED BY AN AUTODIALER.

**PRE-CERTIFICATION REQUIREMENTS**
I UNDERSTAND THAT IF I DO NOT COMPLY WITH MY INSURANCE POLICY PRE-CERTIFICATION REQUIREMENTS OR IF ANY SERVICE IS NOT CERTIFIED, THEN I MAY NOT BE ENTITLED TO INSURANCE BENEFITS. IN THAT EVENT, I MAY BE RESPONSIBLE FOR ANY AND ALL CHARGES OF THE MEDICAL CENTER AT ITS REGULAR RATES AS SET FORTH IN PARAGRAPH 7.

**PHYSICIAN CHARGES**
I UNDERSTAND THAT THE MEDICAL CENTER'S CHARGES DO NOT INCLUDE THE FEES OF THE PATIENT'S TREATING PHYSICIAN(S), IF APPLICABLE. I UNDERSTAND THAT I WILL RECEIVE A SEPARATE BILL FOR THESE SERVICES AND SUCH BILLS MAY COME DIRECTLY FROM THE PHYSICIAN(S), SUCH AS EMERGENCY ROOM PHYSICIANS, RADIOLOGISTS, PATHOLOGISTS, ANESTHESIOLOGISTS, AND OTHER SPECIALISTS. I UNDERSTAND THAT LEVEL OF INSURANCE BENEFITS PAYABLE FOR TREATMENT BY THE PATIENT'S TREATING PHYSICIAN(S) MAY DIFFER FROM THE LEVEL OF INSURANCE BENEFITS PAYABLE FOR TREATMENT PROVIDED BY THE MEDICAL CENTER. IT IS MY RESPONSIBILITY TO DETERMINE THE EXTENT OF MY INSURANCE COVERAGE FOR TREATMENT BY ANY TREATING PHYSICIAN AT THE MEDICAL CENTER.

UNLESS OTHERWISE REVOKED BY ME, THIS AUTHORIZATION IS CONSIDERED VALID FOR (6) MONTHS FROM THE DATE BELOW. I UNDERSTAND THAT REVOCATION MAY NOT BE MADE IF ACTION HAS ALREADY BEEN TAKEN IN RELIANCE ON THIS AUTHORIZATION. I ALSO UNDERSTAND THAT THIS CONSENT SHALL OPERATE AS A COMPLETE RELEASE OF LIABILITY TO THE HOSPITAL AND THE PYSICIANS AND THEIR EMPLOYEES AND AGENTS FOR THE RELEASE OF INFORMATION AS STATE ABOVE.

IN WITNESS WHEREOF, THE UNDERSIGNED HAVE HERUNTO SET THEIR HANDS

WITNESS SIGNATURE: _____    PATIENT SIGNATURE: ▮▮▮▮▮▮▮▮▮

IF PATIENT IS UNABLE TO CONSENT OR IS A MINOR, COMPLETE THE FOLLOWING:
( ) PATIENT IS MINOR OF: _____ YEARS OF AGE.    ( ) UNABLE TO CONSENT BECAUSE: _____

Page 1 of 1

CONFIDENTIAL

Exhibit G



June 24, 2016

Anthony P. La Rocco
anthony.larocco@klgates.com

T 973 848 4014
F 973 848 4001

**VIA EMAIL AND REGULAR MAIL**

Mark H. Ginsberg, Esq.
Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor
New York, NY 10004-1501

Re: *HUMC Opco LLC v. United Benefit Fund, et al.*
Docket No. 2:16-cv-168 (KM) (MAH)

Dear Mr. Ginsberg:

On behalf of Plaintiff HUMC OPCO, LLC d/b/a CarePoint Health – Hoboken University Medical Center ("HUMC"), we write in response to your letter dated June 3, 2016. You write that your clients, United Benefit Fund ("UBF") and Aetna Health Inc. ("Aetna") (collectively, "Defendants"), will move for sanctions under Rule 11 of the Federal Rules of Civil Procedure unless HUMC agrees to immediately dismiss its Amended Complaint. You claim that HUMC has produced no valid assignment of benefits ("AOB") and rights by ▆▆▆▆▆▆ to HUMC and, as a result, HUMC purportedly has no standing to sue under the Amended Complaint. As shown below, your contention has no basis in law or fact, and your threatened motions to dismiss for lack of subject matter jurisdiction and for Rule 11 sanctions would themselves be frivolous.

During our telephone meet and confer call on May 16, 2016, we agreed to produce to Defendants the AOB conferring standing upon HUMC to bring this ERISA action against Defendants. On May 24, 2016, we produced what our client understood to be the AOB at issue. When you pointed out in your letter of June 2, 2016, that the AOB related to a different patient with the same name as ▆▆▆▆▆▆, we promptly supplied the correct AOB later that same day. The AOB was actually signed by ▆▆▆▆▆▆ rather than ▆▆▆▆▆▆, who was incapacitated throughout his hospitalization at HUMC.[1] You contend that ▆▆▆▆▆▆ was not authorized to sign the AOB and, as a result, HUMC purportedly lacks standing to bring this claim. This argument fails for several reasons.

At the outset, when ▆▆▆▆▆▆ presented at the HUMC Emergency Department, he had suffered a stroke and was unconscious and comatose. He remained in this state throughout his stay at HUMC. Due to ▆▆▆▆▆▆ incapacitation, ▆▆▆▆▆▆, as ▆▆▆▆▆▆ spouse, was authorized to make all of ▆▆▆▆▆▆ medical decisions. ▆▆▆▆▆▆ signed the AOB on May 29, 2014, the

---

[1] As you are aware, we plan to move for leave to file a Second Amended Complaint to correct that error, as Judge Hammer authorized us to do during the June 14, 2016, telephone status conference call.

K&L GATES LLP
ONE NEWARK CENTER  TENTH FLOOR  NEWARK  NJ 07102
T +1 973 848 4000 F +1 973 848 4001  klgates.com

Anthony P. La Rocco, Administrative Partner, New Jersey

klgates.com

date ████████ was admitted to HUMC's Emergency Department.  *See Declaration of* ████████
████ ("████ Decl."), Ex. 3.

You baldly assert that ████████ only "purports to be" ████████ wife and that you "have no
proof that she is even his wife."  This specious assertion is belied by the extensive record
evidence demonstrating that your clients dealt directly with ████████ throughout ████████
hospitalization, fully aware that she was ████████ wife and was making all of his health care
decisions.  In any event, on June 21, 2016, we provided you with a true and correct copy of ████
and ████████ Certificate of Marriage, which should put to rest your disingenuous suggestion
that they were not married.  *See also* ██████ Decl., Ex. 1.

Further, Section 15 of the Summary Plan Description for UBF (the "Plan") states that:

> *Benefits for medical expenses covered under this Plan may be assigned by a
> Covered Person to the provider; however, if those benefits are paid directly to the
> Participant, the Plan shall be deemed to have fulfilled its obligations with respect
> to such benefits. The Plan will not be responsible for determining whether any
> such assignment is valid. Payment of benefits which have been assigned will be
> made directly to the assignee unless a written request not to honor the
> assignment, signed by the Participant and the assignee, has been received
> before the proof of loss is submitted.*

(emphasis added).  "Covered Person" is defined under the Plan as "any Participant and his or
her eligible Dependents when properly enrolled in the Plan as a new hire, enrolled during the
open enrollment period or allowed to enroll because of a qualifying event such a birth, marriage
or adoption ..." and "Dependent" is defined as "[y]our legal Spouse when residing in the United
States ...."  Thus, by the plain language of the Plan, ████████ as ████████ wife, was
authorized to assign the benefits under the Plan as ████████ Dependent, and a Covered
Person.[2]

And even assuming that ████████ was not a Covered Person under the Plan, she properly
executed the AOB on ████████ behalf.  You state that because HUMC did not produce a
health care proxy, power of attorney, or other instrument that would grant ████████ the legal
authority to execute an assignment of rights for ████████, she was not authorized to execute
an assignment of rights under New Jersey law.  However, Section 17 of the Summary Plan
Description for UBF expressly states that "[e]xcept to the extent superseded by the laws of the
United States, the Plan and all rights and duties thereunder shall be governed, construed, and
administered in accordance with the laws of the State of New York."  Here, federal common law
controls.  *See Merrick v. UnitedHealth Group, Inc.*, 2016 WL 1229616 (S.D.N.Y. Mar. 25, 2016)
(validity of an assignment of benefits related to an ERISA plan is controlled by federal common
law).  Under federal common law, the AOB signed by ████████ is a valid assignment of
benefits based on ████████ incapacity.  *See Cromwell v. Equicor- Equitable HCA Corp.*, 944
F.2d 1272 (6th Cir. 1991) (patient's husband signed an "Assignment of Insurance Benefits"

---

[2] You state in your letter that UBF terminated its coverage of ████████ when she allegedly failed to
supply proof of her marriage to ████████.  However, you have not provided any support for this
assertion, and the documents exchanged to date contain no indication that UBF ever terminated her
coverage.  If you intend to stand on the assertion that UBF terminated ████████ coverage, please
produce all documents referring or relating to this assertion.

2

CONFIDENTIAL

clause authorizing payment directly to the health care provider of any and all sums of money otherwise payable to me under the terms of the home health provisions of said group policy or contract was valid assignment and assignee could sue under ERISA). New York law likewise authorized ▮▮▮▮ to sign the AOB during ▮▮▮▮▮▮ incapacity. *See N.Y. Pub. Health Law* § 2994-d.

Finally, even assuming, *arguendo*, that ▮▮▮▮▮ lacked the authority to sign the AOB while ▮▮▮▮▮ was alive, once he died on May 30, 2015, ▮▮▮▮▮▮ acquired the status of his successor in interest by operation of federal common law and New Jersey's intestacy laws. *See, e.g.,* N.J.S.A. 3B:5-3. As ▮▮▮▮▮▮ successor in interest, ▮▮▮▮ was authorized to sign an AOB conferring standing upon HUMC to bring this action. *See, e. g., Pro Cariaco Pronto Socorro Cardiologica S.A. v. Trussell,* 863 F. Supp. 135, 138 (S.D.N.Y. 1994) (an assignment of benefits signed by the decedent's son and sole heir was valid because, upon her death, he became entitled to the proceeds from his mother's estate and stepped into her shoes regarding his entitlement to the insurance proceeds at that time); *Keever v. NCR Pension Plan,* Case No. 3:15-cv-196, 2015 U.S. Dist. LEXIS 169019 (S.D. Oh. Dec. 15, 2015) (noting that patient's surviving heirs "could be deemed to have derivative standing to sue," and "even if Plaintiffs lacked statutory standing to pursue claim for benefits under § 1132(a)(1)(B), this would not necessarily deprive the federal court of subject matter jurisdiction."); and *Scott v. Regions Bank,* 702 F. Supp. 2d 921, 929-930 (E.D.Tenn. 2010) (holding that granting derivative standing to successor-in-interest to the plan participant or beneficiary promotes ERISA's goal of protecting the interests of participants and their beneficiaries). Out of an abundance of caution, ▮▮▮▮▮ re-executed another AOB in favor of HUMC on June 9, 2016, which would independently confer standing upon HUMC even if the prior AOB she signed were somehow invalid (which it is not). [3] *See* ▮▮▮▮ Decl., Ex. 4.

In light of the foregoing, HUMC unquestionably has standing to bring this ERISA claim against Defendants. Accordingly, Defendants' threatened motions to dismiss for lack of subject matter jurisdiction, and for Rule 11 sanctions, would themselves be frivolous. Please be guided accordingly.

Very truly yours,

Anthony P. La Rocco

cc:    Russell Hirschhorn, Esq. (via e-mail only)
       Alychia Buchan, Esq. (via e-mail only)
       Joseph Clark, Esq. (via e-mail only)
       George Barbatsuly, Esq. (via e-mail only)
       Stacey Hyman, Esq. (via e-mail only)

---

[3] In *Drzala v. Horizon Blue Cross Blue Shield,* Civ. Action No. 15-8392, slip op. at n. 7 (D.N.J. May 16, 2016), the Court noted that contract rights and duties are generally assignable and delegable and that an assignment of benefits made even after the claims review process began was valid where, as here, the insurer had not been prejudiced by the post-claims review assignment, and the assignee was actively involved in the claims review process from the outset.

June 24, 2016

CONFIDENTIAL