UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUMC OPCO LLC, d/b/a CAREPOINT HEALTH – HOBOKEN UNIVERSITY MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED BENEFIT FUND, AETNA HEALTH INC., and OMNI ADMINISTRATORS INC.,<br><br>Defendants. | Case 2:16-cv-00168-KM-MAH |

## DECLARATION OF JEANNA TALAMO

I, Jeanna Talamo, hereby declare the following to be true under penalty of perjury:

1. I am the Assistant Director of the defendant United Benefit Fund ("UBF" or the "Plan"). I submit this Declaration in support of UBF, Aetna Health Inc., and Omni Administrators Inc.'s Memorandum of Law in Opposition to Plaintiff's Cross-Motion for Leave to Amend.

2. Carmen Lopez's health coverage under the Plan was terminated in or about October 2012, following an eligibility audit conducted by BMI Audit Services in which she failed to produce proof of her alleged marriage to a plan

participant. Carmen Lopez's health coverage under the Plan has not been reinstated since that time.

Dated:    Queens, New York
          August 5, 2016

*Jeanna Talamo*
Jeanna Talamo