UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUMC OPCO LLC, d/b/a CAREPOINT HEALTH – HOBOKEN UNIVERSITY MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED BENEFIT FUND, AETNA HEALTH INC., and OMNI ADMINISTRATORS INC.,<br><br>Defendants. | Case No:<br>2:16-cv-00168 (KM) (MAH)<br><br><br>STIPULATION |

**IT IS HEREBY STIPULATED** by and among Plaintiff HUMC OPCO LLC, d/b/a CAREPOINT HEALTH-HOBOKEN UNIVERSITY MEDICAL CENTER ("HUMC") and DEFENDANTS UNITED BENEFIT FUND ("UBF"), AETNA HEALTH INC. ("AETNA") and OMNI ADMINISTRATORS INC. ("OMNI") (collectively "DEFENDANTS") (all collectively "Parties"), by their undersigned attorneys, as follows:

WHEREAS, HUMC has filed the within action alleging that DEFENDANTS are jointly and severally liable to it for monies to which HUMC claims it is entitled to for medical care rendered to "Patient 1" under the terms of a certain UBF benefit plan that allegedly covered Patient 1 ("the PLAN") and applicable law and regulations hereinafter ("applicable law"); and

WHEREAS, DEFENDANTS have jointly and severally denied and asserted various defenses to HUMC's claims and have asserted counterclaims against HUMC for, *inter alia*, declaratory relief; and

WHEREAS, HUMC denies all such counter claims;

1

WHEREAS, UBF has asserted, *inter alia*, that the PLAN is a so-called "grandfathered plan" within the meaning of applicable law and HUMC has challenged that the PLAN has grandfathered status under applicable law;

NOW THEREFORE, it is hereby agreed by and among all PARTIES that:

1. UBF hereby waives for purposes of this action its claim that the PLAN is a grandfathered plan under applicable law.

2. This waiver is made with prejudice only with respect to any and all claims by HUMC for care rendered to Patient 1 and may not be used for any other purpose.

3. This Stipulation may be executed in duplicate original and signed via facsimile or by electronic signature and such facsimile and electronic signatures shall be effective as original signatures for all purposes.

Agreed to this 2nd day of December, 2016:

| | |
|---|---|
| UNITED BENEFIT FUND<br>AETNA HEALTH INC.<br>OMNI ADMINISTRATORS INC.<br><br>By: /s/ Barbara Mehlsack<br>Barbara S. Mehlsack<br>Bruce L. Listhaus<br>GORLICK, KRAVITZ<br>& LISTHAUS, P.C.<br>17 State Street<br>New York, NY 10004<br>Bmehlsack@gkllaw.com<br>Blisthaus@gkllaw.com<br>*Attorneys for Defendants* | HUMC OPCO LLC, d/b/a CAREPOINT<br>HEALTH HOBOKEN UNIVERSITY<br>MEDICAL CENTER<br><br>By: /s/ Anthony La Rocco<br>Anthony La Rocco<br>K &L GATES LLP<br>One Newark Center 10th fl<br>Newark, NJ 07102<br>Anthony.Larocco@klg.com<br>*Attorneys for Plaintiff* |

2