# K&L GATES

Anthony P. La Rocco
D. 973.848.4014
F. 973.848.4001
anthony.larocco@klgates.com

November 27, 2018

**Via ECF**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *HUMC OPCO, LLC d/b/a/ CarePoint Health – Hoboken University Medical Center v. United Benefit Fund, Aetna Health Inc., and Omni Administrators Inc.*
Civ. Action No.: 2:16-CV-00168(KM)(MAH)

Dear Judge Hammer:

We write on behalf of all parties in the above-referenced action to advise the Court that the parties have reached a settlement in principle, subject to finalizing the settlement documents. We anticipate completing the settlement on or before the December 31, 2018. Accordingly, we respectfully request that the Court enter a 60-day order.

We thank the Court for its continued courtesies and attention to this matter.

Respectfully submitted,

/s/ Anthony P. La Rocco

Anthony P. La Rocco

cc: All counsel (via ECF)

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com
Anthony P. La Rocco, Administrative Partner, New Jersey

klgates.com